| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: Western District of Texas |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                       06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals*, **is available.**

| | | |
|---|---|---|
| **1. Debtor's name** | ASTRALABS Inc | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | Newchip  Newchip Accelerator | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 3 0 2 1 0 9 5 | |
| **4. Debtor's address** | **Principal place of business** 979 Springdale Road Suite #123 Number     Street  Austin, TX 78723 City                       State    ZIP Code  Travis County | **Mailing address, if different from principal place of business** _____ Number     Street  P.O. Box _____ City                       State    ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number     Street _____ City                       State    ZIP Code |
| **5. Debtor's website (URL)** | https://newchip.com/ | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **1**

Debtor  ASTRALABS Inc _____  Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
         District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                              MM / DD / YYYY
         Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page **2**

Debtor    ASTRALABS Inc           Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. **Why does the property need immediate attention?** *(Check all that apply.)* ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____ ☐ It needs to be physically secured or protected from the weather. ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). ☐ Other _____ **Where is the property?** _____ Number    Street _____ City        State    ZIP Code **Is the property insured?** ☐ No ☐ Yes. Insurance agency _____ Contact name _____ Phone _____ | |

### Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* ☑ Funds will be available for distribution to unsecured creditors. ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☐ 1-49    ☑ 50-99    ☐ 100-199    ☐ 200-999 | ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 10,001-25,000 | ☐ 25,001-50,000    ☐ 50,000-100,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 ☐ $50,001-$100,000 ☐ $100,001-$500,000 ☐ $500,001-$1 million | ☑ $1,000,001-$10 million ☐ $10,000,001-$50 million ☐ $50,000,001-$100 million ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion ☐ $1,000,000,001-$10 billion ☐ $10,000,000,001-$50 billion ☐ More than $50 billion |

Debtor  ASTRALABS Inc  
      Name

Case number *(if known)* _____

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/17/2023  
           MM/ DD/ YYYY

X  /s/ Jack Cartwright                         Jack Cartwright  
Signature of authorized representative of debtor    Printed name

Title      VP of Finance

**18. Signature of attorney**

X  /s/ Robert C Lane         Date  03/17/2023  
Signature of attorney for debtor                 MM/ DD/ YYYY

Robert C Lane  
Printed name

The Lane Law Firm  
Firm name

6200 Savoy Dr Ste 1150  
Number    Street

Houston                    TX        77036-3369  
City                             State     ZIP Code

(713) 595-8200               notifications@lanelaw.com  
Contact phone                      Email address

24046263                      TX  
Bar number                        State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets   $1,763,754.07

   b. Total debts (including debts listed in 2.c., below)   $4,389,867.00

   c. Debt securities held by more than 500 holders

                                                                             Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐

   secured ☐   unsecured ☐   subordinated ☐

   secured ☐   unsecured ☐   subordinated ☐

   secured ☐   unsecured ☐   subordinated ☐

   secured ☐   unsecured ☐   subordinated ☐

   d. Number of shares of preferred stock

   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business     Accelerator program delivered by online curriculum

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Fill in this information to identify the case:**

Debtor name: ASTRALABS Inc

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Voluntary Petition

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/17/2023
                MM/ DD/ YYYY

X  /s/ Jack Cartwright
Signature of individual signing on behalf of debtor

Jack Cartwright
Printed name

VP of Finance
Position or relationship to debtor

Official Form B202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: ASTRALABS Inc

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Apex Funding Source, LLC<br>3050 Biscayne Blvd Suite 502<br>Miami, FL 33137 | | Merchant Cash Advance | | | | $536,000.00 |
| 2 | CFT Clear Finance Technology Corp.<br>1200-33 Yonge Street, Toronto, Ontario, M5E 1G4, Canada<br>, | | Merchant Cash Advance | | | | $1,500,000.00 |
| 3 | Iruka Capital<br>162 Elmora Ave #211<br>Elizabeth, NJ 07202 | | Merchant Cash Advance | | | | $594,000.00 |
| 4 | Jack Atkin<br>16 Hamlin Road<br>Edison, NJ 08817 | | Lender | | | | $30,000.00 |
| 5 | Jack Atkin<br>16 Hamlin Road<br>Edison, NJ 08817 | | Lender | | | | $30,000.00 |
| 6 | Richard Ditter<br>9449 Poplar Ave<br>Germantown, TN 38138 | | Lender | | | | $25,000.00 |
| 7 | Roosevelt Scott<br>802 Hawk View Court<br>Fairview Heights, IL 62208 | | Lender | | | | $15,000.00 |
| 8 | Saifon Chang<br>5822 E. Wildrose Dr.<br>Orange, CA 92867 | | Lender | | | | $15,000.00 |

Debtor    ASTRALABS Inc_____    Case number *(if known)* _____
          Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Salvatore Pepe<br>1011 Schindler Dr.<br>Silver Spring, MD 20903 | | Lender | | | | $20,000.00 |
| 10 | Shaila Patel<br>1110 Windsor Park Ct<br>Englewood, NJ 07631 | | Lender | | | | $495,000.00 |
| 11 | Stephen Berger<br>64 Northland Rd<br>Windham, NH 03087 | | Lender | | | | $25,000.00 |
| 12 | Stripe Capital<br>185 Berry St. #550<br>San Francisco, CA 94107 | | A/R | | | | $162,318.00 |
| 13 | The Hochman Family Trust<br>6104 Sierra Arbor Ct.<br>Austin, TX 78759 | | Lender | | | | $50,000.00 |
| 14 | Thomas Dolezal<br>1166 Pitkin Ave.<br>Akron, OH 44310 | | Lender | | | | $25,000.00 |
| 15 | Thomas Dolezal<br>1166 Pitkin Ave.<br>Akron, OH 44310 | | Lender | | | | $25,000.00 |
| 16 | Timothy C. Taylor, Sr<br>P.O. Box 5371<br>Austin, TX 78763 | | Lender | | | | $50,000.00 |
| 17 | U.S. Small Business Administration<br>1545 Hawkins Blvd 202<br>El Paso, TX 79925 | | EIDL Loan | | | | $500,000.00 |
| 18 | Wilfrid Jean-Francois<br>2144 Oakwood Place<br>Elmont, NY 11003 | | Lender | | | | $25,000.00 |
| 19 | Zachary Fuchs<br>41 Glenbrook Rd.<br>Monsey, NY 10952 | | Lender | | | | $30,000.00 |
| 20 | Zachary Fuchs<br>41 Glenbrook Rd.<br>Monsey, NY 10952 | | Lender | | | | $20,000.00 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
Western District of Texas

**In re**    ASTRALABS Inc

Case No. _____

**Debtor**

Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................................ $62,500.00

    Prior to the filing of this statement I have received ................................................................. $20,000.00

    Balance Due .............................................................................................................................. $42,500.00

2. The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/17/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **ASTRALABS Inc**             CASE NO

            CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    03/17/2023    Signature    /s/ Jack Cartwright

                                          Jack Cartwright, VP of Finance

3423 HOLDINGS, LLC
4811 E 7TH STREET
AUSTIN, TX 78702


ADWAIT MUTHAL
7 WAINWRIGHT RD UNIT 80
WINCHESTER, MA 01890-2381


ALBERT BALADY
208 ACKERMAN AVE
HO HO KUS, NJ 07423-1006


ALEXANDER SEERY
925 ROLFE PLACE
ALEXANDRIA, VA 22314


APEX FUNDING SOURCE, LLC
3050 BISCAYNE BLVD SUITE 502
MIAMI, FL 33137


ASTRALABS INC
979 SPRINGDALE ROAD SUITE #123
AUSTIN, TX 78723


MARTHA A. BARRERO
2121 LOHMAN'S CROSSING ROAD
504-426
AUSTIN, TX 78734


BOOTSTRAP SERVICING, INC.
510 TOWNSEND STREET
SAN FRANCISCO, CA 94103

CAMERON RESNICK
870 NORTH 28TH STREET 101
PHILADELPHIA, PA 19130


CELTIC BANK
268 SOUTH STATE STREET SUITE 300
SALT LAKE CITY, UT 84111


CFT CLEAR FINANCE
TECHNOLOGY CORP.
1200-33 YONGE STREET,
TORONTO, ONTARIO,
M5E 1G4, CANADA

CLEARCO
PAVILION HOUSE,
31 FITZWILLIAM SQUARE,
DUBLIN 2, IRELAND


IRUKA CAPITAL
162 ELMORA AVE #211
ELIZABETH, NJ 07202


JACK ATKIN
16 HAMLIN ROAD
EDISON, NJ 08817


MARCO FRABOTTA
2222 DETROIT AVE 1013
CLEVELAND, OH 44113


KEVIN MEASE
300 S. LAMAR 207
AUSTIN, TX 78704

NIHAR PATEL
979 SPRINGDALE RD.
SUITE #123
979 SPRINGDALE RD. SUITE #123
AUSTIN, TX 78723

RAKESH BHIMARADDI
SASVIHALLI
#132, SRIGANDHA, VINAYAK COLONY,
VIDYANAGAR
HUBLI, 580031

RICHARD DITTER
9449 POPLAR AVE
GERMANTOWN, TN 38138

RICHARD LITZKY
5158 FOREST BROOK PKWY
MARIETTA, GA 30068

RICHARD POTTIN
312 - 6380 BUSWELL STREET
RICHMOND, BC
V6Y 2G2

RICHARD S MACKIN JR
1639 GLASGO RD.
GRISWOLD, CT 06351

ROBERT BRUCE
7077 N MASON AVE.
CHICAGO, IL 60646

ROOSEVELT SCOTT
802 HAWK VIEW COURT
FAIRVIEW HEIGHTS, IL 62208

ROSS WIGLE
168 CHARTERHOUSE CRES.
ANCASTER, ON
CANADA L9G 4M5

RUSHI UKANI
8 KOSTER BLVD. APT. 6A
EDISON, NJ 08837

RYAN BURT
18115 59TH AVE N.
MINNEAPOLIS, MN 55446

ANDREW RYAN
979 SPRINGDALE RD. SUITE #123
AUSTIN, TX 78723

SAIFON CHANG
5822 E. WILDROSE DR.
ORANGE, CA 92867

SALVATORE PEPE
1011 SCHINDLER DR.
SILVER SPRING, MD 20903

SAMUEL ESAU GOLDMAN
2129 GRAND OAKS AVE.
ALTADENA, CA 91001

SANJAY PINNOCK
7275 LEONARD STREET
PHILADELPHIA, PA 19149

SANJAY V PATEL
17199 CARROTWOOD DR.
RIVERSIDE, CA 92503

SHAILA PATEL
1110 WINDSOR PARK CT
ENGLEWOOD, NJ 07631

SHANKAR NARAYANAN
SHANKAR GANPATHY
6820 PRESTON ROAD APT. 225
PLANO, TX 75024

SOFTDSK, LLC
PO BOX 5963
PLANT CITY, FL 33563

SPENCER DINER
4261 SOUTH PEARL STREET
ENGLEWOOD, CO 80013

STEPHEN BERGER
64 NORTHLAND RD
WINDHAM, NH 03087

STRIPE CAPITAL
185 BERRY ST. #550
SAN FRANCISCO, CA 94107

TALENT DUBE
8/100 WITTENOOM RD.
HIGH WYCOMBE, WA 6057
(PERTH, AUSTRALIA)

TAMMY HONG
12407 BEXLEY DR.
HOUSTON, TX 77099


THE HOCHMAN FAMILY TRUST
6104 SIERRA ARBOR CT.
AUSTIN, TX 78759


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


THOMAS DOLEZAL
1166 PITKIN AVE.
AKRON, OH 44310


THOMAS E. CANTY
7592 MONA LN.
SAN DIEGO, CA 92130


THOMAS MUELLER
9571 CRESTWOOD LANE
ANAHEIM, CA 92804


TIMOTHY C. TAYLOR, SR
P.O. BOX 5371
AUSTIN, TX 78763


U.S. SMALL BUSINESS
ADMINISTRATION
1545 HAWKINS BLVD 202
EL PASO, TX 79925

VICTORIA LERNER, TRUSTEE,
LERNER LIVING TRUST
11758 CRESCENDA STREET
LOS ANGELES, CA 90049

VINCENT GOVEAS
1251 WEATHERSFIELD WAY
SAN JOSE, CA 95118

VINCENT MACH
950 WINDSONG COURT
DIAMOND BAR, CA 91765

VIRGILIO YABUT
A & F GUARANTEED SERVICE, LLC
2 MEADOW LARK LANE
FRANKLIN PARK, NJ 08823

WILFRID JEAN-FRANCOIS
2144 OAKWOOD PLACE
ELMONT, NY 11003

WILLIAM ADAMS
11732 REVA DR.
GARDEN GROVE, CA 92840

WILLIAM P DALY III
907 LAKEWOOD CT S
MAPLEWOOD, MN 55119

YATINKUMAR DODIA
1539 STREAMS WAY
ALLEN, TX 75002

ZACHARY FUCHS
41 GLENBROOK RD.
MONSEY, NY 10952

ZACHARY POTVIN
1016 ENCHANTMENT RD.
RAPID CITY, SD 57701