UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
GARY WRIGHT
ASSISTANT UNITED STATES TRUSTEE
SHANE P. TOBIN
TRIAL ATTORNEY
903 SAN JACINTO BLVD., ROOM 230
AUSTIN, TX 78701
Telephone: (512) 916-5328
Fax: (512) 916-5331

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-10164-SMR |
| ASTRALABS, INC. | |
| | CHAPTER 11 |
| DEBTOR. | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**ERIC TERRY**
**3511 BROADWAY**
**SAN ANTONIO, TX 78209**
Email: eric@ericterrylaw.com          PH 210-468-8274

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: March 20, 2023

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:     /s/ Shane P. Tobin
        Shane P. Tobin
        Trial Attorney
        CA State Bar No. 317282
        903 San Jacinto Blvd., Room 230
        Austin, Texas 78701
        Telephone: (512) 916-5328
        Fax: (512) 916-5331
        Shane.P.Tobin@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list (not attached to service copies) by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on March 20, 2023.

By:    */s/ Shane P. Tobin*
Shane P. Tobin
Trial Attorney
CA State Bar No. 317282
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
Telephone: (512) 916-5328
Fax: (512) 916-5331
Shane.P.Tobin@usdoj.gov