**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **ASTRALABS INC** | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 23-10164** |

## DEBTOR'S WITNESS AND EXHIBIT LIST

Hearings on ASTRALABS INC's Motion for Authority to Use Cash Collateral and
Motion to Pay Pre-Petition Wages

March 21, 2023 at 1:30 p.m.

**Witness List:**
    1.  Frank Cartwright
        Representative of ASTRALABS INC

**Exhibit List:**

| Ex # | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | **Motion for Cash Collateral (Docket No. 4)** | | | |
| 1 | UCC List | | | |
| 2 | Iruka Capital UCC (Position 1) | | | |
| 3 | Apex Funding Source LLC UCC (Position 2) | | | |
| 4 | 14 day/ 30 day Budget | | | |
| | | | | |
| | **Motion for Authorization to Pay Pre-Petition Wages (Docket No. 6)** | | | |
| 5 | W-2 Payroll Wages | | | |

Respectfully submitted,

THE LANE LAW FIRM, PLLC
*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the Witness and Exhibit List with exhibits was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on March 21, 2023:

<u>Debtor:</u>
ASTRALABS INC
979 Springdale Road
Suite 123
Austin, TX 78723

<u>US Trustee:</u>
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

<u>ECF Notice:</u>

Eric Terry
eric@ericterrylaw.com, ebterry@ecf.axosfs.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

<u>Additional Notices via Electronic Communication:</u>

Apex Funding Source LLC
info@apexfundingsource.com

Iruka Capital
admin@irukacapital.com

                                               */s/Robert C. Lane*
                                               Robert C. Lane

Label Matrix for local noticing
0542-1
Case 23-10164-smr
Western District of Texas
Austin
Tue Mar 21 11:04:49 CDT 2023

ASTRALABS Inc
979 Springdale Road Suite #123
Austin, TX 78702-3764

United States Trustee (SMG111)
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

3423 Holdings, LLC
4811 E 7th Street
Austin, TX 78702-5018

Adwait Muthal
7 Wainwright Rd Unit 80
Winchester, MA 01890-2381

Albert Balady
208 Ackerman Ave
Ho Ho Kus, NJ 07423-1006

Alexander Seery
925 Rolfe Place
Alexandria, VA 22314-1383

Andrew Ryan
979 Springdale Rd. Suite #123
Austin, TX 78702-3764

Apex Funding Source, LLC
3050 Biscayne Blvd #502
Miami, FL 33137-4153

Bootstrap Servicing, Inc.
510 Townsend Street
San Francisco, CA 94103-4918

CFT Clear Finance Technology Corp.
1200-33 Yonge Street,
Toronto, Ontario,
M5E 1G4, Canada

Cameron Resnick
870 North 28th Street 101
Philadelphia, PA 19130-1728

Celtic Bank
268 South State Street Suite 300
Salt Lake City, UT 84111-5314

Clearco
Pavilion House,
31 Fitzwilliam Square,
Dublin 2, Ireland

Iruka Capital
162 Elmora Ave #211
Elizabeth, NJ 07202-1148

Jack Atkin
16 Hamlin Road
Edison, NJ 08817-2906

Kevin Mease
300 S. Lamar 207
Austin, TX 78704-1089

Marco Frabotta
2222 Detroit Ave 1013
Cleveland, OH 44113-2461

Martha A. Barrero
2121 Lohman's Crossing Road 504-426
Austin, TX 78734-5217

Nihar Patel
979 Springdale Rd.
Suite #123
979 Springdale Rd. Suite #123
Austin, TX 78702-3764

Richard Ditter
9449 Poplar Ave
Germantown, TN 38138-8003

Richard Litzky
5158 Forest Brook Pkwy
Marietta, GA 30068-2828

Richard Pottin
312 - 6380 Buswell Street
Richmond, BC
V6Y 2G2

Richard S Mackin Jr
1639 Glasgo Rd.
Griswold, CT 06351-3510

Robert Bruce
7077 N Mason Ave.
Chicago, IL 60646-1224

Roosevelt Scott
802 Hawk View Court
Fairview Heights, IL 62208-2967

Ross Wigle
168 Charterhouse Cres.
Ancaster, ON
Canada L9G 4M5

Rushi Ukani
8 Koster Blvd. Apt. 6A
Edison, NJ 08837-4216

Ryan Burt
18115 59th Ave N.
Minneapolis, MN 55446-3936

Saifon Chang
5822 E. Wildrose Dr.
Orange, CA 92867-3355

Salvatore Pepe
1011 Schindler Dr.
Silver Spring, MD 20903-1030

Samuel Esau Goldman
2129 Grand Oaks Ave.
Altadena, CA 91001-3501

Sanjay Pinnock
7275 Leonard Street
Philadelphia, PA 19149-1315

Sanjay V Patel
17199 Carrotwood Dr.
Riverside, CA 92503-7920

Shaila Patel
1110 Windsor Park Ct
Englewood, NJ 07631-4924

Shankar Narayanan Shankar Ganpathy
6820 Preston Road Apt. 225
Plano, TX 75024-2500

SoftDsk, LLC
PO Box 5963
Plant City, FL 33563-0052

Spencer Diner
4261 South Pearl Street
Englewood, CO 80113-4741

Stephen Berger
64 Northland Rd
Windham, NH 03087-1275

Stripe Capital
185 Berry St. #550
San Francisco, CA 94107-9105

Tammy Hong
12407 Bexley Dr.
Houston, TX 77099-1308

The Hochman Family Trust
6104 Sierra Arbor Ct.
Austin, TX 78759-5176

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

Thomas Dolezal
1166 Pitkin Ave.
Akron, OH 44310-1121

Thomas E. Canty
7592 Mona Ln.
San Diego, CA 92130-5618

Thomas Mueller
9571 Crestwood Lane
Anaheim, CA 92804-6370

Timothy C. Taylor, Sr
P.O. Box 5371
Austin, TX 78763-5371

U.S. Small Business Administration
1545 Hawkins Blvd #202
El Paso, TX 79925-2654

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Victoria Lerner, Trustee, Lerner Living Trus
11758 Crescenda Street
Los Angeles, CA 90049-2927

Vincent Goveas
1251 Weathersfield Way
San Jose, CA 95118-3553

Vincent Mach
950 Windsong Court
Diamond Bar, CA 91765-2376

Virgilio Yabut
A & F Guaranteed Service, LLC
2 Meadow Lark Lane
Franklin Park, NJ 08823-1809

Wilfrid Jean-Francois
2144 Oakwood Place
Elmont, NY 11003-4022

William Adams
11732 Reva Dr.
Garden Grove, CA 92840-2420

William P Daly III
907 Lakewood Ct S
Maplewood, MN 55119-5859

Yatinkumar Dodia
1539 Streams Way
Allen, TX 75002-0911

Zachary Fuchs
41 Glenbrook Rd.
Monsey, NY 10952-1309

Zachary Potvin
1016 Enchantment Rd.
Rapid City, SD 57701-9239

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036-3369

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rakesh Bhimaraddi Sasvihalli
#132, SRIGANDHA, VINAYAK COLONY,
VIDYANAGAR
HUBLI, 580031

(u)Talent Dube
8/100 Wittenoom Rd.
High Wycombe, WA 6057

End of Label Matrix
Mailable recipients      61
Bypassed recipients       2
Total                    63