# TEXAS SECRETARY of STATE
# JANE NELSON

### Debtor Name Search

This debtor name search was performed on 03/13/2023 04:47 PM with the following search parameters:
**DEBTOR NAME:  ASTRALABS INC**
**CITY:  [Not Specified]**

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗸 | **22-0007784575** | **Financing Statement** | **02/15/2022 05:26 PM** | **1** | **02/16/2027** |
| ☐ | 🗸 | 22-00448949 | Termination | 09/12/2022 04:38 PM | 1 | n/a |

| | | |
|---|---|---|
| Debtor | ASTRALABS INC | 1401 LAVACA STREET # PMB 40433 AUSTIN, TX, 78702 |
| Debtor | NEWCHIP INC | 1401 LAVACA STREET # PMB 40433 AUSTIN, TX, 78702 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576, UCCSPREP@CSCINFO.COM SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗸 | **22-0059803009** | **Financing Statement** | **12/13/2022 01:14 PM** | **3** | **12/13/2027** |

| | | |
|---|---|---|
| Debtor | ASTRALABS INC | 1401 LAVACA ST # 40433 AUSTIN, TX, 78701 |
| Debtor | NEWCHIP ACCELERATOR | 1401 LAVACA ST # 40433 AUSTIN, TX, 78701 |
| Debtor | NIHAR TUSHAR PATEL | 1401 LAVACA ST # 40433 AUSTIN, TX, 78701 |
| Debtor | RYAN ANDREW RAFOLS | 1401 LAVACA ST # 40433 AUSTIN, TX, 78701 |
| Secured Party | INTERSTATE FILINGS AS THE REPRESENTATIVE | 301 MILL ROAD, SUITE U-5 HEWLETT, NY, 11557 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🗸 | **23-0004366711** | **Financing Statement** | **01/31/2023 12:53 PM** | **3** | **02/01/2028** |

| | | |
|---|---|---|
| Debtor | ASTRALABS INC | 979 SPRINGDALE RD SUITE 123 AUSTIN, TX, 78702 |
| Debtor | RYAN ANDREW RAFOLS | 1520 FRONTIER VALLEY DR AUSTIN, TX, 78741 |
| Debtor | NEWCHIP INC | 2015 S IH 35 FRANTAGE RD #115 AUSTIN, TX, 78741 |
| Debtor | NEWCHIP ACCELERATOR | 1401 LAVACA ST ST # 40433 AUSTIN, TX, 78701 |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700; ATTN: SPRS GLENDALE, CA, 91203 |

Select All Filings: ☐
[ Order Selected Filings ]  [ Order Certificate ]  [ New Search ]

**EXHIBIT 1**

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.