# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Interstate Filings LLC 7185692703 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>Interstate Filings LLC<br>301 Mill Road, Suite U-5<br>Hewlett, NY 11557<br>USA | **FILING NUMBER:** 22-0059803009<br>**FILING DATE:** 12/13/2022    01:14 PM<br>**DOCUMENT NUMBER:** 1205805250002<br>**FILED:** Texas Secretary of State<br>**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**<br>THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

OR
| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **ASTRALABS INC** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1401 LAVACA ST # 40433 | AUSTIN | TX / 78701 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

OR
| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **NEWCHIP ACCELERATOR** | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1401 LAVACA ST # 40433 | AUSTIN | TX / 78701 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

OR
| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **INTERSTATE FILINGS AS THE REPRESENTATIVE** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 301 MILL ROAD, SUITE U-5 | HEWLETT | NY / 11557 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ACCOUNTS RECEIVABLE, CASH, CASH PROCEEDS, ACCOUNTS, CHATTEL PAPER, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, INSTRUMENTS RELATED TO THE RECEIPTS, INSTRUMENTS RELATED TO THE FUTURE RECEIVABLES.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**EXHIBIT 2**

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR
- 9a. ORGANIZATION'S NAME: **ASTRALABS INC**
- 9b. INDIVIDUAL'S SURNAME:
- FIRST PERSONAL NAME:
- ADDITIONAL NAME(S)/INITIAL(S):        SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR
- 10a. ORGANIZATION'S NAME:
- 10b. INDIVIDUAL'S SURNAME: **PATEL**
- INDIVIDUAL'S FIRST PERSONAL NAME: **NIHAR**
- INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S): **TUSHAR**       SUFFIX:

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1401 LAVACA ST # 40433 | AUSTIN | TX | 78701 | USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

OR
- 11a. ORGANIZATION'S NAME:
- 11b. INDIVIDUAL'S SURNAME:   FIRST PERSONAL NAME:   ADDITIONAL NAME(S)/INITIAL(S):   SUFFIX:

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
|  |  |  |  |  |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR
9a. ORGANIZATION'S NAME
**ASTRALABS INC**

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (10a or 10b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

10a. ORGANIZATION'S NAME

OR
| 10b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **RAFOLS** | **RYAN** | **ANDREW** | |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1401 LAVACA ST # 40433** | **AUSTIN** | **TX** | **78701** | **USA** |

FILING OFFICE COPY

# Samantha Clay

| | |
|---|---|
| **From:** | Hazel <hazel@interstatefilings.com> |
| **Sent:** | Tuesday, March 14, 2023 3:48 PM |
| **To:** | Samantha Clay |
| **Subject:** | TX UCC Filing Follow Up |

Hi Samantha,

I am following up regarding your contact request earlier.

I've advised Iruka you will be reaching out to them. Please contact them for further questions on the lien:
admin@irukacapital.com

This is their direct email, and should respond within the same hour.

Thank you!
Sincerely,
Hazel
Interstate Filings LLC
301 Mill Road Suite U-5
Hewlett, NY 11557
Tel: 718-569-2703
Fax: 718-504-7890
Website: www.interstatefilings.com


This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.