**14-DAY AND 30-DAY BUDGET**

| INCOME | DAYS 1-14 | DAYS 15-30 | 30 DAY TOTALS |
|---|---|---|---|
| **Opening Cash:** | **$251,362.89** | **$505,648.91** | |
| **Projected Cash Receipts:** | **$799,439.44** | **$525,102.47** | **$1,324,541.91** |
| EMPLOYEE PAYROLL & TAXES | $340,000.00 | $340,000.00 | $680,000.00 |
| EMPLOYEER BENEFITS PAID (HEALTH INS, LIFE INS, DENTAL INS) | $48,500.00 | $12,000.00 | $60,500.00 |
| BONUSES | $0.00 | $57,000.00 | $57,000.00 |
| COMMISSIONS & TAXES | $0.00 | $149,013.68 | $149,013.68 |
| CONTRACTORS AND CONSULTANTS | $37,500.00 | $37,500.00 | $75,000.00 |
| LEGAL FEES | $10,028.50 | $20,362.25 | $30,390.75 |
| LEGAL FEES - BANKRUPTCY(LLF & Sub V) | $3,000.00 | $2,500.00 | $5,500.00 |
| ADVERTISING | $4,000.00 | $4,000.00 | $8,000.00 |
| PUBLIC RELATIONS FEES | $7,500.00 | $0.00 | $7,500.00 |
| COMPANY & TEAM MEALS | $5,667.50 | $5,477.00 | $11,144.50 |
| HEALTH & WELLNESS - GYM MEMBERSHIPS CONTRACTUAL | $2,265.00 | $3,707.00 | $5,972.00 |
| SOFTWARE SUBSCRIPTIONS | $22,656.87 | $34,808.71 | $57,465.58 |
| OFFICE LEASE &UTILITIES | $50,785.55 | $0.00 | $50,785.55 |
| PHONE AND INTERNET | $4,000.00 | $100.00 | $4,100.00 |
| BUSINESS INSURANCE / LICENSES | $1,300.00 | $6,450.00 | $7,750.00 |
| TRAVEL & EXPENSES | $1,250.00 | $1,250.00 | $2,500.00 |
| OFFICE SUPPLIES | $6,700.00 | $11,655.00 | $18,355.00 |
| **TOTAL PROJECTED CASH DISBURSEMENTS** | **$545,153.42** | **$685,823.64** | **$1,230,977.06** |
| **CASH ON HAND AFTER DISBURSEMENTS** | **$505,648.91** | **$344,927.74** | **$344,927.74** |

EXHIBIT 4