| Employee name | Pay run check date | Pay period | Total employer costs | Employee gross pay |
|---|---|---|---|---|
| Aaron Naft | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,332.27 | $2,923.86 |
| Adanya Cleveland | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,918.10 | $2,506.15 |
| Addison Jacoby | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,143.47 | $2,715.00 |
| Aimee Galindo | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,069.14 | $1,670.78 |
| Alec Kremins | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,723.84 | $2,506.15 |
| Alejandra De La Rosa | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $165.03 | $4.27 |
| Alijah Pecina | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,180.25 | $1,879.62 |
| Alyson O'Desky | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $9,310.29 | $8,346.33 |
| Andrew Maniaci | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,693.84 | $2,297.32 |
| Andrew Nguyen | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $1,796.15 | $1,461.93 |
| Andrew Ryan | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $11,520.90 | $10,429.67 |
| Anthony Flores | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,076.75 | $1,875.00 |
| Arianna Violante | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,918.64 | $2,506.15 |
| Ashley Ritter | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,603.79 | $3,132.69 |
| Austin Brown | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,034.51 | $1,670.78 |
| Austin Lortie | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $4,687.20 | $4,173.86 |
| Azaan Altemus | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,340.19 | $2,172.01 |
| Blake Paschal | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,230.50 | $2,916.67 |
| Brandon McCrae | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,925.50 | $2,506.15 |
| Brian Lee | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $5,577.54 | $5,012.31 |
| Brock Settlemier | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,657.24 | $2,296.29 |
| Bryan Finks | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $4,241.97 | $3,760.27 |
| Caleb Cote | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $4,705.59 | $4,176.94 |
| Carlos Guzman | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,594.72 | $3,132.69 |
| Carolyn DiFabio | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,603.79 | $3,132.69 |
| Chris Jackson | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,230.50 | $2,916.67 |
| Christopher Villanueva | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,469.00 | $2,088.46 |
| Cindy Ochoa | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,780.79 | $3,340.00 |
| Cito Rilo | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,416.96 | $2,922.82 |
| Conner Mariluch | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,191.46 | $2,715.00 |
| Connor Hennessy | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,683.89 | $2,297.32 |
| Connor Nolan | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,585.83 | $3,132.69 |
| Crystle Rauch | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,810.24 | $3,341.54 |
| Dan Huynh | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $1,846.50 | $1,566.35 |
| Daniel Anguiano | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,879.66 | $2,506.15 |
| Derek Westbrook | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,397.79 | $3,007.39 |
| Dhruv Patel | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,307.50 | $2,083.33 |
| Dionel Alves | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,139.35 | $2,715.00 |
| Divvya Seernani | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,244.18 | $1,879.62 |
| Dominic France | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,633.39 | $2,297.32 |
| Dylan Taylor | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,498.45 | $2,088.46 |

EXHIBIT 5

| Name | Date | Period | Gross | Net |
|---|---|---|---|---|
| Ebonee Miller | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,771.85 | $2,339.08 |
| Edward Wei | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $1,755.56 | $1,461.93 |
| Erin Groves | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,368.31 | $2,923.86 |
| Ethan Ring | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,076.75 | $1,875.00 |
| Fernando Moreno Cortina | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $4,267.04 | $3,759.23 |
| Gabriel Hawkins | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $1,983.88 | $1,670.78 |
| Gaby Fraifer Jr | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,046.05 | $1,670.78 |
| Gary Davisson | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,245.79 | $1,879.62 |
| George Munguia | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,929.32 | $2,506.15 |
| Gerald Gray | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,968.41 | $2,506.15 |
| Graham Brown | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,368.31 | $2,923.86 |
| Grayson Pichon | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $4,040.67 | $3,548.44 |
| Griffin Hermes | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,368.31 | $2,923.86 |
| Ipsita Roy | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,929.32 | $2,506.15 |
| Isaac Stone | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,475.09 | $2,088.46 |
| Jake Askew | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,693.84 | $2,297.32 |
| James Merrill | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $11,643.79 | $10,429.67 |
| Jared Alvarado | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,892.12 | $2,505.65 |
| Jeffery Desalu | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,557.61 | $3,132.69 |
| Jeffrey Crouse | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,967.87 | $2,506.15 |
| Joey Waid | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $4,036.43 | $3,548.34 |
| Jonathan Brunkhardt | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,760.29 | $2,506.15 |
| Joseph Ewing | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,432.95 | $2,087.95 |
| Joseph Margle | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,183.73 | $1,879.62 |
| Juan Pena | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,594.18 | $3,132.69 |
| Kevin Houston | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $6,899.50 | $6,260.27 |
| Kevin Kittrell | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,083.03 | $2,715.00 |
| Kori Williams | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $513.80 | $472.16 |
| Kylan Luna | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,918.10 | $2,506.15 |
| Kyle Larson | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,720.53 | $2,297.32 |
| Lauren Anderson | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,924.73 | $2,715.00 |
| Lauren Garcia | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,408.01 | $2,088.46 |
| Luke Aschenbrand | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,593.11 | $3,132.69 |
| Luke Everidge | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,321.61 | $1,879.62 |
| Luke Marek | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,557.61 | $3,132.69 |
| Margot Garza | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,303.67 | $2,088.46 |
| Matthew Hulsman | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,107.43 | $2,715.00 |
| Max Weisinger | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,280.75 | $1,879.62 |
| Maxwell Reed | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $1,958.93 | $1,670.78 |
| McCall Delaney | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,303.67 | $2,088.46 |
| Millet Gilmore | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,883.15 | $2,506.15 |
| Mitchell McCormick | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $4,720.84 | $4,176.94 |
| Nicholas Brooks | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,569.95 | $3,132.69 |
| Nicholas Lagnese | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,743.61 | $2,297.32 |

| Name | Date | Period | Gross | Net |
|---|---|---|---:|---:|
| Nicholas Shilts | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,642.89 | $3,132.69 |
| Nick Hayden | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,083.03 | $2,715.00 |
| Nihar Patel | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $0.00 | $0.00 |
| Pete Redwood | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $4,209.32 | $3,695.19 |
| Peter Le | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $6,030.32 | $5,429.67 |
| Quest Mock | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,245.79 | $1,879.62 |
| Reno Navales | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,878.51 | $2,422.63 |
| Rob DaLee | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $4,717.25 | $4,176.94 |
| Robert Faubion | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,183.73 | $1,879.62 |
| Ryan Cash | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,143.47 | $2,715.00 |
| Ryan McCarthy | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,142.93 | $2,715.00 |
| Ryan Paul | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,236.04 | $2,916.67 |
| Ryan Stewart | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,790.56 | $2,339.08 |
| Sarthak Kaul | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,083.03 | $2,715.00 |
| Savannah Schoffstall | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $232.16 | $6.19 |
| Sean Siegrist | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,762.76 | $2,297.32 |
| Shane Brechmann | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $8,156.45 | $7,304.32 |
| Shawe Watkins | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $1,575.80 | $1,461.93 |
| Shawn Bishop | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,001.13 | $1,670.78 |
| Spencer Leupp-Arnold | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,307.87 | $2,923.86 |
| Steven Keyser | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $1,983.88 | $1,670.78 |
| Susannah Jones | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,938.93 | $2,506.15 |
| Taiga Gamell | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,140.02 | $2,715.00 |
| Taylor Bates | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,123.04 | $2,713.98 |
| Teresa Hamlin | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,306.74 | $2,922.82 |
| Thomas Kinne | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $1,798.13 | $1,461.93 |
| Travis Cartwright | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $11,516.75 | $10,429.67 |
| Trent Katz | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,143.18 | $2,714.73 |
| Trey Griffin | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,143.47 | $2,715.00 |
| Tyler Ellis | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $4,727.93 | $4,176.94 |
| Tyler Matheny | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $9,010.25 | $8,346.33 |
| Tyler Vyazmensky | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,854.17 | $2,505.65 |
| Victoria Principato | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $3,236.54 | $2,715.00 |
| Zackary McKibbon | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $1,846.00 | $1,666.67 |
| Zev Stampfer | 2023-03-31 | Mar 11th 2023 - Mar 25th 2023 | $2,303.97 | $1,879.62 |