**Fill in this information to identify the case:**

Debtor name _____ASTRALABS Inc_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____23-10164_____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/30/2023___
　　　　　　　　MM/ DD/ YYYY

**X** /s/ Jack Cartwright _____
Signature of individual signing on behalf of debtor

Jack Cartwright _____
Printed name

VP of Finance _____
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ASTRALABS Inc |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-10164 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **Cash on hand**

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Pacific Western Bank | Checking account | 0177 | $110,824.23 |

**Additional Page Total** - *See continuation page for additional entries* — $130,880.15

**4.** **Other cash equivalents** *(Identify all)*
**None**

**5.** **Total of Part 1** — $241,704.38
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 3423 Holdings, LLC | $42,000.00 |
|---|---|

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$42,000.00**

---

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

   |  | **Current value of debtor's interest** |
   |---|---|

11. **Accounts Receivable**

   | 11a. 90 days old or less: | **$0.00** | - | **$0.00** | = ⋯⋯ ➔ | **$801,549.29** |
   |---|---|---|---|---|---|
   | | face amount | | doubtful or uncollectible accounts | | |

   | 11b. Over 90 days old: | **$0.00** | - | **$0.00** | = ⋯⋯ ➔ | **$611,960.92** |
   |---|---|---|---|---|---|
   | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    **$1,413,510.21**

---

**Part 4:**  Investments

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☑ Yes. Fill in the information below.

   |  | **Valuation method used for current value** | **Current value of debtor's interest** |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   | Name of fund or stock: | % of ownership: | | |
   |---|---|---|---|
   | 15.1 **8 Myles Inc** | **2.00%** | | **(Unknown)** |

   | **Additional Page Total -** *See continuation page for additional entries* | **$0.00** |
   |---|---|

---

| Debtor | __ASTRALABS Inc__ | Case number *(if known)* | __23-10164__ |
|---|---|---|---|
| | Name | | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17.** **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83. **$0.00**

---

**Part 5:** Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

**None**

**20.** **Work in progress**

**None**

**21.** **Finished goods, including goods held for resale**

**None**

**22.** **Other inventory or supplies**

**None**

**23.** **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84. **$0.00**

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

None

**31. Farm and fishing supplies, chemicals, and feed**

None

**32. Other farming and fishing-related property not already listed in Part 6**

None

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. — $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment: and collectibles |
|---|---|

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 **Desks (100)** | **(Unknown)** | **Fair Market Value** | **$5,000.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$7,050.00** |
| **40.** **Office fixtures** | | | |
| **None** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Printer (1)** | **(Unknown)** | **Fair Market Value** | **$50.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$7,500.00** |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.** **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$19,600.00** |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**None**

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

**49.** **Aircraft and accessories**

**None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                          $0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:** Real Property

---

**54.** **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                          $0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **None** | | | |
| **61. Internet domain names and websites** | | | |
| 61.1  www.astralabs.com | **(Unknown)** | | $1.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $1.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **None** | | | |
| **65. Goodwill** | | | |
| **None** | | | |
| **66. Total of Part 10** Add lines 60 through 65. Copy the total to line 89. | | | $2.00 |

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 11:** All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

<div style="text-align:right">Current value of debtor's interest</div>

71. **Notes receivable**
   Description (include name of obligor)

   **None**

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

   **None**

73. **Interests in insurance policies or annuities**

   **None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **None**

76. **Trusts, equitable or future interests in property**

   **None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **None**

78. **Total of Part 11**
   Add lines 71 through 77. Copy the total to line 90.                                        **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $241,704.38 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $42,000.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $1,413,510.21 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $19,600.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................ | ➜ | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $1,716,816.59 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................. | | $1,716,816.59 |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

### Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | **Pacific Western Bank** | **Checking account** | **7932** | **$100.00** |
| 3.3 | **Pacific Western Bank** | **Checking account** | **0060** | **$130,438.66** |
| 3.4 | **SVB** | **Checking account** | **5517** | **$341.49** |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture - *Continued***

| | Name of fund or stock: | % of ownership: | | Current value of debtor's interest |
|---|---|---|---|---|
| 15.2 | **FYNCR Inc.** | **2.00%** | | **(Unknown)** |
| 15.3 | **Joule Case II EB (THE "SPV") a series of Wefunder SPV, LLC** | **2.00%** | | **(Unknown)** |
| 15.4 | **Ponto LLC** | **2.00%** | | **(Unknown)** |
| 15.5 | **Ruben Oliver LLC** | **2.00%** | | **(Unknown)** |
| 15.6 | **SuperPhone** | **2.00%** | | **(Unknown)** |
| 15.7 | **Univoice Corporation** | **2.00%** | | **(Unknown)** |
| 15.8 | **Vitality RX** | **2.00%** | | **(Unknown)** |
| 15.9 | **Watershed Medical, Inc.** | **2.00%** | | **(Unknown)** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture - *Continued***

| | | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 39.2 | **Chairs (100)** | **(Unknown)** | **Fair Market Value** | **$4,500.00** |
| 39.3 | **Filing Cabinets (5)** | **(Unknown)** | **Fair Market Value** | **$50.00** |
| 39.4 | **Tables (10)** | **(Unknown)** | **Fair Market Value** | **$2,500.00** |

**41.** **Office equipment - *Continued***

| | | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 41.2 | **Monitors (150)** | **(Unknown)** | **Fair Market Value** | **$7,500.00** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**61.** **Internet domain names and websites - *Continued***

| | | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 61.2 | **https://newchip.com/** | **(Unknown)** | **Fair Market Value** | **$1.00** |

Fill in this information to identify the case:

Debtor name   ASTRALABS Inc

United States Bankruptcy Court for the:   Western   District of   Texas
                                                                    (State)

Case number (if known):   23-10164

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | $536,000.00 | unknown |
|---|---|---|---|

Apex Funding Source, LLC

**Creditor's mailing address**

3050 Biscayne Blvd Suite 502

Miami, FL 33137

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**   1/26/2023

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $1,130,000.00

| Debtor | ASTRALABS Inc | Case number (if known) 23-10164 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.2 Creditor's name**

Iruka Capital

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

162 Elmora Ave #211

Elizabeth, NJ 07202

$594,000.00        unknown

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ASTRALABS Inc |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-10164 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br><br> _____ <br> _____ <br> _____ <br><br> **Date or dates debt was incurred** <br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address <br><br> _____ <br> _____ <br> _____ <br><br> **Date or dates debt was incurred** <br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
Adwait Muthal

7 Wainwright Rd Unit 80

Winchester, MA 01890-2381

Date or dates debt was incurred  **08/11/2022**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

**3.2** Nonpriority creditor's name and mailing address
Albert Balady

208 Ackerman Ave

Ho Ho Kus, NJ 07423-1006

Date or dates debt was incurred  **08/18/2022**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

**3.3** Nonpriority creditor's name and mailing address
Alexander Clarence McIntosh

1047 East Spazier Ave. Apt. # L

Burbank, CA 91502

Date or dates debt was incurred  **08/12/2022**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,000.00**

**3.4** Nonpriority creditor's name and mailing address
Alexander Seery

925 Rolfe Place

Alexandria, VA 22314

Date or dates debt was incurred  **08/31/2022**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="2">Additional Page</td></tr>
</table>

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|---|

Alexandra Cherwa aka Jonathan Cherwa

15907 91st Ave Ct E

Puyallup, WA 98375

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Date or dates debt was incurred    08/11/2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 |
|---|---|---|---|

Alexandre Sylvestre

609 Tower Dr.

Edgewater, NJ 07020

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Date or dates debt was incurred    08/31/2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 |
|---|---|---|---|

Anthony Runnels

12024 Rock Creek Ct.

Hawthorne, CA 90250

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Date or dates debt was incurred    08/18/2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 |
|---|---|---|---|

Anthony Runnels

12024 Rock Creek Ct.

Hawthorne, CA 90250

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Date or dates debt was incurred    08/11/2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

### 3.9

**Nonpriority creditor's name and mailing address**

Anthony Veloso

730 Mason Road

Jefferson, MA 01522

Date or dates debt was incurred      08/26/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**     **$30,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.10

**Nonpriority creditor's name and mailing address**

Antonello Loddo

205 Ridge Ave

Gettysburg, PA 17325

Date or dates debt was incurred      08/26/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**     **$5,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.11

**Nonpriority creditor's name and mailing address**

Anu Santhanagopal

12 Brittany Way

Kendall Park, NJ 08824

Date or dates debt was incurred      08/31/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**     **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.12

**Nonpriority creditor's name and mailing address**

Anuj Jain aka Anmol Jain

620 W 42n ST Apt S06G

New York, NY 10036

Date or dates debt was incurred      08/15/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**     **$1,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.13** | Nonpriority creditor's name and mailing address

Arturo Benedicto M. Llano

10 Juan Luna, UP Campus,
Diliman, Quezon City,
Metro Manila

Date or dates debt was incurred ___08/16/2022___

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor Note__

Is the claim subject to offset?
☑ No
☐ Yes

$9,000.00

---

**3.14** | Nonpriority creditor's name and mailing address

Avinash Reddy Desireddy

16304 FM 1325 APT 7315

Austin, TX 78728

Date or dates debt was incurred ___08/25/2022___

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor Note__

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.15** | Nonpriority creditor's name and mailing address

Baiping Guo

8 Mooney Street
Lane Cove North NSW 2066
Australia

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rev. Share Note__

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

**3.16** | Nonpriority creditor's name and mailing address

Billy Jack Linsley

16 Bodine Street

Wellsboro, PA 16901

Date or dates debt was incurred ___08/16/2022___

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor Note__

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: | Additional Page

---

**3.17** | **Nonpriority creditor's name and mailing address**

Bradford Chan

2540 Wexford Ave.

South San Francisco, CA 94080

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

Bradley G Kessler / Kessler Realty Holdings Inc.

1621 Northland Ave

Lakewood, OH 44107

Date or dates debt was incurred    09/05/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $30,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

Bradley Robertson

550 Oak Grove Ave. Unit 122

Menlo Park, CA 94025

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

Bradley Robertson

550 Oak Grove Ave. Unit 122

Menlo Park, CA 94025

Date or dates debt was incurred    11/10/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.21** | Nonpriority creditor's name and mailing address

**Cameron Resnick**

**870 North 28th Street 101**

**Philadelphia, PA 19130**

Date or dates debt was incurred    **08/31/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Investor Note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

**Carl Lumma**

**367 Los Gatos Blvd**

**Los Gatos, CA 95032**

Date or dates debt was incurred    **08/12/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    **$2,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Investor Note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Carl Russo**

**707 Willow Ave. Unit #2**

**Hoboken, NJ 07030**

Date or dates debt was incurred    **08/18/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    **$25,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Investor Note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**Carl Russo**

**707 Willow Ave. Unit #2**

**Hoboken, NJ 07030**

Date or dates debt was incurred    **08/25/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    **$25,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Rev. Share Note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.25

**Nonpriority creditor's name and mailing address**

**Casey Melcher**

**1635 N Water St. Apt 602**

**Milwaukee, WI 53202**

Date or dates debt was incurred    **08/18/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Investor Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$25,000.00**

### 3.26

**Nonpriority creditor's name and mailing address**

**CFT Clear Finance Technology Corp.**

**1200-33 Yonge Street,**
**Toronto, Ontario,**
**M5E 1G4, Canada**

Date or dates debt was incurred    **06/22/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Merchant Cash Advance**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,500,000.00**

### 3.27

**Nonpriority creditor's name and mailing address**

**Chad Doyle**

**3450 Crestmoor Dr.**

**San Bruno, CA 94066**

Date or dates debt was incurred    **08/31/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Investor Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$10,000.00**

### 3.28

**Nonpriority creditor's name and mailing address**

**Chaisson-Browne LLC**

**35 Fiddlehead Rd**

**Oxford, CT 06478**

Date or dates debt was incurred    **08/11/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Investor Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,500.00**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.29** Nonpriority creditor's name and mailing address

Chang Ting Zou

48 Woodview Dr.

Brewster, MA 02631

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $5,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.30** Nonpriority creditor's name and mailing address

Christina Hong

12407 Bexley

Houston, TX 77099

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.31** Nonpriority creditor's name and mailing address

Christopher Fast

45 Meriam Street

Wakefield, MA 01880

Date or dates debt was incurred  08/23/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $15,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.32** Nonpriority creditor's name and mailing address

Christopher Fast

45 Meriam Street

Wakefield, MA 01880

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $5,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.33** | Nonpriority creditor's name and mailing address

**Christopher Fast**

**45 Meriam Street**

**Wakefield, MA 01880**

Date or dates debt was incurred    10/31/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**Christopher Fontaine**

**7814 Bradenton Drive**

**Charlotte, NC 28210**

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$5,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

**Constantine Trikas**

**840 Fulton Street Apt. 704**

**Brooklyn, NY 11238**

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$5,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address

**Cordtz Tuatoo**

**417 Swift Fox Run**

**Crestview, FL 32536**

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$3,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.37** Nonpriority creditor's name and mailing address

Coventry Capital Partners, LLC

306 Landing Lane

Chesterton, MD 21620

Date or dates debt was incurred    08/17/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**3.38** Nonpriority creditor's name and mailing address

Cristian I Crisan

15408 Fisher Island Dr.

Austin, TX 78717

Date or dates debt was incurred    08/17/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$4,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**3.39** Nonpriority creditor's name and mailing address

Curt Bromm

5785 Open Fields Drive

Whitestown, IN 46075

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**3.40** Nonpriority creditor's name and mailing address

Dan Smith

8021 N Padova Pl.

Tucson, AZ 85741

Date or dates debt was incurred    08/15/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2: Additional Page

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,000.00**
*Check all that apply.*

Daryl W Campbell

3353 River Valley Dr.

Richland, WA 99354

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred 08/23/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,000.00**
*Check all that apply.*

Daryl W Campbell

3353 River Valley Dr.

Richland, WA 99354

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred 08/16/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,000.00**
*Check all that apply.*

David Fisher

832 Kristin Ln

Williamstown, NJ 08094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred 08/11/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,000.00**
*Check all that apply.*

David Hule

842 Harbor Island Dr.

Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred 08/28/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

**3.45** Nonpriority creditor's name and mailing address

Diego Mauro Cogno

65b Cromford Road
SW18 1PA,
London, UK

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

Date or dates debt was incurred     08/12/2022

Last 4 digits of account number     __ __ __ __

**3.46** Nonpriority creditor's name and mailing address

Diego Mauro Cogno

65b Cromford Road
SW18 1PA,
London, UK

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**3.47** Nonpriority creditor's name and mailing address

Diego Mauro Cogno

65b Cromford Road
SW18 1PA,
London, UK

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

Date or dates debt was incurred     08/11/2022

Last 4 digits of account number     __ __ __ __

**3.48** Nonpriority creditor's name and mailing address

Emilija Dimitrovski

Lange Zeile 12,
90419 Nuremberg
Germany

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.49 Nonpriority creditor's name and mailing address

Eric Lee

6620 Wickliff Trail

Plano, TX 75023

Date or dates debt was incurred  08/26/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

### 3.50 Nonpriority creditor's name and mailing address

Ethan Brandt

301 E 4th St

Huxley, IA 50124

Date or dates debt was incurred  08/12/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

### 3.51 Nonpriority creditor's name and mailing address

Evan Johnson and Ejohnson RD LLC

3 Revere Drive

Ridgefield, CT 06877

Date or dates debt was incurred  08/20/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

### 3.52 Nonpriority creditor's name and mailing address

Filipe Peerally

8820 Theriot Rd

Peyton, CO 80831

Date or dates debt was incurred  08/19/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.53

**Nonpriority creditor's name and mailing address**

**Filipe Peerally**

**8820 Theriot Rd**

**Peyton, CO 80831**

Date or dates debt was incurred   **11/15/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.54

**Nonpriority creditor's name and mailing address**

**Filipe Peerally**

**8820 Theriot Rd**

**Peyton, CO 80831**

Date or dates debt was incurred   **11/14/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.55

**Nonpriority creditor's name and mailing address**

**Franshesca Castoria**

**2 Hearthwood Court**

**Manahawkin, NJ 08050**

Date or dates debt was incurred   **08/13/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.56

**Nonpriority creditor's name and mailing address**

**Frederic W. Corwin III**

**26 Boswell Rd.**

**Reading, MA 01867**

Date or dates debt was incurred   **08/11/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.57** Nonpriority creditor's name and mailing address

Frederic W. Corwin III

26 Boswell Rd.

Reading, MA 01867

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rev. Share Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Gary L DeVries

2204 Ashwood Drive

Aberdeen, SD 57401

Date or dates debt was incurred   **08/18/2022**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$40,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

George Andrew Simons CDP

15b Acacia Lane,
Cambridge Road,
Sandys MA 02 Bermuda

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rev. Share Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Girish Amin

1419 Sierra Glen Circle

Apex, NC 27502

Date or dates debt was incurred   **08/23/2022**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$25,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.61** Nonpriority creditor's name and mailing address

**Glenn Hunter**

**80 Forest Drive**

**East Northport, NY 11731**

Date or dates debt was incurred    **10/28/2022**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$75,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

**Glenn Hunter**

**80 Forest Drive**

**East Northport, NY 11731**

Date or dates debt was incurred    **08/19/2022**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$25,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

**Green Future Investments LLC**

**333 Turn Pike Dr.**

**Folsom, CA 95630**

Date or dates debt was incurred    **11/10/2022**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

**Green Future Investments LLC**

**333 Turn Pike Dr.**

**Folsom, CA 95630**

Date or dates debt was incurred    **08/30/2022**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.65** Nonpriority creditor's name and mailing address

Green Future Investments LLC

333 Turn Pike Dr.

Folsom, CA 95630

Date or dates debt was incurred    10/28/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Gregory Baker

224 Furman Farm Pl.

Charleston, SC 29492

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address

Gregory Wilson

15 W 110th St. Apt. 22

New York, NY 10026

Date or dates debt was incurred    08/15/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Harold Bishop

3009 S John Redditt Ste E #398

Lufkin, TX 75904

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $26,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.69** Nonpriority creditor's name and mailing address

Hasan Ugur Koyluoglu

1064 Great Road

Princeton, NJ 08540

Date or dates debt was incurred    08/31/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**$200,000.00**

---

**3.70** Nonpriority creditor's name and mailing address

Henry Shao

1955 Junewood Ave.

San Jose, CA 95132

Date or dates debt was incurred    08/22/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

**3.71** Nonpriority creditor's name and mailing address

Iryna Zhuravel

8929 Lombard Place

Apt. 123

San Diego, CA 92122

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

---

**3.72** Nonpriority creditor's name and mailing address

J333 Ventures LLC

1706 Elliot Ranch Rd

Buda, TX 78610

Date or dates debt was incurred    09/15/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**$100,000.00**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.73**

**Nonpriority creditor's name and mailing address**

**Jack Atkin**

**16 Hamlin Road**

**Edison, NJ 08817**

Date or dates debt was incurred    **08/30/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      **$30,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Lender

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Jack Atkin**

**16 Hamlin Road**

**Edison, NJ 08817**

Date or dates debt was incurred    **10/31/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      **$30,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Lender

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**

**Jack P. Hopper**

**2116 Fordham Ln.**

**Austin, TX 78723**

Date or dates debt was incurred    **09/06/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      **$25,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**

**James Steele**

**510 Coffin Alley, PO Box 382**

**Portland, PA 18351**

Date or dates debt was incurred    **08/18/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.77

**Nonpriority creditor's name and mailing address**
**Jan Kvita**

**Ke Krci 1002/24**
**Prague**
**Czech Republic**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,000.00**

**Date or dates debt was incurred**    **08/19/2022**

**Last 4 digits of account number**    __ __ __ __

---

### 3.78

**Nonpriority creditor's name and mailing address**
**Jaron ("Robert") Glasgow**

**6960 10th St N Apt. 207**

**Oakdale, MN 55128**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,000.00**

**Date or dates debt was incurred**    **08/18/2022**

**Last 4 digits of account number**    __ __ __ __

---

### 3.79

**Nonpriority creditor's name and mailing address**
**Jason Croft**

**28A Parkway Village**

**Cranford, NJ 07016**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,000.00**

**Date or dates debt was incurred**    **08/16/2022**

**Last 4 digits of account number**    __ __ __ __

---

### 3.80

**Nonpriority creditor's name and mailing address**
**Jason D Arnold**

**1140 Bonanza Drive**

**Okemos, MI 48864**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,220.00**

**Date or dates debt was incurred**    **08/19/2022**

**Last 4 digits of account number**    __ __ __ __

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2: Additional Page

---

**3.81** **Nonpriority creditor's name and mailing address**

Jason D Arnold

1140 Bonanza Drive

Okemos, MI 48864

Date or dates debt was incurred     08/12/2022

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**                          $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.82** **Nonpriority creditor's name and mailing address**

Jason Kahle

347 White Fox Run

Fallbrook, CA 92028

Date or dates debt was incurred     08/12/2022

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**                          $12,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

Jeff Meyer

33970 Rebecca Rd

Kingston, IL 60145

Date or dates debt was incurred     _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**                          $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

Jeffrey Wells

18550 Hatteras St. #2

Tarzana, CA 91356

Date or dates debt was incurred     08/16/2022

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**                          $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.85** Nonpriority creditor's name and mailing address

Jeffrey Wells

18550 Hatteras St. #2

Tarzana, CA 91356

Date or dates debt was incurred   08/18/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,000.00

---

**3.86** Nonpriority creditor's name and mailing address

Jeremy Greiner

1709 Crestwood Drive

Alexandria, VA 22302

Date or dates debt was incurred   08/18/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,000.00

---

**3.87** Nonpriority creditor's name and mailing address

Jeremy Greiner

1709 Crestwood Drive

Alexandria, VA 22302

Date or dates debt was incurred   _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,000.00

---

**3.88** Nonpriority creditor's name and mailing address

Jeremy Phillips

211 W Verdugo Ave. #201

Burbank, CA 91502

Date or dates debt was incurred   08/11/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,500.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

---

**3.89** Nonpriority creditor's name and mailing address

Joao Carlos Dos Santos Branquinho,

3530 Mystic Pointe Dr. Apt. 2012

Aventura, FL 33180

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rev. Share Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,000.00**

---

**3.90** Nonpriority creditor's name and mailing address

Joao Carlos Santos Branquinho

3530 Mystic Pointe Dr. Apt. 2012

Miami, FL 33180

Date or dates debt was incurred    08/19/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,000.00**

---

**3.91** Nonpriority creditor's name and mailing address

John W Polomny

1116 Palm Valley Drive E

Harlingen, TX 78552

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

**3.92** Nonpriority creditor's name and mailing address

Johnny F Evans

234 Bay St. N.W.

Fort Walton Beach, FL 32548

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,000.00** |

Johnny F Evans

234 Bay St. N.W.

Fort Walton Beach, FL 32548

Date or dates debt was incurred  **10/29/2022**

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,050.00** |

Johnny F Evans

234 Bay St. N.W.

Fort Walton Beach, FL 32548

Date or dates debt was incurred  **08/16/2022**

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** |

Jon A. Sims

25558 Fitzgerald Ave

Stevenson Ranch, CA 91381

Date or dates debt was incurred  **08/11/2022**

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,000.00** |

Jonathan Adams

1535 Crooked Stick

San Antonio, TX 78260

Date or dates debt was incurred  _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rev. Share Note**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.97 Nonpriority creditor's name and mailing address

Jong Yul Kim

11048 SE 31st St.

Bellevue, WA 98004

**Date or dates debt was incurred**    08/16/2022

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.98 Nonpriority creditor's name and mailing address

Jordan Case

302 Pinecrest Pl

Andover, KS 67002

**Date or dates debt was incurred**    08/11/2022

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.99 Nonpriority creditor's name and mailing address

Jordan Case

302 Pinecrest Pl

Andover, KS 67002

**Date or dates debt was incurred**    11/14/2022

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.100 Nonpriority creditor's name and mailing address

Jordan Lund

5452 Aldrich Ave S

Minneapolis, MN 55419

**Date or dates debt was incurred**    08/13/2022

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.101**

**Nonpriority creditor's name and mailing address**
Jordan Lund

5452 Aldrich Ave S

Minneapolis, MN 55419

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102**

**Nonpriority creditor's name and mailing address**
Jose Ceniceros

19621 6th Ave S

Des Moines, WA 98148

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103**

**Nonpriority creditor's name and mailing address**
Jose Fabian Kabigumila

9 Myrna Dr.

Marlborough, CT 06447

Date or dates debt was incurred 08/16/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104**

**Nonpriority creditor's name and mailing address**
Joseph Carothers

1813 Honey Hill Rd.

Hardeeville, KS 66027

Date or dates debt was incurred 08/31/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;">**Part 2:**</div> Additional Page

---

**3.105** **Nonpriority creditor's name and mailing address**

Juan Jackson

1804 Barksdale Drive

Lexington, KY 40511

Date or dates debt was incurred  08/12/2022

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** **Nonpriority creditor's name and mailing address**

Juan Jackson

1804 Barksdale Drive

Lexington, KY 40511

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107** **Nonpriority creditor's name and mailing address**

Juan Jackson

1804 Barksdale Drive

Lexington, KY 40511

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

Kishore Anjaneyulu

1204 Yarrow Rd

Matthews, NC 28104

Date or dates debt was incurred  08/27/2022

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.109**  **Nonpriority creditor's name and mailing address**

Laurie Cercone

604 Eagle

Austin, TX 78734

Date or dates debt was incurred    __09/03/2022__

Last 4 digits of account number    __ __ __ __

Remarks: New Quest Enterprises, LLC

**As of the petition filing date, the claim is:**    __$25,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**  **Nonpriority creditor's name and mailing address**

Lawrence D. Hutchison

306 Landing Lane

Chestertown, MD 21620

Date or dates debt was incurred    __08/17/2022__

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    __$25,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**  **Nonpriority creditor's name and mailing address**

Lawrence D. Hutchison

306 Landing Lane

Chestertown, MD 21620

Date or dates debt was incurred    __08/22/2022__

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    __$20,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112**  **Nonpriority creditor's name and mailing address**

Lawrence D. Hutchison and Marcia Hutchison

306 Landing Lane

Chestertown, MD 21620

Date or dates debt was incurred    __10/28/2022__

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    __$25,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.113** | **Nonpriority creditor's name and mailing address**

Leonid Mordkovich

1974 Devonshire Ave

Avon, IN 46123

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**

Mallory Frick and JM FRICK LLC

328 Ledge Stone drive

Austin, TX 78737

Date or dates debt was incurred  08/19/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     **$100,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**

Manoj Sonje

16303 Chelsea Place Apt. 236

Selma, TX 78154

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     **$1,300.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address**

Marc Russell

471 East 4300 North

Provo, UT 84604

Date or dates debt was incurred  08/13/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.117** Nonpriority creditor's name and mailing address

Marco Frabotta

2222 Detroit Ave 1013

Cleveland, OH 44113

Date or dates debt was incurred     08/11/2022

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address

Mark and Candice Gimbel Family Living Trust

13258 N. 79th St.

Scottsdale, AZ 85260

Date or dates debt was incurred     08/18/2022

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address

Mark Beauharnois

6867 Amanda Lane

Lockport, NY 14094

Date or dates debt was incurred     08/17/2022

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address

Mark Beauharnois

6867 Amanda Lane

Lockport, NY 14094

Date or dates debt was incurred     11/16/2022

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | __ASTRALABS Inc__ | Case number *(if known)* | __23-10164__ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.121** | **Nonpriority creditor's name and mailing address**

Mark Beauharnois

6867 Amanda Lane

Lockport, NY 14094

Date or dates debt was incurred __08/24/2022__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$4,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**

Martin Duenaz

30280 Prospect Rd

Nettleton, MS 38858

Date or dates debt was incurred __08/13/2022__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$1,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**

Matthew Hendershot

1841 W Wisteria Dr

Chandler, AZ 85248

Date or dates debt was incurred __08/23/2022__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$5,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**

Matthew Peter Kelly and Xin Geng Kelly

13190 Burke Rd

Los Altos, CA 94022

Date or dates debt was incurred __09/15/2022__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$100,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.125** | Nonpriority creditor's name and mailing address

**Max Mahan**

**4479 Vrain St.**

**Denver, CO 80212**

Date or dates debt was incurred    **08/12/2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,000.00**

---

**3.126** | Nonpriority creditor's name and mailing address

**Max Mahan**

**4479 Vrain St.**

**Denver, CO 80212**

Date or dates debt was incurred    **08/12/2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,000.00**

---

**3.127** | Nonpriority creditor's name and mailing address

**Melane Rella and Angelo Rella**

**628 Burno Mountain Road**

**Cotopaxi, CO 81223**

Date or dates debt was incurred    **08/23/2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,000.00**

---

**3.128** | Nonpriority creditor's name and mailing address

**Melissa Hector**

**1080 Cypress Parkway Suite 1187**

**Kissimmee, FL 34759**

Date or dates debt was incurred    **08/11/2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.129** | Nonpriority creditor's name and mailing address

Michael Brown

56 Blackberry Ln

Yarmouth, ME 04096

Date or dates debt was incurred   10/29/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $40,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address

Michael Brown

56 Blackberry Ln

Yarmouth, ME 04096

Date or dates debt was incurred   08/12/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address

Michael Harrison Jr

136 Cowper St

Palo Alto, CA 94301

Date or dates debt was incurred   08/13/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address

Michael Michael

333 Turn Pike Dr.

Folsom, CA 95630

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|--------|-------------------|--------------------------|--------------|
| | Name | | |

## Part 2: Additional Page

**3.133** **Nonpriority creditor's name and mailing address**

Michael Miracle

14 Chardonnay Drive

Holmdel, NJ 07733

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**

Nageswara Kondraganti

12365 Willowgate Dr.

Frisco, TX 75035

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135** **Nonpriority creditor's name and mailing address**

Nainesh Patel

23 Nancy St.

Kendall Park, NJ 08824

Date or dates debt was incurred    10/28/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136** **Nonpriority creditor's name and mailing address**

Nainesh Patel

23 Nancy St.

Kendall Park, NJ 08824

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.137

**Nonpriority creditor's name and mailing address**

Nainesh Patel

23 Nancy St.

Kendall Park, NJ 08824

Date or dates debt was incurred  __08/12/2022__

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  __$25,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.138

**Nonpriority creditor's name and mailing address**

Naishadh Saraiya

5025 Hudson Drive

Plano, TX 75093

Date or dates debt was incurred  __08/16/2022__

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  __$5,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.139

**Nonpriority creditor's name and mailing address**

Nemanja Milosevic

Lange Zeile 12,
90419 Nuremberg
Germany

Date or dates debt was incurred  __09/01/2022__

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  __$10,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.140

**Nonpriority creditor's name and mailing address**

Nemanja Milosevic

Lange Zeile 12,
90419 Nuremberg
Germany

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  __$5,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Rev. Share Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**3.141** | **Nonpriority creditor's name and mailing address**
Nic Hickox

4301 W. William Cannon Dr. STE B-150 #107

Austin, TX 78749

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** ___$2,500.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**
Nirmalbhai C Patel

52 Meadow Brook Rd.

Edison, NJ 08837

Date or dates debt was incurred  09/01/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** ___$5,000.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**
Paul and Mary Wilcox

380 Columbus Ave. #1

Boston, MA 02116

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** ___$10,000.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**
Petr Zaytsev

3632 Carlisle Dr

Durham, NC 27707

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** ___$1,000.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.145**

**Nonpriority creditor's name and mailing address**

Petr Zaytsev

3632 Carlisle Dr

Durham, NC 27707

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

---

**3.146**

**Nonpriority creditor's name and mailing address**

Rajamani Ganesh

13895 Clatsop Way

San Diego, CA 92129

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

---

**3.147**

**Nonpriority creditor's name and mailing address**

Rakesh Bhimaraddi Sasvihalli

#132, SRIGANDHA, VINAYAK COLONY, VIDYANAGAR
HUBLI, 580031

Date or dates debt was incurred   08/23/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lender

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.148**

**Nonpriority creditor's name and mailing address**

Richard Ditter

9449 Poplar Ave

Germantown, TN 38138

Date or dates debt was incurred   08/18/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

**3.149** | Nonpriority creditor's name and mailing address

**Richard Litzky**

**5158 Forest Brook Pkwy**

**Marietta, GA 30068**

| As of the petition filing date, the claim is: | **$5,000.00** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

| Date or dates debt was incurred | **08/23/2022** |

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.150** | Nonpriority creditor's name and mailing address

**Richard Pottin**

**312 - 6380 Buswell Street**
**Richmond, BC**
**V6Y 2G2**

| As of the petition filing date, the claim is: | **$10,000.00** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

| Date or dates debt was incurred | **08/19/2022** |

Last 4 digits of account number  __ __ __ __

---

**3.151** | Nonpriority creditor's name and mailing address

**Richard Pottin**

**312 - 6380 Buswell Street**
**Richmond, BC**
**V6Y 2G2**

| As of the petition filing date, the claim is: | **$10,000.00** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

| Date or dates debt was incurred | **11/08/2022** |

Last 4 digits of account number  __ __ __ __

---

**3.152** | Nonpriority creditor's name and mailing address

**Richard S Mackin Jr**

**1639 Glasgo Rd.**

**Griswold, CT 06351**

| As of the petition filing date, the claim is: | **$3,000.00** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

| Date or dates debt was incurred | **08/30/2022** |

Last 4 digits of account number  __ __ __ __

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.153** | **Nonpriority creditor's name and mailing address**

Robert Bruce

7077 N Mason Ave.

Chicago, IL 60646

Date or dates debt was incurred    11/05/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**

Roosevelt Scott

802 Hawk View Court

Fairview Heights, IL 62208

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**

Roosevelt Scott

802 Hawk View Court

Fairview Heights, IL 62208

Date or dates debt was incurred    11/10/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**

Roosevelt Scott

802 Hawk View Court

Fairview Heights, IL 62208

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.157** | Nonpriority creditor's name and mailing address

Ross Wigle

168 Charterhouse Cres.
Ancaster, ON
Canada L9G 4M5

Date or dates debt was incurred    08/16/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.158** | Nonpriority creditor's name and mailing address

Rushi Ukani

8 Koster Blvd. Apt. 6A

Edison, NJ 08837

Date or dates debt was incurred    08/31/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.159** | Nonpriority creditor's name and mailing address

Ruth Griffith and Anthony Griffith

96 Puunoa Pl.

Lahaina, HI 96761

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

---

**3.160** | Nonpriority creditor's name and mailing address

Ruth Griffith and Anthony Griffith

96 Puunoa Pl.

Lahaina, HI 96761

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.161 Nonpriority creditor's name and mailing address

Ryan Burt

18115 59th Ave N.

Minneapolis, MN 55446

Date or dates debt was incurred ___09/02/2022___

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.162 Nonpriority creditor's name and mailing address

Ryan Burt

18115 59th Ave N.

Minneapolis, MN 55446

Date or dates debt was incurred ___08/27/2022___

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.163 Nonpriority creditor's name and mailing address

Ryan Burt

18115 59th Ave N.

Minneapolis, MN 55446

Date or dates debt was incurred ___11/23/2022___

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.164 Nonpriority creditor's name and mailing address

Ryan Hall

6053 Big Pond Trl

Grovetown, GA 30813

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rev. Share Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.165

**Nonpriority creditor's name and mailing address**

Saifon Chang

5822 E. Wildrose Dr.

Orange, CA 92867

Date or dates debt was incurred      08/30/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

---

### 3.166

**Nonpriority creditor's name and mailing address**

Salvatore Pepe

1011 Schindler Dr.

Silver Spring, MD 20903

Date or dates debt was incurred      08/18/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

---

### 3.167

**Nonpriority creditor's name and mailing address**

Salvatore Pepe

1011 Schindler Dr.

Silver Spring, MD 20903

Date or dates debt was incurred      11/07/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

### 3.168

**Nonpriority creditor's name and mailing address**

Samuel Esau Goldman

2129 Grand Oaks Ave.

Altadena, CA 91001

Date or dates debt was incurred      08/12/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.169** **Nonpriority creditor's name and mailing address**

Sanjay Pinnock

7275 Leonard Street

Philadelphia, PA 19149

Date or dates debt was incurred   08/12/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

---

**3.170** **Nonpriority creditor's name and mailing address**

Sanjay V Patel

17199 Carrotwood Dr.

Riverside, CA 92503

Date or dates debt was incurred   08/11/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

---

**3.171** **Nonpriority creditor's name and mailing address**

Sedjin Alka

203 West Sealy Ave.

Alvin, TX 77511

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

---

**3.172** **Nonpriority creditor's name and mailing address**

Shankar Narayanan Shankar Ganpathy

6820 Preston Road Apt. 225

Plano, TX 75024

Date or dates debt was incurred   08/12/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.173** | Nonpriority creditor's name and mailing address
**SoftDsk, LLC**

**PO Box 5963**

**Plant City, FL 33563**

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $7,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address
**SoftDsk, LLC**

**PO Box 5963**

**Plant City, FL 33563**

Date or dates debt was incurred    11/10/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $8,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address
**Spencer Diner**

**4261 South Pearl Street**

**Englewood, CO 80013**

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address
**Stephen Berger**

**64 Northland Rd**

**Windham, NH 03087**

Date or dates debt was incurred    08/22/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3">**Part 2:** Additional Page</td></tr>
</table>

**3.177** Nonpriority creditor's name and mailing address

Stripe Capital

185 Berry St. #550

San Francisco, CA 94107

Date or dates debt was incurred     8/27/2020

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     $162,318.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  A/R

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

Talent Dube

8/100 Wittenoom Rd.
High Wycombe, WA 6057
(Perth, Australia)

Date or dates debt was incurred     08/13/2022

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lender

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address

Tammy Hong

12407 Bexley Dr.

Houston, TX 77099

Date or dates debt was incurred     08/30/2022

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address

The Hochman Family Trust

6104 Sierra Arbor Ct.

Austin, TX 78759

Date or dates debt was incurred     08/23/2022

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     $50,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.181

**Nonpriority creditor's name and mailing address**

Thomas Dolezal

1166 Pitkin Ave.

Akron, OH 44310

Date or dates debt was incurred ___08/11/2022___

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

### 3.182

**Nonpriority creditor's name and mailing address**

Thomas Dolezal

1166 Pitkin Ave.

Akron, OH 44310

Date or dates debt was incurred ___10/28/2022___

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

### 3.183

**Nonpriority creditor's name and mailing address**

Thomas Dolezal

1166 Pitkin Ave.

Akron, OH 44310

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rev. Share Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

### 3.184

**Nonpriority creditor's name and mailing address**

Thomas E. Canty

7592 Mona Ln.

San Diego, CA 92130

Date or dates debt was incurred ___08/12/2022___

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.185** | **Nonpriority creditor's name and mailing address**

Thomas Mueller

9571 Crestwood Lane

Anaheim, CA 92804

Date or dates debt was incurred   08/23/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $2,549.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**

Thomas Mueller

9571 Crestwood Lane

Anaheim, CA 92804

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address**

Timothy C. Taylor, Sr

P.O. Box 5371

Austin, TX 78763

Date or dates debt was incurred   08/11/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $50,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address**

U.S. Small Business Administration

1545 Hawkins Blvd 202

El Paso, TX 79925

Date or dates debt was incurred   12/20/2021

Last 4 digits of account number   7  4  0  4

**As of the petition filing date, the claim is:**   $500,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EIDL Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.189** Nonpriority creditor's name and mailing address

**Victoria Lerner, Trustee, Lerner Living Trust**

**11758 Crescenda Street**

**Los Angeles, CA 90049**

Date or dates debt was incurred   **08/31/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.190** Nonpriority creditor's name and mailing address

**Vincent Goveas**

**1251 Weathersfield Way**

**San Jose, CA 95118**

Date or dates debt was incurred   **08/30/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.191** Nonpriority creditor's name and mailing address

**Vincent Mach**

**950 Windsong Court**

**Diamond Bar, CA 91765**

Date or dates debt was incurred   **08/18/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.192** Nonpriority creditor's name and mailing address

**Virgilio Yabut**

**A & F Guaranteed Service, LLC**

**2 Meadow Lark Lane**

**Franklin Park, NJ 08823**

Date or dates debt was incurred   **08/12/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | ASTRALABS Inc | | Case number *(if known)* | 23-10164 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

**3.193** Nonpriority creditor's name and mailing address

Wesley Kotcher

39 S Main St.

Rosedale, IN 47874

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194** Nonpriority creditor's name and mailing address

Wilfrid Jean-Francois

2144 Oakwood Place

Elmont, NY 11003

Date or dates debt was incurred  08/12/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lender

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195** Nonpriority creditor's name and mailing address

Wilfrid Jean-Francois

2144 Oakwood Place

Elmont, NY 11003

Date or dates debt was incurred  08/21/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196** Nonpriority creditor's name and mailing address

William Adams

11732 Reva Dr.

Garden Grove, CA 92840

Date or dates debt was incurred  08/12/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.197** **Nonpriority creditor's name and mailing address**

William P Daly III

907 Lakewood Ct S

Maplewood, MN 55119

Date or dates debt was incurred ___08/24/2022___

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** ___$2,000.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198** **Nonpriority creditor's name and mailing address**

Zabel M. Miracle and Micheal J Miracle

14 Chardonnay Drive

Holmdel, NJ 07733

Date or dates debt was incurred ___08/19/2022___

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** ___$10,000.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**

Zachary Fuchs

41 Glenbrook Rd.

Monsey, NY 10952

Date or dates debt was incurred ___08/18/2022___

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** ___$30,000.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**

Zachary Fuchs

41 Glenbrook Rd.

Monsey, NY 10952

Date or dates debt was incurred ___10/31/2022___

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** ___$20,000.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.201** **Nonpriority creditor's name and mailing address**

Zachary Potvin

1016 Enchantment Rd.

Rapid City, SD 57701

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

**Part 3:** List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Bootstrap Servicing, Inc.**<br>**510 Townsend Street**<br>**San Francisco, CA 94103** | Line **3.177**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Celtic Bank**<br>**268 South State Street Suite 300**<br>**Salt Lake City, UT 84111** | Line **3.177**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Clearco**<br>**Pavilion House,**<br>**31 Fitzwilliam Square,**<br>**Dublin 2, Ireland** | Line **3.26**<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$4,666,437.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$4,666,437.00** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ASTRALABS Inc |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): 23-10164  Chapter 11 | |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br>979 Springdale Rd, Unit 123, Austin, TX<br>Contract to be ASSUMED<br><br>State the term remaining  46 months<br><br>List the contract number of any government contract | 3423 Holdings, LLC<br>4811 E 7th Street<br>Austin, TX 78702 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br>Corporate Housing<br>Contract to be REJECTED<br><br>State the term remaining  5 months<br><br>List the contract number of any government contract | Barrero, Martha A.<br>2121 Lohman's Crossing Road 504-426<br>Austin, TX 78734 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br>Corporate Housing<br>Contract to be REJECTED<br><br>State the term remaining  6 months<br><br>List the contract number of any government contract | Mease, Kevin<br>300 S. Lamar 207<br>Austin, TX 78704 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**ASTRALABS Inc**_____

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____
(State)

Case number (If known): ____**23-10164**_____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Nihar Patel | 979 Springdale Rd. Suite #123<br>Street<br>979 Springdale Rd. Suite #123<br>Austin, TX 78723<br>City    State    ZIP Code | Iruka Capital<br><br>Apex Funding Source, LLC | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Ryan, Andrew | 979 Springdale Rd. Suite #123<br>Street<br>Austin, TX 78723<br>City    State    ZIP Code | Iruka Capital<br><br>Apex Funding Source, LLC | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | ASTRALABS Inc | Case number (if known) 23-10164 |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City  State  ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City  State  ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

| Official Form 206H | Schedule H: Codebtors | page 2 of 2 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name _____ASTRALABS Inc_____

United States Bankruptcy Court for the:

_____Western District of Texas_____

Case number (if known): _____23-10164_____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*...................................................................................... | $0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... | $1,716,816.59

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................... | $1,716,816.59

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $1,130,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... | $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | + $4,666,437.00

4. **Total liabilities**...................................................................................................................... | $5,796,437.00
    Lines 2 + 3a + 3b

3423 HOLDINGS, LLC
4811 E 7TH STREET
AUSTIN, TX 78702

ADWAIT MUTHAL
7 WAINWRIGHT RD UNIT 80
WINCHESTER, MA 01890-2381

ALBERT BALADY
208 ACKERMAN AVE
HO HO KUS, NJ 07423-1006

ALEXANDER CLARENCE
MCINTOSH
1047 EAST SPAZIER AVE. APT. # L
BURBANK, CA 91502

ALEXANDER SEERY
925 ROLFE PLACE
ALEXANDRIA, VA 22314

ALEXANDRA CHERWA AKA
JONATHAN CHERWA
15907 91ST AVE CT E
PUYALLUP, WA 98375

ALEXANDRE SYLVESTRE
609 TOWER DR.
EDGEWATER, NJ 07020

ANTHONY RUNNELS
12024 ROCK CREEK CT.
HAWTHORNE, CA 90250

ANTHONY VELOSO
730 MASON ROAD
JEFFERSON, MA 01522


ANTONELLO LODDO
205 RIDGE AVE
GETTYSBURG, PA 17325


ANU SANTHANAGOPAL
12 BRITTANY WAY
KENDALL PARK, NJ 08824


ANUJ JAIN AKA ANMOL JAIN
620 W 42N ST APT S06G
NEW YORK, NY 10036


APEX FUNDING SOURCE, LLC
3050 BISCAYNE BLVD SUITE 502
MIAMI, FL 33137


ARTURO BENEDICTO M. LLANO
10 JUAN LUNA, UP CAMPUS,
DILIMAN, QUEZON CITY,
METRO MANILA


ASTRALABS INC
979 SPRINGDALE ROAD SUITE #123
AUSTIN, TX 78723


AVINASH REDDY DESIREDDY
16304 FM 1325 APT 7315
AUSTIN, TX 78728

BAIPING GUO
8 MOONEY STREET
LANE COVE NORTH NSW 2066
AUSTRALIA


MARTHA A. BARRERO
2121 LOHMAN'S CROSSING ROAD
504-426
AUSTIN, TX 78734


BILLY JACK LINSLEY
16 BODINE STREET
WELLSBORO, PA 16901


BOOTSTRAP SERVICING, INC.
510 TOWNSEND STREET
SAN FRANCISCO, CA 94103


BRADFORD CHAN
2540 WEXFORD AVE.
SOUTH SAN FRANCISCO, CA 94080


BRADLEY G KESSLER /
KESSLER REALTY HOLDINGS
INC.
1621 NORTHLAND AVE
LAKEWOOD, OH 44107


BRADLEY ROBERTSON
550 OAK GROVE AVE. UNIT 122
MENLO PARK, CA 94025


CAMERON RESNICK
870 NORTH 28TH STREET 101
PHILADELPHIA, PA 19130

CARL LUMMA
367 LOS GATOS BLVD
LOS GATOS, CA 95032

CARL RUSSO
707 WILLOW AVE. UNIT #2
HOBOKEN, NJ 07030

CASEY MELCHER
1635 N WATER ST. APT 602
MILWAUKEE, WI 53202

CELTIC BANK
268 SOUTH STATE STREET SUITE 300
SALT LAKE CITY, UT 84111

CFT CLEAR FINANCE
TECHNOLOGY CORP.
1200-33 YONGE STREET,
TORONTO, ONTARIO,
M5E 1G4, CANADA

CHAD DOYLE
3450 CRESTMOOR DR.
SAN BRUNO, CA 94066

CHAISSON-BROWNE LLC
35 FIDDLEHEAD RD
OXFORD, CT 06478

CHANG TING ZOU
48 WOODVIEW DR.
BREWSTER, MA 02631

CHRISTINA HONG
12407 BEXLEY
HOUSTON, TX 77099


CHRISTOPHER FAST
45 MERIAM STREET
WAKEFIELD, MA 01880


CHRISTOPHER FONTAINE
7814 BRADENTON DRIVE
CHARLOTTE, NC 28210


CLEARCO
PAVILION HOUSE,
31 FITZWILLIAM SQUARE,
DUBLIN 2, IRELAND


CONSTANTINE TRIKAS
840 FULTON STREET APT. 704
BROOKLYN, NY 11238


CORDTZ TUATOO
417 SWIFT FOX RUN
CRESTVIEW, FL 32536


COVENTRY CAPITAL
PARTNERS, LLC
306 LANDING LANE
CHESTERTOWN, MD 21620


CRISTIAN I CRISAN
15408 FISHER ISLAND DR.
AUSTIN, TX 78717

CURT BROMM
5785 OPEN FIELDS DRIVE
WHITESTOWN, IN 46075


DAN SMITH
8021 N PADOVA PL.
TUCSON, AZ 85741


DARYL W CAMPBELL
3353 RIVER VALLEY DR.
RICHLAND, WA 99354


DAVID FISHER
832 KRISTIN LN
WILLIAMSTOWN, NJ 08094


DAVID HULE
842 HARBOR ISLAND DR.
NEWPORT BEACH, CA 92660


DIEGO MAURO COGNO
65B CROMFORD ROAD
SW18 1PA,
LONDON, UK


EMILIJA DIMITROVSKI
LANGE ZEILE 12,
90419 NUREMBERG
GERMANY


ERIC LEE
6620 WICKLIFF TRAIL
PLANO, TX 75023

ETHAN BRANDT
301 E 4TH ST
HUXLEY, IA 50124


EVAN JOHNSON AND
EJOHNSON RD LLC
3 REVERE DRIVE
RIDGEFIELD, CT 06877


FILIPE PEERALLY
8820 THERIOT RD
PEYTON, CO 80831


FRANSHESCA CASTORIA
2 HEARTHWOOD COURT
MANAHAWKIN, NJ 08050


FREDERIC W. CORWIN III
26 BOSWELL RD.
READING, MA 01867


GARY L DEVRIES
2204 ASHWOOD DRIVE
ABERDEEN, SD 57401


GEORGE ANDREW SIMONS
CDP
15B ACACIA LANE,
CAMBRIDGE ROAD,
SANDYS MA 02 BERMUDA

GIRISH AMIN
1419 SIERRA GLEN CIRCLE
APEX, NC 27502

GLENN HUNTER
80 FOREST DRIVE
EAST NORTHPORT, NY 11731


GREEN FUTURE INVESTMENTS
LLC
333 TURN PIKE DR.
FOLSOM, CA 95630


GREGORY BAKER
224 FURMAN FARM PL.
CHARLESTON, SC 29492


GREGORY WILSON
15 W 110TH ST. APT. 22
NEW YORK, NY 10026


HAROLD BISHOP
3009 S JOHN REDDITT STE E #398
LUFKIN, TX 75904


HASAN UGUR KOYLUOGLU
1064 GREAT ROAD
PRINCETON, NJ 08540


HENRY SHAO
1955 JUNEWOOD AVE.
SAN JOSE, CA 95132


IRUKA CAPITAL
162 ELMORA AVE #211
ELIZABETH, NJ 07202

IRYNA ZHURAVEL
8929 LOMBARD PLACE
APT. 123
SAN DIEGO, CA 92122

J333 VENTURES LLC
1706 ELLIOT RANCH RD
BUDA, TX 78610

JACK ATKIN
16 HAMLIN ROAD
EDISON, NJ 08817

JACK P. HOPPER
2116 FORDHAM LN.
AUSTIN, TX 78723

JAMES STEELE
510 COFFIN ALLEY, PO BOX 382
PORTLAND, PA 18351

JAN KVITA
KE KRCI 1002/24
PRAGUE
CZECH REPUBLIC

JARON ("ROBERT") GLASGOW
6960 10TH ST N APT. 207
OAKDALE, MN 55128

JASON CROFT
28A PARKWAY VILLAGE
CRANFORD, NJ 07016

JASON D ARNOLD
1140 BONANZA DRIVE
OKEMOS, MI 48864


JASON KAHLE
347 WHITE FOX RUN
FALLBROOK, CA 92028


JEFF MEYER
33970 REBECCA RD
KINGSTON, IL 60145


JEFFREY WELLS
18550 HATTERAS ST. #2
TARZANA, CA 91356


JEREMY GREINER
1709 CRESTWOOD DRIVE
ALEXANDRIA, VA 22302


JEREMY PHILLIPS
211 W VERDUGO AVE. #201
BURBANK, CA 91502


JOAO CARLOS DOS SANTOS
BRANQUINHO,
3530 MYSTIC POINTE DR. APT. 2012
AVENTURA, FL 33180


JOAO CARLOS SANTOS
BRANQUINHO
3530 MYSTIC POINTE DR. APT. 2012
MIAMI, FL 33180

JOHN W POLOMNY
1116 PALM VALLEY DRIVE E
HARLINGEN, TX 78552


JOHNNY F EVANS
234 BAY ST. N.W.
FORT WALTON BEACH, FL 32548


JON A. SIMS
25558 FITZGERALD AVE
STEVENSON RANCH, CA 91381


JONATHAN ADAMS
1535 CROOKED STICK
SAN ANTONIO, TX 78260


JONG YUL KIM
11048 SE 31ST ST.
BELLEVUE, WA 98004


JORDAN CASE
302 PINECREST PL
ANDOVER, KS 67002


JORDAN LUND
5452 ALDRICH AVE S
MINNEAPOLIS, MN 55419


JOSE CENICEROS
19621 6TH AVE S
DES MOINES, WA 98148

JOSE FABIAN KABIGUMILA
9 MYRNA DR.
MARLBOROUGH, CT 06447


JOSEPH CAROTHERS
1813 HONEY HILL RD.
HARDEEVILLE, KS 66027


JUAN JACKSON
1804 BARKSDALE DRIVE
LEXINGTON, KY 40511


KISHORE ANJANEYULU
1204 YARROW RD
MATTHEWS, NC 28104


LAURIE CERCONE
604 EAGLE
AUSTIN, TX 78734


LAWRENCE D. HUTCHISON
306 LANDING LANE
CHESTERTOWN, MD 21620


LAWRENCE D. HUTCHISON
AND MARCIA HUTCHISON
306 LANDING LANE
CHESTERTOWN, MD 21620


LEONID MORDKOVICH
1974 DEVONSHIRE AVE
AVON, IN 46123

MALLORY FRICK AND JM
FRICK LLC
328 LEDGE STONE DRIVE
AUSTIN, TX 78737


MANOJ SONJE
16303 CHELSEA PLACE APT. 236
SELMA, TX 78154


MARC RUSSELL
471 EAST 4300 NORTH
PROVO, UT 84604


MARCO FRABOTTA
2222 DETROIT AVE 1013
CLEVELAND, OH 44113


MARK AND CANDICE GIMBEL
FAMILY LIVING TRUST
13258 N. 79TH ST.
SCOTTSDALE, AZ 85260


MARK BEAUHARNOIS
6867 AMANDA LANE
LOCKPORT, NY 14094


MARTIN DUENAZ
30280 PROSPECT RD
NETTLETON, MS 38858


MATTHEW HENDERSHOT
1841 W WISTERIA DR
CHANDLER, AZ 85248

MATTHEW PETER KELLY AND
XIN GENG KELLY
13190 BURKE RD
LOS ALTOS, CA 94022


MAX MAHAN
4479 VRAIN ST.
DENVER, CO 80212


KEVIN MEASE
300 S. LAMAR 207
AUSTIN, TX 78704


MELANE RELLA AND ANGELO
RELLA
628 BURNO MOUNTAIN ROAD
COTOPAXI, CO 81223


MELISSA HECTOR
1080 CYPRESS PARKWAY SUITE 1187
KISSIMMEE, FL 34759


MICHAEL BROWN
56 BLACKBERRY LN
YARMOUTH, ME 04096


MICHAEL HARRISON JR
136 COWPER ST
PALO ALTO, CA 94301


MICHAEL MICHAEL
333 TURN PIKE DR.
FOLSOM, CA 95630

MICHAEL MIRACLE
14 CHARDONNAY DRIVE
HOLMDEL, NJ 07733

NAGESWARA KONDRAGANTI
12365 WILLOWGATE DR.
FRISCO, TX 75035

NAINESH PATEL
23 NANCY ST.
KENDALL PARK, NJ 08824

NAISHADH SARAIYA
5025 HUDSON DRIVE
PLANO, TX 75093

NEMANJA MILOSEVIC
LANGE ZEILE 12,
90419 NUREMBERG
GERMANY

NIC HICKOX
4301 W. WILLIAM CANNON DR. STE
B-150 #107
AUSTIN, TX 78749

NIHAR PATEL
979 SPRINGDALE RD.
SUITE #123
979 SPRINGDALE RD. SUITE #123
AUSTIN, TX 78723

NIRMALBHAI C PATEL
52 MEADOW BROOK RD.
EDISON, NJ 08837

PAUL AND MARY WILCOX
380 COLUMBUS AVE. #1
BOSTON, MA 02116


PETR ZAYTSEV
3632 CARLISLE DR
DURHAM, NC 27707


RAJAMANI GANESH
13895 CLATSOP WAY
SAN DIEGO, CA 92129


RAKESH BHIMARADDI
SASVIHALLI
#132, SRIGANDHA, VINAYAK COLONY,
VIDYANAGAR
HUBLI, 580031

RICHARD DITTER
9449 POPLAR AVE
GERMANTOWN, TN 38138


RICHARD LITZKY
5158 FOREST BROOK PKWY
MARIETTA, GA 30068


RICHARD POTTIN
312 - 6380 BUSWELL STREET
RICHMOND, BC
V6Y 2G2


RICHARD S MACKIN JR
1639 GLASGO RD.
GRISWOLD, CT 06351

ROBERT BRUCE
7077 N MASON AVE.
CHICAGO, IL 60646


ROOSEVELT SCOTT
802 HAWK VIEW COURT
FAIRVIEW HEIGHTS, IL 62208


ROSS WIGLE
168 CHARTERHOUSE CRES.
ANCASTER, ON
CANADA L9G 4M5


RUSHI UKANI
8 KOSTER BLVD. APT. 6A
EDISON, NJ 08837


RUTH GRIFFITH AND
ANTHONY GRIFFITH
96 PUUNOA PL.
LAHAINA, HI 96761


RYAN BURT
18115 59TH AVE N.
MINNEAPOLIS, MN 55446


RYAN HALL
6053 BIG POND TRL
GROVETOWN, GA 30813


ANDREW RYAN
979 SPRINGDALE RD. SUITE #123
AUSTIN, TX 78723

SAIFON CHANG
5822 E. WILDROSE DR.
ORANGE, CA 92867


SALVATORE PEPE
1011 SCHINDLER DR.
SILVER SPRING, MD 20903


SAMUEL ESAU GOLDMAN
2129 GRAND OAKS AVE.
ALTADENA, CA 91001


SANJAY PINNOCK
7275 LEONARD STREET
PHILADELPHIA, PA 19149


SANJAY V PATEL
17199 CARROTWOOD DR.
RIVERSIDE, CA 92503


SEDJIN ALKA
203 WEST SEALY AVE.
ALVIN, TX 77511


SHANKAR NARAYANAN
SHANKAR GANPATHY
6820 PRESTON ROAD APT. 225
PLANO, TX 75024


SOFTDSK, LLC
PO BOX 5963
PLANT CITY, FL 33563

SPENCER DINER
4261 SOUTH PEARL STREET
ENGLEWOOD, CO 80013


STEPHEN BERGER
64 NORTHLAND RD
WINDHAM, NH 03087


STRIPE CAPITAL
185 BERRY ST. #550
SAN FRANCISCO, CA 94107


TALENT DUBE
8/100 WITTENOOM RD.
HIGH WYCOMBE, WA 6057
(PERTH, AUSTRALIA)


TAMMY HONG
12407 BEXLEY DR.
HOUSTON, TX 77099


THE HOCHMAN FAMILY TRUST
6104 SIERRA ARBOR CT.
AUSTIN, TX 78759


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


THOMAS DOLEZAL
1166 PITKIN AVE.
AKRON, OH 44310

THOMAS E. CANTY
7592 MONA LN.
SAN DIEGO, CA 92130

THOMAS MUELLER
9571 CRESTWOOD LANE
ANAHEIM, CA 92804

TIMOTHY C. TAYLOR, SR
P.O. BOX 5371
AUSTIN, TX 78763

U.S. SMALL BUSINESS
ADMINISTRATION
1545 HAWKINS BLVD 202
EL PASO, TX 79925

VICTORIA LERNER, TRUSTEE,
LERNER LIVING TRUST
11758 CRESCENDA STREET
LOS ANGELES, CA 90049

VINCENT GOVEAS
1251 WEATHERSFIELD WAY
SAN JOSE, CA 95118

VINCENT MACH
950 WINDSONG COURT
DIAMOND BAR, CA 91765

VIRGILIO YABUT
A & F GUARANTEED SERVICE, LLC
2 MEADOW LARK LANE
FRANKLIN PARK, NJ 08823

WESLEY KOTCHER
39 S MAIN ST.
ROSEDALE, IN 47874

WILFRID JEAN-FRANCOIS
2144 OAKWOOD PLACE
ELMONT, NY 11003

WILLIAM ADAMS
11732 REVA DR.
GARDEN GROVE, CA 92840

WILLIAM P DALY III
907 LAKEWOOD CT S
MAPLEWOOD, MN 55119

ZABEL M. MIRACLE AND
MICHEAL J MIRACLE
14 CHARDONNAY DRIVE
HOLMDEL, NJ 07733

ZACHARY FUCHS
41 GLENBROOK RD.
MONSEY, NY 10952

ZACHARY POTVIN
1016 ENCHANTMENT RD.
RAPID CITY, SD 57701

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: **ASTRALABS Inc**                                                     CASE NO 23-10164

                                                                                          CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____03/30/2023_____      Signature _____/s/ Jack Cartwright_____

                                                                              Jack Cartwright, VP of Finance