Fill in this information to identify the case:

Debtor name: ASTRALABS Inc

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): 23-10164

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM/DD/YYYY | to Filing date | ☑ Operating a business<br>☐ Other | $3,207,568.00 |
| **For prior year:** | From 01/01/2022<br>MM/DD/YYYY | to 12/31/2022<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $19,882,980.00 |
| **For the year before that:** | From 01/01/2021<br>MM/DD/YYYY | to 12/31/2021<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $10,057,994.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM/DD/YYYY | to Filing date | | |
| **For prior year:** | From 01/01/2022<br>MM/DD/YYYY | to 12/31/2022<br>MM/DD/YYYY | | |
| **For the year before that:** | From 01/01/2021<br>MM/DD/YYYY | to 12/31/2021<br>MM/DD/YYYY | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Iruka Capital *Creditor's name*<br>162 Elmora Ave #211 *Street*<br><br>Elizabeth, NJ 07202 *City State ZIP Code* | 12/20/2022<br>12/27/2022<br>01/03/2023<br>01/10/2023<br>01/17/2023<br>01/24/2023<br>01/31/2023<br>02/07/2023<br>02/14/2023<br>02/21/2023<br>02/28/2023<br>03/07/2023<br>03/14/2023 | $372,177.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | 3423 Holdings, LLC *Creditor's name*<br>4811 E 7th Street *Street*<br><br>Austin, TX 78702 *City State ZIP Code* | 01/03/2023<br>02/02/2023<br>03/02/2023 | $151,127.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Building Lease |
| 3.3. | Barrero, Martha A. *Creditor's name*<br>2121 Lohman's Crossing Road 504-426 *Street*<br><br>Austin, TX 78734 *City State ZIP Code* | 01/04/2023<br>02/03/2023<br>03/02/2023 | $19,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Corporate Housing |

| 3.4. | Apex Funding Source, LLC<br>Creditor's name<br><br>3050 Biscayne Blvd Suite 502<br>Street<br><br>Miami, FL 33137<br>City            State    ZIP Code | 02/03/2023<br>02/10/2023<br>02/17/2023<br>02/24/2023<br>03/03/2023<br>03/10/2023 | $153,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|---|---|---|---|---|
| 3.5. | Mease, Kevin<br>Creditor's name<br><br>300 S. Lamar 207<br>Street<br><br>Austin, TX 78704<br>City            State    ZIP Code | 01/04/2023<br>02/03/2023<br>03/08/2023 | $19,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Corporate Housing |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | **Insider's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.1. | Creditor's name<br><br>Street<br><br><br>City            State    ZIP Code<br><br>**Relationship to debtor** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | **Creditor's name and address** | **Description of the property** | **Date** | **Value of property** |
|---|---|---|---|---|
| 5.1. | Creditor's name<br><br>Street<br><br><br>City            State    ZIP Code | | | |

Debtor  ASTRALABS Inc    Case number *(if known)*  23-10164
        Name

## Part 3: Legal Actions or Assignments (contextual - shown later)

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1.
Creditor's name
Street
City    State    ZIP Code

Description: XXXX– __ __ __

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

7.1.
**Case title:** Ms. Sara Wadud vs Astralabs, Inc.

**Nature of case:** Charge of Discrimination in Workplace Complaint

**Court or agency's name and address:**
Texas Workforce Commission on Civil Rights Division
117 Trinity St 144-T
Austin, TX 78701

**Status of case:**
☑ Pending
☐ On appeal
☐ Concluded

**Case number:** 451-2022-01622

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.
| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name
Street
City    State    ZIP Code

Case title

Case number

Date of order or assignment

Court name and address
Name
Street
City    State    ZIP Code

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

Debtor  ASTRALABS Inc    Case number *(if known)* 23-10164
                Name
23-10164-smr Doc#37 Filed 03/30/23 Entered 03/30/23 10:55:22 Main Document Pg 5 of 15

9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City   State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|

10.1.

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1. | **Who was paid or who received the transfer?** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|
| The Lane Law Firm | | 3/08/2023 | $10,000.00 |
| **Address** | | 03/15/2023 | $10,000.00 |
| 6200 Savoy Dr Ste 1150 Street | | | |
| Houston, TX 77036-3369 City   State   ZIP Code | | | |
| **Email or website address** billing@lanelaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Address | | | |
| | Street | | | |
| | City  State  ZIP Code | | | |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City  State  ZIP Code | |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City  State  ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. <u>Names, addresses for Customer Lists</u>

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| <u>Astralabs 401K</u> | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
☑ No
☐ Yes

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.1 _____       XXXX– _ _ _ _       ❏ Checking           _____       _____
     Name                                            ❏ Savings
     _____                            ❏ Money market
     Street                                          ❏ Brokerage
     _____                            ❏ Other
     _____                            _____
     City      State    ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | **Depository institution name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | | | | ❏ No |
| | Name | | | ❏ Yes |
| | Street | | | |
| | | **Address** | | |
| | City  State  ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | | | | ❏ No |
| | Name | | | ❏ Yes |
| | Street | | | |
| | | **Address** | | |
| | City  State  ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Owner's name and address** | **Location of the property** | **Description of the property** | **Value** |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City  State  ZIP Code | | | |

Debtor ASTRALABS Inc  Case number (if known) 23-10164
     Name

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name / Street / City State ZIP Code | | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

❏ None

| | **Business name and address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Newchip LLC (Name) / 979 Springdale Rd. (Street) / Austin, TX 78723 | Unused Business - Never Operated | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From _____ To _____ |
| 25.2. | Newchip Fund III LLC (Name) / 979 Springdale Road (Street) / Austin, TX 78702 | Unused Business - Never Operated | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From _____ To _____ |
| 25.3. | Journey Venture Partners (Name) / 979 Springdale Rd. (Street) / Austin, TX 78723 | Created in anticipation of merger that never happened - never operated. | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From _____ To _____ |
| 25.4. | Sofos LLC (Name) / 979 Springdale Rd. (Street) / Austin, TX 78723 | Created in anticipation of merger that never happened - never operated. | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From _____ To _____ |
| 25.5. | Newchip Labs LLC (Name) / 979 Springdale Rd. (Street) / Austin, TX 78723 | Unused Business - Never Operated | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. The Financial Interior LLP — Name<br>2618 Kramer Ln 7075 — Street<br>Austin, TX 78758 — City / State / ZIP Code | From 2016 To 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Jack Cartwright — Name<br>979 Springdale Road 123 — Street<br>Austin, TX 78702 — City / State / ZIP Code | From 10/31/2022 To Current |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.
☑ None

| Name and address |
|---|
| 26d.1. |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?
☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**Name and address of the person who has possession of inventory records**

27.1.  
Name  
_____  
Street  
_____  
City                State            ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan, Andrew | 979 Springdale Rd. Suite #123 Austin, TX 78723 | CEO, Owner | 42.00% |
| Nihar Patel | 979 Springdale Rd. Suite #123 Austin, TX 78723 | Co-Founder, | 20.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No  
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No  
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Ryan, Andrew  <br>Name  <br>979 Springdale Rd. Suite #123  <br>Street  <br>Austin, TX 78723  <br>City   State   ZIP Code  <br>**Relationship to debtor**  <br>CEO | $284,269.00 - for last 12 months | 03/17/2023 | |

Debtor ASTRALABS Inc _____ Case number *(if known)* 23-10164
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Jack Cartwright<br>Name<br><br>Street<br><br>City  State  ZIP Code<br><br>**Relationship to debtor**<br><br>CFO | $93,750.00 - Last 12 Months Payments | 03/17/2023 | |
| 30.3. VP Sales<br>Name<br><br>Street<br><br>City  State  ZIP Code<br><br>**Relationship to debtor**<br><br>VP of Sales | $31,250.00 - Last 12 Months Payments | 03/17/2023 | |
| 30.4. Aly O'Desky<br>Name<br><br>Street<br><br>City  State  ZIP Code<br><br>**Relationship to debtor**<br><br>General Counsel | $58,333.00 - Last 12 Months Payments | 03/17/2023 | |
| 30.5. Nihar Patel<br>Name<br>979 Springdale Rd. Suite #123<br>Street<br>979 Springdale Rd. Suite #123<br>Austin, TX 78723<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br><br>Co-Founder | $137,500.00 - Last 12 Months Payments | 03/17/2023 | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **13**

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____03/30/2023____
                MM/ DD/ YYYY

**X** /s/ Jack Cartwright                                  Printed name _____Jack Cartwright_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____VP of Finance_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes