**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE: § | |
| ASTRALABS INC § | |
|    DEBTOR § | BANKRUPTCY CASE NO. 23-10164 |

## DEBTOR'S SUPPLEMENTAL WITNESS LIST

Final Hearing on ASTRALABS INC's Motion for Authority to Use Cash Collateral, Motion to Pay Pre-Petition Wages and Motion for Authorization of Payment of Certain Pre-Petition Claims and Designating Critical Vendors

April 20, 2023 at 9:30 AM

**Witness List:**
1. Jack Cartwright
   Representative of ASTRALABS INC

2. Luke Marek
   Representative of ASTRALABS INC

 

Respectfully submitted,

THE LANE LAW FIRM, PLLC
*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Supplemental Witness List with exhibits was served upon the US Trustee and to the parties listed on the service list below either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on April 18, 2023:

Debtor:
ASTRALABS INC
979 Springdale Road
Suite 123
Austin, TX 78723

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

ECF Notice:

Lisa C. Fancher on behalf of Creditor 3423 Holdings
lfancher@fritzbyrne.law

Shanna M Kaminski on behalf of Interested Party Apex Funding Source, LLC
skaminski@kaminskilawpllc.com

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Eric Terry
eric@ericterrylaw.com, ebterry@ecf.axosfs.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

                                              */s/Robert C. Lane*
                                              Robert C. Lane