UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
GARY WRIGHT
ASSISTANT UNITED STATES TRUSTEE
SHANE P. TOBIN
TRIAL ATTORNEY
903 SAN JACINTO BLVD., ROOM 230
AUSTIN, TX 78701
Telephone: (512) 916-5348
Fax: (512) 916-5331

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ASTRALABS, INC., | § | CASE NO. 23-10164-SMR |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**NOTICE OF EXPEDITED HEARING**

PLEASE TAKE NOTICE that the Court will conduct an expedited hearing on May 11, 2023, at 1:30 p.m. CST **via Webex at https://us-courts.webex.com/meet/Robinson or via Phone, Call 650-479-3207 Code: 2305 533 7827** on the United States Trustee's Motion to Convert Case to a Case Under Chapter 7, or, in the Alternative, Dismiss Case filed in the above-captioned Bankruptcy Case at docket number 83.

Dated: May 11, 2023                    Respectfully submitted,

                                                  KEVIN M. EPSTEIN
                                                  UNITED STATES TRUSTEE
                                                  Southern and Western Districts of Texas

                                                  By: */s/ Shane P. Tobin*
                                                      Shane P. Tobin
                                                      Trial Attorney
                                                      CA State Bar No. 317282
                                                      903 San Jacinto Blvd., Room 230
                                                      Austin, Texas 78701
                                                      Phone: (512) 916-5348
                                                      Fax: (512) 916-5331
                                                      Shane.p.tobin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023 a true and correct copy of the foregoing **NOTICE OF EXPEDITED HEARING** was served upon the parties listed on the Debtor's Mailing Matrix (not attached to service copies) by U.S. Postal Service, First Class Mail and/or by electronic means for all Pacer system participants..

*/s/ Shane P. Tobin*
Shane P. Tobin

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-10164-smr<br>Western District of Texas<br>Austin<br>Wed May 10 16:36:08 CDT 2023 | ASTRALABS Inc<br>979 Springdale Road Suite #123<br>Austin, TX 78702-3764 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | 3423 Holdings, LLC<br>4811 E 7th Street<br>Austin, TX 78702-5018 | 3423 Holdings, LLC<br>c/o: Lisa C. Fancher<br>Fritz Byrne, PLLC<br>221 W Sixth St #960<br>Austin TX 78701-3444 |
| Adwait Muthal<br>7 Wainwright Rd Unit 80<br>Winchester, MA 01890-2381 | Albert Balady<br>208 Ackerman Ave<br>Ho Ho Kus, NJ 07423-1006 | Alexander Clarence McIntosh<br>1047 East Spazier Ave.  Apt. # L<br>Burbank, CA 91502-2652 |
| Alexander Seery<br>925 Rolfe Place<br>Alexandria, VA 22314-1383 | Alexandra Cherwa aka Jonathan Cherwa<br>15907 91st Ave Ct E<br>Puyallup, WA 98375-8941 | Alexandre Sylvestre<br>609 Tower Dr.<br>Edgewater, NJ 07020-2202 |
| Andrew Ryan<br>979 Springdale Rd. Suite #123<br>Austin, TX 78702-3764 | Anthony Runnels<br>12024 Rock Creek Ct.<br>Hawthorne, CA 90250-1668 | Anthony Veloso<br>730 Mason Road<br>Jefferson, MA 01522-1346 |
| Antonello Loddo<br>205 Ridge Ave<br>Gettysburg, PA 17325-2429 | Anu Santhanagopal<br>12 Brittany Way<br>Kendall Park, NJ 08824-1465 | Anuj Jain aka Anmol Jain<br>620 W 42n ST  Apt S06G<br>New York, NY 10036-2019 |
| Apex Funding Source LLC<br>c/o Kaminski Law PLLC<br>PO Box 247<br>Grass Lake MI 49240-0247 | Apex Funding Source, LLC<br>3050 Biscayne Blvd #502<br>Miami, FL 33137-4153 | Athletes to Athletes<br>C/O The Lott Firm, PLLC<br>501 Congress Avenue, Suite 150<br>Austin, TX 78701-3575 |
| Avinash Reddy Desireddy<br>16304 FM 1325  APT 7315<br>Austin, TX 78728-1239 | Baiping Guo<br>8 Mooney Street<br>Lane Cove North NSW 2066<br>Australia | Billy Jack Linsley<br>16 Bodine Street<br>Wellsboro, PA 16901-8206 |
| Bootstrap Servicing, Inc.<br>510 Townsend Street<br>San Francisco, CA 94103-4918 | Bradford Chan<br>2540 Wexford Ave.<br>South San Francisco, CA 94080-5517 | Bradley G Kessler / Kessler Realty Holdings<br>1621 Northland Ave<br>Lakewood, OH 44107-3723 |
| Bradley Robertson<br>550 Oak Grove Ave. Unit 122<br>Menlo Park, CA 94025-3282 | CFT Clear Finance Technology Corp.<br>1200-33 Yonge Street,<br>Toronto, Ontario,<br>M5E 1G4, Canada | Cameron Resnick<br>870 North 28th Street 101<br>Philadelphia, PA 19130-1728 |

| | | |
|---|---|---|
| Capitol Vending and Coffee Company<br>c/o Cleveland R. Burke<br>Holland & Knight LLP<br>100 Congress Ave #1800<br>Austin TX 78701-4042 | Carl Lumma<br>367 Los Gatos Blvd<br>Los Gatos, CA 95032-5458 | Carl Russo<br>707 Willow Ave. Unit #2<br>Hoboken, NJ 07030-4281 |
| Casey Melcher<br>1635 N Water St. Apt 602<br>Milwaukee, WI 53202-3663 | Celtic Bank<br>268 South State Street Suite 300<br>Salt Lake City, UT 84111-5314 | Chad Doyle<br>3450 Crestmoor Dr.<br>San Bruno, CA 94066-3923 |
| Chaisson-Browne LLC<br>35 Fiddlehead Rd<br>Oxford, CT 06478-2708 | Chang Ting Zou<br>48 Woodview Dr.<br>Brewster, MA 02631-2902 | Christina Hong<br>12407 Bexley<br>Houston, TX 77099-1308 |
| Christopher Fast<br>45 Meriam Street<br>Wakefield, MA 01880-3633 | Christopher Fontaine<br>7814 Bradenton Drive<br>Charlotte, NC 28210-7216 | Clearco<br>Pavilion House,<br>31 Fitzwilliam Square,<br>Dublin 2, Ireland |
| Constantine Trikas<br>840 Fulton Street Apt. 704<br>Brooklyn, NY 11238-6756 | Cordtz Tuatoo<br>417 Swift Fox Run<br>Crestview, FL 32536-5450 | Coventry Capital Partners, LLC<br>306 Landing Lane<br>Chestertown, MD 21620-4726 |
| Cristian I Crisan<br>15408 Fisher Island Dr.<br>Austin, TX 78717-3832 | Curt Bromm<br>5785 Open Fields Drive<br>Whitestown, IN 46075-9719 | Dan Smith<br>8021 N Padova Pl.<br>Tucson, AZ 85741-1231 |
| Daryl W Campbell<br>3353 River Valley Dr.<br>Richland, WA 99354-2105 | David Fisher<br>832 Kristin Ln<br>Williamstown, NJ 08094-3534 | David Hule<br>842 Harbor Island Dr.<br>Newport Beach, CA 92660-7228 |
| Diego Mauro Cogno<br>65b Cromford Road<br>SW18 1PA,<br>London, UK | Emilija Dimitrovski<br>Lange Zeile 12,<br>90419 Nuremberg<br>Germany | Eric Lee<br>6620 Wickliff Trail<br>Plano, TX 75023-3233 |
| Ethan Brandt<br>301 E 4th St<br>Huxley, IA 50124-9333 | Evan Johnson and Ejohnson RD LLC<br>3 Revere Drive<br>Ridgefield, CT 06877-3642 | Filipe Peerally<br>8820 Theriot Rd<br>Peyton, CO 80831-6777 |
| Franshesca Castoria<br>2 Hearthwood Court<br>Manahawkin, NJ 08050-7807 | Frederic W. Corwin III<br>26 Boswell Rd.<br>Reading, MA 01867-1801 | Gary L DeVries<br>2204 Ashwood Drive<br>Aberdeen, SD 57401-1681 |

| | | |
|---|---|---|
| George Andrew Simons CDP<br>15b Acacia Lane,<br>Cambridge Road,<br>Sandys MA 02 Bermuda | Girish Amin<br>1419 Sierra Glen Circle<br>Apex, NC 27502-7421 | Glenn Hunter<br>80 Forest Drive<br>East Northport, NY 11731-1529 |
| Green Future Investments LLC<br>333 Turn Pike Dr.<br>Folsom, CA 95630-8091 | Gregory Baker<br>224 Furman Farm Pl.<br>Charleston, SC 29492-7304 | Gregory Wilson<br>15 W 110th St. Apt. 22<br>New York, NY 10026-4307 |
| Harold Bishop<br>3009 S John Redditt Ste E #398<br>Lufkin, TX 75904-5710 | Hasan Ugur Koyluoglu<br>1064 Great Road<br>Princeton, NJ 08540-1247 | Henry Shao<br>1955 Junewood Ave.<br>San Jose, CA 95132-1627 |
| Iruka Capital<br>162 Elmora Ave #211<br>Elizabeth, NJ 07202-1148 | Iryna Zhuravel<br>8929 Lombard Place<br>Apt. 123<br>San Diego, CA 92122-1532 | J333 Ventures LLC<br>1706 Elliot Ranch Rd<br>Buda, TX 78610-3033 |
| Jack Atkin<br>16 Hamlin Road<br>Edison, NJ 08817-2906 | Jack P. Hopper<br>2116 Fordham Ln.<br>Austin, TX 78723-1332 | James Steele<br>510 Coffin Alley, PO Box 382<br>Portland, PA 18351-0382 |
| Jan Kvita<br>Ke Krci 1002/24<br>Prague<br>Czech Republic | Jaron ('Robert') Glasgow<br>6960 10th St N Apt. 207<br>Oakdale, MN 55128-7537 | Jason Croft<br>28A Parkway Village<br>Cranford, NJ 07016-2545 |
| Jason D Arnold<br>1140 Bonanza Drive<br>Okemos, MI 48864-4068 | Jason Kahle<br>347 White Fox Run<br>Fallbrook, CA 92028-2669 | Jeff Meyer<br>33970 Rebecca Rd<br>Kingston, IL 60145-8123 |
| Jeffrey Wells<br>18550 Hatteras St. #2<br>Tarzana, CA 91356-1923 | Jeremy Greiner<br>1709 Crestwood Drive<br>Alexandria, VA 22302-2307 | Jeremy Phillips<br>211 W Verdugo Ave. #201<br>Burbank, CA 91502-2821 |
| Joao Carlos Dos Santos Branquinho,<br>3530 Mystic Pointe Dr. Apt. 2012<br>Aventura, FL 33180-4531 | John W Polomny<br>1116 Palm Valley Drive E<br>Harlingen, TX 78552-9047 | Johnny F Evans<br>234 Bay St. N.W.<br>Fort Walton Beach, FL 32548-3806 |
| Jon A. Sims<br>25558 Fitzgerald Ave<br>Stevenson Ranch, CA 91381-1278 | Jonathan Adams<br>1535 Crooked Stick<br>San Antonio, TX 78260-2630 | Jonathan Boyarsky<br>130 Dartmouth Street<br>Apt. 305<br>Boston, MA 02116-5133 |

| | | |
|---|---|---|
| Jong Yul Kim<br>11048 SE 31st St.<br>Bellevue, WA 98004-7540 | Jordan Case<br>302 Pinecrest Pl<br>Andover, KS 67002-9253 | Jordan Lund<br>5452 Aldrich Ave S<br>Minneapolis, MN 55419-1732 |
| Jose Ceniceros<br>19621 6th Ave S<br>Des Moines, WA 98148-2425 | Jose Fabian Kabigumila<br>9 Myrna Dr.<br>Marlborough, CT 06447-1132 | Joseph Carothers<br>1813 Honey Hill Rd.<br>Hardeeville, KS 66027 |
| Juan Jackson<br>1804 Barksdale Drive<br>Lexington, KY 40511-1504 | Kevin Mease<br>300 S Lamar #207<br>Austin TX 78704-1089 | Kishore Anjaneyulu<br>1204 Yarrow Rd<br>Matthews, NC 28104-5434 |
| Laurie Cercone<br>604 Eagle<br>Austin, TX 78734-5009 | Lawrence D. Hutchison and Marcia Hutchison<br>306 Landing Lane<br>Chestertown, MD 21620-4726 | Leonid Mordkovich<br>1974 Devonshire Ave<br>Avon, IN 46123-0003 |
| Mallory Frick and JM FRICK LLC<br>328 Ledge Stone drive<br>Austin, TX 78737-1910 | Manoj Sonje<br>16303 Chelsea Place Apt. 236<br>Selma, TX 78154-1883 | Marc Russell<br>471 East 4300 North<br>Provo, UT 84604-5115 |
| Marco Frabotta<br>2222 Detroit Ave 1013<br>Cleveland, OH 44113-2461 | Mark Beauharnois<br>6867 Amanda Lane<br>Lockport, NY 14094-9659 | Mark and Candice Gimbel Family Living Trust<br>13258 N. 79th St.<br>Scottsdale, AZ 85260-4016 |
| Martha A. Barrero<br>2121 Lohman's Crossing Road 504-426<br>Austin, TX 78734-5217 | Martin Duenaz<br>30280 Prospect Rd<br>Nettleton, MS 38858-8326 | Massachusetts Department of Revenue<br>PO Box 7090<br>Boston, MA 02204-7090 |
| Matthew Hendershot<br>1841 W Wisteria Dr<br>Chandler, AZ 85248-2183 | Matthew Peter Kelly and Xin Geng Kelly<br>13190 Burke Rd<br>Los Altos, CA 94022-3441 | Max Mahan<br>4479 Vrain St.<br>Denver, CO 80212-2440 |
| Melane Rella and Angelo Rella<br>628 Burno Mountain Road<br>Cotopaxi, CO 81223-9480 | Melissa Hector<br>1080 Cypress Parkway  Suite 1187<br>Kissimmee, FL 34759-3328 | Michael Brown<br>56 Blackberry Ln<br>Yarmouth, ME 04096-5966 |
| Michael Harrison Jr<br>136 Cowper St<br>Palo Alto, CA 94301-1201 | Michael Michael<br>333 Turn Pike Dr.<br>Folsom, CA 95630-8091 | Michael Miracle<br>14 Chardonnay Drive<br>Holmdel, NJ 07733-2803 |

Michael W. Brown
56 Blackberry Ln
Yarmouth, ME 04096-5966

Nageswara Kondraganti
12365 Willowgate Dr.
Frisco, TX 75035-0919

Nainesh Patel
23 Nancy St.
Kendall Park, NJ 08824-1653

Naishadh Saraiya
5025 Hudson Drive
Plano, TX 75093-5080

Nemanja Milosevic
Lange Zeile 12,
90419 Nuremberg
Germany

Nic Hickox
4301 W. William Cannon Dr. STE B-150 ï¿½
Austin, TX 78749-1487

Nihar Patel
979 Springdale Rd.
Suite #123
979 Springdale Rd. Suite #123
Austin, TX 78702-3764

Nirmalbhai C Patel
52 Meadow Brook Rd.
Edison, NJ 08837-2012

Paul Wilcox
380 Columbus Avenue
Unit 1
Boston, MA 02116-6075

Paul and Mary Wilcox
380 Columbus Ave. #1
Boston, MA 02116-6075

Petr Zaytsev
3632 Carlisle Dr
Durham, NC 27707-5062

Rajamani Ganesh
13895 Clatsop Way
San Diego, CA 92129-4423

Richard Ditter
9449 Poplar Ave
Germantown, TN 38138-8003

Richard Litzky
5158 Forest Brook Pkwy
Marietta, GA 30068-2828

Richard Pottin
312 - 6380 Buswell Street
Richmond, BC
V6Y 2G2

Richard S Mackin Jr
1639 Glasgo Rd.
Griswold, CT 06351-3510

Robert Bruce
7077 N Mason Ave.
Chicago, IL 60646-1224

Roosevelt Scott
802 Hawk View Court
Fairview Heights, IL 62208-2967

Ross Wigle
168 Charterhouse Cres.
Ancaster, ON
Canada L9G 4M5

Rushi Ukani
8 Koster Blvd. Apt. 6A
Edison, NJ 08837-4216

Ruth Griffith and Anthony Griffith
96 Puunoa Pl.
Lahaina, HI 96761-1658

Ryan Burt
18115 59th Ave N.
Minneapolis, MN 55446-3936

Ryan Hall
6053 Big Pond Trl
Grovetown, GA 30813-4543

Saifon Chang
5822 E. Wildrose Dr.
Orange, CA 92867-3355

Salvatore Pepe
1011 Schindler Dr.
Silver Spring, MD 20903-1030

Sam Simonovich
128 Prince St #35
Tappahannock VA 22560-5032

Samuel Esau Goldman
2129 Grand Oaks Ave.
Altadena, CA 91001-3501

Sanjay Pinnock
7275 Leonard Street
Philadelphia, PA 19149-1315

Sanjay V Patel
17199 Carrotwood Dr.
Riverside, CA 92503-7920

Sedjin Alka
203 West Sealy Ave.
Alvin, TX 77511

| | | |
|---|---|---|
| Shaila Patel<br>1110 Windsor Park Ct<br>Englewood, NJ 07631-4924 | Shankar Narayanan Shankar Ganpathy<br>6820 Preston Road Apt. 225<br>Plano, TX 75024-2500 | SoftDsk LLC<br>PO Box 5963<br>Plant City, FL 33563-0052 |
| Spencer Diner<br>4261 South Pearl Street<br>Englewood, CO 80113-4741 | Stephen Berger<br>64 Northland Rd<br>Windham, NH 03087-1275 | Stripe Capital<br>185 Berry St. #550<br>San Francisco, CA 94107-9105 |
| TX Comptroller of Public Accts<br>c/o John M Stern Atty General's Off<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin TX 78711-2548 | Talent Dube<br>8/100 Wittenoom Rd.<br>High Wycombe, WA 6057<br>Perth, Australia | Tammy Hong<br>12407 Bexley Dr.<br>Houston, TX 77099-1308 |
| The Hochman Family Trust<br>6104 Sierra Arbor Ct.<br>Austin, TX 78759-5176 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Thomas Dolezal<br>1166 Pitkin Ave.<br>Akron, OH 44310-1121 |
| Thomas E. Canty<br>7592 Mona Ln.<br>San Diego, CA 92130-5618 | Thomas Mueller<br>9571 Crestwood Lane<br>Anaheim, CA 92804-6370 | Timothy C. Taylor, Sr<br>P.O. Box 5371<br>Austin, TX 78763-5371 |
| U.S. Small Business Administration<br>1545 Hawkins Blvd #202<br>El Paso, TX 79925-2654 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Victoria Lerner, Trustee, Lerner Living Trus<br>11758 Crescenda Street<br>Los Angeles, CA 90049-2927 |
| Vincent Goveas<br>1251 Weathersfield Way<br>San Jose, CA 95118-3553 | Vincent Mach<br>950 Windsong Court<br>Diamond Bar, CA 91765-2376 | Virgilio Yabut<br>A & F Guaranteed Service, LLC<br>2 Meadow Lark Lane<br>Franklin Park, NJ 08823-1809 |
| Wesley Kotcher<br>39 S Main St.<br>Rosedale, IN 47874-6000 | Wilfrid Jean-Francois<br>2144 Oakwood Place<br>Elmont, NY 11003-4022 | William Adams<br>11732 Reva Dr.<br>Garden Grove, CA 92840-2420 |
| William P Daly III<br>907 Lakewood Ct S<br>Maplewood, MN 55119-5859 | Yatinkumar Dodia<br>1539 Streams Way<br>Allen, TX 75002-0911 | Zabel M. Miracle and Micheal J Miracle<br>14 Chardonnay Drive<br>Holmdel, NJ 07733-2803 |
| Zachary Fuchs<br>41 Glenbrook Rd.<br>Monsey, NY 10952-1309 | Zachary Potvin<br>1016 Enchantment Rd.<br>Rapid City, SD 57701-9239 | Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 |

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036-3369

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ASTRALABS Inc
979 Springdale Road Suite #123
Austin, TX 78702-3764

(u)Arturo Benedicto M. Llano
10 Juan Luna, UP Campus,
Diliman, Quezon City,
Metro Manila

(u)Rakesh Bhimaraddi Sasvihalli
#132, SRIGANDHA, VINAYAK COLONY,
VIDYANAGAR
HUBLI, 580031

(d)SoftDsk, LLC
PO Box 5963
Plant City, FL 33563-0052

End of Label Matrix
Mailable recipients   180
Bypassed recipients     4
Total                 184