**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 10, 2023.**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| ASTRALABS INC | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 23-10164 |

**ORDER APPROVING POST-PETITON MONTHLY RETAINER PAYMENT
(Docket No. 16)**

The Court, having considered the Motion for Approval of Post-Petition Monthly Retainer Payments ("Motion"), filed by Astralabs Inc("Debtor"), finds that the relief requested is in the best interest of the Debtor's estate and that the motion should be approved, it is

**ORDERED** that the Debtor is authorized, pursuant to sections 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, to employ and retain The Lane Law Firm, PLLC as bankruptcy counsel from March 7, 2023, in accordance with the terms and conditions set forth in the Engagement Letter attached to the Application, as may be modified by this; it is

**FURTHER ORDERED** that the Debtor shall remit payment of a monthly post-petition retainer ("Post-petition Retainer") effective as of March 17, 2023, to The Lane Law Firm, PLLC in the amount of $4,000.00 per month for The Lane Law Firm, PLLC and an additional amount of $1,500.00 per month to Eric Terry, Subchapter V Trustee, until such time as a plan is confirmed or the case is dismissed or converted; it is

**FURTHER ORDERED** that the Debtor shall remit payment for the March and April Post-petition Retainer in the amount of $4,000.00 for The Lane Law Firm, PLLC and in the amount of $1,500.00 for Eric Terry, the Subchapter V Trustee, no later than seven (7) days following entry of this order; it is

**FURTHER ORDERED** that subsequent Post-petition Retainer payments shall be paid no later than seven (7) days from the first of the month; it is

**FURTHER ORDERED** that the Post-petition Retainers shall be kept at all times in a segregated trust account and The Lane Law Firm, PLLC or the Subchapter V Trustee shall not apply the funds on deposits to any fees or expenses until those amounts are approved by the Court, pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016; it is

**FURTHER ORDERED** that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

### END OF ORDER ###

SUBMITTED BY:

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-10164-smr |
| ASTRALABS Inc | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0542-1      User: admin      Page 1 of 2

Date Rcvd: May 11, 2023      Form ID: pdfintp      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + ASTRALABS Inc, 979 Springdale Road Suite #123, Austin, TX 78702-3764 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cleveland R Burke | on behalf of Creditor Capitol Vending and Coffee Company cleveland.burke@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| Eric Terry | on behalf of Trustee Eric Terry eric@ericterrylaw.com ebterry@ecf.axosfs.com |
| Eric Terry | eric@ericterrylaw.com ebterry@ecf.axosfs.com |
| John Mark Stern | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Lisa C. Fancher | on behalf of Creditor 3423 Holdings lfancher@fritzbyrne.law |
| Robert Chamless Lane | |

| District/off: 0542-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: pdfintp | Total Noticed: 1 |

    on behalf of Debtor ASTRALABS Inc chip.lane@lanelaw.com thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Ryan Lott
    on behalf of Creditor Athletes to Athletes Inc. thelottfirm@gmail.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

Shanna M Kaminski
    on behalf of Interested Party Apex Funding Source LLC skaminski@kaminskilawpllc.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

TOTAL: 10