

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: May 15, 2023**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re: § | |
| § | Case No. 23-10164-smr |
| **ASTRALABS INC** § | |
| § | **Chapter 11** |
| Debtor. § | **Subchapter V** |

**ORDER GRANTING UNOPPOSED APPLICATION OF SUBCHAPTER V TRUSTEE FOR POST-PETITION SECURITY DEPOSIT**

**CAME FOR CONSIDERATION** on the Application[1] filed by the Trustee requesting post-petition security deposit from the Debtor, and the Court having reviewed and considered the Application and any objections or responses thereto; and the Court having reviewed the full record of this Case; and the Court having determined that the relief

---

[1] Terms not defined herein shall have the same meanings ascribed to such terms as in the Application.

sought in the Application is appropriate, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and the Debtor and the Trustee have reached agreement; and after due deliberation and sufficient cause appearing, it is therefore

**ORDERED** that the Debtor shall remit payments of $1,500 per month as post-petition security deposits ("**Deposits**") for any fees and expenses incurred by the Trustee in connection to the fulfillment of his duties and obligations in the above-entitled case, and awarded approved by this Court, pursuant to 11 U.S.C. § 330, during the pendency of this bankruptcy case; it is further

**ORDERED** that the first Deposit due on April 17, 2023, in the amount of $1,500 shall be paid via check made payable to Eric Terry Law PLLC and delivered to the Trustee no later than seven (7) days following Court approval; it is further

**ORDERED** that the subsequent Deposits in the amount of $1,500 shall be paid via check made payable to Eric B. Terry, Subchapter V Trustee and delivered to the Trustee on or before the 17th of the subsequent months; it is further

**ORDERED** that subject to the Debtor's cash-flow and ability to stay current on post-petition financial obligations, nothing in this Order shall prevent the Trustee from filing an application for or from making an additional security deposit request, as the facts and circumstances of this bankruptcy case change; it is further.

**ORDERED** that the Trustee shall deposit all payments received from Debtor into the Trustee's IOLTA account and shall not apply the funds on deposit to any fees or expenses until those amounts are approved by the Court, pursuant to 11 U.S.C. § 330 and

Federal Rule of Bankruptcy Procedure 2016.

###

**Submitted By:**

Eric Terry
ERIC TERRY LAW, PLLC
3511 Broadway
San Antonio, Texas 78209
Telephone: (210) 468-8274
Facsimile: (210) 319-5447
SUBCHAPTER V TRUSTEE

