

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: May 15, 2023**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| ASTRALABS INC § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-10164 |

**<u>Order Approving Law Office of Robert B. Dellenbach, dba Dellenbach Venture Counsel as Corporate Counsel for the Debtor-in-Possession</u>**
(Relates to Doc. No. 62)

The Court, having considered the Application to Employ Law Office of Robert B. Dellenbach, dba Dellenbach Venture Counsel, filed by ASTRALABS INC ("Debtor"), finds that the relief requested is in the best interest of the Debtor's estate; that Law Office of Robert B. Dellenbach, dba Dellenbach Venture Counsel represents no interest adverse to the Debtor in the matters upon which it is to be engaged; is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the application should be approved, it is

**ORDERED** that Law Office of Robert B. Dellenbach, dba Dellenbach Venture Counsel be employed, to provide all necessary legal services to the Debtor in this case effective April 29, 2022; It is

**FURTHER ORDERED** that subject to further approval by this Court, Law Office of Robert B. Dellenbach, dba Dellenbach Venture Counsel shall be compensated in accordance with its normal billing practices and reimbursed for its necessary expenses incurred in representing the Debtor in this case as set forth in Debtor's Application to Employ Law Office of Robert B. Dellenbach, dba Dellenbach Venture Counsel; It is

**FURTHER ORDERED** that all allowed fees and expenses of Law Office of Robert B. Dellenbach, dba Dellenbach Venture Counsel shall constitute administrative expenses.

# # #

SUBMITTED BY:

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

