IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ASTRALABS INC., § | Chapter 7 |
| § | Case No. 23-10164-smr |
| Debtor. § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

The undersigned hereby appears as (proposed) counsel to Randolph N. Osherow, Chapter 7 Trustee ("Trustee"), in the above-captioned, Chapter 7 case of Astralabs Inc. ("Debtor"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in the case, be served upon the Trustee by and through service on the following counsel:

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
jong@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby further requests that the Debtor and its counsel, the United States Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address, as (proposed) counsel to the Trustee, on any mailing matrix to be prepared or existing in the above referenced case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to this case, and shall not constitute a waiver of any: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Trustee is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: May 15, 2023

          Respectfully submitted:

By:    */s/ Jay H. Ong*
     Jay H. Ong
     Texas State Bar No. 24028756
     MUNSCH HARDT KOPF & HARR, P.C.
     1717 West 6th Street, Suite 250
     Austin, Texas 78703
     Telephone: (512) 391-6100
     Facsimile: (512) 391-6149
     Email: jong@munsch.com

*(Proposed) Counsel for Randolph N. Osherow, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of May, 2023, I personally caused to be served a true and correct copy of the above and foregoing document, by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to all parties of interest receiving notice in this case through the CM/ECF system, including specifically on the following parties, via email:

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036
(713) 595-8200
Fax : (713) 595-8201
Email: chip.lane@lanelaw.com
*Counsel for the Debtor*

Shane P. Tobin
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
Telephone: (512) 916-5328
Fax: (512) 916-5331
Shane.P.Tobin@usdoj.gov
Counsel for U.S. Trustee

                                      */s/ Jay H. Ong*
                                      Jay H. Ong