**Expedited hearing shall be held on 5/23/2023 at 11:30 AM in Austin Courtroom 1. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 19, 2023**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ASTRALABS, INC. | § | Case No. 23-10164-SMR |
|   Debtor | § | |
| | § | |

## AMENDED ORDER GRANTING MOTION TO EXPEDITE
## MOTION TO RECONSIDER ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7

CAME ON TO BE CONSIDERED the Motion to Expedite Motion to Reconsider Order Converting Case to One Under Chapter 7. The Court finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Court shall conduct a hearing on the Motion to Reconsider Order Converting Case to One Under Chapter 7 on the date and time set forth above. Movants' Counsel shall be responsible for notice.

### # # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731