IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE No. 23-10164-smr |
| ASTRALABS, INC. § | |
| § | CHAPTER 7 |
| DEBTOR. § | |
| § | |

## MOVANTS' STIPULATION OF DISMISSAL

COME NOW Thomas Dolezal, Matthew Kelly, and Casey Melcher ("the Creditors") by and through their undersigned counsel and hereby file this *Stipulation of Dismissal of* their *Motion to Reconsider Order Converting Case to one under Chapter 7* [Doc#104]. The United States Trustee filed a response [Doc#114] and has signed below, via counsel, that he stipulates to dismissal and that such dismissal is without prejudice to refiling. The Motion has not been previously dismissed. Pursuant to Fed. R. Civ. Pro. 41 made applicable by Fed. R. Bankr. Pro. 7041, after the filing of an answer to an adversary or response to a motion, the Plaintiff or Movant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared in the proceeding. Fed. R. Bankr. Pro. 7041(a)(1)(A)(ii).[1] Such dismissal is without prejudice unless the notice states otherwise or the action has been previously dismissed.

---

[1] This provision is applicable to both adversaries and contested matters. 10 Collier on Bankruptcy P 7041.02

**MOVANTS' NOTICE OF DISMISSAL** PAGE 1

Respectfully submitted,

BARRON & NEWBURGER PC
7320 N. MoPac Expressway, Ste. 400
Austin, Texas 78731
Telephone: (512) 649-3243

By /s/ Stephen Sather
   Stephen Sather
   State Bar No 17657520
   ATTORNEY FOR MOVANTS

AGREED:

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE REGION 7
SOUTHERN AND WESTERN DISTRICTS OF TEXAS

BY: /S/ SHANE P. TOBIN
SHANE P. TOBIN
TRIAL ATTORNEY
CA STATE BAR NO. 317282
903 SAN JACINTO BLVD., ROOM 230
AUSTIN, TEXAS 78701
TELEPHONE: (512) 916-5328
FAX: (512) 916-5331
SHANE.P.TOBIN@USDOJ.GOV


## CERTIFICATE OF SERVICE

The below-signed certifies that the foregoing Notice of Dismissal was served via CM-ECF on all parties listed below.

Astralabs, Inc.
979 Springdale Road, Suite #123
Austin, TX 78723

Cleveland R Burke
Holland & Knight
100 Congress Avenue
Ste 1800
Austin, TX 78701
cleveland.burke@hklaw.com

Lisa C. Fancher
Fritz Byrne, PLLC
221 W 6th St
Ste 960
Austin, TX 78701
lfancher@fritzbyrne.law

Shanna M Kaminski
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240
skaminski@kaminskilawpllc.com


Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036
chip.lane@lanelaw.com

Ryan Lott
The Lott Firm, PLLC
501 Congress Avenue, Suite 150
Austin, TX 78701

Jay Ong
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street
Suite 250
Austin, TX 78703
jong@munsch.com

Randolph Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212
rosherow@hotmail.com

John Mark Stern
Texas Attorney General's Office
P. O. Box 12548
Austin, TX 78711-2548
bk-jstern@oag.texas.gov

Eric Terry
Eric Terry Law, PLLC

3511 Broadway
San Antonio, TX 78209
eric@ericterrylaw.com

Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701
shane.p.tobin@usdoj.gov

                                      */s/ Stephen Sather*
                                      Stephen Sather