# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−10164−smr

Chapter No.: 7

Judge: Shad Robinson

IN RE: **ASTRALABS Inc** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **5/11/23** was filed on **5/20/23**. The following deadlines apply:

The parties have until **May 30, 2023** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **June 12, 2023**.

If a request for redaction is filed, the redacted transcript is due **June 20, 2023**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **August 18, 2023** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Exceptional Reporting Services 361 949 2988**, or you may view the document at the clerk's office public terminal.

Dated:  5/22/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Laurie Boyd

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-10164-smr |
| ASTRALABS Inc | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2023 | Form ID: 260 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + ASTRALABS Inc, 979 Springdale Road Suite #123, Austin, TX 78702-3764 |
| | + ERIC TERRY, ESQ., 3511 Broadway, San Antonio, TX 78209-6513 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cleveland R Burke | on behalf of Creditor Capitol Vending and Coffee Company cleveland.burke@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| Eric Terry | on behalf of Trustee Eric Terry eric@ericterrylaw.com ebterry@ecf.axosfs.com |
| Jay Ong | on behalf of Trustee Randolph N Osherow jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com |
| John Mark Stern | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Lisa C. Fancher | on behalf of Creditor 3423 Holdings lfancher@fritzbyrne.law |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 22, 2023 | Form ID: 260 | Total Noticed: 2 |

Randolph N Osherow
    rosherow@hotmail.com rosherow@ecf.axosfs.com

Robert Chamless Lane
    on behalf of Debtor ASTRALABS Inc chip.lane@lanelaw.com thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Ron Satija
    on behalf of Creditor Andrew Ryan rsatija@haywardfirm.com SVillarreal@haywardfirm.com;atty_rsatija@bluestylus.com

Ryan Lott
    on behalf of Creditor Athletes to Athletes Inc. thelottfirm@gmail.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

Shanna M Kaminski
    on behalf of Interested Party Apex Funding Source LLC skaminski@kaminskilawpllc.com

Stephen W. Sather
    on behalf of Creditor Matthew Kelly ssather@bn-lawyers.com phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;rblack@bn-lawyers.com

Stephen W. Sather
    on behalf of Creditor Casey Melcher ssather@bn-lawyers.com phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;rblack@bn-lawyers.com

Stephen W. Sather
    on behalf of Creditor Thomas Dolezal ssather@bn-lawyers.com phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;rblack@bn-lawyers.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

TOTAL: 15