# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−10164−smr
Chapter No.: 7
Judge: Shad Robinson

IN RE: **ASTRALABS Inc** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **6/23/23 at 03:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 119 Motion to Reconsider Order Converting Case to One Under Chapter 7 (21 Day Objection Language) filed by Stephen W. Sather for Creditors Hasan Ugur Koyluoglu, Thomas Dolezal, Matthew Kelly, Casey Melcher (Related Document(s): 89 Order Converting Case to Chapter 7. ( Eric Terry removed from the case. Trustee Randolph N Osherow added to the case. ) (related document(s): 83 Motion to Dismiss or Convert Case filed by Shane P. Tobin for U.S. Trustee United States Trustee − AU12) (Order entered on 5/12/2023))) Hearing Scheduled For 6/23/2023 at 03:00 PM at Austin Courtroom 1 ...Prior court approval through CM/ECF is required to appear by WebEx or by phone for this hearing. ... Five calendar days before the hearing, exhibits MUST be: (1) mailed to U.S. Bankruptcy Court, Attn: Jennifer Lopez, Homer Thornberry Judicial Bldg., 903 San Jacinto, Suite 322, Austin, TX 78701 and (2) emailed to Sarah Wood at sarah_wood@txwb.uscourts.gov and Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov....You MUST also email Jennifer Lopez and Sarah Wood and request a special setting if your time estimate for both sides exceeds 30 minutes. (Lopez, Jennifer)

Dated: 6/8/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]