# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 23−10164−smr

Chapter No.: 7

Judge: Shad Robinson

IN RE: **ASTRALABS Inc**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **7/12/23 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 127 Motion for Relief from Stay (14 Day Objection Language) (Filing Fee: $188.00) filed by Paul David Moak for Creditor AFCO Credit Corporation (Attachments: #1 Exhibit A – Finance Agreement #2 Exhibit B – Second Finance Agreement #3 Exhibit C Third Finance Agreement #4 Exhibit D – Statement of Account #5 Exhibit E – Proposed Order #6 Affidavit of Patti L. Smith)) Hearing Scheduled For 7/12/2023 at 01:30 PM at Austin Courtroom 1 (Boyd, Laurie) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. Prior court approval through CM/ECF is required to appear by WebEx or by phone for this hearing.

Dated:  6/9/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)−TMD] [NtchrgBKtmdap]