IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 23-10164-smr |
| ASTRALABS, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS

On behalf of creditors Chad Owen, J333 Ventures, Hasan Koyluoglu, Casey Melcher, Nihar Patel, Sheil Patel Tom Dolezal, Matthew Kelly, Glenn Hunter, Jeremy Phillips, Eric Jeing-Ming Lee, David Fisher, Daniel Smith, Marco Frabotta, Frederick A Browne, Chaisson-Browne LLC, and Marc Russell, the undersigned requests that all notices, motions, pleadings, orders, plans, and disclosure statements filed, served, or entered in this case be served upon the undersigned at the address below.

This Notice of Appearance and Request for Service of Notices and Other Papers is not a waiver of any rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

DATED: June 16, 2023.

                                                 Respectfully submitted,

                                                 Gregory Siemankowski
                                                 Texas SBN 24077908

                                                 Barron & Newburger, P.C.
                                                 7320 N. MoPac Expy., Suite 400
                                                 Austin, TX 78731
                                                 512.881.3821 | Direct
                                                 512.476.9103 x-249 | Office

gsiemankowski@bn-lawyers.com

        COUNSEL FOR Chad Owen, J333
        Ventures, Hasan Koyluoglu, Casey
        Melcher, Nihar Patel, Sheil Patel Tom
        Dolezal, Matthew Kelly, Glenn
        Hunter, Jeremy Phillips, and Marc
        Russell

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served electronically via the Court's CM/ECF system on June 16, 2023, upon the parties on the attached matrix receiving electronic notice.

        */s/ Gregory Siemankowski*
        Gregory Siemankowski

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-10164-smr<br>Western District of Texas<br>Austin<br>Fri May 19 13:16:27 CDT 2023 | ASTRALABS Inc<br>979 Springdale Road Suite #123<br>Austin, TX 78702-3764 | United States Trustee (SMG17)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | 3423 Holdings, LLC<br>4811 E 7th Street<br>Austin, TX 78702-5018 | 3423 Holdings, LLC<br>c/o: Lisa C. Fancher<br>Fritz Byrne, PLLC<br>221 W Sixth St #960<br>Austin TX 78701-3444 |
| Adwait Muthal<br>7 Wainwright Rd Unit 80<br>Winchester, MA 01890-2381 | Albert Balady<br>208 Ackerman Ave<br>Ho Ho Kus, NJ 07423-1006 | Alexander Clarence McIntosh<br>1047 East Spazier Ave. Apt. # L<br>Burbank, CA 91502-2652 |
| Alexander Seery<br>925 Rolfe Place<br>Alexandria, VA 22314-1383 | Alexandra Cherwa aka Jonathan Cherwa<br>15907 91st Ave Ct E<br>Puyallup, WA 98375-8941 | Alexandre Sylvestre<br>609 Tower Dr.<br>Edgewater, NJ 07020-2202 |
| Andrew Ryan<br>979 Springdale Rd. Suite #123<br>Austin, TX 78702-3764 | Anthony Runnels<br>12024 Rock Creek Ct.<br>Hawthorne, CA 90250-1668 | Anthony Veloso<br>730 Mason Road<br>Jefferson, MA 01522-1346 |
| Antonello Loddo<br>205 Ridge Ave<br>Gettysburg, PA 17325-2429 | Anu Santhanagopal<br>12 Brittany Way<br>Kendall Park, NJ 08824-1465 | Anuj Jain aka Anmol Jain<br>620 W 42n ST Apt S06G<br>New York, NY 10036-2019 |
| Apex Funding Source LLC<br>c/o Kaminski Law PLLC<br>PO Box 247<br>Grass Lake MI 49240-0247 | Apex Funding Source, LLC<br>3050 Biscayne Blvd #502<br>Miami, FL 33137-4153 | Archilyse AG<br>c/o Matthias Standfest<br>Flelastrasse 31B<br>8047 Zurich, Switzerland |
| Athletes to Athletes<br>C/O The Lott Firm, PLLC<br>501 Congress Avenue, Suite 150<br>Austin, TX 78701-3575 | Avinash Reddy Desireddy<br>16304 FM 1325 APT 7315<br>Austin, TX 78728-1239 | Baiping Guo<br>8 Mooney Street<br>Lane Cove North NSW 2066<br>Australia |
| Billy Jack Linsley<br>16 Bodine Street<br>Wellsboro, PA 16901-8206 | Bootstrap Servicing, Inc.<br>510 Townsend Street<br>San Francisco, CA 94103-4918 | Bradford Chan<br>2540 Wexford Ave.<br>South San Francisco, CA 94080-5517 |
| Bradley G Kessler / Kessler Realty Holdings<br>1621 Northland Ave<br>Lakewood, OH 44107-3723 | Bradley Robertson<br>550 Oak Grove Ave. Unit 122<br>Menlo Park, CA 94025-3282 | CFT Clear Finance Technology Corp.<br>1200-33 Yonge Street,<br>Toronto, Ontario,<br>M5E 1G4, Canada |

Cameron Resnick
870 North 28th Street 101
Philadelphia, PA 19130-1728

Capitol Vending and Coffee Company
c/o Cleveland R. Burke
Holland & Knight LLP
100 Congress Ave #1800
Austin TX 78701-4042

Carl Lumma
367 Los Gatos Blvd
Los Gatos, CA 95032-5458

Carl Russo
707 Willow Ave. Unit #2
Hoboken, NJ 07030-4281

Casey Melcher
1635 N Water St. Apt 602
Milwaukee, WI 53202-3663

Celtic Bank
268 South State Street Suite 300
Salt Lake City, UT 84111-5314

Chad Doyle
3450 Crestmoor Dr.
San Bruno, CA 94066-3923

Chaisson-Browne LLC
35 Fiddlehead Rd
Oxford, CT 06478-2708

Chang Ting Zou
48 Woodview Dr.
Brewster, MA 02631-2902

Christina Hong
12407 Bexley
Houston, TX 77099-1308

Christopher Fast
45 Meriam Street
Wakefield, MA 01880-3633

Christopher Fontaine
7814 Bradenton Drive
Charlotte, NC 28210-7216

Clearco
Pavilion House,
31 Fitzwilliam Square,
Dublin 2, Ireland

Constantine Trikas
840 Fulton Street Apt. 704
Brooklyn, NY 11238-6756

Cordtz Tuatoo
417 Swift Fox Run
Crestview, FL 32536-5450

Coventry Capital Partners, LLC
306 Landing Lane
Chestertown, MD 21620-4726

Cristian I Crisan
15408 Fisher Island Dr.
Austin, TX 78717-3832

Crystle A. Rauch
6701 Lakewood Rd
Stanwood, WA 98292-6923

Curt Bromm
5785 Open Fields Drive
Whitestown, IN 46075-9719

Dan Smith
8021 N Padova Pl.
Tucson, AZ 85741-1231

Daryl W Campbell
3353 River Valley Dr.
Richland, WA 99354-2105

David Fisher
832 Kristin Ln
Williamstown, NJ 08094-3534

David Huie
842 Harbor island Drive
Newport Beach, CA 92660-7228

David Hule
842 Harbor Island Dr.
Newport Beach, CA 92660-7228

Diego Mauro Cogno
65b Cromford Road
SW18 1PA,
London, UK

Ebonee Miller
7176 W Oromia Way
West valley city, UT 84128-4020

Emilija Dimitrovski
Lange Zeile 12,
90419 Nuremberg
Germany

Eric Lee
6620 Wickliff Trail
Plano, TX 75023-3233

Ethan Brandt
301 E 4th St
Huxley, IA 50124-9333

Evan Johnson and Ejohnson RD LLC
3 Revere Drive
Ridgefield, CT 06877-3642

| | | |
|---|---|---|
| Filipe Peerally<br>8820 Theriot Rd<br>Peyton, CO 80831-6777 | Franshesca Castoria<br>2 Hearthwood Court<br>Manahawkin, NJ 08050-7807 | Frederic W. Corwin III<br>26 Boswell Rd.<br>Reading, MA 01867-1801 |
| Gary L DeVries<br>2204 Ashwood Drive<br>Aberdeen, SD 57401-1681 | George Andrew Simons CDP<br>15b Acacia Lane,<br>Cambridge Road,<br>Sandys MA 02 Bermuda | Girish Amin<br>1419 Sierra Glen Circle<br>Apex, NC 27502-7421 |
| Glenn Hunter<br>80 Forest Drive<br>East Northport, NY 11731-1529 | Green Future Investments LLC<br>333 Turn Pike Dr.<br>Folsom, CA 95630-8091 | Gregory Baker<br>224 Furman Farm Pl.<br>Charleston, SC 29492-7304 |
| Gregory Wilson<br>15 W 110th St. Apt. 22<br>New York, NY 10026-4307 | Griffin Hermes<br>2450 4th Street<br>apt B<br>Santa Monica, CA 90405-3607 | Harold Bishop<br>3009 S John Redditt Ste E #398<br>Lufkin, TX 75904-5710 |
| Hasan Ugur Koyluoglu<br>1064 Great Road<br>Princeton, NJ 08540-1247 | Henry Shao<br>1955 Junewood Ave.<br>San Jose, CA 95132-1627 | Into The Multiverse Inc.<br>816 California Ave.<br>Venice, CA 90291-3412 |
| Iruka Capital<br>162 Elmora Ave #211<br>Elizabeth, NJ 07202-1148 | Iryna Zhuravel<br>8929 Lombard Place<br>Apt. 123<br>San Diego, CA 92122-1532 | J333 Ventures LLC<br>1706 Elliot Ranch Rd<br>Buda, TX 78610-3033 |
| Jack Atkin<br>16 Hamlin Road<br>Edison, NJ 08817-2906 | Jack P. Hopper<br>2116 Fordham Ln.<br>Austin, TX 78723-1332 | James Steele<br>510 Coffin Alley, PO Box 382<br>Portland, PA 18351-0382 |
| Jan Kvita<br>Ke Krci 1002/24<br>Prague<br>Czech Republic | Jaron ('Robert') Glasgow<br>6960 10th St N Apt. 207<br>Oakdale, MN 55128-7537 | Jaron Glasgow<br>7550 80th St. St<br>Unit 415<br>Cottage Grove, MN 55016 |
| Jason Croft<br>28A Parkway Village<br>Cranford, NJ 07016-2545 | Jason D Arnold<br>1140 Bonanza Drive<br>Okemos, MI 48864-4068 | Jason Kahle<br>347 White Fox Run<br>Fallbrook, CA 92028-2669 |
| Jeff Meyer<br>33970 Rebecca Rd<br>Kingston, IL 60145-8123 | Jeffrey Wells<br>18550 Hatteras St. #2<br>Tarzana, CA 91356-1923 | Jeremy Greiner<br>1709 Crestwood Drive<br>Alexandria, VA 22302-2307 |

| | | |
|---|---|---|
| Jeremy Phillips<br>211 W Verdugo Ave. #201<br>Burbank, CA 91502-2821 | Joao Carlos Dos Santos Branquinho,<br>3530 Mystic Pointe Dr. Apt. 2012<br>Aventura, FL 33180-4531 | Joao Carlos Santos Branquinho<br>3300 NE 191st ST<br>Apt 1207<br>Aventura, FL 33180-2445 |
| John W Polomny<br>1116 Palm Valley Drive E<br>Harlingen, TX 78552-9047 | Johnny F Evans<br>234 Bay St. N.W.<br>Fort Walton Beach, FL 32548-3806 | Jon A. Sims<br>25558 Fitzgerald Ave<br>Stevenson Ranch, CA 91381-1278 |
| Jonathan Adams<br>1535 Crooked Stick<br>San Antonio, TX 78260-2630 | Jonathan Boyarsky<br>130 Dartmouth Street<br>Apt. 305<br>Boston, MA 02116-5133 | Jong Yul Kim<br>11048 SE 31st St.<br>Bellevue, WA 98004-7540 |
| Jordan Case<br>302 Pinecrest Pl<br>Andover, KS 67002-9253 | Jordan Lund<br>5452 Aldrich Ave S<br>Minneapolis, MN 55419-1732 | Jose Ceniceros<br>19621 6th Ave S<br>Des Moines, WA 98148-2425 |
| Jose Fabian Kabigumila<br>9 Myrna Dr.<br>Marlborough, CT 06447-1132 | Joseph Carothers<br>1813 Honey Hill Rd.<br>Hardeeville, KS 66027 | Juan Jackson<br>1804 Barksdale Drive<br>Lexington, KY 40511-1504 |
| Kevin Mease<br>300 S Lamar #207<br>Austin TX 78704-1089 | Kishore Anjaneyulu<br>1204 Yarrow Rd<br>Matthews, NC 28104-5434 | Laurie Cercone<br>604 Eagle<br>Austin, TX 78734-5009 |
| Lawrence D. Hutchison and Marcia Hutchison<br>306 Landing Lane<br>Chestertown, MD 21620-4726 | Leonid Mordkovich<br>1974 Devonshire Ave<br>Avon, IN 46123-0003 | Mallory Frick and JM FRICK LLC<br>328 Ledge Stone drive<br>Austin, TX 78737-1910 |
| Manoj Sonje<br>16303 Chelsea Place Apt. 236<br>Selma, TX 78154-1883 | Marc Russell<br>471 East 4300 North<br>Provo, UT 84604-5115 | Marco Frabotta<br>2222 Detroit Ave 1013<br>Cleveland, OH 44113-2461 |
| Mark Beauharnois<br>6867 Amanda Lane<br>Lockport, NY 14094-9659 | Mark and Candice Gimbel Family Living Trust<br>13258 N. 79th St.<br>Scottsdale, AZ 85260-4016 | Martha A. Barrero<br>2121 Lohman's Crossing Road 504-426<br>Austin, TX 78734-5217 |
| Martin Duenaz<br>30280 Prospect Rd<br>Nettleton, MS 38858-8326 | Massachusetts Department of Revenue<br>PO Box 7090<br>Boston, MA 02204-7090 | Matthew Hendershot<br>1841 W Wisteria Dr<br>Chandler, AZ 85248-2183 |

| | | |
|---|---|---|
| Matthew Peter Kelly and Xin Geng Kelly<br>13190 Burke Rd<br>Los Altos, CA 94022-3441 | Max Mahan<br>4479 Vrain St.<br>Denver, CO 80212-2440 | Melane Rella and Angelo Rella<br>628 Burno Mountain Road<br>Cotopaxi, CO 81223-9480 |
| Melissa Hector<br>1080 Cypress Parkway Suite 1187<br>Kissimmee, FL 34759-3328 | Michael Brown<br>56 Blackberry Ln<br>Yarmouth, ME 04096-5966 | Michael Harrison Jr<br>136 Cowper St<br>Palo Alto, CA 94301-1201 |
| Michael Michael<br>333 Turn Pike Dr.<br>Folsom, CA 95630-8091 | Michael Miracle<br>14 Chardonnay Drive<br>Holmdel, NJ 07733-2803 | Michael W. Brown<br>56 Blackberry Ln<br>Yarmouth, ME 04096-5966 |
| Nageswara Kondraganti<br>12365 Willowgate Dr.<br>Frisco, TX 75035-0919 | Nainesh Patel<br>23 Nancy St.<br>Kendall Park, NJ 08824-1653 | Naishadh Saraiya<br>1501 Anglebluff Lane<br>Plano, TX 75093-4826 |
| Naishadh Saraiya<br>5025 Hudson Drive<br>Plano, TX 75093-5080 | Nemanja Milosevic<br>Lange Zeile 12,<br>90419 Nuremberg<br>Germany | Nic Hickox<br>4301 W. William Cannon Dr. STE B-150 ï¿½<br>Austin, TX 78749-1487 |
| Nihar Patel<br>979 Springdale Rd.<br>Suite #123<br>979 Springdale Rd. Suite #123<br>Austin, TX 78702-3764 | Nirmalbhai C Patel<br>52 Meadow Brook Rd.<br>Edison, NJ 08837-2012 | Paul Wilcox<br>380 Columbus Avenue<br>Unit 1<br>Boston, MA 02116-6075 |
| Paul and Mary Wilcox<br>380 Columbus Ave. #1<br>Boston, MA 02116-6075 | Pebble Labs Inc.<br>c/o Steve Ofstehage<br>100 Entrada Dr.<br>Los Alamos, NM 87544-3353 | Petr Zaytsev<br>3632 Carlisle Dr<br>Durham, NC 27707-5062 |
| Proc12 Inc.<br>9601 Ridge Walk Court<br>Davie, FL 33328-7141 | Rajamani Ganesh<br>13895 Clatsop Way<br>San Diego, CA 92129-4423 | Randolph N. Osherow<br>c/o Jay H. Ong<br>Munsch Hardt Kopf & Harr, PC<br>1717 West 6th Street, Suite 250<br>Austin, TX 78703-4777 |
| Richard Ditter<br>9449 Poplar Ave<br>Germantown, TN 38138-8003 | Richard Litzky<br>5158 Forest Brook Pkwy<br>Marietta, GA 30068-2828 | Richard Pottin<br>312 - 6380 Buswell Street<br>Richmond, BC<br>V6Y 2G2 |
| Richard S Mackin Jr<br>1639 Glasgo Rd.<br>Griswold, CT 06351-3510 | Robert Bruce<br>7077 N Mason Ave.<br>Chicago, IL 60646-1224 | Roosevelt Scott<br>802 Hawk View Court<br>Fairview Heights, IL 62208-2967 |

| | | |
|---|---|---|
| Ross Wigle<br>168 Charterhouse Cres.<br>Ancaster, ON<br>Canada L9G 4M5 | Rushi Ukani<br>8 Koster Blvd. Apt. 6A<br>Edison, NJ 08837-4216 | Ruth Griffith and Anthony Griffith<br>96 Puunoa Pl.<br>Lahaina, HI 96761-1658 |
| Ryan Burt<br>18115 59th Ave N.<br>Minneapolis, MN 55446-3936 | Ryan Hall<br>6053 Big Pond Trl<br>Grovetown, GA 30813-4543 | Ryan Stewart<br>2 Mill Falls Road<br>Pembroke, NH 03275-1233 |
| Saifon Chang<br>5822 E. Wildrose Dr.<br>Orange, CA 92867-3355 | Salvatore Pepe<br>1011 Schindler Dr.<br>Silver Spring, MD 20903-1030 | Sam Simonovich<br>128 Prince St #35<br>Tappahannock VA 22560-5032 |
| Samuel Esau Goldman<br>2129 Grand Oaks Ave.<br>Altadena, CA 91001-3501 | Sanjay Pinnock<br>7275 Leonard Street<br>Philadelphia, PA 19149-1315 | Sanjay V Patel<br>17199 Carrotwood Dr.<br>Riverside, CA 92503-7920 |
| Sedjin Alka<br>203 West Sealy Ave.<br>Alvin, TX 77511 | Shaila Patel<br>1110 Windsor Park Ct<br>Englewood, NJ 07631-4924 | Shankar Narayanan Shankar Ganpathy<br>6820 Preston Road Apt. 225<br>Plano, TX 75024-2500 |
| SoftDsk LLC<br>PO Box 5963<br>Plant City, FL 33563-0052 | Spencer Diner<br>4261 South Pearl Street<br>Englewood, CO 80113-4741 | Stephen Berger<br>150 Lodge Street<br>Manchester, NH 03104-3776 |
| Stephen Berger<br>64 Northland Rd<br>Windham, NH 03087-1275 | Stripe Capital<br>185 Berry St. #550<br>San Francisco, CA 94107-9105 | TX Comptroller of Public Accts<br>c/o John M Stern Atty General's Off<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin TX 78711-2548 |
| Talent Dube<br>8/100 Wittenoom Rd.<br>High Wycombe, WA 6057<br>Perth, Australia | Tammy Hong<br>12407 Bexley Dr.<br>Houston, TX 77099-1308 | The Hochman Family Trust<br>6104 Sierra Arbor Ct.<br>Austin, TX 78759-5176 |
| The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Thomas Dolezal<br>1166 Pitkin Ave.<br>Akron, OH 44310-1121 | Thomas E. Canty<br>7592 Mona Ln.<br>San Diego, CA 92130-5618 |
| Thomas Mueller<br>9571 Crestwood Lane<br>Anaheim, CA 92804-6370 | Timothy C. Taylor, Sr<br>P.O. Box 5371<br>Austin, TX 78763-5371 | U.S. Small Business Administration<br>1545 Hawkins Blvd #202<br>El Paso, TX 79925-2654 |

| | | |
|---|---|---|
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Victoria Lerner, Trustee, Lerner Living Trus<br>11758 Crescenda Street<br>Los Angeles, CA 90049-2927 | Vincent Goveas<br>1251 Weathersfield Way<br>San Jose, CA 95118-3553 |
| Vincent Mach<br>950 Windsong Court<br>Diamond Bar, CA 91765-2376 | Virgilio Yabut<br>A & F Guaranteed Service, LLC<br>2 Meadow Lark Lane<br>Franklin Park, NJ 08823-1809 | WMW Partners Inc dba Metapyxl<br>1720 Dekalb Ave<br>Brooklyn, NY 11237-4004 |
| Wesley Kotcher<br>39 S Main St.<br>Rosedale, IN 47874-6000 | Wilfrid Jean-Francois<br>2144 Oakwood Place<br>Elmont, NY 11003-4022 | William Adams<br>11732 Reva Dr.<br>Garden Grove, CA 92840-2420 |
| William P Daly III<br>907 Lakewood Ct S<br>Maplewood, MN 55119-5859 | Yatinkumar Dodia<br>1539 Streams Way<br>Allen, TX 75002-0911 | Zabel M. Miracle and Micheal J Miracle<br>14 Chardonnay Drive<br>Holmdel, NJ 07733-2803 |
| Zachary Fuchs<br>41 Glenbrook Rd.<br>Monsey, NY 10952-1309 | Zachary Potvin<br>1016 Enchantment Rd.<br>Rapid City, SD 57701-9239 | Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212-3314 |
| Robert Chamless Lane<br>The Lane Law Firm, PLLC<br>6200 Savoy Dr, Suite 1150<br>Houston, TX 77036-3369 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ASTRALABS Inc<br>979 Springdale Road Suite #123<br>Austin, TX 78702-3764 | (u)Arturo Benedicto M. Llano<br>10 Juan Luna, UP Campus,<br>Diliman, Quezon City,<br>Metro Manila | (u)Rakesh Bhimaraddi Sasvihalli<br>#132, SRIGANDHA, VINAYAK COLONY,<br>VIDYANAGAR<br>HUBLI, 580031 |
| (d)SoftDsk, LLC<br>PO Box 5963<br>Plant City, FL 33563-0052 | End of Label Matrix<br>Mailable recipients  195<br>Bypassed recipients    4<br>Total                199 | |