IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-10164-smr |
| ASTRALABS, INC., § | |
| § | Chapter 7 |
| Debtor. § | |

### TRUSTEE'S WITNESS AND EXHIBIT LIST FOR JUNE 23, 2023 HEARING

TO THE HONORABLE SHAD M. ROBINSON, U.S. BANKRUPTCY JUDGE, AND TO ALL PARTIES:

Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor"), hereby submits this Witness and Exhibit List in connection with the hearing to be held on June 23, 2023, at 3:00 p.m. (prevailing Central Time) (the "Hearing") to consider the *Motion to Reconsider Order Converting Case to One Under Chapter 7* [Docket No. 119] and any other matters taken up by the Court at the Hearing.

### WITNESSES

The Trustee reserves all rights to call any or all of the following as witnesses at the Hearing, including but not limited to by affidavit, declaration, or proffer.

1. Randolph N. Osherow, in his capacity as the Trustee;
2. Andrew Ryan / Ryan Rafols;
3. Robert C. Lane, The Lane Law Firm;
4. Kerstin Hadzik;
5. Thomas Dolezal, movant;
6. Matthew Kelly, movant;
7. Casey Melcher, movant;

8. Hasan Ugur Koyluoglu, movant;

9. Any witness called or designated by any other party; and

10. Any rebuttal witnesses, as appropriate.

## **EXHIBITS**

The Trustee reserves all rights to introduce and/or request judicial notice of any or all of the following Exhibits as evidence at the Hearing, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto and thereof:

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| A. | Debtor's Schedules [Docket No. 36] | | | | |
| B. | Debtor's Statement of Financial Affairs [Docket No. 37] | | | | |
| C. | Statement of Operations [Docket No. 17] | | | | |
| D. | Balance Sheet [Docket No. 18] | | | | |
| E. | Cash Flow Statement [Docket No. 19] | | | | |
| F. | Supplemental Budget [Docket No. 21] | | | | |
| G. | Monthly Operating Report [Docket No. 65] | | | | |
| H. | Transcript of Hearing Held May 11, 2023 [Docket No. 111] | | | | |
| I. | Stay Relief Motion of AFCO Credit Corporation [Docket No. 127] | | | | |
| J. | Any and all Motions, Notices, pleadings, and other docket items filed of record in the Bankruptcy Case | | | | |
| K. | Any and all exhibits designated by any other party | | | | |
| L. | Any and all other exhibits as may be appropriate for rebuttal or impeachment purposes | | | | |

Dated: June 16, 2023

Respectfully submitted,

By: /s/ Jay H. Ong
    Jay H. Ong
    Texas Bar No. 24028756
    Thanhan Nguyen
    Texas Bar No. 24118479
    MUNSCH HARDT KOPF & HARR, P.C.
    1717 West 6th Street, Suite 250
    Austin, Texas 78703
    Telephone: (512) 391-6100
    Facsimile: (512) 391-6149
    Email:    jong@munsch.com
                 anguyen@munsch.com

**Proposed Counsel For Randolph N. Osherow, Chapter 7 Trustee**

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on the 16th day of June 2023, he personally caused true and correct copies of the foregoing document to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system. A true and correct copy of the document, together with the listed exhibits not publicly available or previously provided, was also served on the parties listed on the attached service list via electronic mail:

By: /s/ Thanhan Nguyen
    Thanhan Nguyen, Esq.

**SERVICE LIST**

Robert Chamless Lane on behalf of Debtor ASTRALABS Inc
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036
chip.lane@lanelaw.com

Stephen W. Sather on behalf of Thomas Dolezal, Matthew Kelly, Casey Melcher, Hasan Ugur Koyluoglu
Barron & Newburger, PC
7320 N MoPac Expy, Suite 400
Austin, TX 78731
ssather@bn-lawyers.com

Ron Satija on behalf of Andrew Ryan
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757
rsatija@haywardfirm.com

Eric Terry on behalf of Trustee Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209
eric@ericterrylaw.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
903 San Jacinto Blvd.
Room 230
Austin, TX 78701
shane.p.tobin@usdoj.gov