IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| ASTRALABS, INC. | § § | Case No. 23-10164-SMR |
| Debtor | § § § | |

**NOTICE OF WITHDRAWAL WITH PREJUDICE OF
MOTION TO RECONSIDER ORDER CONVERTING CASE TO ONE UNDER
CHAPTER 7**

Thomas Dolezal and Matthew Kelly, creditors and parties in interest, file this Notice of Withdrawal with Prejudice of Motion to Reconsider Order Converting Case to One Under Chapter 7 and would show as follows:

1. Movants do not wish to proceed with their Motion and thereby submit this Notice of Withdrawal. This withdrawal is with prejudice to reasserting the relief requested. **THERE WILL NOT BE A HEARING ON JUNE 23, 2023 ON THE MOTION.**

    Respectfully submitted,

    BARRON & NEWBURGER PC
    7320 N. MoPac Expressway, Ste. 400
    Austin, Texas 78731
    Telephone: (512) 649-3243

    By /s/ Stephen Sather
     Stephen Sather
     State Bar No 17657520
     ATTORNEY FOR MOVANTS

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served by electronic mail transmission to the following parties by CM/ECF and by first class mail to the parties on the attached list on June 20, 2023:

Cleveland R Burke
Holland & Knight
100 Congress Avenue
Ste 1800
Austin, TX 78701
cleveland.burke@hklaw.com
representing    Capitol Vending and Coffee Company

Lisa C. Fancher
Fritz Byrne, PLLC
221 W 6th St
Ste 960
Austin, TX 78701
lfancher@fritzbyrne.law
representing    3423 Holdings

Shanna M Kaminski
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240
skaminski@kaminskilawpllc.com
representing    Apex Funding Source, LLC

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036
chip.lane@lanelaw.com
representing    ASTRALABS Inc

Ryan Lott
The Lott Firm, PLLC
501 Congress Avenue, Suite 150
Austin, TX 78701
512-809-6951
representing    Athletes to Athletes, Inc.

Jay Ong
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street

Suite 250
Austin, TX 78703
jong@munsch.com
representing Randolph N Osherow

Randolph Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
(Trustee)

John Mark Stern
Texas Attorney General's Office
P. O. Box 12548
Austin, TX 78711-2548
bk-jstern@oag.texas.gov
Texas Comptroller of Public Accounts, Revenue Accounting Division

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209
eric@ericterrylaw.com
representing Eric Terry

Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701
shane.p.tobin@usdoj.gov
representing United States Trustee - AU12

/s/Stephen W. Sather
Stephen W. Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-10164-smr<br>Western District of Texas<br>Austin<br>Fri May 19 14:14:47 CDT 2023 | ASTRALABS Inc<br>979 Springdale Road Suite #123<br>Austin, TX 78702-3764 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| 3423 Holdings, LLC<br>4811 E 7th Street<br>Austin, TX 78702-5018 | 3423 Holdings, LLC<br>c/o: Lisa C. Fancher<br>Fritz Byrne, PLLC<br>221 W Sixth St #960<br>Austin TX 78701-3444 | Adwait Muthal<br>7 Wainwright Rd Unit 80<br>Winchester, MA 01890-2381 |
| Albert Balady<br>208 Ackerman Ave<br>Ho Ho Kus, NJ 07423-1006 | Alexander Clarence McIntosh<br>1047 East Spazier Ave. Apt. # L<br>Burbank, CA 91502-2652 | Alexander Seery<br>925 Rolfe Place<br>Alexandria, VA 22314-1383 |
| Alexandra Cherwa aka Jonathan Cherwa<br>15907 91st Ave Ct E<br>Puyallup, WA 98375-8941 | Alexandre Sylvestre<br>609 Tower Dr.<br>Edgewater, NJ 07020-2202 | Andrew Ryan<br>979 Springdale Rd. Suite #123<br>Austin, TX 78702-3764 |
| Andrew Ryan<br>c/o Ron Satija<br>Hayward PLLC<br>7600 Burnet Rd, Ste.530<br>Austin, TX 78757-1269 | Anthony Runnels<br>12024 Rock Creek Ct.<br>Hawthorne, CA 90250-1668 | Anthony Veloso<br>730 Mason Road<br>Jefferson, MA 01522-1346 |
| Antonello Loddo<br>205 Ridge Ave<br>Gettysburg, PA 17325-2429 | Anu Santhanagopal<br>12 Brittany Way<br>Kendall Park, NJ 08824-1465 | Anuj Jain aka Anmol Jain<br>620 W 42n ST Apt S06G<br>New York, NY 10036-2019 |
| Apex Funding Source LLC<br>c/o Kaminski Law PLLC<br>PO Box 247<br>Grass Lake MI 49240-0247 | Apex Funding Source, LLC<br>3050 Biscayne Blvd #502<br>Miami, FL 33137-4153 | Archilyse AG<br>c/o Matthias Standfest<br>Flelastrasse 31B<br>8047 Zurich, Switzerland |
| Athletes to Athletes<br>C/O The Lott Firm, PLLC<br>501 Congress Avenue, Suite 150<br>Austin, TX 78701-3575 | Avinash Reddy Desireddy<br>16304 FM 1325 APT 7315<br>Austin, TX 78728-1239 | Baiping Guo<br>8 Mooney Street<br>Lane Cove North NSW 2066<br>Australia |
| Billy Jack Linsley<br>16 Bodine Street<br>Wellsboro, PA 16901-8206 | Bootstrap Servicing, Inc.<br>510 Townsend Street<br>San Francisco, CA 94103-4918 | Bradford Chan<br>2540 Wexford Ave.<br>South San Francisco, CA 94080-5517 |
| Bradley G Kessler / Kessler Realty Holdings<br>1621 Northland Ave<br>Lakewood, OH 44107-3723 | Bradley Robertson<br>550 Oak Grove Ave. Unit 122<br>Menlo Park, CA 94025-3282 | CFT Clear Finance Technology Corp.<br>1200-33 Yonge Street,<br>Toronto, Ontario,<br>M5E 1G4, Canada |

| | | |
|---|---|---|
| Cameron Resnick<br>870 North 28th Street 101<br>Philadelphia, PA 19130-1728 | Capitol Vending and Coffee Company<br>c/o Cleveland R. Burke<br>Holland & Knight LLP<br>100 Congress Ave #1800<br>Austin TX 78701-4042 | Carl Lumma<br>367 Los Gatos Blvd<br>Los Gatos, CA 95032-5458 |
| Carl Russo<br>707 Willow Ave. Unit #2<br>Hoboken, NJ 07030-4281 | Casey Melcher<br>1635 N Water St. Apt 602<br>Milwaukee, WI 53202-3663 | Celtic Bank<br>268 South State Street Suite 300<br>Salt Lake City, UT 84111-5314 |
| Chad Doyle<br>3450 Crestmoor Dr.<br>San Bruno, CA 94066-3923 | Chaisson-Browne LLC<br>35 Fiddlehead Rd<br>Oxford, CT 06478-2708 | Chang Ting Zou<br>48 Woodview Dr.<br>Brewster, MA 02631-2902 |
| Christina Hong<br>12407 Bexley<br>Houston, TX 77099-1308 | Christopher Fast<br>45 Meriam Street<br>Wakefield, MA 01880-3633 | Christopher Fontaine<br>7814 Bradenton Drive<br>Charlotte, NC 28210-7216 |
| Clearco<br>Pavilion House,<br>31 Fitzwilliam Square,<br>Dublin 2, Ireland | Constantine Trikas<br>840 Fulton Street Apt. 704<br>Brooklyn, NY 11238-6756 | Cordtz Tuatoo<br>417 Swift Fox Run<br>Crestview, FL 32536-5450 |
| Coventry Capital Partners, LLC<br>306 Landing Lane<br>Chestertown, MD 21620-4726 | Cristian I Crisan<br>15408 Fisher Island Dr.<br>Austin, TX 78717-3832 | Crystle A. Rauch<br>6701 Lakewood Rd<br>Stanwood, WA 98292-6923 |
| Curt Bromm<br>5785 Open Fields Drive<br>Whitestown, IN 46075-9719 | Dan Smith<br>8021 N Padova Pl.<br>Tucson, AZ 85741-1231 | Daryl W Campbell<br>3353 River Valley Dr.<br>Richland, WA 99354-2105 |
| David Fisher<br>832 Kristin Ln<br>Williamstown, NJ 08094-3534 | David Huie<br>842 Harbor island Drive<br>Newport Beach, CA 92660-7228 | David Hule<br>842 Harbor Island Dr.<br>Newport Beach, CA 92660-7228 |
| Diego Mauro Cogno<br>65b Cromford Road<br>SW18 1PA,<br>London, UK | Ebonee Miller<br>7176 W Oromia Way<br>West valley city, UT 84128-4020 | Emilija Dimitrovski<br>Lange Zeile 12,<br>90419 Nuremberg<br>Germany |
| Eric Lee<br>6620 Wickliff Trail<br>Plano, TX 75023-3233 | Ethan Brandt<br>301 E 4th St<br>Huxley, IA 50124-9333 | Evan Johnson and Ejohnson RD LLC<br>3 Revere Drive<br>Ridgefield, CT 06877-3642 |

| | | |
|---|---|---|
| Filipe Peerally<br>8820 Theriot Rd<br>Peyton, CO 80831-6777 | Franshesca Castoria<br>2 Hearthwood Court<br>Manahawkin, NJ 08050-7807 | Frederic W. Corwin III<br>26 Boswell Rd.<br>Reading, MA 01867-1801 |
| Gary L DeVries<br>2204 Ashwood Drive<br>Aberdeen, SD 57401-1681 | George Andrew Simons CDP<br>15b Acacia Lane,<br>Cambridge Road,<br>Sandys MA 02 Bermuda | Girish Amin<br>1419 Sierra Glen Circle<br>Apex, NC 27502-7421 |
| Glenn Hunter<br>80 Forest Drive<br>East Northport, NY 11731-1529 | Green Future Investments LLC<br>333 Turn Pike Dr.<br>Folsom, CA 95630-8091 | Gregory Baker<br>224 Furman Farm Pl.<br>Charleston, SC 29492-7304 |
| Gregory Wilson<br>15 W 110th St. Apt. 22<br>New York, NY 10026-4307 | Griffin Hermes<br>2450 4th Street<br>apt B<br>Santa Monica, CA 90405-3607 | Harold Bishop<br>3009 S John Redditt Ste E #398<br>Lufkin, TX 75904-5710 |
| Hasan Ugur Koyluoglu<br>1064 Great Road<br>Princeton, NJ 08540-1247 | Henry Shao<br>1955 Junewood Ave.<br>San Jose, CA 95132-1627 | Into The Multiverse Inc.<br>816 California Ave.<br>Venice, CA 90291-3412 |
| Iruka Capital<br>162 Elmora Ave #211<br>Elizabeth, NJ 07202-1148 | Iryna Zhuravel<br>8929 Lombard Place<br>Apt. 123<br>San Diego, CA 92122-1532 | J333 Ventures LLC<br>1706 Elliot Ranch Rd<br>Buda, TX 78610-3033 |
| Jack Atkin<br>16 Hamlin Road<br>Edison, NJ 08817-2906 | Jack P. Hopper<br>2116 Fordham Ln.<br>Austin, TX 78723-1332 | James Steele<br>510 Coffin Alley, PO Box 382<br>Portland, PA 18351-0382 |
| Jan Kvita<br>Ke Krci 1002/24<br>Prague<br>Czech Republic | Jaron ('Robert') Glasgow<br>6960 10th St N Apt. 207<br>Oakdale, MN 55128-7537 | Jaron Glasgow<br>7550 80th St. St<br>Unit 415<br>Cottage Grove, MN 55016 |
| Jason Croft<br>28A Parkway Village<br>Cranford, NJ 07016-2545 | Jason D Arnold<br>1140 Bonanza Drive<br>Okemos, MI 48864-4068 | Jason Kahle<br>347 White Fox Run<br>Fallbrook, CA 92028-2669 |
| Jeff Meyer<br>33970 Rebecca Rd<br>Kingston, IL 60145-8123 | Jeffrey Wells<br>18550 Hatteras St. #2<br>Tarzana, CA 91356-1923 | Jeremy Greiner<br>1709 Crestwood Drive<br>Alexandria, VA 22302-2307 |

| | | |
|---|---|---|
| Jeremy Phillips<br>211 W Verdugo Ave. #201<br>Burbank, CA 91502-2821 | Joao Carlos Dos Santos Branquinho,<br>3530 Mystic Pointe Dr. Apt. 2012<br>Aventura, FL 33180-4531 | Joao Carlos Santos Branquinho<br>3300 NE 191st ST<br>Apt 1207<br>Aventura, FL 33180-2445 |
| John W Polomny<br>1116 Palm Valley Drive E<br>Harlingen, TX 78552-9047 | Johnny F Evans<br>234 Bay St. N.W.<br>Fort Walton Beach, FL 32548-3806 | Jon A. Sims<br>25558 Fitzgerald Ave<br>Stevenson Ranch, CA 91381-1278 |
| Jonathan Adams<br>1535 Crooked Stick<br>San Antonio, TX 78260-2630 | Jonathan Boyarsky<br>130 Dartmouth Street<br>Apt. 305<br>Boston, MA 02116-5133 | Jong Yul Kim<br>11048 SE 31st St.<br>Bellevue, WA 98004-7540 |
| Jordan Case<br>302 Pinecrest Pl<br>Andover, KS 67002-9253 | Jordan Lund<br>5452 Aldrich Ave S<br>Minneapolis, MN 55419-1732 | Jose Ceniceros<br>19621 6th Ave S<br>Des Moines, WA 98148-2425 |
| Jose Fabian Kabigumila<br>9 Myrna Dr.<br>Marlborough, CT 06447-1132 | Joseph Carothers<br>1813 Honey Hill Rd.<br>Hardeeville, KS 66027 | Juan Jackson<br>1804 Barksdale Drive<br>Lexington, KY 40511-1504 |
| Kevin Mease<br>300 S Lamar #207<br>Austin TX 78704-1089 | Kishore Anjaneyulu<br>1204 Yarrow Rd<br>Matthews, NC 28104-5434 | Laurie Cercone<br>604 Eagle<br>Austin, TX 78734-5009 |
| Lawrence D. Hutchison and Marcia Hutchison<br>306 Landing Lane<br>Chestertown, MD 21620-4726 | Leonid Mordkovich<br>1974 Devonshire Ave<br>Avon, IN 46123-0003 | Locoal Charcoal Company<br>1201 Citation Circle<br>Del Valle, TX 78617 |
| Mallory Frick and JM FRICK LLC<br>328 Ledge Stone drive<br>Austin, TX 78737-1910 | Manoj Sonje<br>16303 Chelsea Place Apt. 236<br>Selma, TX 78154-1883 | Marc Russell<br>471 East 4300 North<br>Provo, UT 84604-5115 |
| Marco Frabotta<br>2222 Detroit Ave 1013<br>Cleveland, OH 44113-2461 | Mark Beauharnois<br>6867 Amanda Lane<br>Lockport, NY 14094-9659 | Mark and Candice Gimbel Family Living Trust<br>13258 N. 79th St.<br>Scottsdale, AZ 85260-4016 |
| Martha A. Barrero<br>2121 Lohman's Crossing Road 504-426<br>Austin, TX 78734-5217 | Martin Duenaz<br>30280 Prospect Rd<br>Nettleton, MS 38858-8326 | Massachusetts Department of Revenue<br>PO Box 7090<br>Boston, MA 02204-7090 |

| | | |
|---|---|---|
| Matthew Hendershot<br>1841 W Wisteria Dr<br>Chandler, AZ 85248-2183 | Matthew Peter Kelly and Xin Geng Kelly<br>13190 Burke Rd<br>Los Altos, CA 94022-3441 | Max Mahan<br>4479 Vrain St.<br>Denver, CO 80212-2440 |
| Melane Rella and Angelo Rella<br>628 Burno Mountain Road<br>Cotopaxi, CO 81223-9480 | Melissa Hector<br>1080 Cypress Parkway  Suite 1187<br>Kissimmee, FL 34759-3328 | Michael Brown<br>56 Blackberry Ln<br>Yarmouth, ME 04096-5966 |
| Michael Harrison Jr<br>136 Cowper St<br>Palo Alto, CA 94301-1201 | Michael Michael<br>333 Turn Pike Dr.<br>Folsom, CA 95630-8091 | Michael Miracle<br>14 Chardonnay Drive<br>Holmdel, NJ 07733-2803 |
| Michael W. Brown<br>56 Blackberry Ln<br>Yarmouth, ME 04096-5966 | Nageswara Kondraganti<br>12365 Willowgate Dr.<br>Frisco, TX 75035-0919 | Nainesh Patel<br>23 Nancy St.<br>Kendall Park, NJ 08824-1653 |
| Naishadh Saraiya<br>1501 Anglebluff Lane<br>Plano, TX 75093-4826 | Naishadh Saraiya<br>5025 Hudson Drive<br>Plano, TX 75093-5080 | Neil A. Goro<br>Goro Law, PLLC<br>2011 N. Collins #711<br>Richardson, TX 75080-2689 |
| Nemanja Milosevic<br>Lange Zeile 12,<br>90419 Nuremberg<br>Germany | Nic Hickox<br>4301 W. William Cannon Dr. STE B-150 ï¿½<br>Austin, TX 78749-1487 | Nihar Patel<br> 979 Springdale Rd.<br>Suite #123<br>979 Springdale Rd. Suite #123<br>Austin, TX 78702-3764 |
| Nirmalbhai C Patel<br>52 Meadow Brook Rd.<br>Edison, NJ 08837-2012 | Paul Wilcox<br>380 Columbus Avenue<br>Unit 1<br>Boston, MA 02116-6075 | Paul and Mary Wilcox<br>380 Columbus Ave. #1<br>Boston, MA 02116-6075 |
| Pebble Labs Inc.<br>c/o Steve Ofstehage<br>100 Entrada Dr.<br>Los Alamos, NM 87544-3353 | Petr Zaytsev<br>3632 Carlisle Dr<br>Durham, NC 27707-5062 | Proc12 Inc.<br>9601 Ridge Walk Court<br>Davie, FL 33328-7141 |
| Rajamani Ganesh<br>13895 Clatsop Way<br>San Diego, CA 92129-4423 | Randolph N. Osherow<br>c/o Jay H. Ong<br>Munsch Hardt Kopf & Harr, PC<br>1717 West 6th Street, Suite 250<br>Austin, TX 78703-4777 | Richard Ditter<br>9449 Poplar Ave<br>Germantown, TN 38138-8003 |
| Richard Litzky<br>5158 Forest Brook Pkwy<br>Marietta, GA 30068-2828 | Richard Pottin<br>312 - 6380 Buswell Street<br>Richmond, BC<br>V6Y 2G2 | Richard S Mackin Jr<br>1639 Glasgo Rd.<br>Griswold, CT 06351-3510 |

| | | |
|---|---|---|
| Robert Bruce<br>7077 N Mason Ave.<br>Chicago, IL 60646-1224 | Roosevelt Scott<br>802 Hawk View Court<br>Fairview Heights, IL 62208-2967 | Ross Wigle<br>168 Charterhouse Cres.<br>Ancaster, ON<br>Canada L9G 4M5 |
| Rushi Ukani<br>8 Koster Blvd. Apt. 6A<br>Edison, NJ 08837-4216 | Ruth Griffith and Anthony Griffith<br>96 Puunoa Pl.<br>Lahaina, HI 96761-1658 | Ryan Burt<br>18115 59th Ave N.<br>Minneapolis, MN 55446-3936 |
| Ryan Hall<br>6053 Big Pond Trl<br>Grovetown, GA 30813-4543 | Ryan Stewart<br>2 Mill Falls Road<br>Pembroke, NH 03275-1233 | Saifon Chang<br>5822 E. Wildrose Dr.<br>Orange, CA 92867-3355 |
| Salvatore Pepe<br>1011 Schindler Dr.<br>Silver Spring, MD 20903-1030 | Sam Simonovich<br>128 Prince St #35<br>Tappahannock VA 22560-5032 | Samuel Esau Goldman<br>2129 Grand Oaks Ave.<br>Altadena, CA 91001-3501 |
| Sanjay Pinnock<br>7275 Leonard Street<br>Philadelphia, PA 19149-1315 | Sanjay V Patel<br>17199 Carrotwood Dr.<br>Riverside, CA 92503-7920 | Sedjin Alka<br>203 West Sealy Ave.<br>Alvin, TX 77511 |
| Shaila Patel<br>1110 Windsor Park Ct<br>Englewood, NJ 07631-4924 | Shankar Narayanan Shankar Ganpathy<br>6820 Preston Road Apt. 225<br>Plano, TX 75024-2500 | SoftDsk LLC<br>PO Box 5963<br>Plant City, FL 33563-0052 |
| Spencer Diner<br>4261 South Pearl Street<br>Englewood, CO 80113-4741 | Stephen Berger<br>150 Lodge Street<br>Manchester, NH 03104-3776 | Stephen Berger<br>64 Northland Rd<br>Windham, NH 03087-1275 |
| Stripe Capital<br>185 Berry St. #550<br>San Francisco, CA 94107-9105 | TX Comptroller of Public Accts<br>c/o John M Stern Atty General's Off<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin TX 78711-2548 | Talent Dube<br>8/100 Wittenoom Rd.<br>High Wycombe, WA 6057<br>Perth, Australia |
| Tammy Hong<br>12407 Bexley Dr.<br>Houston, TX 77099-1308 | The Hochman Family Trust<br>6104 Sierra Arbor Ct.<br>Austin, TX 78759-5176 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |
| Thomas Dolezal<br>1166 Pitkin Ave.<br>Akron, OH 44310-1121 | Thomas E. Canty<br>7592 Mona Ln.<br>San Diego, CA 92130-5618 | Thomas Mueller<br>9571 Crestwood Lane<br>Anaheim, CA 92804-6370 |

| | | |
|---|---|---|
| Timothy C. Taylor, Sr<br>P.O. Box 5371<br>Austin, TX 78763-5371 | U.S. Small Business Administration<br>1545 Hawkins Blvd #202<br>El Paso, TX 79925-2654 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| Victoria Lerner, Trustee, Lerner Living Trus<br>11758 Crescenda Street<br>Los Angeles, CA 90049-2927 | Vincent Goveas<br>1251 Weathersfield Way<br>San Jose, CA 95118-3553 | Vincent Mach<br>950 Windsong Court<br>Diamond Bar, CA 91765-2376 |
| Virgilio Yabut<br>A & F Guaranteed Service, LLC<br>2 Meadow Lark Lane<br>Franklin Park, NJ 08823-1809 | WMW Partners Inc dba Metapyxl<br>1720 Dekalb Ave<br>Brooklyn, NY 11237-4004 | Wesley Kotcher<br>39 S Main St.<br>Rosedale, IN 47874-6000 |
| Wilfrid Jean-Francois<br>2144 Oakwood Place<br>Elmont, NY 11003-4022 | William Adams<br>11732 Reva Dr.<br>Garden Grove, CA 92840-2420 | William P Daly III<br>907 Lakewood Ct S<br>Maplewood, MN 55119-5859 |
| Yatinkumar Dodia<br>1539 Streams Way<br>Allen, TX 75002-0911 | Zabel M. Miracle and Micheal J Miracle<br>14 Chardonnay Drive<br>Holmdel, NJ 07733-2803 | Zachary Fuchs<br>41 Glenbrook Rd.<br>Monsey, NY 10952-1309 |
| Zachary Potvin<br>1016 Enchantment Rd.<br>Rapid City, SD 57701-9239 | Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212-3314 | Robert Chamless Lane<br>The Lane Law Firm, PLLC<br>6200 Savoy Dr, Suite 1150<br>Houston, TX 77036-3369 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ASTRALABS Inc<br>979 Springdale Road Suite #123<br>Austin, TX 78702-3764 | (u)Arturo Benedicto M. Llano<br>10 Juan Luna, UP Campus,<br>Diliman, Quezon City,<br>Metro Manila | (u)Rakesh Bhimaraddi Sasvihalli<br>#132, SRIGANDHA, VINAYAK COLONY,<br>VIDYANAGAR<br>HUBLI, 580031 |
| (d)SoftDsk, LLC<br>PO Box 5963<br>Plant City, FL 33563-0052 | End of Label Matrix<br>Mailable recipients 197<br>Bypassed recipients 4<br>Total 201 | |