

**IT IS HEREBY ADJUDGED and DECREED that the below described is WITHDRAWN.**

**Dated: June 20, 2023**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-10164-SMR |
| | § | |
| ASTRALABS, INC. | § | (Chapter 7) |
| Debtor | § | |

**ORDER GRANTING**
**MOTION TO RECONSIDER ORDER CONVERTING CASE**
**TO ONE UNDER CHAPTER 7**

CAME ON TO BE CONSIDERED the Motion to Reconsider Order Converting Case to One Under Chapter 7. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED that the Order Converting Case to One Under Chapter 7 is hereby VACATED.

IT IS FURTHER ORDERED that this case is hereby DISMISSED.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy, Suite 400
Austin, TX 78731

