**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 27, 2023.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE: § | |
| ASTRALABS INC., § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-10164 |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES BY THE LANE LAW FIRM, PLLC, ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**
**(Docket No. 118)**

CAME ON FOR CONSIDERATION the Final Application for Compensation and Expenses by The Lane Law Firm, PLLC, Attorneys for the Debtor, and it is appearing that good cause exists for granting same; it is accordingly

ORDERED that the Final Application for Compensation and Expenses by The Lane Law Firm, PLLC Attorneys for the Debtor, is hereby GRANTED on an interim basis and subject to final allowance; and it is

FURTHER ORDERED that The Lane Law Firm, PLLC is entitled to allowance on an interim basis, of reasonable fees in the amount of $25,088.00 and $3,551.16 in allowed expenses for services performed for the estate during the Applicable Period (as defined in the Application) from The Lane Law Firm PLLC IOLTA Trust Account; and it is

FURTHER ORDERED that, after applying the retainers from the Debtor that are being held in The Lane Law Firm PLLC IOLTA Trust Account, The Lane Law Firm, PLLC shall be allowed a Chapter 11 administrative expense priority claim in the amount of $10,004.98, in full, complete, and final satisfaction of the compensation and reimbursement of expenses asserted in the Application, with such claim to be paid as, when, and to the extent other Chapter 11 administrative expense priority claims are paid in this bankruptcy case; it is further

FURTHER ORDERED that this Order shall automatically be deemed to be a final order upon the Debtor's compliance with the requirements of Bankruptcy Rule 1019(5)(A)(i), and the completion of the post-conversion meeting of creditors contemplated under section 341(d) of the Bankruptcy Code.

###

APPROVED AND ENTRY REQUESTED:

THE LANE LAW FIRM, PLLC
*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
Joshua D. Gordon
State Bar No. 24091592
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile

COUNSEL FOR DEBTOR