**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ASTRALABS, INC. | § | Case No. 23-10164-SMR |
| Debtor | § | |
| | § | |

## NOTICE OF CONTINUED FIRST MEETING OF CREDITORS

PLEASE TAKE NOTICE that the first meeting of creditors held pursuant to 11 U.S.C. § 341 in this case (the Meeting) has been rescheduled for **July 28, 2023, at 9:00 a.m. Central Time**. The Meeting will be conducted at Homer Thornberry Bldg., 903 San Jacinto, Room 1500, Austin, TX 78701. Parties can also attend telephonically at (877) 937-4915; Code: 7491951#.

PLEASE TAKE FURTHER NOTICE that an election of a replacement chapter 7 trustee under 11 U.S.C. § 702 was requested to take place at such Meeting. Attached, please find the Trustee Election Questionnaire **(Exhibit A)** and Trustee Election Ballot **(Exhibit B)**. To request an election and/or cast a vote, creditors must either appear at the meeting of creditors or have properly authorized a proxy to vote the claim or otherwise act as the owner's attorney in fact in connection with administration of the estate. Please read the instructions below on how to submit the forms and appear at the meeting of creditors to cast your vote. Failure to properly submit all required forms and appear at the meeting may result in a vote being disputed and, thus, not considered.

### Option A

If attending the meeting of creditors telephonically, please submit all of the following to the United States Trustee no later than **Wednesday, July 26, at 5:00 p.m. Central Time** via mail at 903 San Jacinto Blvd., Room 230, Austin, Texas 78701, Attn: Shane Tobin, **OR** via

email at ustpregion07.au.ecf@usdoj.gov with the subject line "Attn: Shane Tobin, Astralabs, LLC, case number 23-10164 – Trustee Election": (1) completed **Exhibit A**, (2) completed **Exhibit B**, (3) a complete copy of your filed proof of claim, and (4) a copy of your original government-issued photo identification for the person signing the proof of claim and who will vote the claim. As a condition of voting, the United States Trustee will confirm your identity and the information contained on your ballot at the meeting of creditors.

### Option B

If attending and casting your vote in person at the meeting of creditors, you must submit the following to the United States Trustee at the meeting when requested: (1) completed **Exhibit A**, (2) completed **Exhibit B**, (3) a complete copy of your filed proof of claim, and (4) a copy of the original government-issued photo identification for the person signing the proof of claim and who will vote the claim. **Exhibit A** and **Exhibit B** will also be available at the meeting of creditors.

### Option C

If an entity is appearing at the meeting of creditors on your behalf as your proxy, the proxy must submit to the United States Trustee at the outset of the meeting of creditors (1) a written and duly authorized power of attorney authorizing the proxy entity to vote the claim or otherwise act as the owner's attorney in fact in connection with administration of the estate **AND** (2) a complete copy of the creditor's filed proof of claim. The proxy must complete both **Exhibit A** and **Exhibit B** and submit both documents to the United States Trustee on your behalf.

### Election Disputes

Creditors and parties may also attend the Meeting and object to the election, including but not limited to objections relating to voting or tabulation. Following the conducting of any

election at the Meeting pursuant to 11 U.S.C. § 702, the United States Trustee will file a report of the election results with the Bankruptcy Court, including but not limited to any disputes regarding the election.

                                      Respectfully submitted,

                                      BARRON & NEWBURGER PC
                                      7320 N. MoPac Expressway, Ste. 400
                                      Austin, Texas 78731
                                      Telephone: (512) 649-3243

                                    By /s/ Stephen Sather
                                      Stephen Sather
                                      State Bar No 17657520
                                      ATTORNEY FOR MOVANTS

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing was served by first class mail to the persons on the attached list on this the 5th day of July 2023.

                                      /s/Stephen W. Sather
                                      Stephen W. Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-10164-smr<br>Western District of Texas<br>Austin<br>Wed Jul  5 13:05:47 CDT 2023 | ASTRALABS Inc<br>979 Springdale Road Suite #123<br>Austin, TX 78702-3764 | United States Trustee (SMG17)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | 3423 Holdings, LLC<br>4811 E 7th Street<br>Austin, TX 78702-5018 | 3423 Holdings, LLC<br>c/o: Lisa C. Fancher<br>Fritz Byrne, PLLC<br>221 W Sixth St #960<br>Austin TX 78701-3444 |
| 3Common Inc.<br>46 Sunset Blvd<br>46 Sunset Blvd, Winnipeg, Manitoba, Cana | AFCO Credit Corporation<br>c/o Daniela Mondragn<br>REED SMITH LLP<br>1221 McKinney St #2100<br>Houston TX 77010-2020 | Adam Yorke<br>1541 Ford Avenue<br>Redondo Beach, CA 90278-2801 |
| Adwait Muthal<br>7 Wainwright Rd Unit 80<br>Winchester, MA 01890-2381 | AiDLT Global Limited<br>30 Dredge Court<br>Milton, Ontario, Canada<br>L9T8T1 | Albert Balady<br>208 Ackerman Ave<br>Ho Ho Kus, NJ 07423-1006 |
| Aldo de Jong<br>299 Glenlake Ave #2301<br>Toronto ON M6P4A6<br>Canada | Alexander Clarence McIntosh<br>1047 East Spazier Ave.  Apt. # L<br>Burbank, CA 91502-2652 | Alexander Monsell<br>4489 E Florida Ave<br>Denver, CO 80222-3617 |
| Alexander Seery<br>925 Rolfe Place<br>Alexandria, VA 22314-1383 | Alexandra Cherwa aka Jonathan Cherwa<br>15907 91st Ave Ct E<br>Puyallup, WA 98375-8941 | Alexandre Sylvestre<br>609 Tower Dr.<br>Edgewater, NJ 07020-2202 |
| Alladin Ammouri<br>2445 Avis Street, Mesquite, Texas<br>Mesquite, TX 75149-6513 | Andrew Ryan<br>979 Springdale Rd. Suite #123<br>Austin, TX 78702-3764 | Andrew Ryan<br>c/o Ron Satija<br>Hayward PLLC<br>7600 Burnet Rd, Ste.530<br>Austin, TX 78757-1269 |
| Anthony Runnels<br>12024 Rock Creek Ct.<br>Hawthorne, CA 90250-1668 | Anthony Veloso<br>730 Mason Road<br>Jefferson, MA 01522-1346 | Antonello Loddo<br>205 Ridge Ave<br>Gettysburg, PA 17325-2429 |
| Anu Santhanagopal<br>12 Brittany Way<br>Kendall Park, NJ 08824-1465 | Anuj Jain aka Anmol Jain<br>620 W 42n ST  Apt S06G<br>New York, NY 10036-2019 | Apex Funding Source LLC<br>c/o Kaminski Law PLLC<br>PO Box 247<br>Grass Lake MI 49240-0247 |
| Apex Funding Source, LLC<br>3050 Biscayne Blvd #502<br>Miami, FL 33137-4153 | Archilyse AG<br>c/o Matthias Standfest<br>Flelastrasse 31B<br>8047 Zurich, Switzerland | Athletes to Athletes<br>C/O The Lott Firm, PLLC<br>501 Congress Avenue, Suite 150<br>Austin, TX 78701-3575 |

Avinash Reddy Desireddy
16304 FM 1325  APT 7315
Austin, TX 78728-1239

BSDCD Limited
13/F Cheong Sun Tower
118 Wing Lok St, Sheung Wan
Hong Kong

Baiping Guo
8 Mooney Street
Lane Cove North NSW 2066
Australia


Billy Jack Linsley
16 Bodine Street
Wellsboro, PA 16901-8206

Bonne et Filou Inc
1178 Broadway
3rd Floor #1390
New York, NY 10001-5404

Bootstrap Servicing, Inc.
510 Townsend Street
San Francisco, CA 94103-4918


Bradford Chan
2540 Wexford Ave.
South San Francisco, CA 94080-5517

Bradley G Kessler / Kessler Realty Holdings
1621 Northland Ave
Lakewood, OH 44107-3723

Bradley Robertson
550 Oak Grove Ave. Unit 122
Menlo Park, CA 94025-3282


CFT Clear Finance Technology Corp.
1200-33 Yonge Street,
Toronto, Ontario,
M5E 1G4, Canada

CMT Scanner
1/19 Virginia Street
Geebung
QLD 4034, Australia

Cameron Resnick
870 North 28th Street 101
Philadelphia, PA 19130-1728


Capitol Vending and Coffee Company
c/o Cleveland R. Burke
Holland & Knight LLP
100 Congress Ave #1800
Austin TX 78701-4042

Carl Lumma
367 Los Gatos Blvd
Los Gatos, CA 95032-5458

Carl Russo
707 Willow Ave. Unit #2
Hoboken, NJ 07030-4281


Casey Melcher
1635 N Water St. Apt 602
Milwaukee, WI 53202-3663

Cassidee Collier
3 Stuyvesant Oval
Apt 10H
New York, NY 10009-2130

Celtic Bank
268 South State Street Suite 300
Salt Lake City, UT 84111-5314


Chad Doyle
3450 Crestmoor Dr.
San Bruno, CA 94066-3923

Chaisson-Browne LLC
35 Fiddlehead Rd
Oxford, CT 06478-2708

Chang Ting Zou
48 Woodview Dr.
Brewster, MA 02631-2902


Christina Hong
12407 Bexley
Houston, TX 77099-1308

Christopher Fast
45 Meriam Street
Wakefield, MA 01880-3633

Christopher Fontaine
7814 Bradenton Drive
Charlotte, NC 28210-7216


Christopher Seabolt
3404 Tree Summit Parkway
Duluth, GA 30096-7939

Clearco
Pavilion House,
31 Fitzwilliam Square,
Dublin 2, Ireland

Constantine Trikas
840 Fulton Street Apt. 704
Brooklyn, NY 11238-6756


Cordtz Tuatoo
417 Swift Fox Run
Crestview, FL 32536-5450

Coventry Capital Partners, LLC
306 Landing Lane
Chestertown, MD 21620-4726

Cristian I Crisan
15408 Fisher Island Dr.
Austin, TX 78717-3832

| | | |
|---|---|---|
| Crystle A. Rauch<br>6701 Lakewood Rd<br>Stanwood, WA 98292-6923 | Curt Bromm<br>5785 Open Fields Drive<br>Whitestown, IN 46075-9719 | DAWn Audio LLC<br>3035 St Ann St<br>Apt A<br>New Orleans, LA 70119-4029 |
| Dan Smith<br>8021 N Padova Pl.<br>Tucson, AZ 85741-1231 | Daryl W Campbell<br>3353 River Valley Dr.<br>Richland, WA 99354-2105 | David Fisher<br>832 Kristin Ln<br>Williamstown, NJ 08094-3534 |
| David Huie<br>842 Harbor island Drive<br>Newport Beach, CA 92660-7228 | David Hule<br>842 Harbor Island Dr.<br>Newport Beach, CA 92660-7228 | Diego Mauro Cogno<br>65b Cromford Road<br>SW18 1PA,<br>London, UK |
| Domunus<br>655 East 14th Street, Apt. 9A<br>New York, NY 10009-3145 | Ebonee Miller<br>7176 W Oromia Way<br>West valley city, UT 84128-4020 | Eli M Blatt<br>18117 Biscayne Blvd PMB 61473<br>Miami, FL 33160-2535 |
| Emilija Dimitrovski<br>Lange Zeile 12,<br>90419 Nuremberg<br>Germany | Eric Lee<br>6620 Wickliff Trail<br>Plano, TX 75023-3233 | ErleaDx Pte Ltd<br>BLK 856 TAMPINES ST 82<br>#09-269<br>Singapore 520856 |
| Ethan Brandt<br>301 E 4th St<br>Huxley, IA 50124-9333 | Evan Johnson and Ejohnson RD LLC<br>3 Revere Drive<br>Ridgefield, CT 06877-3642 | Eventuall, Inc.<br>6515 W Sunset Blvd<br>Suite 430<br>Los Angeles, CA 90028-7259 |
| Fernando Moreno Cortina<br>2401 Aldrich St Apt 367<br>Austin, TX 78723-2105 | Filipe Peerally<br>8820 Theriot Rd<br>Peyton, CO 80831-6777 | Franshesca Castoria<br>2 Hearthwood Court<br>Manahawkin, NJ 08050-7807 |
| Frederic W. Corwin III<br>26 Boswell Rd.<br>Reading, MA 01867-1801 | GDS Group LLC<br>50 Merrick Road STE 203<br>Rockville Centre, NY, NY 11570-4726 | Gary L DeVries<br>2204 Ashwood Drive<br>Aberdeen, SD 57401-1681 |
| GeoNadir Pty Ltd<br>70 Moresby St, Trinity Beach<br>Cairns, 4879<br>Queensland, Australia | George Andrew Simons CDP<br>15b Acacia Lane,<br>Cambridge Road,<br>Sandys MA 02 Bermuda | Gic-Owens Fiestan<br>3153 Asher Rd<br>Ann Arbori, MI 48104-4170 |
| Girish Amin<br>1419 Sierra Glen Circle<br>Apex, NC 27502-7421 | Glenn Hunter<br>80 Forest Drive<br>East Northport, NY 11731-1529 | Green Future Investments LLC<br>333 Turn Pike Dr.<br>Folsom, CA 95630-8091 |

| | | |
|---|---|---|
| Gregory Baker<br>224 Furman Farm Pl.<br>Charleston, SC 29492-7304 | Gregory Wilson<br>15 W 110th St. Apt. 22<br>New York, NY 10026-4307 | Griffin Hermes<br>2450 4th Street<br>apt B<br>Santa Monica, CA 90405-3607 |
| Harold Bishop<br>3009 S John Redditt Ste E #398<br>Lufkin, TX 75904-5710 | Harrison Lee<br>1090 Lambton Drive<br>Oakville, Ontario<br>L6J 7P3 | Hasan Ugur Koyluoglu<br>1064 Great Road<br>Princeton, NJ 08540-1247 |
| Henry Shao<br>1955 Junewood Ave.<br>San Jose, CA 95132-1627 | Holistic Health Collaborative<br>128 Pleasant Street<br>Marblehead, MA 01945-2340 | Inbal Tubi<br>Calle 74C #7-52 Apt #305<br>Bogata Colombia 00000 |
| Innovative Wellness Systems Inc<br>10 Beldon Rd.<br>Dover, MA 02030<br>Dover, MA 02030-2000 | Into The Multiverse Inc.<br>816 California Ave.<br>Venice, CA 90291-3412 | Iruka Capital<br>162 Elmora Ave #211<br>Elizabeth, NJ 07202-1148 |
| Iruka Capital Group, LLC<br>162 Elmora Ave., Ste. 211<br>Elizabeth, NJ 07202-1148 | Iryna Zhuravel<br>8929 Lombard Place<br>Apt. 123<br>San Diego, CA 92122-1532 | Ivanna Mariel Guerrero Ulloa<br>8010 Little Deer Xing<br>Austin, TX 78736-1837 |
| J333 Ventures LLC<br>1706 Elliot Ranch Rd<br>Buda, TX 78610-3033 | Jack Atkin<br>16 Hamlin Road<br>Edison, NJ 08817-2906 | Jack Colletti<br>2630 Quail Hill Drive<br>Pittsburgh, PA 15241-2963 |
| Jack P. Hopper<br>2116 Fordham Ln.<br>Austin, TX 78723-1332 | James Steele<br>510 Coffin Alley, PO Box 382<br>Portland, PA 18351-0382 | Jan Kvita<br>Ke Krci 1002/24<br>Prague<br>Czech Republic |
| Jaron ('Robert') Glasgow<br>6960 10th St N Apt. 207<br>Oakdale, MN 55128-7537 | Jaron Glasgow<br>7550 80th St. St<br>Unit 415<br>Cottage Grove, MN 55016 | Jason Croft<br>28A Parkway Village<br>Cranford, NJ 07016-2545 |
| Jason D Arnold<br>1140 Bonanza Drive<br>Okemos, MI 48864-4068 | Jason Jacobsohn<br>285 Danbury Drive<br>Vernon Hills, IL 60061-2951 | Jason Kahle<br>347 White Fox Run<br>Fallbrook, CA 92028-2669 |
| Jeff Meyer<br>33970 Rebecca Rd<br>Kingston, IL 60145-8123 | Jeffrey Wells<br>18550 Hatteras St. #2<br>Tarzana, CA 91356-1923 | Jennilee Bennett, Maestro Athletics<br>10217 8th Ave SW<br>Seattle, WA 98146-1403 |

| | | |
|---|---|---|
| Jeremy Greiner<br>1709 Crestwood Drive<br>Alexandria, VA 22302-2307 | Jeremy Phillips<br>211 W Verdugo Ave. #201<br>Burbank, CA 91502-2821 | Joao Carlos Dos Santos Branquinho,<br>3530 Mystic Pointe Dr. Apt. 2012<br>Aventura, FL 33180-4531 |
| Joao Carlos Santos Branquinho<br>3300 NE 191st ST<br>Apt 1207<br>Aventura, FL 33180-2445 | John W Polomny<br>1116 Palm Valley Drive E<br>Harlingen, TX 78552-9047 | Johnny F Evans<br>234 Bay St. N.W.<br>Fort Walton Beach, FL 32548-3806 |
| Jon A. Sims<br>25558 Fitzgerald Ave<br>Stevenson Ranch, CA 91381-1278 | Jonathan Adams<br>1535 Crooked Stick<br>San Antonio, TX 78260-2630 | Jonathan Boyarsky<br>130 Dartmouth Street<br>Apt. 305<br>Boston, MA 02116-5133 |
| Jong Yul Kim<br>11048 SE 31st St.<br>Bellevue, WA 98004-7540 | Jordan Case<br>302 Pinecrest Pl<br>Andover, KS 67002-9253 | Jordan Griffin<br>912 Pappas Ct.<br>Chula Vista, CA 91911-7034 |
| Jordan Lund<br>5452 Aldrich Ave S<br>Minneapolis, MN 55419-1732 | Jose Ceniceros<br>19621 6th Ave S<br>Des Moines, WA 98148-2425 | Jose Fabian Kabigumila<br>9 Myrna Dr.<br>Marlborough, CT 06447-1132 |
| Joseph Carothers<br>1813 Honey Hill Rd.<br>Hardeeville, KS 66027 | Juan Jackson<br>1804 Barksdale Drive<br>Lexington, KY 40511-1504 | Juan Jose Simon Ocejo<br>300 E Riverside Dr, Apt 446<br>Austin, TX. 78704<br>Austin, TX 78704-0182 |
| Kanari Holdings Inc<br>c/o One Business Center<br>One JLT, 06-150, Jumeirah Lakes Towers<br>PO Box 338553, Dubai, UAE | Kevin Mease<br>300 S Lamar #207<br>Austin TX 78704-1089 | Kishore Anjaneyulu<br>1204 Yarrow Rd<br>Matthews, NC 28104-5434 |
| Kleiner Device Labs<br>999 Driver Way<br>Incline Village, NV 89451-9019 | LOOFT Inc.<br>260 N Lord St #228<br>Brookfield, WI 53045-3326 | Lacey Hunter<br>645 Meadow Drive SE<br>North Bend, WA 98045-7913 |
| Laurie Cercone<br>604 Eagle<br>Austin, TX 78734-5009 | Lawrence D. Hutchison and Marcia Hutchison<br>306 Landing Lane<br>Chestertown, MD 21620-4726 | Leonel Andres Barragan Rodriguez<br>Carrera 111D Bis # 78b 19<br>Bogota, Colombia |
| Leonid Mordkovich<br>1974 Devonshire Ave<br>Avon, IN 46123-0003 | Lets Join In Pty Ltd<br>12 sky lane Ashburton<br>Melbourne, Victoria, Australia, MA 3147 | Lithium Networks, LLC<br>PO Box 2994<br>Austin, TX 78755 |

| | | |
|---|---|---|
| Locoal Charcoal Company<br>1201 Citation Circle<br>Del Valle, TX 78617 | Loglens Insights Private Limited<br>766 The Executive Zone, Anna Salai<br>Chennai, TN 60000 | Lonch, Inc.<br>60 Feldspar Rdg.<br>Glastonbury, CT 06033-3355 |
| Loopi, Inc.<br>3802 38th Ave South<br>Seattle, WA 98118-1106 | Makara Insights<br>80 SW 8th Street<br>Suite 2013<br>Miami, FL 33130-3003 | Mallory Frick and JM FRICK LLC<br>328 Ledge Stone drive<br>Austin, TX 78737-1910 |
| Manoj Sonje<br>16303 Chelsea Place Apt. 236<br>Selma, TX 78154-1883 | Marc Russell<br>471 East 4300 North<br>Provo, UT 84604-5115 | Marco Frabotta<br>2222 Detroit Ave 1013<br>Cleveland, OH 44113-2461 |
| Mark Beauharnois<br>6867 Amanda Lane<br>Lockport, NY 14094-9659 | Mark and Candice Gimbel Family Living Trust<br>13258 N. 79th St.<br>Scottsdale, AZ 85260-4016 | Martha A. Barrero<br>2121 Lohman's Crossing Road 504-426<br>Austin, TX 78734-5217 |
| Martin Duenaz<br>30280 Prospect Rd<br>Nettleton, MS 38858-8326 | Massachusetts Department of Revenue<br>PO Box 7090<br>Boston, MA 02204-7090 | Matthew Hendershot<br>1841 W Wisteria Dr<br>Chandler, AZ 85248-2183 |
| Matthew Peter Kelly and Xin Geng Kelly<br>13190 Burke Rd<br>Los Altos, CA 94022-3441 | Max Mahan<br>4479 Vrain St.<br>Denver, CO 80212-2440 | Melane Rella and Angelo Rella<br>628 Burno Mountain Road<br>Cotopaxi, CO 81223-9480 |
| Melissa Hector<br>1080 Cypress Parkway  Suite 1187<br>Kissimmee, FL 34759-3328 | Mergeflo Inc<br>8000 RESEARCH FOREST DR<br>STE 115  NO 1026<br>THE WOODLANDS, TX 77382-1504 | Michael Brown<br>56 Blackberry Ln<br>Yarmouth, ME 04096-5966 |
| Michael Harrison Jr<br>136 Cowper St<br>Palo Alto, CA 94301-1201 | Michael Michael<br>333 Turn Pike Dr.<br>Folsom, CA 95630-8091 | Michael Miracle<br>14 Chardonnay Drive<br>Holmdel, NJ 07733-2803 |
| Michael W. Brown<br>56 Blackberry Ln<br>Yarmouth, ME 04096-5966 | Michelle Strayhorn<br>586 Main St #E<br>Hackensack NJ 07601-5924 | Morana Enterprises, LLC<br>131 Huffman Avenue<br>Dayton, OH 45403-1915 |
| Nageswara Kondraganti<br>12365 Willowgate Dr.<br>Frisco, TX 75035-0919 | Nainesh Patel<br>23 Nancy St.<br>Kendall Park, NJ 08824-1653 | Naishadh Saraiya<br>1501 Anglebluff Lane<br>Plano, TX 75093-4826 |

| | | |
|---|---|---|
| Naishadh Saraiya<br>5025 Hudson Drive<br>Plano, TX 75093-5080 | Neil A. Goro<br>Goro Law, PLLC<br>2011 N. Collins #711<br>Richardson, TX 75080-2689 | Nemanja Milosevic<br>Lange Zeile 12,<br>90419 Nuremberg<br>Germany |
| NeuroTech Group AI Ltd<br>5a Bear Lane<br>London SE1 0UH<br>UNited Kingdom | Neurologik - FZE<br>Za Obchody 846<br>Neratovice<br>27711<br>Czech Republic | New Growth Brands, Inc.<br>Attn: Alastair James<br>3305 Bellaire Park Ct<br>Fort Worth, CA 76109-2636 |
| Nic Hickox<br>4301 W. William Cannon Dr. STE B-150 ï¿½<br>Austin, TX 78749-1487 | Nicholas J. Hickox<br>4301 W William Cannon Dr.<br>Suite B-150 #107<br>Austin, TX 78749-1487 | Nihar Patel<br>979 Springdale Rd.<br>Suite #123<br>979 Springdale Rd. Suite #123<br>Austin, TX 78702-3764 |
| Nirmalbhai C Patel<br>52 Meadow Brook Rd.<br>Edison, NJ 08837-2012 | Novogiene Inc<br>226 Mira Vista<br>Santa Cruz, CA 95060-3336 | Nvzn Augmented Reality Corp.<br>2549 Waukegan Rd<br>PMB 10024<br>Bannockburn, IL 60015-1569 |
| ORDEREZ PTE LTD<br>12020 Shamrock Plz Ste 200 PMB 93169<br>Omaha, NE 68154-3537 | Ok Away Pty Ltd<br>Level 21<br>55 Collins Street<br>Melbourne Victoria AUSTRALIA | Olivia Kim<br>2748 Bayberry Way<br>fullerton, CA 92833-1402 |
| Optifold<br>5900 Yonge Street, suite 807<br>North York, Ontario, M2M 3T8<br>Canada | Paul Wilcox<br>380 Columbus Avenue<br>Unit 1<br>Boston, MA 02116-6075 | Paul and Mary Wilcox<br>380 Columbus Ave. #1<br>Boston, MA 02116-6075 |
| Pebble Labs Inc.<br>c/o Steve Ofstehage<br>100 Entrada Dr.<br>Los Alamos, NM 87544-3353 | Petr Zaytsev<br>3632 Carlisle Dr<br>Durham, NC 27707-5062 | Pneumeric, Inc.<br>Attn: Johnathon Aho<br>823 4th St SW<br>Rochester, MN 55902-2975 |
| Prismatext Inc<br>800 W 10th Ave<br>Anchorage, AK 99501-3402 | Proc12 Inc.<br>9601 Ridge Walk Court<br>Davie, FL 33328-7141 | Protein Fluidics Inc<br>875_B Cowan Rd<br>Burlingame CA 94010-1229 |
| Raise a Hood, Inc<br>Michael Petersen<br>19275 Walden Trail<br>Deephaven, MN 55391-3546 | Rajamani Ganesh<br>13895 Clatsop Way<br>San Diego, CA 92129-4423 | Randolph N. Osherow<br>c/o Jay H. Ong<br>Munsch Hardt Kopf & Harr, PC<br>1717 West 6th Street, Suite 250<br>Austin, TX 78703-4777 |
| Revitalive s.r.o.<br>Svejcarovo namesti 5<br>155 00, Prague<br>Czech Republic | Richard Ditter<br>9449 Poplar Ave<br>Germantown, TN 38138-8003 | Richard Litzky<br>5158 Forest Brook Pkwy<br>Marietta, GA 30068-2828 |

| | | |
|---|---|---|
| Richard Nilsson<br>Gran Via 577, BX2<br>BARCELONA 08011<br>SPAIN | Richard Pottin<br>312 - 6380 Buswell Street<br>Richmond, BC<br>V6Y 2G2 | Richard S Mackin Jr<br>1639 Glasgo Rd.<br>Griswold, CT 06351-3510 |
| Robert Bruce<br>7077 N Mason Ave.<br>Chicago, IL 60646-1224 | Roosevelt Scott<br>802 Hawk View Court<br>Fairview Heights, IL 62208-2967 | Ross Wigle<br>168 Charterhouse Cres.<br>Ancaster, ON<br>Canada L9G 4M5 |
| Rushi Ukani<br>8 Koster Blvd. Apt. 6A<br>Edison, NJ 08837-4216 | Ruth Griffith and Anthony Griffith<br>96 Puunoa Pl.<br>Lahaina, HI 96761-1658 | Ryan Burt<br>18115 59th Ave N.<br>Minneapolis, MN 55446-3936 |
| Ryan Hall<br>6053 Big Pond Trl<br>Grovetown, GA 30813-4543 | Ryan Stewart<br>2 Mill Falls Road<br>Pembroke, NH 03275-1233 | Saifon Chang<br>5822 E. Wildrose Dr.<br>Orange, CA 92867-3355 |
| Salvatore Pepe<br>1011 Schindler Dr.<br>Silver Spring, MD 20903-1030 | Sam Simonovich<br>128 Prince St #35<br>Tappahannock VA 22560-5032 | Samuel Esau Goldman<br>2129 Grand Oaks Ave.<br>Altadena, CA 91001-3501 |
| Sanjay Pinnock<br>7275 Leonard Street<br>Philadelphia, PA 19149-1315 | Sanjay V Patel<br>17199 Carrotwood Dr.<br>Riverside, CA 92503-7920 | Sedjin Alka<br>203 West Sealy Ave.<br>Alvin, TX 77511 |
| Shaila Patel<br>1110 Windsor Park Ct<br>Englewood, NJ 07631-4924 | Shankar Narayanan Shankar Ganpathy<br>6820 Preston Road Apt. 225<br>Plano, TX 75024-2500 | Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| Sleep Easy Technology Inc<br>1400 E Angela Blvd Unit 236 PO box 160<br>South Bend, IN 46617-1364 | SoftDsk LLC<br>PO Box 5963<br>Plant City, FL 33563-0052 | Spencer Diner<br>4261 South Pearl Street<br>Englewood, CO 80113-4741 |
| Stephen Berger<br>150 Lodge Street<br>Manchester, NH 03104-3776 | Stephen Berger<br>64 Northland Rd<br>Windham, NH 03087-1275 | Stripe Capital<br>185 Berry St. #550<br>San Francisco, CA 94107-9105 |
| Style Konsult Inc.<br>31 W. 34th St. 7Fl<br>New York, NV 10001-3009 | TX Comptroller of Public Accts<br>c/o John M Stern Atty General's Off<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin TX 78711-2548 | Talent Dube<br>8/100 Wittenoom Rd.<br>High Wycombe, WA 6057<br>Perth, Australia |

| | | |
|---|---|---|
| Tammy Hong<br>12407 Bexley Dr.<br>Houston, TX 77099-1308 | Target Mobility GmbH<br>Eiderstedter Weg 5B<br>Berlin (Germany), TX 14129 | The Hochman Family Trust<br>6104 Sierra Arbor Ct.<br>Austin, TX 78759-5176 |
| The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Thomas Dolezal<br>1166 Pitkin Ave.<br>Akron, OH 44310-1121 | Thomas E. Canty<br>7592 Mona Ln.<br>San Diego, CA 92130-5618 |
| Thomas Mueller<br>9571 Crestwood Lane<br>Anaheim, CA 92804-6370 | Timothy C. Taylor, Sr<br>P.O. Box 5371<br>Austin, TX 78763-5371 | Trevor Byrum<br>10221 Mayfield Rd<br>Houston, TX 77043-4215 |
| U.S. Small Business Administration<br>1545 Hawkins Blvd #202<br>El Paso, TX 79925-2654 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Vaidehi Tembhekar<br>6012 Tallow Ln<br>Frisco, TX 75036-8835 |
| Verbato Inc.<br>1116 Chelsea Avenue<br>Unit 6<br>Santa Monica, CA 90403-4625 | Victoria Lerner, Trustee, Lerner Living Trus<br>11758 Crescenda Street<br>Los Angeles, CA 90049-2927 | Vincent Goveas<br>1251 Weathersfield Way<br>San Jose, CA 95118-3553 |
| Vincent Mach<br>950 Windsong Court<br>Diamond Bar, CA 91765-2376 | Virgilio Yabut<br>A & F Guaranteed Service, LLC<br>2 Meadow Lark Lane<br>Franklin Park, NJ 08823-1809 | WMW Partners Inc dba Metapyxl<br>1720 Dekalb Ave<br>Brooklyn, NY 11237-4004 |
| WeConcile Inc<br>PO Box 507<br>Olga, WA 98279-0507 | Wesley Kotcher<br>39 S Main St.<br>Rosedale, IN 47874-6000 | Wilfrid Jean-Francois<br>2144 Oakwood Place<br>Elmont, NY 11003-4022 |
| William Adams<br>11732 Reva Dr.<br>Garden Grove, CA 92840-2420 | William P Daly III<br>907 Lakewood Ct S<br>Maplewood, MN 55119-5859 | Yatinkumar Dodia<br>1539 Streams Way<br>Allen, TX 75002-0911 |
| Yeshaya A Koblick<br>11 Garden Street<br>Sharon, MA 02067-2620 | Yindjin Genggam Bersama<br>Kota Kasablanca Office 88 Tebet, Jakarta<br>Indonesia | York Gin USA, Inc.<br>Jeff Hamilton-Gahart CEO<br>779 Oak Lane<br>Sonoma, CA 95476-7148 |
| Zabel M. Miracle and Micheal J Miracle<br>14 Chardonnay Drive<br>Holmdel, NJ 07733-2803 | Zachary Fuchs<br>41 Glenbrook Rd.<br>Monsey, NY 10952-1309 | Zachary Potvin<br>1016 Enchantment Rd.<br>Rapid City, SD 57701-9239 |

| | | |
|---|---|---|
| b-science.net GmbH<br>Traenkebachstrasse 38<br>8712 Staefa, Canton Zurich, Switzerland | fashion constellate<br>pobox 6<br>lake junaluska, NC 28745-0006 | myidfi LLC<br>141 Sioux Drive<br>Hailey, ID 83333-8485 |
| randolph n osherow<br>342 w woodlawn<br>san antonio, TX 78212-3314 | Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212-3314 | Robert Chamless Lane<br>The Lane Law Firm, PLLC<br>6200 Savoy Dr, Suite 1150<br>Houston, TX 77036-3369 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ASTRALABS Inc<br>979 Springdale Road Suite #123<br>Austin, TX 78702-3764 | (u)Arturo Benedicto M. Llano<br>10 Juan Luna, UP Campus,<br>Diliman, Quezon City,<br>Metro Manila | (u)George Andrew Simons<br>15b Acacia Lane<br>Cambridge Road<br>Sandys., Bermuda., MA 02 |
| (u)Hypha Knowledge Integration Limited<br>1st Floor, The Brew, Eagle House<br>London<br>EC1V 1NR | (u)IENAI SPACE SL<br>Av. Gregorio Peces-Barba 1, 28919, Legan | (u)Obbrey Makundi<br>PO BOX 6954 MSASANI |
| (u)Rakesh Bhimaraddi Sasvihalli<br>#132, SRIGANDHA, VINAYAK COLONY,<br>VIDYANAGAR<br>HUBLI, 580031 | (u)Sheyla Felix<br>31 Avenue Lonard de Vinci<br>Courbevoie, 92400 | (d)SoftDsk, LLC<br>PO Box 5963<br>Plant City, FL 33563-0052 |
| (u)Surajkumar Virendra Gupta<br>Flat Number 1002, Building 3, Atlanta Re<br>Anjurphata, Bhiwandi, Thane, Maharashtra | (u)frida elizabeth ramos martinez<br>rinconada del acueducto 265<br>el palomar, tlajomulco de zuiga, jalisco | End of Label Matrix<br>Mailable recipients   275<br>Bypassed recipients    11<br>Total                 286 |

**EXHIBIT A**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

   ASTRALABS, INC.                              CASE NO. 23-10164-SMR

**TRUSTEE ELECTION QUESTIONNAIRE**

*Please complete the following questionnaire. It will be used in determining your eligibility to vote for a Trustee. If you need additional room to elaborate on a question, please do so at the place indicated on the next page.*

YOUR FULL NAME: _____

    *Note:* *If you are an attorney for or representative of the creditor, your proxy must be attached to this form.*

COMPANY NAME: _____

ADDRESS: _____
(If individual – please give home address)

CITY/STATE: _____

ZIP CODE: _____ PHONE: (     ) _____

AMOUNT OF UNSECURED CLAIM:   $ _____

*Please answer all of the following questions with regard to your claim:*

*1. Briefly describe the nature of your claim:* _____

_____

*2. If your claim is partially secured, please set forth the amounts that are respectively secured and unsecured:*

_____

_____

*3. Please indicate which of the following apply to your claim:*

               *Allowable*                 Yes ( )    No ( )
               *Undisputed*             Yes ( )    No ( )
               *Fixed*                     Yes ( )    No ( )
               *Liquidated*              Yes ( )    No ( )
               *Unsecured*              Yes ( )    No ( )

*4. Is your claim entitled to distribution under any of the following provisions of the Bankruptcy Code?*

    *Section 726(a)(2)*   Yes ( )  No ( )
    *Section 726(a)(3)*   Yes ( )  No ( )
    *Section 726(a)(4)*   Yes ( )  No ( )
    *Section 752(a)*    Yes ( )  No ( )
    *Section 766(h)*    Yes ( )  No ( )
    *Section 766(i)*    Yes ( )  No ( )

*5. Do you or the company or individual you represent hold an interest materially adverse to the interest of creditors entitled to a distribution in this case: Yes ( ) No ( )*

*6. Are you, or the company or individual you represent, an "insider" as that term is defined in Section 101(31) of the Bankruptcy Code:*    Yes ( ) No ( )

*7. Are you requesting that a Trustee election be held in the above-referenced case:*
               Yes ( ) No ( )

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

  *I hereby certify that the above answers to this questionnaire are true and correct to the best of my knowledge and belief.*

             _____
             Signature

Dated: _____   _____
             Title

**EXHIBIT B**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

ASTRALABS, INC.                    CASE NO. 23-10164-SMR

## **TRUSTEE ELECTION BALLOT**

YOUR FULL NAME: _____

Note: If you are voting subject to a proxy, your proxy must be attached to this form.

COMPANY NAME: _____

ADDRESS: _____

CITY/STATE: _____

ZIP CODE: _____  PHONE: ( ) _____

AMOUNT OF UNSECURED CLAIM: _____

THE ABOVE CLAIMANT VOTES FOR _____
TO BE THE PERMANENT CHAPTER 7 TRUSTEE

DATE: _____

SIGNATURE: _____

TITLE: _____