## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-10164-smr |
| ASTRALABS, INC., § | |
| § | Chapter 7 |
| Debtor. § | |

### TRUSTEE'S WITNESS AND EXHIBIT LIST FOR JULY 10, 2023 HEARING

TO THE HONORABLE SHAD M. ROBINSON, U.S. BANKRUPTCY JUDGE, AND TO ALL PARTIES:

Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor"), hereby submits this Witness and Exhibit List in connection with the hearing to be held on July 10, 2023, at 10:00 a.m. (prevailing Central Time) (the "Hearing") to consider the *Trustee's (Expedited) Motion to (I) Authorize Service on Certain Parties by E-Mail and (II) Approve the Form of E-Mail Notice* [Docket No. 155] and any other matters taken up by the Court at the Hearing.

### WITNESSES

The Trustee reserves all rights to call any or all of the following as witnesses at the Hearing, including but not limited to by affidavit, declaration, or proffer.

1. Randolph N. Osherow, in his capacity as the Trustee;

2. Andrew Ryan / Ryan Rafols;

3. Kerstin Hadzik;

4. Any witness called or designated by any other party; and

5. Any rebuttal witnesses, as appropriate.

# EXHIBITS

The Trustee reserves all rights to introduce and/or request judicial notice of any or all of the following Exhibits as evidence at the Hearing, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto and thereof:

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| A. | Debtor's Schedules [Docket No. 36] | | | | |
| B. | Debtor's Statement of Financial Affairs [Docket No. 37] | | | | |
| C. | Transcript of Hearing Held May 11, 2023 [Docket No. 111] | | | | |
| D. | Order Converting Case to Chapter 7 [Docket No. 83] | | | | |
| E. | E-mail from Andrew Ryan (June 30, 2023) [Docket No. 155-1] (Redacted) | | | | |
| F. | June 20, 2023 Investor E-mail (Redacted) | | | | |
| G. | (Amended / Redline) Proposed Form of Notice | | | | |
| H. | Any and all Motions, Notices, pleadings, and other docket items filed of record in the Bankruptcy Case | | | | |
| I. | Any and all exhibits designated by any other party | | | | |
| J. | Any and all other exhibits as may be appropriate for rebuttal or impeachment purposes | | | | |

<div style="display: flex; justify-content: space-between;">
Dated: July 10, 2023

Respectfully submitted,
</div>

By: */s/ Jay H. Ong*
    Jay H. Ong
    Texas Bar No. 24028756
    Thanhan Nguyen
    Texas Bar No. 24118479
    MUNSCH HARDT KOPF & HARR, P.C.
    1717 West 6th Street, Suite 250
    Austin, Texas 78703
    Telephone: (512) 391-6100
    Facsimile: (512) 391-6149
    Email:    jong@munsch.com
                anguyen@munsch.com

**Proposed Counsel For Randolph N. Osherow, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 10th day of July 2023, he personally caused true and correct copies of the foregoing document to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system. A true and correct copy of the document, together with the listed exhibits, was also served via electronic mail on the following parties:

Robert Chamless Lane on behalf of Debtor ASTRALABS Inc
chip.lane@lanelaw.com

Stephen W. Sather on behalf of Thomas Dolezal, Matthew Kelly, Casey Melcher, Hasan
ssather@bn-lawyers.com

Ron Satija on behalf of Andrew Ryan
rsatija@haywardfirm.com

Lisa C. Fancher on behalf of Creditor 3423 Holdings
lfancher@fritzbyrne.law

Cleveland R Burke on behalf of Creditor Capitol Vending and Coffee Company
cleveland.burke@hklaw.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov

By: */s/ Thanhan Nguyen*
    Thanhan Nguyen, Esq.