# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-10164-smr |
| ASTRALABS INC § | |
| § | Chapter 11 |
| Debtor. § | Subchapter V |
| § | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Eric B. Terry*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was converted to a Chapter 7 with no plan confirmed and no plan payments made to the trustee. Pursuant to 28 U.S.C. 586(e)(5), on June 27, 2023, the Court ordered compensation of $15,828.40 be awarded to the trustee. I have received $4,500.00 of the awarded compensation. The remaining balance of the funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Date: 7/13/2023    By: /s/ Eric Terry
                        Trustee

**UST Form 101-11(v)-NDR C**

## Certificate of Service

The undersigned hereby certifies that on the 13th day of July 2023 a true and correct copy of the foregoing document was filed with the Court and served via Court's ECF System to the parties who have requested notice in this case including the following parties:

Cleveland Burke
Holland & Knight, LLP
100 Congress Ave Ste 1800
Austin, TX 78701

Jay Ong
Munsch Hardt Kopf & Harr PC
1717 West Sixth Street Ste.250
Austin, TX 78703

John Mark Stern
Office of the Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711

Lisa C. Fancher
Fritz Byrne, PLLC
221 W 6th St Ste 960
Austin, TX 78701

Randolph N Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212

Robert Chamless Lane
The Lane Law Firm, PLLC

6200 Savoy Dr, Suite 1150
Houston, TX 77036

Ron Satija
Hayward PLLC
7600 Burnet Rd Ste 530
Austin, TX 78757

Ryan Lott
The Lott Firm, PLLC
501 Congress Avenue, Suite 150
Austin, TX 78701

Shanna M. Kaminski
Kaminski Law, PLLC
40950 Woodward Ave, Ste. 100
Bloomfield Hills, MI 48304

Stephen Sather
Barron & Newburger, P.C.
7320 N Mopac Expy., Ste 400
Austin, TX 78731

Office of The United States Trustee
903 San Jacinto Blvd., Ste. 230
Austin, TX 78701-2450

/s/ *Eric B. Terry*___

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320,4(a)(2) applies.