## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| ASTRALABS, INC.<br>Debtor | § § § § | Case No. 23-10164-SMR |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

By my signature below, I hereby certify that the following Objections to Proof of Claim were served by email to the parties listed below on the 25th day of July 2023:

1. Objection to Claim of Surrounded in Austin (Claim No. 313) was served on

    partners@surroundedinaustin.com

2. Objection to Claims of Sarah Bailey (Claims No. 226, 241 and 253) was served on

    sarahkatebailey@gmail.com

3. Objection to Claim of Hypha Knowledge Integration (Claim No. 135) was served on

    arpit@hypha.cc

4. Objection to Claim of Lacey Hunter (Claim No. 167) was served on

    lacey@techaid.world

5. Objection to Claim of Camilo Clavijo (Claim No. 220) was served on

    camiloclavijo8@gmail.com

6. Objection to Claim of Yatinkumar Dodia (Claim No. 25) was served on

    yd0070921@gmail.com.

7. Objection to Claim of Locoal Coal Company (Claim No. 68) was served on

    neil@gorolawfirm.com

8. Objection to Claim of Brian Lee (Claim No. 348) was served on

    brianconnorlee@gmail.com

        Respectfully submitted,

        BARRON & NEWBURGER PC
        7320 N. MoPac Expressway, Ste. 400
        Austin, Texas 78731
        Telephone: (512) 649-3243

        By /s/ Stephen Sather
         Stephen Sather
         State Bar No 17657520
         ATTORNEY FOR OBJECTING PARTIES