<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor name      ASTRALABS Inc

United States Bankruptcy Court for the:

      Western District of Texas

Case number (if known):     23-10164

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## █ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑   *Amended Schedule*   Conversion Schedules

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/27/2023
         MM/ DD/ YYYY

**X**   /s/ Nihar Patel
Signature of individual signing on behalf of debtor

Nihar Patel
Printed name

Debtor Representative
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ASTRALABS Inc |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-10164 |

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **2. Cash on hand** | | | | _____ |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | | |
| Name of institution (bank or brokerage firm) | Type of account | | Last 4 digits of account number | |
| 3.1 **Pacific Western Bank** | **Checking account** | | **0177** | **$110,824.23** |
| **Additional Page Total** - *See continuation page for additional entries* | | | | **$310,890.15** |
| **4. Other cash equivalents** *(Identify all)* | | | | |
| **None** | | | | |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$421,714.38**

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 **3423 Holdings, LLC** | **$42,000.00** |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.** **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                    **$42,000.00**

---

**Part 3:** Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11.** **Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ······ → _____
                          face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    **$0.00** - **$0.00** = ······ → **$829,650.58**
                          face amount      doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                    **$829,650.58**

---

**Part 4:** Investments

**13.** **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:          % of ownership:

15.1  **8 Myles Inc**          **2.00%**          _____          **(Unknown)**

**Additional Page Total** - *See continuation page for additional entries*                                    **$0.00**

---

| Debtor | __ASTRALABS Inc__ | Case number *(if known)* __23-10164__ |
|---|---|---|
| | Name | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 __Warrants (4,135)__                                               _____        **(Unknown)**

**17.** **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    _____ **$0.00**

**Part 5:** Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

None

**20.** **Work in progress**

None

**21.** **Finished goods, including goods held for resale**

None

**22.** **Other inventory or supplies**

None

**23.** **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    _____ **$0.00**

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

28. **Crops — either planted or harvested**

    None

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    None

30. **Farm machinery and equipment** (Other than titled motor vehicles)

    None

31. **Farm and fishing supplies, chemicals, and feed**

    None

32. **Other farming and fishing-related property not already listed in Part 6**

    None

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                                    $0.00

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 **Desks (100)** | **(Unknown)** | **Fair Market Value** | **$5,000.00** |
| Additional Page Total - *See continuation page for additional entries* | | | **$7,050.00** |
| **40.** **Office fixtures** | | | |
| **None** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Printer (1)** | **(Unknown)** | **Fair Market Value** | **$50.00** |
| Additional Page Total - *See continuation page for additional entries* | | | **$7,500.00** |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                        $19,600.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

> None

**48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

> None

**49. Aircraft and accessories**

> None

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

> None

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87. $0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:    Real Property**

---

**54. Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

> None

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88. $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **None** | | | |
| **61. Internet domain names and websites** | | | |
| 61.1  www.astralabs.com | **(Unknown)** | | **$1.00** |
| **Additional Page Total -** *See continuation page for additional entries* | | | **$1.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **None** | | | |
| **65. Goodwill** | | | |
| **None** | | | |

**66. Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                                                    **$2.00**

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
- ☑ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

**None**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90. — **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | **ASTRALABS Inc** | | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|---|
| | Name | | | | |

<div style="background:black;color:white">**Part 12:** Summary</div>

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $421,714.38 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $42,000.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $829,650.58 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $19,600.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................ → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $1,312,966.96 + 91b. | $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ..................................................................................... | | $1,312,966.96 |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

■ **Additional Page**

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts -** *Continued*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | **Pacific Western Bank** | **Checking account** | **7932** | **$100.00** |
| 3.3 | **Pacific Western Bank** | **Checking account** | **0060** | **$130,438.66** |
| 3.4 | **SVB** | **Checking account** | **5517** | **$341.49** |
| 3.5 | **Pacific Western Bank** | **Checking account** | **8056** | **$180,010.00** |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture -** *Continued*

| | Name of fund or stock: | % of ownership: | | |
|---|---|---|---|---|
| 15.2 | **FYNCR Inc.** | **2.00%** | | **(Unknown)** |
| 15.3 | **Joule Case II EB (THE "SPV") a series of Wefunder SPV, LLC** | **2.00%** | | **(Unknown)** |
| 15.4 | **Ponto LLC** | **2.00%** | | **(Unknown)** |
| 15.5 | **Ruben Oliver LLC** | **2.00%** | | **(Unknown)** |
| 15.6 | **SuperPhone** | **2.00%** | | **(Unknown)** |
| 15.7 | **Univoice Corporation** | **2.00%** | | **(Unknown)** |
| 15.8 | **Vitality RX** | **2.00%** | | **(Unknown)** |
| 15.9 | **Watershed Medical, Inc.** | **2.00%** | | **(Unknown)** |
| 15.10 | **Kingscrowd Shares (2,167,610** | **100.00%** | | **(Unknown)** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture -** *Continued*

| | | | | |
|---|---|---|---|---|
| 39.2 | **Chairs (100)** | **(Unknown)** | **Fair Market Value** | **$4,500.00** |
| 39.3 | **Filing Cabinets (5)** | **(Unknown)** | **Fair Market Value** | **$50.00** |
| 39.4 | **Tables (10)** | **(Unknown)** | **Fair Market Value** | **$2,500.00** |

**41.** **Office equipment -** *Continued*

| | | | | |
|---|---|---|---|---|
| 41.2 | **Monitors (150)** | **(Unknown)** | **Fair Market Value** | **$7,500.00** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**61.** **Internet domain names and websites -** *Continued*

| | | | | |
|---|---|---|---|---|
| 61.2 | **https://newchip.com/** | **(Unknown)** | **Fair Market Value** | **$1.00** |

Fill in this information to identify the case:

Debtor name    ASTRALABS Inc

United States Bankruptcy Court for the:    Western    District of    Texas
(State)

Case number (if known):    23-10164

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**

Apex Funding Source, LLC

**Creditor's mailing address**

3050 Biscayne Blvd Suite 502

Miami, FL 33137

**Creditor's email address, if known**

**Date debt was incurred**    1/26/2023

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| | $663,000.00 | unknown |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,898,224.25

| Debtor | ASTRALABS Inc | Case number (if known) | 23-10164 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

Iruka Capital

**Creditor's mailing address**

162 Elmora Ave #211

Elizabeth, NJ 07202

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$715,823.00

unknown

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor  ASTRALABS Inc
     Name

Case number (if known)  23-10164

---

| **Part 1:** | Additional Page | *Column A* | *Column B* |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

U.S. Small Business Administration

$519,401.25                    unknown

**Creditor's mailing address**

200 W. Santa Ana Blvd 740

Santa Ana, CA 92701

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Secured SBA loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ASTRALABS Inc |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-10164 |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Massachusetts Department of Revenue**<br>**PO Box 7090**<br>**Boston, MA 02204-7090**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $97.17 | $97.17 |
| **2.2** Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

1000 Solano Drive

1000 Solano Drive

Austin, TX 78750

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset?
☑ No
☐ Yes

**$304,000.00**

**3.2** Nonpriority creditor's name and mailing address

2938 Westlake Cove Dr

2938 Westlake Cove Dr

Austin, TX 78746

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,000.00**

**3.3** Nonpriority creditor's name and mailing address

360X Music AG

Revaler Strasse 99

10245 Berlin, Germany,

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,000.00**

**3.4** Nonpriority creditor's name and mailing address

3Common Inc.

46 Sunset Blvd
Winnipeg, Manitoba
Canada, R2M0X4

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,500.00**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">**Part 2:**</span> Additional Page

**3.5** Nonpriority creditor's name and mailing address

**Aaron William Naft**

**4306 N Quinlan Park Road Apt 3201**

**Austin, TX 78732**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: $420.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Abdelkader Hamdoune**

**373 Belmont Street #4**

**Oakland, CA 94610**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: $1,666.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**ActivArmor**

**2828 Granada Blvd**

**Pueblo, CO 81005**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: $10,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Adam Perlman**

**220 North Wind Ct**

**Ponte Vedra Beach, FL 32082**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

Adam Yoke

1541 Ford Avenue

Redondo Beach, CA 90278

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,500.00

---

**3.10** Nonpriority creditor's name and mailing address

Addison Jacoby

1011 E 5th Street unit 1526

Austin, TX 78702

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,750.00

---

**3.11** Nonpriority creditor's name and mailing address

Adrianna Bertoia

4701 Walnut Street

Oakland, CA 94619

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$270.00

---

**3.12** Nonpriority creditor's name and mailing address

Adventureland Toy Emporium LLC

1344 Carroll Ave

Los Angeles, CA 90026

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Adwait Muthal**

**7 Wainwright Rd Unit 80**

**Winchester, MA 01890-2381**

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$12,056.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**AiDLT Global Limited**

**30 Dredge Court**

**Milton, Ontario, Canada L9T8T1,**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$8,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**AKA Exchange Ltd.**

**9 Rue de Maupertuis**
**St Clement**
**JE2 6NG**
**United Kingdom**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$8,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Albert Balady**

**208 Ackerman Ave**

**Ho Ho Kus, NJ 07423-1006**

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.17** | **Nonpriority creditor's name and mailing address**

Aldo de Jong

299 Glenalake Ave #2301

Toronto, ON M6P4A6 Canada,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

---

**3.18** | **Nonpriority creditor's name and mailing address**

Alexander Clarence McIntosh

1047 East Spazier Ave. Apt. # L

Burbank, CA 91502

Date or dates debt was incurred     08/12/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

**3.19** | **Nonpriority creditor's name and mailing address**

Alexander Monsell

4489 E Florida Ave

Denver, CO 80222

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.20** | **Nonpriority creditor's name and mailing address**

Alexander Seery

925 Rolfe Place

Alexandria, VA 22314

Date or dates debt was incurred     08/31/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,410.80

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,660.00 |
|---|---|---|---|

**Alexander Seery**

**925 Rolfe Place**

**Alexandria, VA 22314**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor Note**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|---|

**Alexandra Cherwa aka Jonathan Cherwa**

**15907 91st Ave Ct E**

**Puyallup, WA 98375**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor Note**

Date or dates debt was incurred **08/11/2022**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 |
|---|---|---|---|

**Alexandre Sylvestre**

**609 Tower Dr.**

**Edgewater, NJ 07020**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor Note**

Date or dates debt was incurred **08/31/2022**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,000.00 |
|---|---|---|---|

**Alijah Pacina**

**3216 Lasker Avenue**

**Waco, TX 76707**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Performed**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.25** Nonpriority creditor's name and mailing address

Alladin Ammouri

2445 Avis Street

Mesquite, TX 75149

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,500.00

---

**3.26** Nonpriority creditor's name and mailing address

Altelium Ltd

Office 4, Perch Studios, Wesley Lane
Bicester, United Kingdom, OX26 6JU

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,000.00

---

**3.27** Nonpriority creditor's name and mailing address

Alyve Medical Inc

600 S Cherry Street Suite 115

Denver, CO 80246

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,000.00

---

**3.28** Nonpriority creditor's name and mailing address

Amalfi Jets Inc.

30851 Agoura Road Suite 305

Agoura Hills, CA 91301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,000.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 8 of 121

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

---

**3.29**

Nonpriority creditor's name and mailing address

Andrew Maniaci

3905 Black Granite Drive

Austin, TX 78744

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$11,150.00

---

**3.30**

Nonpriority creditor's name and mailing address

Andrew Ryan

c/o Ron Satija
Hayward PLLC

7600 Burnet Rd Suite 530

Austin, TX 78757

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.31**

Nonpriority creditor's name and mailing address

Andromeda360

6001 W Parmer Lane Suite 370 897

Austin, TX 78727

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$17,500.00

---

**3.32**

Nonpriority creditor's name and mailing address

Angel Johnson

2220 Leesborough Drive

Silver Spring, MD 20902

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.33** | Nonpriority creditor's name and mailing address

Anthony Eseau Flores Kuffo

91 Red River Street

Austin, TX 78701

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

**3.34** | Nonpriority creditor's name and mailing address

Anthony Runnels

12024 Rock Creek Ct.

Hawthorne, CA 90250

Date or dates debt was incurred  08/18/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

---

**3.35** | Nonpriority creditor's name and mailing address

Anthony Runnels

12024 Rock Creek Ct.

Hawthorne, CA 90250

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

---

**3.36** | Nonpriority creditor's name and mailing address

Anthony Veloso

730 Mason Road

Jefferson, MA 01522

Date or dates debt was incurred  08/26/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** |
|---|---|---|---|

Antonello Loddo

205 Ridge Ave

Gettysburg, PA 17325

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | 08/26/2022 |
|---|---|

Last 4 digits of account number  __ __ __ __

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,000.00** |
|---|---|---|---|

Anu Santhanagopal

12 Brittany Way

Kendall Park, NJ 08824

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | 08/31/2022 |
|---|---|

Last 4 digits of account number  __ __ __ __

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** |
|---|---|---|---|

Anuj Jain aka Anmol Jain

620 W 42n ST Apt S06G

New York, NY 10036

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | 08/15/2022 |
|---|---|

Last 4 digits of account number  __ __ __ __

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,680.88** |
|---|---|---|---|

Aramark Refreshments Services, LLC

Attn: Hawley Troxell Ennis & Hawley LLP

PO Box 1617

Boise, ID 83701

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | |
|---|---|

Last 4 digits of account number  __ __ __ __

Basis for the claim:  

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.41** | Nonpriority creditor's name and mailing address

**Archilyse AG**

**c/o Matthias Standfest**

**Flelastrasse 31B**

**8047 Zurich, Switzerland ,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address

**Arianna Violante**

**7203 Bassett Court**

**Austin, TX 78704**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address

**Arik Paran**

**866 Helena Dr.**

**Sunnyvale, CA 94087**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address

**Arturo Benedicto Llano**

**10 Juan Luna, UP Campus**

**Diliman, Quezon City, Philippines 1101-00,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$9,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,000.00** |

Arturo Benedicto M. Llano

10 Juan Luna, UP Campus,
Diliman, Quezon City,
Metro Manila

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  08/16/2022

**Last 4 digits of account number**  __ __ __ __

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00** |

Arun Kotte

3905 Idlebrook Drive

Frisco, TX 75034

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,253.96** |

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,000.00** |

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  engagement fee

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.49**

**Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      **$15,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50**

**Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      **$6,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**

**Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52**

**Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      **$6,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2: Additional Page

---

**3.53** **Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,000.00

---

**3.54** **Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.55** **Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investments

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000,000.00

---

**3.56** **Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Money Loaned__

Is the claim subject to offset?
☑ No
☐ Yes

$522,150.00

---

**3.58** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,000,000.00

---

**3.59** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,090.00

---

**3.60** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Investor Note__

Is the claim subject to offset?
☑ No
☐ Yes

$110.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,527.50 |
|---|---|---|---|

**3.61** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $5,527.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor Note__

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $7,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Athletes to Athletes

c/o The Lott Firm, PLLC

501 Congress Ave Suite 150

Austin, TX 78701

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Refund__

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Austin Crowder

1200 Treadwell Street Apt 219

Austin, TX 78704

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $5,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wage Claim__

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">**Part 2:** Additional Page</td></tr>
</table>

**3.65** Nonpriority creditor's name and mailing address

Austin Lortie

11978 Sunshine Park Drive N

Willis, TX 77318

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$7,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Avinash Reddy Desireddy

16304 FM 1325 APT 7315

Austin, TX 78728

Date or dates debt was incurred     08/25/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address

Baiping Guo

8 Mooney Street

Lane Cove North NSW 2066 Australia,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Baiping Guo

8 Mooney Street

Lane Cove North NSW 2066 Australia,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
| --- | --- | --- | --- |
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b> Additional Page</td></tr>
</table>

---

**3.69** Nonpriority creditor's name and mailing address

Beau Horner

12604 Duckcreek Ct.

Austin, TX 78729

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.70** Nonpriority creditor's name and mailing address

Belofte International Inc

27 Altamawr Avenue

Lawrence Township, NJ 08648

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$11,500.00

---

**3.71** Nonpriority creditor's name and mailing address

Benjamin Slack

6289 Riverstone Dr

Columbus, OH 43228

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$497.75

---

**3.72** Nonpriority creditor's name and mailing address

Benjamin Slack

6289 Riverstone Dr

Columbus, OH 43228

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.73** Nonpriority creditor's name and mailing address

**Billy Jack Linsley**

**16 Bodine Street**

**Wellsboro, PA 16901**

Date or dates debt was incurred ___08/16/2022___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: ___Investor Note___

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$5,000.00**

---

**3.74** Nonpriority creditor's name and mailing address

**Bonne et Filou Inc**

**1178 Broadway 3rd Floor #1390**

**New York, NY 10001**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: ___Investor Note___

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$12,000.00**

---

**3.75** Nonpriority creditor's name and mailing address

**Bradford Chan**

**2540 Wexford Ave.**

**South San Francisco, CA 94080**

Date or dates debt was incurred ___08/18/2022___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: ___Investor Note___

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,000.00**

---

**3.76** Nonpriority creditor's name and mailing address

**Bradley G Kessler / Kessler Realty Holdings Inc.**

**1621 Northland Ave**

**Lakewood, OH 44107**

Date or dates debt was incurred ___09/05/2022___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: ___Investor Note___

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$30,000.00**

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 |
|---|---|---|---|

**Bradley Robertson**

**550 Oak Grove Ave. Unit 122**

**Menlo Park, CA 94025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

Date or dates debt was incurred      08/23/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      ___ ___ ___ ___

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 |
|---|---|---|---|

**Bradley Robertson**

**550 Oak Grove Ave. Unit 122**

**Menlo Park, CA 94025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

Date or dates debt was incurred      11/10/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      ___ ___ ___ ___

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Brandon Greenburg**

**865 West End Avenue 5E**

**New York, NY 10025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      ___ ___ ___ ___

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,999.00 |
|---|---|---|---|

**Brian Klick**

**15010 Whitetail Way**

**Gaithersburg, MD 20878**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      ___ ___ ___ ___

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.81

**Nonpriority creditor's name and mailing address**

Brian Lee

3760 N Fremont Unit 1

Chicago, IL 60613

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** **$1,790.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.82

**Nonpriority creditor's name and mailing address**

Brian Lee

3760 N Fremont Unit 1

Chicago, IL 60613

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** **$323,416.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.83

**Nonpriority creditor's name and mailing address**

Bruce Masterson

944 Enfield

Northbrook, IL 60062

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.84

**Nonpriority creditor's name and mailing address**

Bryan Finks

4011 Briones Street

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** **$8,098.29**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

---

**3.85** | **Nonpriority creditor's name and mailing address**

Bryan Finks

4011 Briones Street

Austin, TX 78723

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,427,972.16

---

**3.86** | **Nonpriority creditor's name and mailing address**

b-Science.net GmbH

Traenkebachstrasse 38

8712 Staefa, Canton Zurich, Switzerland,

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.87** | **Nonpriority creditor's name and mailing address**

BSDCD Limited

13/F Cheong Sun Tower
118 Wing Lok St, Sheung Wan
Hong Kong

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

---

**3.88** | **Nonpriority creditor's name and mailing address**

Calvin Green

108 S Mustang Avenue

Cedar Park, TX 78613

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,075.58

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

### 3.89

**Nonpriority creditor's name and mailing address**

Cameron Resnick

870 North 28th Street 101

Philadelphia, PA 19130

Date or dates debt was incurred    **08/31/2022**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Investor Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.90

**Nonpriority creditor's name and mailing address**

Camilo Andres Clavijo Vanegas

17787 Adrift Road

Winter Garden, FL 34787

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$276,881.33**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Investor Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.91

**Nonpriority creditor's name and mailing address**

Campy BV

238 Klokgebouw 5617AC Eindhoven

The Netherlands,

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$6,375.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Investor Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.92

**Nonpriority creditor's name and mailing address**

Capitol Vending and Coffee Company

c/o Cleveland R Burke
Holland & Knight LLP

100 Congress Ave Suite 1800

Austin, TX 78701

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$19,300.88**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Investor Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.93** Nonpriority creditor's name and mailing address

Carey Walker

PO Box 54966

Tulsa, OK 74155-4966

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

$5,000.00

---

**3.94** Nonpriority creditor's name and mailing address

Caribou Inc.

172 Creek Path Ave

Oakville, Ontario, Canada, L6L 6T5,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,000.00

---

**3.95** Nonpriority creditor's name and mailing address

Carl Lumma

367 Los Gatos Blvd

Los Gatos, CA 95032

Date or dates debt was incurred  08/12/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,000.00

---

**3.96** Nonpriority creditor's name and mailing address

Carl Russo

707 Willow Ave. Unit #2

Hoboken, NJ 07030

Date or dates debt was incurred  08/18/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

$150,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,612.00** |
|---|---|---|---|

**Carmeanna Eberly**

828 E 47th Place

Chicago, IL 60615

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

| Date or dates debt was incurred | _____ |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __ __ __ __ |
|---|---|

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,037.56** |
|---|---|---|---|

**Casey Melcher**

1635 N Water St. Apt 602

Milwaukee, WI 53202

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  exacInvestor Note

| Date or dates debt was incurred | 08/18/2022 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __ __ __ __ |
|---|---|

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,000.00** |
|---|---|---|---|

**Cassidee Collier**

3 Stuyvesant Oval Apt 10H

New York, NY 10009

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

| Date or dates debt was incurred | _____ |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __ __ __ __ |
|---|---|

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,000.00** |
|---|---|---|---|

**Cenports Commerce Inc**

2530 Berryessa Rd #332

San Jose, CA 95132

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

| Date or dates debt was incurred | _____ |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __ __ __ __ |
|---|---|

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

---

**3.101** | **Nonpriority creditor's name and mailing address**

Cesar Antonio Valencia

14888 SW 104 Street Unit 17

Miami, FL 33196

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,750.00**

---

**3.102** | **Nonpriority creditor's name and mailing address**

CFT Clear Finance Technology Corp.

1200-33 Yonge Street,
Toronto, Ontario,
M5E 1G4, Canada

Date or dates debt was incurred  06/22/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,580,557.94**

---

**3.103** | **Nonpriority creditor's name and mailing address**

Chad Doyle

3450 Crestmoor Dr.

San Bruno, CA 94066

Date or dates debt was incurred  08/31/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,000.00**

---

**3.104** | **Nonpriority creditor's name and mailing address**

Chagit Productions Inc

591 Constitution Ave Suite B

Camarillo, CA 93012

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,000.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

---

**3.105** Nonpriority creditor's name and mailing address

Chaisson-Browne LLC

35 Fiddlehead Rd

Oxford, CT 06478

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:     $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

Chang Ting Zou

48 Woodview Dr.

Brewster, MA 02631

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:     $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address

ChekRite

6013/6 Parkland Blvd

Brisbane, Qld 4000, Australia,

Date or dates debt was incurred    _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:     $4,290.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

Christina Hong

12407 Bexley

Houston, TX 77099

Date or dates debt was incurred    _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

**3.109** | Nonpriority creditor's name and mailing address

Christopher Fast

45 Meriam Street

Wakefield, MA 01880

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $30,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address

Christopher Fontaine

7814 Bradenton Drive

Charlotte, NC 28210

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address

Christopher Seabolt

3404 Tree Summit Parkway

Duluth, GA 30096

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $2,627.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address

Clac des Doigts

128 Rue la Boetie,
Paris, France

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $18,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.113** Nonpriority creditor's name and mailing address

Clifford Locks

33 Old Field Hill Road Unit # 12

Southbury, CT 06488

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Clinetic, Inc.

630 Davis Drive

Morrisville, NC 27560

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

CMT Scanner

1/19 Virginia Street

Geebung, QLD 4034, Australia,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

Cody Pahalad

352 Brighton Ave Apt 203

San Francisco, CA 94112

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.117** | Nonpriority creditor's name and mailing address

Constantine Trikas

840 Fulton Street Apt. 704

Brooklyn, NY 11238

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$5,750.01

---

**3.118** | Nonpriority creditor's name and mailing address

Cordtz Tuatoo

417 Swift Fox Run

Crestview, FL 32536

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

---

**3.119** | Nonpriority creditor's name and mailing address

Coventry Capital Partners, LLC

306 Landing Lane

Chestertown, MD 21620

Date or dates debt was incurred    08/17/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.120** | Nonpriority creditor's name and mailing address

CRC Insurance Services

1 Metroplex Drive Suite 400

Birmingham, AL 35209

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Insurance Policy

Is the claim subject to offset?
☑ No
☐ Yes

$18,432.18

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.121** | Nonpriority creditor's name and mailing address

**Cristian I Crisan**

**15408 Fisher Island Dr.**

**Austin, TX 78717**

Date or dates debt was incurred  **08/17/2022**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$4,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address

**Crystle Rauch**

**6701 Lakewood Rd**

**Stanwood, WA 98292**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$3,564.31**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address

**Curt Bromm**

**5785 Open Fields Drive**

**Whitestown, IN 46075**

Date or dates debt was incurred  **08/18/2022**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$4,253.96**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address

**Cynthia Ochoa**

**600 E FM 1626 #9208**

**Austin, TX 78748**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$2,615.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**3.125** Nonpriority creditor's name and mailing address
Dan Smith

8021 N Padova Pl.

Tucson, AZ 85741

Date or dates debt was incurred    **08/15/2022**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$4,631.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126** Nonpriority creditor's name and mailing address
Daniel Anguiano

252 Mulberry Lane

Rockwall, TX 75032

Date or dates debt was incurred    _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.127** Nonpriority creditor's name and mailing address
Daryl W Campbell

3353 River Valley Dr.

Richland, WA 99354

Date or dates debt was incurred    **08/23/2022**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$41,666.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.128** Nonpriority creditor's name and mailing address
David Clark

13022 Reata Ridge Dr

Parker, CO 80134

Date or dates debt was incurred    _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$12,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.129** | **Nonpriority creditor's name and mailing address**
David Fisher

832 Kristin Ln

Williamstown, NJ 08094

Date or dates debt was incurred        08/11/2022

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Money Loaned

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,482.16

---

**3.130** | **Nonpriority creditor's name and mailing address**
David Huie

842 Harbor Island Dr.

Newport Beach, CA 92660

Date or dates debt was incurred        08/28/2022

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,666.56

---

**3.131** | **Nonpriority creditor's name and mailing address**
Dawn Audio LLC

3035 St Ann Street Apt A

New Orleans, LA 70119

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.132** | **Nonpriority creditor's name and mailing address**
Dhruv Patel

1401 Art Dilly Drive Apt #355

Austin, TX 78702

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,716.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,000.00**
| Dhruv Sampat | *Check all that apply.*
| | ☐ Contingent
| 301 Gough Street Apt #1 | ☐ Unliquidated
| | ☐ Disputed
| San Francisco, CA 94102 | **Basis for the claim:** Investor Note
| | **Is the claim subject to offset?**
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$38,750.00**
| Diego Mauro Cogno | *Check all that apply.*
| | ☐ Contingent
| 65b Cromford Road | ☐ Unliquidated
| SW18 1PA, | ☐ Disputed
| London, UK | **Basis for the claim:** Investor Note
| | **Is the claim subject to offset?**
| | ☑ No
| | ☐ Yes
| Date or dates debt was incurred  08/12/2022
| Last 4 digits of account number __ __ __ __

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,000.00**
| DKMC, Inc. | *Check all that apply.*
| | ☐ Contingent
| 1435 Yellowheart Way | ☐ Unliquidated
| | ☐ Disputed
| Hollywood, FL 33019 | **Basis for the claim:** Investor Note
| | **Is the claim subject to offset?**
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,339.83**
| Dmitry Gozman | *Check all that apply.*
| | ☐ Contingent
| 228 Park Avenue S. Ste 25520 | ☐ Unliquidated
| | ☐ Disputed
| New York, NY 10003 | **Basis for the claim:** Investor Note
| | **Is the claim subject to offset?**
| Date or dates debt was incurred _____ | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

---

**3.137** Nonpriority creditor's name and mailing address

**Domunus**

**655 East 14th Street Apt. 9A**

**New York, NY 10009**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138** Nonpriority creditor's name and mailing address

**Dropshop Technologies Inc**

**320 E 57 St Apt 4E**

**New York, NY 10022**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** Nonpriority creditor's name and mailing address

**Dylan Mulrooney**

**1217 Tudor House Rd**

**Pflugerville, TX 78660**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140** Nonpriority creditor's name and mailing address

**Dysleximedia Llc**

**414 Nassau Parkway**

**Oceanside, NY 11572**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,090.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.141** | Nonpriority creditor's name and mailing address

Ebonee Miller

7176 W Oromia Way

West Valley City, UT 84128

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $2,333.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address

Edward Wei

3318 Cloverdale Street

Houston, TX 77025

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $3,111.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address

Eli M Blatt

PO Box 61473

North Miami Beach, FL 33160

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $720.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address

Emilija Dimitrovski

Lange Zeile 12,
90419 Nuremberg
Germany

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $6,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.145 Nonpriority creditor's name and mailing address

Endavu Group ApS

Sturlasgade 12B
2300 Copenhagen
Denmark

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

---

### 3.146 Nonpriority creditor's name and mailing address

Equivesto Inc

7945 Oldfield Road Unit 19

Niagra Falls, Ontario, Canada L2G0Z4,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,000.00

---

### 3.147 Nonpriority creditor's name and mailing address

Eric Lee

6620 Wickliff Trail

Plano, TX 75023

Date or dates debt was incurred   08/26/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,400.00

---

### 3.148 Nonpriority creditor's name and mailing address

Eric Steinlicht

736 West Bel Esprit Circle

San Marcos, CA 92069

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,001.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.149** | Nonpriority creditor's name and mailing address

ErleaDx Pte Ltd

BLK #856 Tampines St 82 #09-269

Singapore 520856,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,134.00

---

**3.150** | Nonpriority creditor's name and mailing address

Erwin M Arnold

155 Schiesshausstrasse

Neuberg, Germany 86633,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,000.00

---

**3.151** | Nonpriority creditor's name and mailing address

Ethan Brandt

301 E 4th St

Huxley, IA 50124

Date or dates debt was incurred   08/12/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,541.74

---

**3.152** | Nonpriority creditor's name and mailing address

Evan Johnson and Ejohnson RD LLC

3 Revere Drive

Ridgefield, CT 06877

Date or dates debt was incurred   08/20/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.153** | **Nonpriority creditor's name and mailing address**
Eventuall, Inc.

6515 W Sunset Blvd Suite 430

Los Angeles, CA 90028

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     **$12,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**
Exceptional Heroes, LLC

560 N Bullard Ave Suite 49

Goodyear, AZ 85338

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     **$6,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**
Fan Fair INC

4316 NE 119th Street

Oklahoma City, OK 73131

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**
Fashion Constellate

P.O. Box 6

Lake Junaluska, NC 28745

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.157** | Nonpriority creditor's name and mailing address
Fernando Moreno Cortina

2401 Aldrich St Apt 367

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages

Is the claim subject to offset?
☑ No
☐ Yes

$9,692.29

---

**3.158** | Nonpriority creditor's name and mailing address
Fernando Moreno Cortina

2401 Aldrich St Apt 367

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

**3.159** | Nonpriority creditor's name and mailing address
Fernando Moreno Cortina

2401 Aldrich St Apt 367

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Limit disclosing information that is entitled to privacy, such as healthcare information. Vested ISO compensation (supposedly it was changed to RSUs)

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,391,098.50

---

**3.160** | Nonpriority creditor's name and mailing address
Fernando Moreno Cortina

2401 Aldrich St Apt 367

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Limit disclosing information that is entitled to privacy, such as healthcare information. Assigned shares (not stock options) to Fernando Moreno Cortina during his time at Astralabs

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$131,472.34

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">**Part 2:** Additional Page</td></tr>
</table>

**3.161** Nonpriority creditor's name and mailing address

Fernando Moreno Cortina

2401 Aldrich St Apt 367

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$131,472.34**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Limit disclosing information that is entitled to privacy, such as healthcare information. Assigned shares (not stock options) to Fernando Moreno Cortina during

Basis for the claim:  his time at Astralabs

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.162** Nonpriority creditor's name and mailing address

Filipe Peerally

8820 Theriot Rd

Peyton, CO 80831

Date or dates debt was incurred   08/19/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$5,000.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.163** Nonpriority creditor's name and mailing address

Filipe Peerally

8820 Theriot Rd

Peyton, CO 80831

Date or dates debt was incurred   11/15/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$5,000.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.164** Nonpriority creditor's name and mailing address

Filipe Peerally

8820 Theriot Rd

Peyton, CO 80831

Date or dates debt was incurred   11/14/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,500.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;display:inline">Part 2:</div> Additional Page

**3.165** Nonpriority creditor's name and mailing address
Franshesca Castoria

2 Hearthwood Court

Manahawkin, NJ 08050

Date or dates debt was incurred    08/13/2022

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**3.166** Nonpriority creditor's name and mailing address
Frederic W. Corwin III

26 Boswell Rd.

Reading, MA 01867

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $8,425.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**3.167** Nonpriority creditor's name and mailing address
Frida Elizabeth Ramos Martinez

Rinconada del Acueducto 265

El Palomar, Tlajomulco de Zuiga, Jalisco, Mexico,

Date or dates debt was incurred    _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**3.168** Nonpriority creditor's name and mailing address
Fundream SRL

Viale Francia N.30 -

71122 Foggia Italy,

Date or dates debt was incurred    _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.169** Nonpriority creditor's name and mailing address

Fyrefish Technologies Ltd

13 Grenfell Cres
Markham, ON, CANADA
L3P1S6

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.170** Nonpriority creditor's name and mailing address

Gaby Fraifer

720 Airport Blvd #1359

Austin, TX 78702

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.171** Nonpriority creditor's name and mailing address

Gary L DeVries

2204 Ashwood Drive

Aberdeen, SD 57401

Date or dates debt was incurred  08/18/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$44,166.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.172** Nonpriority creditor's name and mailing address

GDS Group LLC

50 Merrick Road Suite 203

Rockville Centre, NY 11570

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.173** | Nonpriority creditor's name and mailing address

GeoNaidr Pty Ltd

70 Moresby Street,

Trinity Beach, Cairns, 4879, Queensland, Australia,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.174** | Nonpriority creditor's name and mailing address

George Andrew Simons CDP

15b Acacia Lane,
Cambridge Road,
Sandys MA 02 Bermuda

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,200.00

---

**3.175** | Nonpriority creditor's name and mailing address

George Mower

14009 E Sage Hills Drive

Vail, AZ 85641

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.176** | Nonpriority creditor's name and mailing address

Gic-Owens Fiestan

3153 Asher Rd

Ann Arbor, MI 48104

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$986.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,708.22 |
|---|---|---|---|

**Girish Amin**

**1419 Sierra Glen Circle**

**Apex, NC 27502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred   08/23/2022

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169,333.00 |
|---|---|---|---|

**Glenn Hunter**

**80 Forest Drive**

**East Northport, NY 11731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred   10/28/2022

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169,333.00 |
|---|---|---|---|

**Glenn Hunter**

**80 Forest Drive**

**East Northport, NY 11731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169,333.00 |
|---|---|---|---|

**Glenn Hunter**

**80 Forest Drive**

**East Northport, NY 11731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.181**

**Nonpriority creditor's name and mailing address**

Gm Services LLC

2 Shelton road

Swampscott, MA 01907

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,000.00

---

**3.182**

**Nonpriority creditor's name and mailing address**

Graham Brown

1113 N Oaks Lane North

North Little Rock, AR 72118

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,000.00

---

**3.183**

**Nonpriority creditor's name and mailing address**

Grayson Pichon

615 Clifford Drive

Austin, TX 78745

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,300.00

---

**3.184**

**Nonpriority creditor's name and mailing address**

Green Future Investments LLC

333 Turn Pike Dr.

Folsom, CA 95630

Date or dates debt was incurred  11/10/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,007.92

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">Part 2:</span> Additional Page

---

**3.185** **Nonpriority creditor's name and mailing address**
Gregory Baker

224 Furman Farm Pl.

Charleston, SC 29492

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$2,500.00_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** **Nonpriority creditor's name and mailing address**
Gregory Wilson

15 W 110th St. Apt. 22

New York, NY 10026

Date or dates debt was incurred 08/15/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$2,408.34_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.187** **Nonpriority creditor's name and mailing address**
Griffin Hermes

2450 4th Street Apt B

Santa Monica, CA 90405

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$8,960.00_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**
Griffin Hermes

2450 4th Street Apt B

Santa Monica, CA 90405

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$8,960.00_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.189
**Nonpriority creditor's name and mailing address**

GV Correct, LLC

Kalama tee 4, Suurupi kla,
Harjumaa, Estonia

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $6,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.190
**Nonpriority creditor's name and mailing address**

Harold Bishop

3009 S John Redditt Ste E #398

Lufkin, TX 75904

Date or dates debt was incurred  08/23/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $26,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.191
**Nonpriority creditor's name and mailing address**

Harper Miller

2355 Westwood Blvd #650

Los Angeles, CA 90064

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $6,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.192
**Nonpriority creditor's name and mailing address**

Harrison Lee

1090 Lambton Drive

Oakville, Ontario L6J 7P3,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $7,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.193** Nonpriority creditor's name and mailing address

**Hasan Ugur Koyluoglu**

**1064 Great Road**

**Princeton, NJ 08540**

Date or dates debt was incurred    **08/31/2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$200,000.00**

---

**3.194** Nonpriority creditor's name and mailing address

**Henry Shao**

**1955 Junewood Ave.**

**San Jose, CA 95132**

Date or dates debt was incurred    **08/22/2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

**3.195** Nonpriority creditor's name and mailing address

**Hi There Solutions**

**13780 Del Corso Way Unit 1211**

**Broomfield, CO 80020**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,527.50**

---

**3.196** Nonpriority creditor's name and mailing address

**Holistic Health COllaborative**

**128 Pleasant Street**

**Marblehead, MA 01945**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,000.00**

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**3.197** Nonpriority creditor's name and mailing address
Horacio Rodriguez Rilo

1414 S Lamar Blvd

Austin, TX 78704

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$5,000.00_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198** Nonpriority creditor's name and mailing address
Hudson Horn

2275 Sharon Rd Apt 311

Menlo Park, CA 94025

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$299.75_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199** Nonpriority creditor's name and mailing address
Hypha Knowledge Intergration Limited

1st Floor, The Brew, Eagle House

London, EC1V 1NR, UK,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$10,000.00_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200** Nonpriority creditor's name and mailing address
IENAI Space SL

Ave. Gregorio Peces-Barba 1

28919 Legans, Spain,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$12,000.00_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.201**  **Nonpriority creditor's name and mailing address**

**illumnifyDx, Inc**

**13825 Vispo Way**

**Broomfield, CO 80020**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.202**  **Nonpriority creditor's name and mailing address**

**Inbal Tubi**

**Calle 74C #7-52 Apt #305**

**Bogata, Colombia 00000,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203**  **Nonpriority creditor's name and mailing address**

**Innovative Wellness Systems Inc**

**10 Beldon Rd.**

**Dover, MA 02030**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204**  **Nonpriority creditor's name and mailing address**

**Into the Multiverse Inc**

**816 California Ave**

**Venice, CA 90291**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  **$9,900.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

<br>

**Part 2:** Additional Page

---

**3.205** Nonpriority creditor's name and mailing address

Iryna Zhuravel

8929 Lombard Place

Apt. 123

San Diego, CA 92122

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$5,000.00

---

**3.206** Nonpriority creditor's name and mailing address

Ivanna Mariel Guerrero Ulloa

8010 Little Deer Xing

Austin, TX 78736

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$920.00

---

**3.207** Nonpriority creditor's name and mailing address

J333 Ventures LLC

1706 Elliot Ranch Rd

Buda, TX 78610

Date or dates debt was incurred    09/15/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$124,000.00

---

**3.208** Nonpriority creditor's name and mailing address

Jack Atkin

16 Hamlin Road

Edison, NJ 08817

Date or dates debt was incurred    08/30/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lender

Is the claim subject to offset?
☒ No
☐ Yes

$60,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.209** | **Nonpriority creditor's name and mailing address**

Jack Atkin

16 Hamlin Road

Edison, NJ 08817

Date or dates debt was incurred    10/31/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $30,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lender

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address**

Jack Colletti

2630 Quail Hill Drive

Pittsburgh, PA 15241

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $1,953.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address**

Jack P. Hopper

2116 Fordham Ln.

Austin, TX 78723

Date or dates debt was incurred    09/06/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $18,669.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address**

James Askew

720 Airport Blvd Apt 1143

Austin, TX 78702

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3" style="background:black;color:white;">**Part 2:** Additional Page</td></tr>
</table>

---

**3.213** | Nonpriority creditor's name and mailing address

**James Peery & Mammen & Peery**

**5610 Conica Court**

**Spring, TX 77379**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**            **$5,629.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address

**James Steele**

**510 Coffin Alley, PO Box 382**

**Portland, PA 18351**

Date or dates debt was incurred   08/18/2022

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**            **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address

**Jan Kvita**

**Ke Krci 1002/24**
**Prague**
**Czech Republic**

Date or dates debt was incurred   08/19/2022

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**            **$2,100.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address

**Jared Alvarado**

**7502 Vaquer Drive**

**Corpus Christi, TX 78414**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**            **$7,807.69**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

**3.217** **Nonpriority creditor's name and mailing address**
Jared Lucas

6 Pickernell Lane

Kittery, ME 03904

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

**3.218** **Nonpriority creditor's name and mailing address**
Jaron ("Robert") Glasgow

6960 10th St N Apt. 207

Oakdale, MN 55128

Date or dates debt was incurred  08/18/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

**3.219** **Nonpriority creditor's name and mailing address**
Jason Croft

28A Parkway Village

Cranford, NJ 07016

Date or dates debt was incurred  08/16/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

**3.220** **Nonpriority creditor's name and mailing address**
Jason D Arnold

1140 Bonanza Drive

Okemos, MI 48864

Date or dates debt was incurred  08/19/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,220.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.221** | **Nonpriority creditor's name and mailing address**
Jason Glasgow

7550 80th Street Unit 415

Cottage Grove, MN 55016

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.222** | **Nonpriority creditor's name and mailing address**
Jason Jacobsohn

285 Danbury Drive

Vernon Hills, IL 60061

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,450.00

---

**3.223** | **Nonpriority creditor's name and mailing address**
Jason Kahle

347 White Fox Run

Fallbrook, CA 92028

Date or dates debt was incurred  08/12/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,660.00

---

**3.224** | **Nonpriority creditor's name and mailing address**
Jeff Meyer

33970 Rebecca Rd

Kingston, IL 60145

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

**3.225** | Nonpriority creditor's name and mailing address

Jeffrey Wells

18550 Hatteras St. #2

Tarzana, CA 91356

Date or dates debt was incurred ___08/16/2022___

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** ___$5,500.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address

Jennilee Bennett, Mastero Athletics

10217 8th Ave SW

Seattle, WA 98146

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** ___$7,500.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address

Jeremy Greiner

1709 Crestwood Drive

Alexandria, VA 22302

Date or dates debt was incurred ___08/18/2022___

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** ___$9,800.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address

Jeremy Phillips

211 W Verdugo Ave. #201

Burbank, CA 91502

Date or dates debt was incurred ___08/11/2022___

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** ___$12,500.00___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2" style="background:black;color:white">Part 2:</td><td colspan="2">Additional Page</td></tr>
</table>

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$33,600.00** |
|---|---|---|---|

**3.229** Nonpriority creditor's name and mailing address
Joao Carlos Dos Santos Branquinho,

3300 NE 191st Street Apt 1207

Miami, FL 33180

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☒ No
☐ Yes

$33,600.00

---

**3.230** Nonpriority creditor's name and mailing address
Joao Carlos Dos Santos Branquinho,

3300 NE 191st Street Apt 1207

Miami, FL 33180

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$25,000.00

---

**3.231** Nonpriority creditor's name and mailing address
Joao Carlos Dos Santos Branquinho,

3300 NE 191st Street Apt 1207

Miami, FL 33180

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$7,500.00

---

**3.232** Nonpriority creditor's name and mailing address
John Salinas

14429 Ventura Blvd Ste 109

Sherman Oaks, CA 91423

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$5,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

---

**3.233** | **Nonpriority creditor's name and mailing address**
John W Polomny

1116 Palm Valley Drive E

Harlingen, TX 78552

Date or dates debt was incurred  __08/18/2022__

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,000.00**

---

**3.234** | **Nonpriority creditor's name and mailing address**
Johnny F Evans

234 Bay St. N.W.

Fort Walton Beach, FL 32548

Date or dates debt was incurred  __08/18/2022__

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$20,000.00**

---

**3.235** | **Nonpriority creditor's name and mailing address**
Johnny F Evans

234 Bay St. N.W.

Fort Walton Beach, FL 32548

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Money Loaned__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,000.00**

---

**3.236** | **Nonpriority creditor's name and mailing address**
Jon A. Sims

25558 Fitzgerald Ave

Stevenson Ranch, CA 91381

Date or dates debt was incurred  __08/11/2022__

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,908.23**

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.237** Nonpriority creditor's name and mailing address
Jonathan Adams

1535 Crooked Stick

San Antonio, TX 78260

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.238** Nonpriority creditor's name and mailing address
Jonathan Boyarsky

130 Dartmouth Street Apt 305

Boston, MA 02116

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$8,482.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.239** Nonpriority creditor's name and mailing address
Jong Yul Kim

11048 SE 31st St.

Bellevue, WA 98004

Date or dates debt was incurred  08/16/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.240** Nonpriority creditor's name and mailing address
Jordan Case

302 Pinecrest Pl

Andover, KS 67002

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$8,520.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

**3.241** Nonpriority creditor's name and mailing address

Jordan Griffin

912 Pappas Ct.

Chula Vista, CA 91911

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$25,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**3.242** Nonpriority creditor's name and mailing address

Jordan Lund

5452 Aldrich Ave S

Minneapolis, MN 55419

Date or dates debt was incurred  08/13/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$6,250.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

**3.243** Nonpriority creditor's name and mailing address

Jordan Lund

5452 Aldrich Ave S

Minneapolis, MN 55419

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$5,040.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

**3.244** Nonpriority creditor's name and mailing address

Jose Ceniceros

19621 6th Ave S

Des Moines, WA 98148

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.245** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,000.00**
| Jose Fabian Kabigumila | *Check all that apply.* |
| | ☐ Contingent |
| 9 Myrna Dr. | ☐ Unliquidated |
| | ☐ Disputed |
| Marlborough, CT 06447 | **Basis for the claim:** Investor Note |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred    08/16/2022 | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number    __ __ __ __ |

---

**3.246** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,000.01**
| Jose Fabian Kabigumila | *Check all that apply.* |
| | ☐ Contingent |
| 9 Myrna Dr. | ☐ Unliquidated |
| | ☐ Disputed |
| Marlborough, CT 06447 | **Basis for the claim:** Investor Note |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred    _____ | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number    __ __ __ __ |

---

**3.247** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00**
| Joseph Carothers | *Check all that apply.* |
| | ☐ Contingent |
| 1813 Honey Hill Rd. | ☐ Unliquidated |
| | ☐ Disputed |
| Hardeeville, KS 66027 | **Basis for the claim:** Investor Note |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred    08/31/2022 | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number    __ __ __ __ |

---

**3.248** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,400.00**
| Juan Carlos Pea | *Check all that apply.* |
| | ☐ Contingent |
| 2206 Robert Wynn | ☐ Unliquidated |
| | ☐ Disputed |
| El Paso, TX 79936 | **Basis for the claim:** Wage Claim |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred    _____ | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number    __ __ __ __ |

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.249** | **Nonpriority creditor's name and mailing address**

Juan Jackson

1804 Barksdale Drive

Lexington, KY 40511

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,250.00

---

**3.250** | **Nonpriority creditor's name and mailing address**

Juan Jackson

1804 Barksdale Drive

Lexington, KY 40511

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,989.30

---

**3.251** | **Nonpriority creditor's name and mailing address**

Juan Jackson

1804 Barksdale Drive

Lexington, KY 40511

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

**3.252** | **Nonpriority creditor's name and mailing address**

Juan Jose Simon Ocejo

300 E Riverside Dr Apt 446

Austin, TX 78704-0182

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,128.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.253

**Nonpriority creditor's name and mailing address**

**Julian Torres**

**115 La mesa Drive**

**Burlingame, CA 94010**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,497.00

### 3.254

**Nonpriority creditor's name and mailing address**

**KA! Empathogenics**

**442 Lorimer St Ste D PMB 5121**

**Brooklyn, NY 11206**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,000.00

### 3.255

**Nonpriority creditor's name and mailing address**

**Kanari Holdings Inc**

**c/o One Business Center**

**One JLT, 06-150, Jumeirah Lake Towers**

**PO BOX 3338553, Duba, UAE,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$12,000.00

### 3.256

**Nonpriority creditor's name and mailing address**

**Kboodle, Inc.**

**PO Box 1426**

**Crystal Bay, NV 89402**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,000.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**Part 2:**  Additional Page

---

**3.257** | **Nonpriority creditor's name and mailing address**

Keagan Wernicke

6016 Price Drive

North Richland Hills, TX 76180

Date or dates debt was incurred _____

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**  _____**$31,449.25**_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address**

Kevin Houston

1301 W Fifth Street Unit 342

Austin, TX 78703

Date or dates debt was incurred _____

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**  _____**$21,504.00**_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address**

Kevin Mease

300 S Lamar #207

Austin, TX 78704

Date or dates debt was incurred _____

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**  _____**$39,000.00**_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address**

Kishore Anjaneyulu

1204 Yarrow Rd

Matthews, NC 28104

Date or dates debt was incurred   08/27/2022

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**  _____**$10,000.00**_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">**Part 2:** Additional Page</td></tr>
</table>

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Kleiner Device Labs**

**999 Driver Way**

**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor Note**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Kristopher Scott**

**710 Vista Way Apt 802**

**Red Bluff, CA 96080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor Note**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|

**Kwala**

**432 Waverley Rd Gundy
NSW 2337
Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $753,440.65 |
|---|---|---|---|

**Kyle Croyle**

**3812 Wadford St Unit A**

**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investor Note**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.265** Nonpriority creditor's name and mailing address

Lacey Hunter

645 Meadow Drive SE

North Bend, WA 98045

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$7,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.266** Nonpriority creditor's name and mailing address

Laurie Cercone

604 Eagle

Austin, TX 78734

Date or dates debt was incurred  09/03/2022

Last 4 digits of account number ___ ___ ___ ___

Remarks: New Quest Enterprises, LLC

As of the petition filing date, the claim is: **$31,808.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.267** Nonpriority creditor's name and mailing address

Lawrence D. Hutchison

306 Landing Lane

Chestertown, MD 21620

Date or dates debt was incurred  08/17/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$81,422.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.268** Nonpriority creditor's name and mailing address

Leeward Security Ltd.

5800 Ambler Drive, Suite 210
Mississauga, Ontario
Canada L4W 4J4

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$8,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="2">Additional Page</td></tr>
</table>

| **3.269** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,814.00** |
|---|---|---|---|
| | Leonel Andres Barragan Rodriguez | *Check all that apply.* | |
| | | ☐ Contingent | |
| | Carrera 111D Bis #78b 19 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Bogota, Colombia, | **Basis for the claim:** Investor Note | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,500.00** |
|---|---|---|---|
| | Leonid Mordkovich | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 1974 Devonshire Ave | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Avon, IN 46123 | **Basis for the claim:** Rev. Share Note | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.271** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,500.00** |
|---|---|---|---|
| | Lets Join In Party Ltd | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 12 Sky Lane Ashburton | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Melbourne, Victoria, Australia, MA 3147, | **Basis for the claim:** Investor Note | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.272** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,500.00** |
|---|---|---|---|
| | Linvest Group, Inc. | *Check all that apply.* | |
| | | ☐ Contingent | |
| | c/o Aaron Goldstein | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | 2401 S Ocean Drive #2102 | **Basis for the claim:** Investor Note | |
| | | **Is the claim subject to offset?** | |
| | Hollywood, FL 33019 | ☑ No | |
| | | ☐ Yes | |
| | Date or dates debt was incurred _____ | | |
| | Last 4 digits of account number __ __ __ __ | | |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.273**

**Nonpriority creditor's name and mailing address**

Lithium Networks, LLC

PO Box 2994

Austin, TX 78755

Date or dates debt was incurred _____

Last 4 digits of account number  1  9  2  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,201.56

---

**3.274**

**Nonpriority creditor's name and mailing address**

Local Driver Tech Inc.

33 University Ave.
Suite 2704
Toronto, Ontario M5J2S7, Canada

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,833.24

---

**3.275**

**Nonpriority creditor's name and mailing address**

Locoal Charcoal Company

1201 Citation Circle

Del Valle, TX 78617

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,000.00

---

**3.276**

**Nonpriority creditor's name and mailing address**

Loglens Insights Private Limited

766 The Executive Zone

Chennai, Thailand 60000,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**3.277** | Nonpriority creditor's name and mailing address

Lonch, Inc

60 Feldspar Rdg

Glastonbury, CT 06033

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

---

**3.278** | Nonpriority creditor's name and mailing address

LOOFT Inc.

260 N Lord St #228

Brookfield, WI 53045

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.279** | Nonpriority creditor's name and mailing address

Loopi, Inc.

3802 38th Ave South

Seattle, WA 98118

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

---

**3.280** | Nonpriority creditor's name and mailing address

Lucas Everidge

5700 E Riverside Drive Apt 2112

Austin, TX 78741

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| **3.281** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,846.16** |
|---|---|---|---|

**3.281**

**Nonpriority creditor's name and mailing address**

Luke Marek

1913 Garden Street Unit B

Austin, TX 78702

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $3,846.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.282**

**Nonpriority creditor's name and mailing address**

Luso Digital Assets

20L Rua Princesa d. Amelia

9000-019 Funchal, Portugal,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $7,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.283**

**Nonpriority creditor's name and mailing address**

Maana Electric SA

12 Rue de l'Industrie
L-3895 Luxembourg
Fabrice Testa

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**

Makara Insights

80 SW 8th Street Suite 2013

Miami, FL 33130

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $6,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | __ASTRALABS Inc__ | Case number *(if known)* | __23-10164__ |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.285**

Nonpriority creditor's name and mailing address

**Mallory Frick and JM FRICK LLC**

**328 Ledge Stone drive**

**Austin, TX 78737**

Date or dates debt was incurred    __08/19/2022__

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:    __$136,988.12__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor Note__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.286**

Nonpriority creditor's name and mailing address

**Manoj Sonje**

**16303 Chelsea Place Apt. 236**

**Selma, TX 78154**

Date or dates debt was incurred    __08/11/2022__

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:    __$3,340.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor Note__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.287**

Nonpriority creditor's name and mailing address

**Marc Bertrand**

**P.O. Box 1967**

**New York, NY 10025**

Date or dates debt was incurred    _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:    __$97,265.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor Note__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.288**

Nonpriority creditor's name and mailing address

**Marc Bertrand**

**P.O. Box 1967**

**New York, NY 10025**

Date or dates debt was incurred    _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:    __$97,265.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor Note__

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

**3.289** Nonpriority creditor's name and mailing address
Marc Russell

471 East 4300 North

Provo, UT 84604

Date or dates debt was incurred    08/13/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

**3.290** Nonpriority creditor's name and mailing address
Marco Frabotta

2222 Detroit Ave 1013

Cleveland, OH 44113

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

**3.291** Nonpriority creditor's name and mailing address
Mark and Candice Gimbel Family Living Trust

13258 N. 79th St.

Scottsdale, AZ 85260

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

**3.292** Nonpriority creditor's name and mailing address
Mark Beauharnois

6867 Amanda Lane

Lockport, NY 14094

Date or dates debt was incurred    08/17/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$14,533.34

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

**3.293**

**Nonpriority creditor's name and mailing address**

Martin Duenaz

30280 Prospect Rd

Nettleton, MS 38858

Date or dates debt was incurred    08/13/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,000.00**

---

**3.294**

**Nonpriority creditor's name and mailing address**

Martin Wagner

359 Cambridge Drive

Goleta, CA 93117

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,000.00**

---

**3.295**

**Nonpriority creditor's name and mailing address**

Mary Oziemkowski

1961 Bolson Drive

Downers Grove, IL 60516

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$694.80**

---

**3.296**

**Nonpriority creditor's name and mailing address**

Matthew Hendershot

1841 W Wisteria Dr

Chandler, AZ 85248

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,706.58**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,706.58**

Matthew Hendershot

1841 W Wisteria Dr

Chandler, AZ 85248

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.298** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,000.00**

Matthew Kuznicki

6312 W Hyacinth Street

Chicago, IL 60646

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$750.00**

Matthew Perlman

720 Airport Blvd Apt 1138

Austin, TX 78702

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Wage Claim

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$103,832.09**

Matthew Peter Kelly and Xin Geng Kelly

13190 Burke Rd

Los Altos, CA 94022

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

Date or dates debt was incurred  09/15/2022

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.301 Nonpriority creditor's name and mailing address

**Max Mahan**

**4479 Vrain St.**

**Denver, CO 80212**

Date or dates debt was incurred    **08/12/2022**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** **$29,375.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.302 Nonpriority creditor's name and mailing address

**Melane Rella and Angelo Rella**

**628 Burno Mountain Road**

**Cotopaxi, CO 81223**

Date or dates debt was incurred    **08/23/2022**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** **$34,496.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.303 Nonpriority creditor's name and mailing address

**Melissa Hector**

**1080 Cypress Parkway Suite 1187**

**Kissimmee, FL 34759**

Date or dates debt was incurred    **08/11/2022**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.304 Nonpriority creditor's name and mailing address

**Mergeflo Inc**

**8000 Research Forest Dr Ste 115 No 1026**

**The Woodlands, TX 77382**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="3">Additional Page</td></tr>
</table>

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$112,883.22** |
|---|---|---|---|

**Michael Brown**

**56 Blackberry Ln**

**Yarmouth, ME 04096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred    10/29/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,000.00** |
|---|---|---|---|

**Michael Gallup**

**84 S Shimmering Aspen Cir**

**Spring, TX 77389-4964**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,000.00** |
|---|---|---|---|

**Michael Harrison Jr**

**136 Cowper St**

**Palo Alto, CA 94301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred    08/13/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,125.00** |
|---|---|---|---|

**Michael J Frank**

**15 Oval Road**

**Millburn, NJ 07041-1409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.309** | **Nonpriority creditor's name and mailing address**
Michael J Frank

15 Oval Road

Millburn, NJ 07041-1409

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $29,693.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address**
Michael J Frank

15 Oval Road

Millburn, NJ 07041-1409

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $1,370.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address**
Michael Michael

333 Turn Pike Dr.

Folsom, CA 95630

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address**
Michael Miracle

14 Chardonnay Drive

Holmdel, NJ 07733

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.313** Nonpriority creditor's name and mailing address

Michelle Strayhorn

586 Main St #E

Hackensack, NJ 07601

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$198.00

**3.314** Nonpriority creditor's name and mailing address

MINIMUM bio

81–83 Campbell St.
Surry Hills NSW 2010
AUSTRALIA

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

**3.315** Nonpriority creditor's name and mailing address

Mitchell McCormick

1125 N Academy Avenue Suite A

New Braunfels, TX 78130

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,200.00

**3.316** Nonpriority creditor's name and mailing address

Moatassem Abdelhaleem

142 Portsaid Street Apt 18

Alexandria, Egypt 00203-22,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$5,500.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.317** Nonpriority creditor's name and mailing address

Morana Enterprises LLC

131 Hoffman Avenue

Dayton, OH 45403

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$3,600.00

---

**3.318** Nonpriority creditor's name and mailing address

Motoblockchain S.L.

via Wagner 67
21100 Varese, Italy

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$2,900.00

---

**3.319** Nonpriority creditor's name and mailing address

Myidfi LLC

141 Sioux Drive

Hailey, ID 83333

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.320** Nonpriority creditor's name and mailing address

Myocene

Quai Banning 6

4000 Lige, Belgium,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

We did not get any of the services (training, pitch review, introduction to investors) we paid this

Basis for the claim:  amount for.

Is the claim subject to offset?
☒ No
☐ Yes

$12,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td colspan="2">Additional Page</td></tr>
</table>

---

**3.321** **Nonpriority creditor's name and mailing address**

Nadejda Aseeva

12604 Duckcreek Ct.

Austin, TX 78729

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.322** **Nonpriority creditor's name and mailing address**

Nageswara Kondraganti

12365 Willowgate Dr.

Frisco, TX 75035

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

---

**3.323** **Nonpriority creditor's name and mailing address**

Nainesh Patel

23 Nancy St.

Kendall Park, NJ 08824

Date or dates debt was incurred    10/28/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,000.00

---

**3.324** **Nonpriority creditor's name and mailing address**

Naishadh Saraiya

1501 Anglebluff Lane

Plano, TX 75093

Date or dates debt was incurred    08/16/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,284.30

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black; color:white">**Part 2:**</div> Additional Page

---

**3.325** Nonpriority creditor's name and mailing address

**Nebulai Corp**

**66 W Flagler St Suite 900**

**Miami, FL 33130**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$6,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.326** Nonpriority creditor's name and mailing address

**Nemanja Milosevic**

**Lange Zeile 12,**
**90419 Nuremberg**
**Germany**

Date or dates debt was incurred  **09/01/2022**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$19,983.88**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue Shareholder**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.327** Nonpriority creditor's name and mailing address

**Nerra Ltd**

**94 Whitehaven Road**
**Glendowie**
**Auckland 1071, New Zealand**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$7,500.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.328** Nonpriority creditor's name and mailing address

**Neurologik FZE**

**Za Obchody 846**

**Neratovice 27711 Czech Republic,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$6,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.329** | Nonpriority creditor's name and mailing address

NeuroTech Group AI Ltd

5a Bear Lane

London SE1 OUH, UK,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     __$7,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address

NeuroTech Group AI Ltd

5a Bear Lane

London SE1 OUH, UK,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     __$6,500.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address

New Growth Brands, Inc.

Attn: Alastair James

3305 Bellaire Park Ct

Fort Worth, TX 76109

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     __$9,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address

New Growth Brands, Inc.

Attn: Alastair James

3305 Bellaire Park Ct

Fort Worth, TX 76109

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     __$9,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

**3.333** | **Nonpriority creditor's name and mailing address**

Nic Hickox

4301 W. William Cannon Dr. STE B-150 #107

Austin, TX 78749

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address**

Nicholas J Hickox

4301 W William Cannon Drive Suite B-150 #107

Austin, TX 78749

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address**

Nick Farrenkopf

34904 Oyster Bay Ter

Fremont, CA 94555

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address**

Niobium LLC

12204 FM 1826

Austin, TX 78737

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.337** | **Nonpriority creditor's name and mailing address**

**Nirmalbhai C Patel**

**52 Meadow Brook Rd.**

**Edison, NJ 08837**

Date or dates debt was incurred    **09/01/2022**

Last 4 digits of account number   —   —   —   —

**As of the petition filing date, the claim is:**     **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **8400Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address**

**Novogiene Inc**

**226 Mira Vista**

**Santa Cruz, CA 95060**

Date or dates debt was incurred    _____

Last 4 digits of account number   —   —   —   —

**As of the petition filing date, the claim is:**     **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address**

**NSure Labs Ltd**

**15 HaZvi**

**Jerusalem, Israel 9438622,**

Date or dates debt was incurred    _____

Last 4 digits of account number   —   —   —   —

**As of the petition filing date, the claim is:**     **$6,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address**

**Nvzn Augmented Reality Corp**

**PO Box 10024**

**Deerfield, IL 60015**

Date or dates debt was incurred    _____

Last 4 digits of account number   —   —   —   —

**As of the petition filing date, the claim is:**     **$7,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,500.00** |
|---|---|---|---|
| | Obbrey Makundi | *Check all that apply.* | |
| | | ☐ Contingent | |
| | PO Box 6954 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Msasani, | | |
| | | **Basis for the claim:** Investor Note | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred | ☑ No | |
| | | ☐ Yes | |
| | Last 4 digits of account number ___ ___ ___ ___ | | |

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,000.00** |
|---|---|---|---|
| | OffWeGo Inc | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 201 N. Union Street Suite 110 #19995 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Alexandria, VA 22314 | | |
| | | **Basis for the claim:** | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred | ☑ No | |
| | | ☐ Yes | |
| | Last 4 digits of account number ___ ___ ___ ___ | | |

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,000.00** |
|---|---|---|---|
| | Ok Away Pty Ltd | *Check all that apply.* | |
| | | ☐ Contingent | |
| | Level 21, 55 Collins Street | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Melbourne, Victoria, Australia, MA 3147, | **Basis for the claim:** Investor Note | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred | ☑ No | |
| | | ☐ Yes | |
| | Last 4 digits of account number ___ ___ ___ ___ | | |

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,000.00** |
|---|---|---|---|
| | Olivia Kim | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 2748 Bayberry Way | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Fullerton, CA 92833 | **Basis for the claim:** Investor Note | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred | ☑ No | |
| | | ☐ Yes | |
| | Last 4 digits of account number ___ ___ ___ ___ | | |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.345** | **Nonpriority creditor's name and mailing address**
**Optifold**

5900 Yonge Street Suite 807

North York, Ontario, M2M 3T8, Canada,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address**
**ORDEREZ PTE LTD**

PO Box 93169

Omaha, NE 68154

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address**
**Our Watch Leads - OWL, Lda**

Rua Pedro Nunes
Incubadora IPN Block C
3030-199 Coimbra, Portugal
Pedro Resende

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address**
**Paul and Mary Wilcox**

380 Columbus Ave. #1

Boston, MA 02116

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**3.349** Nonpriority creditor's name and mailing address
Paul and Mary Wilcox

380 Columbus Ave. #1

Boston, MA 02116

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Investor Note
Is the claim subject to offset?
☑ No
☐ Yes

**3.350** Nonpriority creditor's name and mailing address
Paul Curbo

3702 Crestline Road

Fort Worth, TX 76107

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$2,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Investor Note
Is the claim subject to offset?
☑ No
☐ Yes

**3.351** Nonpriority creditor's name and mailing address
Paul Kellam

112 Pinnacle Road

Ellington, CT 06029

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Investor Note
Is the claim subject to offset?
☑ No
☐ Yes

**3.352** Nonpriority creditor's name and mailing address
Pebble Labs Inc

c/o Steve Ofstehage

100 Entrada Drive

Los Alamos, NM 87544

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Investor Note
Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b> Additional Page</td></tr>
</table>

---

**3.353**

**Nonpriority creditor's name and mailing address**

Peeyush Shrivastava

975 Manhattan Blvd Apartment 3311

Dayton, KY 41074

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $272.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.354**

**Nonpriority creditor's name and mailing address**

Petr Zaytsev

3632 Carlisle Dr

Durham, NC 27707

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.355**

**Nonpriority creditor's name and mailing address**

Petr Zaytsev

3632 Carlisle Dr

Durham, NC 27707

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.356**

**Nonpriority creditor's name and mailing address**

Pigee Inc

8 The Green Suite #13419

Dover, DE 19901

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.357** | Nonpriority creditor's name and mailing address
**Pipra AG**

**c/o Bluelion**

**219 Josefstrasse**

**8005 Zurich, Switzerland,**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

$7,985.00

**3.358** | Nonpriority creditor's name and mailing address
**PixelFree Studio**

**c/o Solomon Hartmann**

**8018 Laurel Ridge Court**

**Delray Beach, FL 33446**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

**3.359** | Nonpriority creditor's name and mailing address
**Plant People PBC**

**406 South Park Ave**

**Austin, TX 78704**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investments**

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

**3.360** | Nonpriority creditor's name and mailing address
**Pneumeric, Inc.**

**ATTN: Johnathon Aho**

**823 4th St SW**

**Rochester, MN 55902**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,500.00** |
|---|---|---|---|

**Prismatext Inc**

**800 W 10th Avenue**

**Anchorage, AK 99501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,000.00** |
|---|---|---|---|

**Proc12 Inc**

**9601 Ridge Walk Court**

**Fort Lauderdale, FL 33328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,000.00** |
|---|---|---|---|

**Protein Fluidics Inc**

**875_B Cowan Rd**

**Burlingame, CA 94010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,000.00** |
|---|---|---|---|

**Qliktag Software Inc.**

**120 Newport Center Drive Suite 100**

**Newport Beach, CA 92660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.365** **Nonpriority creditor's name and mailing address**

QRerve LLC

6416 Wynkoop Street

Los Angeles, CA 90045

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.366** **Nonpriority creditor's name and mailing address**

Quest Mock

5629 N Lamar Blvd Apt 340

Austin, TX 78751

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.367** **Nonpriority creditor's name and mailing address**

Raise a Hood, Inc

Attn: Michael Petersen

19275 Walden Trail

Wayzata, MN 55391

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $9,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.368** **Nonpriority creditor's name and mailing address**

Rajamani Ganesh

13895 Clatsop Way

San Diego, CA 92129

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | __ASTRALABS Inc__ | | Case number *(if known)* | __23-10164__ |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.369** | **Nonpriority creditor's name and mailing address**
__Rakesh Bhimaraddi Sasvihalli__

__#132, SRIGANDHA, VINAYAK COLONY,__
__VIDYANAGAR__
__HUBLI, 580031__

Date or dates debt was incurred    __08/23/2022__

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    __$1,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Lender__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address**
__Ralph J Ehrman__

__1862 Marne Road__

__Bolingbrook, IL 60490__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    __$10,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address**
__Ranui Samuels__

__20 Cook St,__
__Gate Pa Tauranga 3112__
__New Zealand__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    __$8,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.372** | **Nonpriority creditor's name and mailing address**
__Ravi Kiran Goli__

__31-7-26/1A, 2nd Floor, Rajaji Sgtreet__

__Kakinada, India,__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    __$12,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.373** Nonpriority creditor's name and mailing address

RenewIT360

3 Via Apuesto

San Clemente, CA 92673

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.374** Nonpriority creditor's name and mailing address

Resolute Future

4070 Clover Lane

Dallas, TX 75220

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

---

**3.375** Nonpriority creditor's name and mailing address

Retentacle Inc.

525 Pine Ridge Rd

Pickering, Ontario L1W 2M6 Canada,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.376** Nonpriority creditor's name and mailing address

Revitalive s.r.o.

Svejcarovo namesti 5
155 00, Prague
Czech Republic

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$7,000.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.377** **Nonpriority creditor's name and mailing address**

Richard Ditter

9449 Poplar Ave

Germantown, TN 38138

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** **Nonpriority creditor's name and mailing address**

Richard Litzky

5158 Forest Brook Pkwy

Marietta, GA 30068

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $4,803.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379** **Nonpriority creditor's name and mailing address**

Richard Nilsson

Gran Via 577, BX2

Barcelona 08011, Spain,

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380** **Nonpriority creditor's name and mailing address**

Richard Pottin

312 - 6380 Buswell Street
Richmond, BC
V6Y 2G2

Date or dates debt was incurred    08/19/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<h2>Part 2:   Additional Page</h2>

| 3.381 | Nonpriority creditor's name and mailing address |
|---|---|

Richard Pottin

312 - 6380 Buswell Street
Richmond, BC
V6Y 2G2

Date or dates debt was incurred   **11/08/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address |
|---|---|

Richard S Mackin Jr

1639 Glasgo Rd.

Griswold, CT 06351

Date or dates debt was incurred   **08/30/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   **$3,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address |
|---|---|

Robert A Faubion

4801 Springdale Road #2108

Austin, TX 78723

Date or dates debt was incurred  

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Services Performed

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address |
|---|---|

Robert Bruce

7077 N Mason Ave.

Chicago, IL 60646

Date or dates debt was incurred   **11/05/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   **$15,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.385** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,000.00**

Robert Casinover (The Build)

2 Hidden Pond

Glen Head, NY 11545

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.386** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,725.00**

Robert DaLee

1388 Al Seier Road

Birmingham, AL 35226

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.387** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,000.00**

Rohit Augustus D'Silva

13-14952 58 Avenue

Surrey, BC V3S 9J2 Canada,

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.388** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$42,285.64**

Roosevelt Scott

802 Hawk View Court

Fairview Heights, IL 62208

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred  08/11/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.389**

**Nonpriority creditor's name and mailing address**

Ross Wigle

168 Charterhouse Cres.
Ancaster, ON
Canada L9G 4M5

Date or dates debt was incurred    08/16/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    $2,005.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.390**

**Nonpriority creditor's name and mailing address**

Rushi Ukani

8 Koster Blvd. Apt. 6A

Edison, NJ 08837

Date or dates debt was incurred    08/31/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.391**

**Nonpriority creditor's name and mailing address**

Ruth Griffith and Anthony Griffith

96 Puunoa Pl.

Lahaina, HI 96761

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.392**

**Nonpriority creditor's name and mailing address**

Ruth Griffith and Anthony Griffith

96 Puunoa Pl.

Lahaina, HI 96761

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.393** Nonpriority creditor's name and mailing address
Ryan Burt

18115 59th Ave N.

Minneapolis, MN 55446

Date or dates debt was incurred    09/02/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.394** Nonpriority creditor's name and mailing address
Ryan Burt

18115 59th Ave N.

Minneapolis, MN 55446

Date or dates debt was incurred    08/27/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.395** Nonpriority creditor's name and mailing address
Ryan Burt

18115 59th Ave N.

Minneapolis, MN 55446

Date or dates debt was incurred    11/23/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.396** Nonpriority creditor's name and mailing address
Ryan Hall

6053 Big Pond Trl

Grovetown, GA 30813

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   Additional Page

---

**3.397** | **Nonpriority creditor's name and mailing address**
Ryan McCarthy

4801 S Congress Ave #B5

Austin, TX 78745

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,315.00

---

**3.398** | **Nonpriority creditor's name and mailing address**
Ryan Stewart

2 Mill Falls Road

Suncook, NH 03275

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,333.33

---

**3.399** | **Nonpriority creditor's name and mailing address**
S. Joseph Margle IV

25 Waters Edge Circle Apt #935

Georgetown, TX 78626

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

---

**3.400** | **Nonpriority creditor's name and mailing address**
Saifon Chang

5822 E. Wildrose Dr.

Orange, CA 92867

Date or dates debt was incurred  08/30/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,600.00

---

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     page 101 of 121

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| Part 2: | Additional Page |
| --- | --- |

---

**3.401**

**Nonpriority creditor's name and mailing address**

**Salvatore Pepe**

**1011 Schindler Dr.**

**Silver Spring, MD 20903**

Date or dates debt was incurred    **08/18/2022**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$38,795.00**

---

**3.402**

**Nonpriority creditor's name and mailing address**

**Sam Simonovich**

**128 Prince St #35**

**Tappahannock, VA 22560**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,000.00**

---

**3.403**

**Nonpriority creditor's name and mailing address**

**Samuel Egwu**

**NO 45 Anite Street**

**Okota Isolo, Lago, LA 10000-45,**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$17,500.00**

---

**3.404**

**Nonpriority creditor's name and mailing address**

**Samuel Esau Goldman**

**2129 Grand Oaks Ave.**

**Altadena, CA 91001**

Date or dates debt was incurred    **08/12/2022**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,000.00**

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Part 2:</td><td colspan="2">Additional Page</td></tr>
</table>

---

**3.405** Nonpriority creditor's name and mailing address

Sanjay Pinnock

7275 Leonard Street

Philadelphia, PA 19149

Date or dates debt was incurred ___08/12/2022___

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

**3.406** Nonpriority creditor's name and mailing address

Sanjay V Patel

17199 Carrotwood Dr.

Riverside, CA 92503

Date or dates debt was incurred ___08/11/2022___

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

---

**3.407** Nonpriority creditor's name and mailing address

Sarah Bailey

866 SW 180th Terrace

Hollywood, FL 33029

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.408** Nonpriority creditor's name and mailing address

Sedjin Alka

203 West Sealy Ave.

Alvin, TX 77511

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.409**

Nonpriority creditor's name and mailing address

Shaila Patel

1110 Windsor Park Ct

Englewood, NJ 07631

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$486,318.88

---

**3.410**

Nonpriority creditor's name and mailing address

Shankar Narayanan Shankar Ganpathy

6820 Preston Road Apt. 225

Plano, TX 75024

Date or dates debt was incurred  08/12/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$4,200.00

---

**3.411**

Nonpriority creditor's name and mailing address

Shark Ai Capital Corporation

2309 Noriega Street #86

San Francisco, CA 94122

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

**3.412**

Nonpriority creditor's name and mailing address

Sheyla Felix

31 Avenue Lonard de Vinci

Courbevoie 92400,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$2,888.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,000.00** |
|---|---|---|---|

**Sleep Easy Technology Inc**

**PO Box 160**

**South Bend, IN 46617**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Investor Note

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,000.00** |
|---|---|---|---|

**SmartBreast Corp**

**14930 Ventura Blvd Ste 325**

**Sherman Oaks, CA 91403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Investor Note

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,676.32** |
|---|---|---|---|

**SoftDsk, LLC**

**PO Box 5963**

**Plant City, FL 33563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   08/18/2022

**Basis for the claim:** Investor Note

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,000.00** |
|---|---|---|---|

**Spencer Diner**

**4261 South Pearl Street**

**Englewood, CO 80013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   08/12/2022

**Basis for the claim:** Investor Note

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.417** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,500.00**

SRIYA DXI LLC

7975 Inverness Way

Duluth, GA 30097

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$42,708.22**

Stephen Berger

64 Northland Rd

Windham, NH 03087

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred    08/22/2022

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

Steven Deane-Shinbrot

21 NE 22nd Street Apt 614

Miami, FL 33137

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,100.00**

Steven Keyser

106 Beeston Court

Cary, NC 27519

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Performed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

| **3.421** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$162,318.00** |
|---|---|---|---|

**3.421**

Nonpriority creditor's name and mailing address

Stripe Capital

185 Berry St. #550

San Francisco, CA 94107

Date or dates debt was incurred    8/27/2020

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  A/R

Is the claim subject to offset?
☑ No
☐ Yes

$162,318.00

---

**3.422**

Nonpriority creditor's name and mailing address

Style Konsult Inc

31 W. 34th St 7Fl

New York, NY 10001

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

**3.423**

Nonpriority creditor's name and mailing address

Superbutler Limited

Reception A

Aston Seedbed Centre Avenue Road

B7 4NT, Birmingham, UK,

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

**3.424**

Nonpriority creditor's name and mailing address

Surajkumar Virendra Gupta

Flat Number 1002, Building 3, Atlanta Residency

Anjurphata, Bhiwandi, Thane, Maharashtra, India,

Date or dates debt was incurred    _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.425** | Nonpriority creditor's name and mailing address

Surrounded In Austin, LLC

161 Brighton Lane

Austin, TX 78737

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** __$375,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address

Talent Dube

8/100 Wittenoom Rd.
High Wycombe, WA 6057
(Perth, Australia)

_____

_____

Date or dates debt was incurred __08/13/2022__

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** __$1,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address

Tammy Hong

12407 Bexley Dr.

Houston, TX 77099

Date or dates debt was incurred __08/30/2022__

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** __$26,800.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address

Tappr App Pty Ltd

53 Jacaranda Drive

Mooloolaba, Queensland, 4557, Australia,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** __$7,500.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.429 Nonpriority creditor's name and mailing address

Target Mobility GMBH

Eiderstedter Weg 5B

Berlin, Germany 14129,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $8,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.430 Nonpriority creditor's name and mailing address

Tarunkumar Patel

10 Dillion Court

Exton, PA 19341

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $40,853.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.431 Nonpriority creditor's name and mailing address

The Hochman Family Trust

6104 Sierra Arbor Ct.

Austin, TX 78759

Date or dates debt was incurred  08/23/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $59,166.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.432 Nonpriority creditor's name and mailing address

The Wholesome Bowl Pty Ltd

26 Cambanora Place

Mooroobool 4870, Queensland, Australia,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,117.48 |
|---|---|---|---|

**Thomas Dolezal**

**1166 Pitkin Ave.**

**Akron, OH 44310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

| Date or dates debt was incurred | 08/11/2022 |

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 |
|---|---|---|---|

**Thomas E. Canty**

**7592 Mona Ln.**

**San Diego, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

| Date or dates debt was incurred | 08/12/2022 |

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,500.00 |
|---|---|---|---|

**Thomas Kinne**

**10500 S I-35 Frontage Road Apt 6207**

**Austin, TX 78748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

| Date or dates debt was incurred | |

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,458.00 |
|---|---|---|---|

**Thomas Mueller**

**9571 Crestwood Lane**

**Anaheim, CA 92804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

| Date or dates debt was incurred | 08/23/2022 |

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 1 0 9 5

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.437** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,500.00**

Thomas Mueller

9571 Crestwood Lane

Anaheim, CA 92804

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Rev. Share Note

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$50,000.00**

Timothy C. Taylor, Sr

P.O. Box 5371

Austin, TX 78763

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,220.00**

Trent Gifford dba LGCC, LLC

7545 Valley Point Trail

Nisswa, MN 56468

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,500.00**

Trevor Byrum

10221 Mayfield Rd

Houston, TX 77043

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,715.00 |
|---|---|---|---|

**3.441**

Nonpriority creditor's name and mailing address

Trey Griffin

224 Shirley Drive

Buda, TX 78610

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,715.00

---

**3.442**

Nonpriority creditor's name and mailing address

Trey Griffin

224 Shirley Drive

Buda, TX 78610

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shares in Astralabs (3,493)

Is the claim subject to offset?
☑ No
☐ Yes

$53,163.46

---

**3.443**

Nonpriority creditor's name and mailing address

U.S. Small Business Administration

1545 Hawkins Blvd 202

El Paso, TX 79925

Date or dates debt was incurred   12/20/2021

Last 4 digits of account number   7  4  0  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EIDL Loan

Is the claim subject to offset?
☑ No
☐ Yes

$500,000.00

---

**3.444**

Nonpriority creditor's name and mailing address

UCROP.IT LLC

16192 Coastal Highway

Lewes, DE 19958

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.445** Nonpriority creditor's name and mailing address

Vaidehi Tembhekar

6012 Tallow Lane

Frisco, TX 75036

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$2,738.56

---

**3.446** Nonpriority creditor's name and mailing address

Verbato Inc

1116 Chelsea Avenue Unit 6

Santa Monica, CA 90403

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.447** Nonpriority creditor's name and mailing address

Victoria Lerner, Trustee, Lerner Living Trust

11758 Crescenda Street

Los Angeles, CA 90049

Date or dates debt was incurred   08/31/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.448** Nonpriority creditor's name and mailing address

Vikas O'Reilly-Shah

4118 42nd Ave NE

Seattle, WA 98105

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$1,100.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.449**

**Nonpriority creditor's name and mailing address**

Vincent Goveas

1251 Weathersfield Way

San Jose, CA 95118

Date or dates debt was incurred    08/30/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**     $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.450**

**Nonpriority creditor's name and mailing address**

Vincent Mach

950 Windsong Court

Diamond Bar, CA 91765

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**     $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.451**

**Nonpriority creditor's name and mailing address**

Virgilio Yabut

A & F Guaranteed Service, LLC

2 Meadow Lark Lane

Franklin Park, NJ 08823

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**     $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.452**

**Nonpriority creditor's name and mailing address**

WeConcile Inc

PO Box 507

Olga, WA 98279

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**     $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.453** | **Nonpriority creditor's name and mailing address**

Wesley Kotcher

39 S Main St.

Rosedale, IN 47874

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address**

Wilfrid Jean-Francois

2144 Oakwood Place

Elmont, NY 11003

**Date or dates debt was incurred** 08/21/2022

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address**

William Adams

11732 Reva Dr.

Garden Grove, CA 92840

**Date or dates debt was incurred** 08/12/2022

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    $7,981.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address**

William P Daly III

907 Lakewood Ct S

Maplewood, MN 55119

**Date or dates debt was incurred** 08/24/2022

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.457** | Nonpriority creditor's name and mailing address

**William T Malley**

**3 Nelson Road**

**Rockland, MA 02370**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☒ No
☐ Yes

$110.00

---

**3.458** | Nonpriority creditor's name and mailing address

**WMW Partners Inc dba Metapyxl**

**1720 Dekalb Ave**

**Brooklyn, NY 11237**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☒ No
☐ Yes

$5,000.00

---

**3.459** | Nonpriority creditor's name and mailing address

**Wofo Ltd**

**155 Princes Street**

**Dunedin, New Zealand 9013,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☒ No
☐ Yes

$12,000.00

---

**3.460** | Nonpriority creditor's name and mailing address

**Yatinkumar Dodia**

**1539 Streams Way**

**Allen, TX 75002**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset?
☒ No
☐ Yes

$25,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.461** **Nonpriority creditor's name and mailing address**

Yemi Taiwo

2931 Arbor Lane

Aurora, IL 60502

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.462** **Nonpriority creditor's name and mailing address**

Yeshaya A Koblick

11 Garden Street

Sharon, MA 02067

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      $9,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463** **Nonpriority creditor's name and mailing address**

Yindjin Genggam Bersama

Kota Kasablanca Office

88 Tebet, Jakarta, Selatan, Indonesia,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464** **Nonpriority creditor's name and mailing address**

York gin USA, Inc

779 Oak Lane

Sonoma, CA 95476

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.465** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,000.00**
*Check all that apply.*

Zabel M. Miracle and Micheal J Miracle

14 Chardonnay Drive

Holmdel, NJ 07733

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred    08/19/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.466** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$55,967.62**
*Check all that apply.*

Zachary Fuchs

41 Glenbrook Rd.

Monsey, NY 10952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred    08/18/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.467** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,000.00**
*Check all that apply.*

Zachary Fuchs

41 Glenbrook Rd.

Monsey, NY 10952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred    10/31/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.468** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,563.46**
*Check all that apply.*

Zachary Potvin

1016 Enchantment Rd.

Rapid City, SD 57701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred    08/11/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

**3.469** | **Nonpriority creditor's name and mailing address**

Zachary Potvin

1016 Enchantment Rd.

Rapid City, SD 57701

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  **$15,563.46**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address**

Zachary Potvin

1016 Enchantment Rd.

Rapid City, SD 57701

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address**

Zev Stampfer

302 W 35th Street

Austin, TX 78705

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  **$2,139.28**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|--------|---------------|--------------------------|----------|
|        | Name          |                          |          |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 **Bootstrap Servicing, Inc.**<br>**510 Townsend Street**<br>**San Francisco, CA 94103** | Line **3.421**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Celtic Bank**<br>**268 South State Street Suite 300**<br>**Salt Lake City, UT 84111** | Line **3.421**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Clearco**<br>**Pavilion House,**<br>**31 Fitzwilliam Square,**<br>**Dublin 2, Ireland** | Line **3.102**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
| | Name | | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$97.17** |
| 5b. | **Total claims from Part 2** | 5b. + | **$24,240,383.63** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$24,240,480.80** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ASTRALABS Inc |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-10164   Chapter   7 |

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | 979 Springdale Rd, Unit 123, Austin, TX<br>Contract to be ASSUMED | 3423 Holdings, LLC<br>4811 E 7th Street<br>Austin, TX 78702 |
| State the term remaining | 46 months | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Corporate Housing<br>Contract to be REJECTED | Barrero, Martha A.<br>2121 Lohman's Crossing Road 504-426<br>Austin, TX 78734 |
| State the term remaining | 5 months | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Corporate Housing<br>Contract to be REJECTED | Mease, Kevin<br>300 S. Lamar 207<br>Austin, TX 78704 |
| State the term remaining | 6 months | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name        **ASTRALABS Inc**

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Texas** _____
                                                                                        (State)

Case number (If known):        **23-10164**

☑ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Nihar Patel | 979 Springdale Rd. Suite #123 <br> Street <br> 979 Springdale Rd. Suite #123 <br> Austin, TX 78723 <br> City          State          ZIP Code | Iruka Capital <br><br><br> Apex Funding Source, LLC | ☑ D <br> ☐ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2  Ryan, Andrew | 979 Springdale Rd. Suite #123 <br> Street <br><br> Austin, TX 78723 <br> City          State          ZIP Code | Iruka Capital <br><br><br> Apex Funding Source, LLC | ☑ D <br> ☐ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 ____ | Street <br><br><br> City          State          ZIP Code | ____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 ____ | Street <br><br><br> City          State          ZIP Code | ____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **ASTRALABS Inc** | Case number (if known) | **23-10164** |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

**Fill in this information to identify the case:**

Debtor name _____ ASTRALABS Inc _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____ 23-10164 _____          Chapter ___7___

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*......................................................................................... | $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*...................................................................................... | $1,312,966.96

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*......................................................................................... | $1,312,966.96

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $1,898,224.25

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | $97.17

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | + $24,240,383.63

4. **Total liabilities**.................................................................................................................. | $26,138,705.05

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ASTRALABS Inc |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-10164 |

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue <br> Check all that apply | Gross revenue <br> (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date <br> MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other | $3,207,568.00 |
| **For prior year:** From 01/01/2022 to 12/31/2022 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other | $19,882,980.00 |
| **For the year before that:** From 01/01/2021 to 12/31/2021 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other | $10,057,994.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source <br> (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date <br> MM/ DD/ YYYY | | |
| **For prior year:** From 01/01/2022 to 12/31/2022 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** From 01/01/2021 to 12/31/2021 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | | |

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  Iruka Capital <br>Creditor's name<br><br>162 Elmora Ave #211<br>Street<br><br><br>Elizabeth, NJ 07202<br>City          State     ZIP Code | 12/20/2022<br><br>12/27/2022<br><br>01/03/2023<br><br>01/10/2023<br><br>01/17/2023<br><br>01/24/2023<br><br>01/31/2023<br><br>02/07/2023<br><br>02/14/2023<br><br>02/21/2023<br><br>02/28/2023<br><br>03/07/2023<br><br>03/14/2023 | $372,177.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2.  3423 Holdings, LLC <br>Creditor's name<br><br>4811 E 7th Street<br>Street<br><br><br>Austin, TX 78702<br>City          State     ZIP Code | 01/03/2023<br><br>02/02/2023<br><br>03/02/2023 | $151,127.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Building Lease |
| 3.3.  Barrero, Martha A. <br>Creditor's name<br><br>2121 Lohman's Crossing Road 504-426<br>Street<br><br><br>Austin, TX 78734<br>City          State     ZIP Code | 01/04/2023<br><br>02/03/2023<br><br>03/02/2023 | $19,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Corporate Housing |

| | | | | |
|---|---|---|---|---|
| 3.4. | Apex Funding Source, LLC | 02/03/2023 | $153,000.00 | ☐ Secured debt |
| | Creditor's name | 02/10/2023 | | ☑ Unsecured loan repayments |
| | 3050 Biscayne Blvd Suite 502 | | | ☐ Suppliers or vendors |
| | Street | 02/17/2023 | | ☐ Services |
| | | 02/24/2023 | | ☐ Other _____ |
| | Miami, FL 33137 | 03/03/2023 | | |
| | City          State    ZIP Code | 03/10/2023 | | |
| 3.5. | Mease, Kevin | 01/04/2023 | $19,500.00 | ☐ Secured debt |
| | Creditor's name | 02/03/2023 | | ☐ Unsecured loan repayments |
| | 300 S. Lamar 207 | | | ☐ Suppliers or vendors |
| | Street | 03/08/2023 | | ☐ Services |
| | | | | ☑ Other Corporate Housing |
| | Austin, TX 78704 | | | |
| | City          State    ZIP Code | | | |

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name _____ Street _____ City _____ State ___ ZIP Code ___ | XXXX– __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Ms. Sara Wadud vs Astralabs, Inc. | Charge of Discrimination in Workplace Complaint | Texas Workforce Commission on Civil Rights Division _Name_ 117 Trinity St 144-T _Street_ Austin, TX 78701 _City State ZIP Code_ | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 451-2022-01622 | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name _____ Street _____ City _____ State ___ ZIP Code ___ | **Case title** _____ **Case number** _____ **Date of order or assignment** _____ | _____ **Court name and address** Name _____ Street _____ City _____ State ___ ZIP Code ___ |

---

**Part 4:**  Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

Debtor 23-10164-smr Doc#209 Filed 07/27/23 Entered 07/27/23 13:09:04 Main Document Pg 144 of 210
ASTRALABS Inc                                                    Case number *(if known)*   23-10164

Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                    State      ZIP Code

| Recipient's relationship to debtor |
|---|

---

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | The Lane Law Firm | | 3/08/2023 | $10,000.00 |
| | | | 03/15/2023 | $10,000.00 |

| Address |
|---|

6200 Savoy Dr Ste 1150
Street

Houston, TX 77036-3369
City                    State      ZIP Code

| Email or website address |
|---|

billing@lanelaw.com

| Who made the payment, if not debtor? |
|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | | | | |
| | City        State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____  To _____ |
| | | |
| | City        State    ZIP Code | |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. _____ Facility name | _____ | _____ |
| Street _____ | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City          State     ZIP Code | _____ | *Check all that apply:* ☐ Electronically  ☐ Paper |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Names, addresses for Customer Lists

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| Astralabs 401K | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☑ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

18.1 _____  XXXX–__ __ __ __    ☐ Checking     _____   _____
     Name                                                 ☐ Savings
     _____                     ☐ Money market
     Street                                               ☐ Brokerage
     _____                     ☐ Other
     _____
     City          State   ZIP Code                      _____

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City          State   ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City          State   ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State   ZIP Code | | | |

Debtor    23-10164-smr   Doc#209   Filed 07/27/23   Entered 07/27/23 13:09:04   Main Document   Pg 148
ASTRALABS Inc                  of 210                 Case number *(if known)*    23-10164
Name

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City      State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City      State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City      State    ZIP Code | | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.  Newchip LLC
       Name
       979 Springdale Rd.
       Street

       Austin, TX 78723
       City          State     ZIP Code

Unused Business - Never Operated

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From _____  To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.2.  Newchip Fund III LLC
       Name
       979 Springdale Road
       Street

       Austin, TX 78702
       City          State     ZIP Code

Unused Business - Never Operated

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From _____  To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.3.  Journey Venture Partners
       Name
       979 Springdale Rd.
       Street

       Austin, TX 78723
       City          State     ZIP Code

Created in anticipation of merger that never happened - never operated.

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From _____  To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.4.  Sofos LLC
       Name
       979 Springdale Rd.
       Street

       Austin, TX 78723
       City          State     ZIP Code

Created in anticipation of merger that never happened - never operated.

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From _____  To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.5.  Newchip Labs LLC
       Name
       979 Springdale Rd.
       Street

       Austin, TX 78723
       City          State     ZIP Code

Unused Business - Never Operated

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From _____  To _____

**26.  Books, records, and financial statements**

Debtor  ASTRALABS Inc
23-10164-smr  Doc#209  Filed 07/27/23  Entered 07/27/23 13:09:04  Main Document  Pg 151 of 210
        Name
                                                    Case number (if known)  23-10164

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. The Financial Interior LLP<br>Name<br><br>2618 Kramer Ln 7075<br>Street<br><br><br>Austin, TX 78758<br>City          State          ZIP Code | From 2016  To 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Jack Cartwright<br>Name<br><br>979 Springdale Road 123<br>Street<br><br><br>Austin, TX 78702<br>City          State          ZIP Code | From 10/31/2022  To Current |

| Name and address | Dates of service |
|---|---|
| 26b.2. Keiter CPA<br>Name<br><br>4401 Dominion Blvd<br>Street<br><br><br>Glen Allen, VA 23060<br>City          State          ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br><br>Name<br><br>Street<br><br><br>City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address | |
|---|---|

26d.1. _____

Name

_____

Street

_____
_____

City                                State                    ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | | |

| Name and address of the person who has possession of inventory records | |
|---|---|

27.1. _____

Name

_____

Street

_____
_____

City                                State                    ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan, Andrew | 979 Springdale Rd. Suite #123 Austin, TX 78723 | CEO, Owner | 40.39% |
| Nihar Patel | 979 Springdale Rd. Suite #123 Austin, TX 78723 | Co-Founder, | 2.19% |
| Johan Uddman with CashBUS | | , | 6.21% |
| Polymath Inc | | , | 5.59% |
| Stephen Berger | | , | 3.36% |
| Alfredo del Barrio III | | , | 2.34% |
| Joshua Lawton-Belous/Lawton Management LLC | | , | 2.32% |
| Bo Shen of Fenbushi Investment Fund LP | | , | 2.04% |
| Armando Vera Carvajal | | , | 1.40% |
| David Johnston of Yeomans Capital | | , | 1.38% |
| Joep Meijer | | , | 1.32% |
| Joe Merrill/Sputnik ATX Summar 2018 LLC | | , | 1.24% |
| Youbi Capital/Youbi Capital Cayman GP | | , | 1.24% |

Debtor  23-10164-smr  Doc#209  Filed 07/27/23  Entered 07/27/23 13:09:04  Main Document  Pg 153 of 210
ASTRALABS Inc
Name                                                                    Case number (if known)  23-10164

| | | | |
|---|---|---|---|
| Jeffrey Andreski/Jeffrey B Andreski LLC | | , | 1.18% |
| Keagan Wernicke | 6016 Price Drive North Richland Hills, TX 76180 | , | 1.06% |
| Baroon Krisendat | | , | 1.04% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Ryan, Andrew <br> Name <br> 979 Springdale Rd. Suite #123 <br> Street <br><br> Austin, TX 78723 <br> City          State          ZIP Code | $284,269.00 - for last 12 months | 03/17/2023 | |

| Relationship to debtor |
|---|
| CEO |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Jack Cartwright <br> Name <br><br> Street <br><br> City          State          ZIP Code | $93,750.00 - Last 12 Months Payments | 03/17/2023 | |

| Relationship to debtor |
|---|
| CFO |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. VP Sales<br>Name<br><br>Street<br><br><br>City          State          ZIP Code | $31,250.00 - Last 12 Months Payments | 03/17/2023 | |
| **Relationship to debtor** | | | |
| VP of Sales | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. Aly O'Desky<br>Name<br><br>Street<br><br><br>City          State          ZIP Code | $58,333.00 - Last 12 Months Payments | 03/17/2023 | |
| **Relationship to debtor** | | | |
| General Counsel | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. Nihar Patel<br>Name<br>979 Springdale Rd. Suite #123<br>Street<br>979 Springdale Rd. Suite #123<br>Austin, TX 78723<br>City          State          ZIP Code | $137,500.00 - Last 12 Months Payments | 03/17/2023 | Gross Wages |
| **Relationship to debtor** | | | |
| Co-Founder | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      07/27/2023
                 MM/  DD/  YYYY


**X**  /s/ Nihar Patel                                    Printed name              Nihar Patel
       Signature of individual signing on behalf of the debtor


       Position or relationship to debtor       Debtor Representative


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

1000 SOLANO DRIVE
1000 SOLANO DRIVE
AUSTIN, TX 78750


2938 WESTLAKE COVE DR
2938 WESTLAKE COVE DR
AUSTIN, TX 78746


3423 HOLDINGS, LLC
4811 E 7TH STREET
AUSTIN, TX 78702


360X MUSIC AG
REVALER STRASSE 99
10245 BERLIN, GERMANY


3COMMON INC.
46 SUNSET BLVD
WINNIPEG, MANITOBA
CANADA, R2M0X4


AARON WILLIAM NAFT
4306 N QUINLAN PARK ROAD APT 3201
AUSTIN, TX 78732


ABDELKADER HAMDOUNE
373 BELMONT STREET #4
OAKLAND, CA 94610


ACTIVARMOR
2828 GRANADA BLVD
PUEBLO, CO 81005

ADAM PERLMAN
220 NORTH WIND CT
PONTE VEDRA BEACH, FL 32082


ADAM YOKE
1541 FORD AVENUE
REDONDO BEACH, CA 90278


ADDISON JACOBY
1011 E 5TH STREET UNIT 1526
AUSTIN, TX 78702


ADRIANNA BERTOIA
4701 WALNUT STREET
OAKLAND, CA 94619


ADVENTURELAND TOY
EMPORIUM LLC
1344 CARROLL AVE
LOS ANGELES, CA 90026


ADWAIT MUTHAL
7 WAINWRIGHT RD UNIT 80
WINCHESTER, MA 01890-2381


AIDLT GLOBAL LIMITED
30 DREDGE COURT
MILTON, ONTARIO, CANADA L9T8T1


AKA EXCHANGE LTD.
9 RUE DE MAUPERTUIS
ST CLEMENT
JE2 6NG
UNITED KINGDOM

ALBERT BALADY
208 ACKERMAN AVE
HO HO KUS, NJ 07423-1006

ALDO DE JONG
299 GLENALAKE AVE #2301
TORONTO, ON M6P4A6 CANADA

ALEXANDER CLARENCE
MCINTOSH
1047 EAST SPAZIER AVE. APT. # L
BURBANK, CA 91502

ALEXANDER MONSELL
4489 E FLORIDA AVE
DENVER, CO 80222

ALEXANDER SEERY
925 ROLFE PLACE
ALEXANDRIA, VA 22314

ALEXANDRA CHERWA AKA
JONATHAN CHERWA
15907 91ST AVE CT E
PUYALLUP, WA 98375

ALEXANDRE SYLVESTRE
609 TOWER DR.
EDGEWATER, NJ 07020

ALIJAH PACINA
3216 LASKER AVENUE
WACO, TX 76707

ALLADIN AMMOURI
2445 AVIS STREET
MESQUITE, TX 75149

ALTELIUM LTD
OFFICE 4, PERCH STUDIOS, WESLEY
LANE
BICESTER, UNITED KINGDOM, OX26 6JU

ALYVE MEDICAL INC
600 S CHERRY STREET SUITE 115
DENVER, CO 80246

AMALFI JETS INC.
30851 AGOURA ROAD SUITE 305
AGOURA HILLS, CA 91301

ANDREW MANIACI
3905 BLACK GRANITE DRIVE
AUSTIN, TX 78744

ANDREW RYAN
C/O RON SATIJA
HAYWARD PLLC
7600 BURNET RD SUITE 530
AUSTIN, TX 78757

ANDROMEDA360
6001 W PARMER LANE SUITE 370 897
AUSTIN, TX 78727

ANGEL JOHNSON
2220 LEESBOROUGH DRIVE
SILVER SPRING, MD 20902

ANTHONY ESEAU FLORES
KUFFO
91 RED RIVER STREET
AUSTIN, TX 78701


ANTHONY RUNNELS
12024 ROCK CREEK CT.
HAWTHORNE, CA 90250


ANTHONY VELOSO
730 MASON ROAD
JEFFERSON, MA 01522


ANTONELLO LODDO
205 RIDGE AVE
GETTYSBURG, PA 17325


ANU SANTHANAGOPAL
12 BRITTANY WAY
KENDALL PARK, NJ 08824


ANUJ JAIN AKA ANMOL JAIN
620 W 42N ST APT S06G
NEW YORK, NY 10036


APEX FUNDING SOURCE, LLC
3050 BISCAYNE BLVD SUITE 502
MIAMI, FL 33137


ARAMARK REFRESHMENTS
SERVICES, LLC
ATTN: HAWLEY TROXELL ENNIS &
HAWLEY LLP
PO BOX 1617
BOISE, ID 83701

ARCHILYSE AG
C/O MATTHIAS STANDFEST
FLELASTRASSE 31B
8047 ZURICH, SWITZERLAND

ARIANNA VIOLANTE
7203 BASSETT COURT
AUSTIN, TX 78704

ARIK PARAN
866 HELENA DR.
SUNNYVALE, CA 94087

ARTURO BENEDICTO LLANO
10 JUAN LUNA, UP CAMPUS
DILIMAN, QUEZON CITY, PHILIPPINES
1101-00

ARTURO BENEDICTO M. LLANO
10 JUAN LUNA, UP CAMPUS,
DILIMAN, QUEZON CITY,
METRO MANILA

ARUN KOTTE
3905 IDLEBROOK DRIVE
FRISCO, TX 75034

ASTRALABS INC
979 SPRINGDALE RD.
SUITE #123
979 SPRINGDALE RD. SUITE #123
AUSTIN, TX 78723

ASTRALABS INC
979 SPRINGDALE RD. SUITE #123
AUSTIN, TX 78723

ASTRALABS INC
979 SPRINGDALE ROAD SUITE #123
AUSTIN, TX 78723


ATHLETES TO ATHLETES
C/O THE LOTT FIRM, PLLC
501 CONGRESS AVE SUITE 150
AUSTIN, TX 78701


AUSTIN CROWDER
1200 TREADWELL STREET APT 219
AUSTIN, TX 78704


AUSTIN LORTIE
11978 SUNSHINE PARK DRIVE N
WILLIS, TX 77318


AVINASH REDDY DESIREDDY
16304 FM 1325 APT 7315
AUSTIN, TX 78728


BAIPING GUO
8 MOONEY STREET
LANE COVE NORTH NSW 2066
AUSTRALIA


MARTHA A. BARRERO
2121 LOHMAN'S CROSSING ROAD
504-426
AUSTIN, TX 78734


BEAU HORNER
12604 DUCKCREEK CT.
AUSTIN, TX 78729

BELOFTE INTERNATIONAL
INC
27 ALTAMAWR AVENUE
LAWRENCE TOWNSHIP, NJ 08648


BENJAMIN SLACK
6289 RIVERSTONE DR
COLUMBUS, OH 43228


BILLY JACK LINSLEY
16 BODINE STREET
WELLSBORO, PA 16901


BONNE ET FILOU INC
1178 BROADWAY 3RD FLOOR #1390
NEW YORK, NY 10001


BOOTSTRAP SERVICING, INC.
510 TOWNSEND STREET
SAN FRANCISCO, CA 94103


BRADFORD CHAN
2540 WEXFORD AVE.
SOUTH SAN FRANCISCO, CA 94080


BRADLEY G KESSLER /
KESSLER REALTY HOLDINGS
INC.
1621 NORTHLAND AVE
LAKEWOOD, OH 44107

BRADLEY ROBERTSON
550 OAK GROVE AVE. UNIT 122
MENLO PARK, CA 94025

BRANDON GREENBURG
865 WEST END AVENUE 5E
NEW YORK, NY 10025

BRIAN KLICK
15010 WHITETAIL WAY
GAITHERSBURG, MD 20878

BRIAN LEE
3760 N FREMONT UNIT 1
CHICAGO, IL 60613

BRUCE MASTERSON
944 ENFIELD
NORTHBROOK, IL 60062

BRYAN FINKS
4011 BRIONES STREET
AUSTIN, TX 78723

B-SCIENCE.NET GMBH
TRAENKEBACHSTRASSE 38
8712 STAEFA, CANTON ZURICH,
SWITZERLAND

BSDCD LIMITED
13/F CHEONG SUN TOWER
118 WING LOK ST, SHEUNG WAN
HONG KONG

CALVIN GREEN
108 S MUSTANG AVENUE
CEDAR PARK, TX 78613

CAMERON RESNICK
870 NORTH 28TH STREET 101
PHILADELPHIA, PA 19130

CAMILO ANDRES CLAVIJO
VANEGAS
17787 ADRIFT ROAD
WINTER GARDEN, FL 34787

CAMPY BV
238 KLOKGEBOUW 5617AC EINDHOVEN
THE NETHERLANDS

CAPITOL VENDING AND
COFFEE COMPANY
C/O CLEVELAND R BURKE
HOLLAND & KNIGHT LLP
100 CONGRESS AVE SUITE 1800
AUSTIN, TX 78701

CAREY WALKER
PO BOX 54966
TULSA, OK 74155-4966

CARIBOU INC.
172 CREEK PATH AVE
OAKVILLE, ONTARIO, CANADA, L6L 6T5

CARL LUMMA
367 LOS GATOS BLVD
LOS GATOS, CA 95032

CARL RUSSO
707 WILLOW AVE. UNIT #2
HOBOKEN, NJ 07030

CARMEANNA EBERLY
828 E 47TH PLACE
CHICAGO, IL 60615


CASEY MELCHER
1635 N WATER ST. APT 602
MILWAUKEE, WI 53202


CASSIDEE COLLIER
3 STUYVESANT OVAL APT 10H
NEW YORK, NY 10009


CELTIC BANK
268 SOUTH STATE STREET SUITE 300
SALT LAKE CITY, UT 84111


CENPORTS COMMERCE INC
2530 BERRYESSA RD #332
SAN JOSE, CA 95132


CESAR ANTONIO VALENCIA
14888 SW 104 STREET UNIT 17
MIAMI, FL 33196


CFT CLEAR FINANCE
TECHNOLOGY CORP.
1200-33 YONGE STREET,
TORONTO, ONTARIO,
M5E 1G4, CANADA

CHAD DOYLE
3450 CRESTMOOR DR.
SAN BRUNO, CA 94066

CHAGIT PRODUCTIONS INC
591 CONSTITUTION AVE SUITE B
CAMARILLO, CA 93012


CHAISSON-BROWNE LLC
35 FIDDLEHEAD RD
OXFORD, CT 06478


CHANG TING ZOU
48 WOODVIEW DR.
BREWSTER, MA 02631


CHEKRITE
6013/6 PARKLAND BLVD
BRISBANE, QLD 4000, AUSTRALIA


CHRISTINA HONG
12407 BEXLEY
HOUSTON, TX 77099


CHRISTOPHER FAST
45 MERIAM STREET
WAKEFIELD, MA 01880


CHRISTOPHER FONTAINE
7814 BRADENTON DRIVE
CHARLOTTE, NC 28210


CHRISTOPHER SEABOLT
3404 TREE SUMMIT PARKWAY
DULUTH, GA 30096

CLAC DES DOIGTS
128 RUE LA BOETIE,
PARIS, FRANCE


CLEARCO
PAVILION HOUSE,
31 FITZWILLIAM SQUARE,
DUBLIN 2, IRELAND


CLIFFORD LOCKS
33 OLD FIELD HILL ROAD UNIT # 12
SOUTHBURY, CT 06488


CLINETIC, INC.
630 DAVIS DRIVE
MORRISVILLE, NC 27560


CMT SCANNER
1/19 VIRGINIA STREET
GEEBUNG, QLD 4034, AUSTRALIA


CODY PAHALAD
352 BRIGHTON AVE APT 203
SAN FRANCISCO, CA 94112


CONSTANTINE TRIKAS
840 FULTON STREET APT. 704
BROOKLYN, NY 11238


CORDTZ TUATOO
417 SWIFT FOX RUN
CRESTVIEW, FL 32536

COVENTRY CAPITAL
PARTNERS, LLC
306 LANDING LANE
CHESTERTOWN, MD 21620

CRC INSURANCE SERVICES
1 METROPLEX DRIVE SUITE 400
BIRMINGHAM, AL 35209

CRISTIAN I CRISAN
15408 FISHER ISLAND DR.
AUSTIN, TX 78717

CRYSTLE RAUCH
6701 LAKEWOOD RD
STANWOOD, WA 98292

CURT BROMM
5785 OPEN FIELDS DRIVE
WHITESTOWN, IN 46075

CYNTHIA OCHOA
600 E FM 1626 #9208
AUSTIN, TX 78748

DAN SMITH
8021 N PADOVA PL.
TUCSON, AZ 85741

DANIEL ANGUIANO
252 MULBERRY LANE
ROCKWALL, TX 75032

DARYL W CAMPBELL
3353 RIVER VALLEY DR.
RICHLAND, WA 99354


DAVID CLARK
13022 REATA RIDGE DR
PARKER, CO 80134


DAVID FISHER
832 KRISTIN LN
WILLIAMSTOWN, NJ 08094


DAVID HUIE
842 HARBOR ISLAND DR.
NEWPORT BEACH, CA 92660


DAWN AUDIO LLC
3035 ST ANN STREET APT A
NEW ORLEANS, LA 70119


DHRUV PATEL
1401 ART DILLY DRIVE APT #355
AUSTIN, TX 78702


DHRUV SAMPAT
301 GOUGH STREET APT #1
SAN FRANCISCO, CA 94102


DIEGO MAURO COGNO
65B CROMFORD ROAD
SW18 1PA,
LONDON, UK

DKMC, INC.
1435 YELLOWHEART WAY
HOLLYWOOD, FL 33019


DMITRY GOZMAN
228 PARK AVENUE S. STE 25520
NEW YORK, NY 10003


DOMUNUS
655 EAST 14TH STREET APT. 9A
NEW YORK, NY 10009


DROPSHOP TECHNOLOGIES
INC
320 E 57 ST APT 4E
NEW YORK, NY 10022


DYLAN MULROONEY
1217 TUDOR HOUSE RD
PFLUGERVILLE, TX 78660


DYSLEXIMEDIA LLC
414 NASSAU PARKWAY
OCEANSIDE, NY 11572


EBONEE MILLER
7176 W OROMIA WAY
WEST VALLEY CITY, UT 84128


EDWARD WEI
3318 CLOVERDALE STREET
HOUSTON, TX 77025

ELI M BLATT
PO BOX 61473
NORTH MIAMI BEACH, FL 33160


EMILIJA DIMITROVSKI
LANGE ZEILE 12,
90419 NUREMBERG
GERMANY


ENDAVU GROUP APS
STURLASGADE 12B
2300 COPENHAGEN
DENMARK


EQUIVESTO INC
7945 OLDFIELD ROAD UNIT 19
NIAGRA FALLS, ONTARIO, CANADA
L2G0Z4


ERIC LEE
6620 WICKLIFF TRAIL
PLANO, TX 75023


ERIC STEINLICHT
736 WEST BEL ESPRIT CIRCLE
SAN MARCOS, CA 92069


ERLEADX PTE LTD
BLK #856 TAMPINES ST 82 #09-269
SINGAPORE 520856


ERWIN M ARNOLD
155 SCHIESSHAUSSTRASSE
NEUBERG, GERMANY 86633

ETHAN BRANDT
301 E 4TH ST
HUXLEY, IA 50124


EVAN JOHNSON AND
EJOHNSON RD LLC
3 REVERE DRIVE
RIDGEFIELD, CT 06877


EVENTUALL, INC.
6515 W SUNSET BLVD SUITE 430
LOS ANGELES, CA 90028


EXCEPTIONAL HEROES, LLC
560 N BULLARD AVE SUITE 49
GOODYEAR, AZ 85338


FAN FAIR INC
4316 NE 119TH STREET
OKLAHOMA CITY, OK 73131


FASHION CONSTELLATE
P.O. BOX 6
LAKE JUNALUSKA, NC 28745


FERNANDO MORENO
CORTINA
2401 ALDRICH ST APT 367
AUSTIN, TX 78723


FILIPE PEERALLY
8820 THERIOT RD
PEYTON, CO 80831

FRANSHESCA CASTORIA
2 HEARTHWOOD COURT
MANAHAWKIN, NJ 08050

FREDERIC W. CORWIN III
26 BOSWELL RD.
READING, MA 01867

FRIDA ELIZABETH RAMOS
MARTINEZ
RINCONADA DEL ACUEDUCTO 265
EL PALOMAR, TLAJOMULCO DE ZUIGA,
JALISCO, MEXICO

FUNDREAM SRL
VIALE FRANCIA N.30 -
71122 FOGGIA ITALY

FYREFISH TECHNOLOGIES
LTD
13 GRENFELL CRES
MARKHAM, ON, CANADA
L3P1S6

GABY FRAIFER
720 AIRPORT BLVD #1359
AUSTIN, TX 78702

GARY L DEVRIES
2204 ASHWOOD DRIVE
ABERDEEN, SD 57401

GDS GROUP LLC
50 MERRICK ROAD SUITE 203
ROCKVILLE CENTRE, NY 11570

GEONAI DR PTY LTD
70 MORESBY STREET,
TRINITY BEACH, CAIRNS, 4879,
QUEENSLAND, AUSTRALIA

GEORGE ANDREW SIMONS
CDP
15B ACACIA LANE,
CAMBRIDGE ROAD,
SANDYS MA 02 BERMUDA

GEORGE MOWER
14009 E SAGE HILLS DRIVE
VAIL, AZ 85641

GIC-OWENS FIESTAN
3153 ASHER RD
ANN ARBOR, MI 48104

GIRISH AMIN
1419 SIERRA GLEN CIRCLE
APEX, NC 27502

GLENN HUNTER
80 FOREST DRIVE
EAST NORTHPORT, NY 11731

GM SERVICES LLC
2 SHELTON ROAD
SWAMPSCOTT, MA 01907

GRAHAM BROWN
1113 N OAKS LANE NORTH
NORTH LITTLE ROCK, AR 72118

GRAYSON PICHON
615 CLIFFORD DRIVE
AUSTIN, TX 78745


GREEN FUTURE INVESTMENTS
LLC
333 TURN PIKE DR.
FOLSOM, CA 95630


GREGORY BAKER
224 FURMAN FARM PL.
CHARLESTON, SC 29492


GREGORY WILSON
15 W 110TH ST. APT. 22
NEW YORK, NY 10026


GRIFFIN HERMES
2450 4TH STREET APT B
SANTA MONICA, CA 90405


GV CORRECT, LLC
KALAMA TEE 4, SUURUPI KLA,
HARJUMAA, ESTONIA


HAROLD BISHOP
3009 S JOHN REDDITT STE E #398
LUFKIN, TX 75904


HARPER MILLER
2355 WESTWOOD BLVD #650
LOS ANGELES, CA 90064

HARRISON LEE
1090 LAMBTON DRIVE
OAKVILLE, ONTARIO L6J 7P3


HASAN UGUR KOYLUOGLU
1064 GREAT ROAD
PRINCETON, NJ 08540


HENRY SHAO
1955 JUNEWOOD AVE.
SAN JOSE, CA 95132


HI THERE SOLUTIONS
13780 DEL CORSO WAY UNIT 1211
BROOMFIELD, CO 80020


HOLISTIC HEALTH
COLLABORATIVE
128 PLEASANT STREET
MARBLEHEAD, MA 01945


HORACIO RODRIGUEZ RILO
1414 S LAMAR BLVD
AUSTIN, TX 78704


HUDSON HORN
2275 SHARON RD APT 311
MENLO PARK, CA 94025


HYPHA KNOWLEDGE
INTERGRATION LIMITED
1ST FLOOR, THE BREW, EAGLE HOUSE
LONDON, EC1V 1NR, UK

IENAI SPACE SL
AVE. GREGORIO PECES-BARBA 1
28919 LEGANS, SPAIN


ILLUMNIFYDX, INC
13825 VISPO WAY
BROOMFIELD, CO 80020


INBAL TUBI
CALLE 74C #7-52 APT #305
BOGATA, COLOMBIA 00000


INNOVATIVE WELLNESS
SYSTEMS INC
10 BELDON RD.
DOVER, MA 02030


INTO THE MULTIVERSE INC
816 CALIFORNIA AVE
VENICE, CA 90291


IRUKA CAPITAL
162 ELMORA AVE #211
ELIZABETH, NJ 07202


IRYNA ZHURAVEL
8929 LOMBARD PLACE
APT. 123
SAN DIEGO, CA 92122


IVANNA MARIEL GUERRERO
ULLOA
8010 LITTLE DEER XING
AUSTIN, TX 78736

J333 VENTURES LLC
1706 ELLIOT RANCH RD
BUDA, TX 78610


JACK ATKIN
16 HAMLIN ROAD
EDISON, NJ 08817


JACK COLLETTI
2630 QUAIL HILL DRIVE
PITTSBURGH, PA 15241


JACK P. HOPPER
2116 FORDHAM LN.
AUSTIN, TX 78723


JAMES ASKEW
720 AIRPORT BLVD APT 1143
AUSTIN, TX 78702


JAMES PEERY & MAMMEN &
PEERY
5610 CONICA COURT
SPRING, TX 77379


JAMES STEELE
510 COFFIN ALLEY, PO BOX 382
PORTLAND, PA 18351


JAN KVITA
KE KRCI 1002/24
PRAGUE
CZECH REPUBLIC

JARED ALVARADO
7502 VAQUER DRIVE
CORPUS CHRISTI, TX 78414


JARED LUCAS
6 PICKERNELL LANE
KITTERY, ME 03904


JARON ("ROBERT") GLASGOW
6960 10TH ST N APT. 207
OAKDALE, MN 55128


JASON CROFT
28A PARKWAY VILLAGE
CRANFORD, NJ 07016


JASON D ARNOLD
1140 BONANZA DRIVE
OKEMOS, MI 48864


JASON GLASGOW
7550 80TH STREET UNIT 415
COTTAGE GROVE, MN 55016


JASON JACOBSOHN
285 DANBURY DRIVE
VERNON HILLS, IL 60061


JASON KAHLE
347 WHITE FOX RUN
FALLBROOK, CA 92028

JEFF MEYER
33970 REBECCA RD
KINGSTON, IL 60145


JEFFREY WELLS
18550 HATTERAS ST. #2
TARZANA, CA 91356


JENNI LEE BENNETT,
MASTERO ATHLETICS
10217 8TH AVE SW
SEATTLE, WA 98146


JEREMY GREINER
1709 CRESTWOOD DRIVE
ALEXANDRIA, VA 22302


JEREMY PHILLIPS
211 W VERDUGO AVE. #201
BURBANK, CA 91502


JOAO CARLOS DOS SANTOS
BRANQUINHO,
3300 NE 191ST STREET APT 1207
MIAMI, FL 33180


JOHN SALINAS
14429 VENTURA BLVD STE 109
SHERMAN OAKS, CA 91423


JOHN W POLOMNY
1116 PALM VALLEY DRIVE E
HARLINGEN, TX 78552

JOHNNY F EVANS
234 BAY ST. N.W.
FORT WALTON BEACH, FL 32548


JON A. SIMS
25558 FITZGERALD AVE
STEVENSON RANCH, CA 91381


JONATHAN ADAMS
1535 CROOKED STICK
SAN ANTONIO, TX 78260


JONATHAN BOYARSKY
130 DARTMOUTH STREET APT 305
BOSTON, MA 02116


JONG YUL KIM
11048 SE 31ST ST.
BELLEVUE, WA 98004


JORDAN CASE
302 PINECREST PL
ANDOVER, KS 67002


JORDAN GRIFFIN
912 PAPPAS CT.
CHULA VISTA, CA 91911


JORDAN LUND
5452 ALDRICH AVE S
MINNEAPOLIS, MN 55419

JOSE CENICEROS
19621 6TH AVE S
DES MOINES, WA 98148


JOSE FABIAN KABIGUMILA
9 MYRNA DR.
MARLBOROUGH, CT 06447


JOSEPH CAROTHERS
1813 HONEY HILL RD.
HARDEEVILLE, KS 66027


JUAN CARLOS PEA
2206 ROBERT WYNN
EL PASO, TX 79936


JUAN JACKSON
1804 BARKSDALE DRIVE
LEXINGTON, KY 40511


JUAN JOSE SIMON OCEJO
300 E RIVERSIDE DR APT 446
AUSTIN, TX 78704-0182


JULIAN TORRES
115 LA MESA DRIVE
BURLINGAME, CA 94010


KAI EMPATHOGENICS
442 LORIMER ST STE D PMB 5121
BROOKLYN, NY 11206

KANARI HOLDINGS INC
C/O ONE BUSINESS CENTER
ONE JLT, 06-150, JUMEIRAH LAKE
TOWERS
PO BOX 3338553, DUBA, UAE


KBOODLE, INC.
PO BOX 1426
CRYSTAL BAY, NV 89402


KEAGAN WERNICKE
6016 PRICE DRIVE
NORTH RICHLAND HILLS, TX 76180


KEVIN HOUSTON
1301 W FIFTH STREET UNIT 342
AUSTIN, TX 78703


KEVIN MEASE
300 S LAMAR #207
AUSTIN, TX 78704


KISHORE ANJANEYULU
1204 YARROW RD
MATTHEWS, NC 28104


KLEINER DEVICE LABS
999 DRIVER WAY
INCLINE VILLAGE, NV 89451


KRISTOPHER SCOTT
710 VISTA WAY APT 802
RED BLUFF, CA 96080

KWALA
432 WAVERLEY RD GUNDY
NSW 2337
AUSTRALIA

KYLE CROYLE
3812 WADFORD ST UNIT A
AUSTIN, TX 78704

LACEY HUNTER
645 MEADOW DRIVE SE
NORTH BEND, WA 98045

LAURIE CERCONE
604 EAGLE
AUSTIN, TX 78734

LAWRENCE D. HUTCHISON
306 LANDING LANE
CHESTERTOWN, MD 21620

LEEWARD SECURITY LTD.
5800 AMBLER DRIVE, SUITE 210
MISSISSAUGA, ONTARIO
CANADA L4W 4J4

LEONEL ANDRES BARRAGAN
RODRIGUEZ
CARRERA 111D BIS #78B 19
BOGOTA, COLOMBIA

LEONID MORDKOVICH
1974 DEVONSHIRE AVE
AVON, IN 46123

LETS JOIN IN PARTY LTD
12 SKY LANE ASHBURTON
MELBOURNE, VICTORIA, AUSTRALIA, MA
3147


LINVEST GROUP, INC.
C/O AARON GOLDSTEIN
2401 S OCEAN DRIVE #2102
HOLLYWOOD, FL 33019


LITHIUM NETWORKS, LLC
PO BOX 2994
AUSTIN, TX 78755


LOCAL DRIVER TECH INC.
33 UNIVERSITY AVE.
SUITE 2704
TORONTO, ONTARIO M5J2S7, CANADA


LOCOAL CHARCOAL COMPANY
1201 CITATION CIRCLE
DEL VALLE, TX 78617


LOGLENS INSIGHTS PRIVATE
LIMITED
766 THE EXECUTIVE ZONE
CHENNAI, THAILAND 60000


LONCH, INC
60 FELDSPAR RDG
GLASTONBURY, CT 06033


LOOFT INC.
260 N LORD ST #228
BROOKFIELD, WI 53045

LOOPI, INC.
3802 38TH AVE SOUTH
SEATTLE, WA 98118


LUCAS EVERIDGE
5700 E RIVERSIDE DRIVE APT 2112
AUSTIN, TX 78741


LUKE MAREK
1913 GARDEN STREET UNIT B
AUSTIN, TX 78702


LUSO DIGITAL ASSETS
20L RUA PRINCESA D. AMELIA
9000-019 FUNCHAL, PORTUGAL


MAANA ELECTRIC SA
12 RUE DE I'INDUSTRIE
L-3895 LUXEMBOURG
FABRICE TESTA


MAKARA INSIGHTS
80 SW 8TH STREET SUITE 2013
MIAMI, FL 33130


MALLORY FRICK AND JM
FRICK LLC
328 LEDGE STONE DRIVE
AUSTIN, TX 78737


MANOJ SONJE
16303 CHELSEA PLACE APT. 236
SELMA, TX 78154

MARC BERTRAND
P.O. BOX 1967
NEW YORK, NY 10025


MARC RUSSELL
471 EAST 4300 NORTH
PROVO, UT 84604


MARCO FRABOTTA
2222 DETROIT AVE 1013
CLEVELAND, OH 44113


MARK AND CANDICE GIMBEL
FAMILY LIVING TRUST
13258 N. 79TH ST.
SCOTTSDALE, AZ 85260


MARK BEAUHARNOIS
6867 AMANDA LANE
LOCKPORT, NY 14094


MARTIN DUENAZ
30280 PROSPECT RD
NETTLETON, MS 38858


MARTIN WAGNER
359 CAMBRIDGE DRIVE
GOLETA, CA 93117


MARY OZIEMKOWSKI
1961 BOLSON DRIVE
DOWNERS GROVE, IL 60516

MASSACHUSETTS
DEPARTMENT OF REVENUE
PO BOX 7090
BOSTON, MA 02204-7090


MATTHEW HENDERSHOT
1841 W WISTERIA DR
CHANDLER, AZ 85248


MATTHEW KUZNICKI
6312 W HYACINTH STREET
CHICAGO, IL 60646


MATTHEW PERLMAN
720 AIRPORT BLVD APT 1138
AUSTIN, TX 78702


MATTHEW PETER KELLY AND
XIN GENG KELLY
13190 BURKE RD
LOS ALTOS, CA 94022


MAX MAHAN
4479 VRAIN ST.
DENVER, CO 80212


KEVIN MEASE
300 S. LAMAR 207
AUSTIN, TX 78704


MELANE RELLA AND ANGELO
RELLA
628 BURNO MOUNTAIN ROAD
COTOPAXI, CO 81223

MELISSA HECTOR
1080 CYPRESS PARKWAY SUITE 1187
KISSIMMEE, FL 34759


MERGEFLO INC
8000 RESEARCH FOREST DR STE 115 NO
1026
THE WOODLANDS, TX 77382


MICHAEL BROWN
56 BLACKBERRY LN
YARMOUTH, ME 04096


MICHAEL GALLUP
84 S SHIMMERING ASPEN CIR
SPRING, TX 77389-4964


MICHAEL HARRISON JR
136 COWPER ST
PALO ALTO, CA 94301


MICHAEL J FRANK
15 OVAL ROAD
MILLBURN, NJ 07041-1409


MICHAEL MICHAEL
333 TURN PIKE DR.
FOLSOM, CA 95630


MICHAEL MIRACLE
14 CHARDONNAY DRIVE
HOLMDEL, NJ 07733

MICHELLE STRAYHORN
586 MAIN ST #E
HACKENSACK, NJ 07601


MINIMUM BIO
81-83 CAMPBELL ST.
SURRY HILLS NSW 2010
AUSTRALIA


MITCHELL MCCORMICK
1125 N ACADEMY AVENUE SUITE A
NEW BRAUNFELS, TX 78130


MOATASSEM ABDELHALEEM
142 PORTSAID STREET APT 18
ALEXANDRIA, EGYPT 00203-22


MORANA ENTERPRISES LLC
131 HOFFMAN AVENUE
DAYTON, OH 45403


MOTOBLOCKCHAIN S.L.
VIA WAGNER 67
21100 VARESE, ITALY


MYIDFI LLC
141 SIOUX DRIVE
HAILEY, ID 83333


MYOCENE
QUAI BANNING 6
4000 LIGE, BELGIUM

NADEJDA ASEEVA
12604 DUCKCREEK CT.
AUSTIN, TX 78729

NAGESWARA KONDRAGANTI
12365 WILLOWGATE DR.
FRISCO, TX 75035

NAINESH PATEL
23 NANCY ST.
KENDALL PARK, NJ 08824

NAISHADH SARAIYA
1501 ANGLEBLUFF LANE
PLANO, TX 75093

NEBULAI CORP
66 W FLAGLER ST SUITE 900
MIAMI, FL 33130

NEMANJA MILOSEVIC
LANGE ZEILE 12,
90419 NUREMBERG
GERMANY

NERRA LTD
94 WHITEHAVEN ROAD
GLENDOWIE
AUCKLAND 1071, NEW ZEALAND

NEUROLOGIK FZE
ZA OBCHODY 846
NERATOVICE 27711 CZECH REPUBLIC

NEUROTECH GROUP AI LTD
5A BEAR LANE
LONDON SE1 OUH, UK

NEW GROWTH BRANDS, INC.
ATTN: ALASTAIR JAMES
3305 BELLAIRE PARK CT
FORT WORTH, TX 76109

NIC HICKOX
4301 W. WILLIAM CANNON DR. STE
B-150 #107
AUSTIN, TX 78749

NICHOLAS J HICKOX
4301 W WILLIAM CANNON DRIVE SUITE
B-150 #107
AUSTIN, TX 78749

NICK FARRENKOPF
34904 OYSTER BAY TER
FREMONT, CA 94555

NIHAR PATEL
979 SPRINGDALE RD.
SUITE #123
979 SPRINGDALE RD. SUITE #123
AUSTIN, TX 78723

NIOBIUM LLC
12204 FM 1826
AUSTIN, TX 78737

NIRMALBHAI C PATEL
52 MEADOW BROOK RD.
EDISON, NJ 08837

NOVOGIENE INC
226 MIRA VISTA
SANTA CRUZ, CA 95060


NSURE LABS LTD
15 HAZVI
JERUSALEM, ISRAEL 9438622


NVZN AUGMENTED REALITY
CORP
PO BOX 10024
DEERFIELD, IL 60015


OBBREY MAKUNDI
PO BOX 6954
MSASANI


OFFWEGO INC
201 N. UNION STREET SUITE 110
#19995
ALEXANDRIA, VA 22314


OK AWAY PTY LTD
LEVEL 21, 55 COLLINS STREET
MELBOURNE, VICTORIA, AUSTRALIA, MA
3147


OLIVIA KIM
2748 BAYBERRY WAY
FULLERTON, CA 92833


OPTIFOLD
5900 YONGE STREET SUITE 807
NORTH YORK, ONTARIO, M2M 3T8,
CANADA

ORDEREZ PTE LTD
PO BOX 93169
OMAHA, NE 68154


OUR WATCH LEADS - OWL,
LDA
RUA PEDRO NUNES
INCUBADORA IPN BLOCK C
3030-199 COIMBRA, PORTUGAL
PEDRO RESENDE

PAUL AND MARY WILCOX
380 COLUMBUS AVE. #1
BOSTON, MA 02116


PAUL CURBO
3702 CRESTLINE ROAD
FORT WORTH, TX 76107


PAUL KELLAM
112 PINNACLE ROAD
ELLINGTON, CT 06029


PEBBLE LABS INC
C/O STEVE OFSTEHAGE
100 ENTRADA DRIVE
LOS ALAMOS, NM 87544


PEEYUSH SHRIVASTAVA
975 MANHATTAN BLVD APARTMENT 3311
DAYTON, KY 41074


PETR ZAYTSEV
3632 CARLISLE DR
DURHAM, NC 27707

PIGEE INC
8 THE GREEN SUITE #13419
DOVER, DE 19901


PIPRA AG
C/O BLUELION
219 JOSEFSTRASSE
8005 ZURICH, SWITZERLAND


PIXELFREE STUDIO
C/O SOLOMON HARTMANN
8018 LAUREL RIDGE COURT
DELRAY BEACH, FL 33446


PLANT PEOPLE PBC
406 SOUTH PARK AVE
AUSTIN, TX 78704


PNEUMERIC, INC.
ATTN: JOHNATHON AHO
823 4TH ST SW
ROCHESTER, MN 55902


PRISMATEXT INC
800 W 10TH AVENUE
ANCHORAGE, AK 99501


PROC12 INC
9601 RIDGE WALK COURT
FORT LAUDERDALE, FL 33328


PROTEIN FLUIDICS INC
875_B COWAN RD
BURLINGAME, CA 94010

QLIKTAG SOFTWARE INC.
120 NEWPORT CENTER DRIVE SUITE 100
NEWPORT BEACH, CA 92660


QRERVE LLC
6416 WYNKOOP STREET
LOS ANGELES, CA 90045


QUEST MOCK
5629 N LAMAR BLVD APT 340
AUSTIN, TX 78751


RAISE A HOOD, INC
ATTN: MICHAEL PETERSEN
19275 WALDEN TRAIL
WAYZATA, MN 55391


RAJAMANI GANESH
13895 CLATSOP WAY
SAN DIEGO, CA 92129


RAKESH BHIMARADDI
SASVIHALLI
#132, SRIGANDHA, VINAYAK COLONY,
VIDYANAGAR
HUBLI, 580031


RALPH J EHRMAN
1862 MARNE ROAD
BOLINGBROOK, IL 60490


RANUI SAMUELS
20 COOK ST,
GATE PA TAURANGA 3112
NEW ZEALAND

RAVI KIRAN GOLI
31-7-26/1A, 2ND FLOOR, RAJAJI
SGTREET
KAKINADA, INDIA


RENEWIT360
3 VIA APUESTO
SAN CLEMENTE, CA 92673


RESOLUTE FUTURE
4070 CLOVER LANE
DALLAS, TX 75220


RETENTACLE INC.
525 PINE RIDGE RD
PICKERING, ONTARIO L1W 2M6 CANADA


REVITALIVE S.R.O.
SVEJCAROVO NAMESTI 5
155 00, PRAGUE
CZECH REPUBLIC


RICHARD DITTER
9449 POPLAR AVE
GERMANTOWN, TN 38138


RICHARD LITZKY
5158 FOREST BROOK PKWY
MARIETTA, GA 30068


RICHARD NILSSON
GRAN VIA 577, BX2
BARCELONA 08011, SPAIN

RICHARD POTTIN
312 - 6380 BUSWELL STREET
RICHMOND, BC
V6Y 2G2


RICHARD S MACKIN JR
1639 GLASGO RD.
GRISWOLD, CT 06351


ROBERT A FAUBION
4801 SPRINGDALE ROAD #2108
AUSTIN, TX 78723


ROBERT BRUCE
7077 N MASON AVE.
CHICAGO, IL 60646


ROBERT CASINOVER (THE
BUILD)
2 HIDDEN POND
GLEN HEAD, NY 11545


ROBERT DALEE
1388 AL SEIER ROAD
BIRMINGHAM, AL 35226


ROHIT AUGUSTUS D'SILVA
13-14952 58 AVENUE
SURREY, BC V3S 9J2 CANADA


ROOSEVELT SCOTT
802 HAWK VIEW COURT
FAIRVIEW HEIGHTS, IL 62208

ROSS WIGLE
168 CHARTERHOUSE CRES.
ANCASTER, ON
CANADA L9G 4M5


RUSHI UKANI
8 KOSTER BLVD. APT. 6A
EDISON, NJ 08837


RUTH GRIFFITH AND
ANTHONY GRIFFITH
96 PUUNOA PL.
LAHAINA, HI 96761


RYAN BURT
18115 59TH AVE N.
MINNEAPOLIS, MN 55446


RYAN HALL
6053 BIG POND TRL
GROVETOWN, GA 30813


RYAN MCCARTHY
4801 S CONGRESS AVE #B5
AUSTIN, TX 78745


RYAN STEWART
2 MILL FALLS ROAD
SUNCOOK, NH 03275


ANDREW RYAN
979 SPRINGDALE RD. SUITE #123
AUSTIN, TX 78723

S. JOSEPH MARGLE I V
25 WATERS EDGE CIRCLE APT #935
GEORGETOWN, TX 78626


SAI FON CHANG
5822 E. WILDROSE DR.
ORANGE, CA 92867


SALVATORE PEPE
1011 SCHINDLER DR.
SILVER SPRING, MD 20903


SAM SI MONOVI CH
128 PRINCE ST #35
TAPPAHANNOCK, VA 22560


SAMUEL EGWU
NO 45 ANITE STREET
OKOTA ISOLO, LAGO, LA 10000-45


SAMUEL ESAU GOLDMAN
2129 GRAND OAKS AVE.
ALTADENA, CA 91001


SANJAY PI NNOCK
7275 LEONARD STREET
PHILADELPHIA, PA 19149


SANJAY V PATEL
17199 CARROTWOOD DR.
RIVERSIDE, CA 92503

SARAH BAILEY
866 SW 180TH TERRACE
HOLLYWOOD, FL 33029


SEDJIN ALKA
203 WEST SEALY AVE.
ALVIN, TX 77511


SHAILA PATEL
1110 WINDSOR PARK CT
ENGLEWOOD, NJ 07631


SHANKAR NARAYANAN
SHANKAR GANPATHY
6820 PRESTON ROAD APT. 225
PLANO, TX 75024


SHARK AI CAPITAL
CORPORATION
2309 NORIEGA STREET #86
SAN FRANCISCO, CA 94122


SHEYLA FELIX
31 AVENUE LONARD DE VINCI
COURBEVOIE 92400


SLEEP EASY TECHNOLOGY
INC
PO BOX 160
SOUTH BEND, IN 46617


SMARTBREAST CORP
14930 VENTURA BLVD STE 325
SHERMAN OAKS, CA 91403

SOFTDSK, LLC
PO BOX 5963
PLANT CITY, FL 33563


SPENCER DINER
4261 SOUTH PEARL STREET
ENGLEWOOD, CO 80013


SRIYA DXI LLC
7975 INVERNESS WAY
DULUTH, GA 30097


STEPHEN BERGER
64 NORTHLAND RD
WINDHAM, NH 03087


STEVEN DEANE-SHINBROT
21 NE 22ND STREET APT 614
MIAMI, FL 33137


STEVEN KEYSER
106 BEESTON COURT
CARY, NC 27519


STRIPE CAPITAL
185 BERRY ST. #550
SAN FRANCISCO, CA 94107


STYLE KONSULT INC
31 W. 34TH ST 7FL
NEW YORK, NY 10001

SUPERBUTLER LIMITED
RECEPTION A
ASTON SEEDBED CENTRE AVENUE ROAD
B7 4NT, BIRMINGHAM, UK


SURAJKUMAR VIRENDRA
GUPTA
FLAT NUMBER 1002, BUILDING 3,
ATLANTA RESIDENCY
ANJURPHATA, BHIWANDI, THANE,
MAHARASHTRA, INDIA

SURROUNDED IN AUSTIN, LLC
161 BRIGHTON LANE
AUSTIN, TX 78737


TALENT DUBE
8/100 WITTENOOM RD.
HIGH WYCOMBE, WA 6057
(PERTH, AUSTRALIA)


TAMMY HONG
12407 BEXLEY DR.
HOUSTON, TX 77099


TAPPR APP PTY LTD
53 JACARANDA DRIVE
MOOLOOLABA, QUEENSLAND, 4557,
AUSTRALIA


TARGET MOBILITY GMBH
EIDERSTEDTER WEG 5B
BERLIN, GERMANY 14129


TARUNKUMAR PATEL
10 DILLION COURT
EXTON, PA 19341

THE HOCHMAN FAMILY TRUST
6104 SIERRA ARBOR CT.
AUSTIN, TX 78759


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


THE WHOLESOME BOWL PTY
LTD
26 CAMBANORA PLACE
MOOROOBOOL 4870, QUEENSLAND,
AUSTRALIA

THOMAS DOLEZAL
1166 PITKIN AVE.
AKRON, OH 44310


THOMAS E. CANTY
7592 MONA LN.
SAN DIEGO, CA 92130


THOMAS KINNE
10500 S I-35 FRONTAGE ROAD APT 6207
AUSTIN, TX 78748


THOMAS MUELLER
9571 CRESTWOOD LANE
ANAHEIM, CA 92804


TIMOTHY C. TAYLOR, SR
P.O. BOX 5371
AUSTIN, TX 78763

TRENT GIFFORD DBA LGCC, LLC
7545 VALLEY POINT TRAIL
NISSWA, MN 56468


TREVOR BYRUM
10221 MAYFIELD RD
HOUSTON, TX 77043


TREY GRIFFIN
224 SHIRLEY DRIVE
BUDA, TX 78610


U.S. SMALL BUSINESS ADMINISTRATION
1545 HAWKINS BLVD 202
EL PASO, TX 79925


U.S. SMALL BUSINESS ADMINISTRATION
200 W. SANTA ANA BLVD 740
SANTA ANA, CA 92701


UCROP.IT LLC
16192 COASTAL HIGHWAY
LEWES, DE 19958


VAIDEHI TEMBHEKAR
6012 TALLOW LANE
FRISCO, TX 75036


VERBATO INC
1116 CHELSEA AVENUE UNIT 6
SANTA MONICA, CA 90403

VICTORIA LERNER, TRUSTEE,
LERNER LIVING TRUST
11758 CRESCENDA STREET
LOS ANGELES, CA 90049


VIKAS O'REILLY-SHAH
4118 42ND AVE NE
SEATTLE, WA 98105


VINCENT GOVEAS
1251 WEATHERSFIELD WAY
SAN JOSE, CA 95118


VINCENT MACH
950 WINDSONG COURT
DIAMOND BAR, CA 91765


VIRGILIO YABUT
A & F GUARANTEED SERVICE, LLC
2 MEADOW LARK LANE
FRANKLIN PARK, NJ 08823


WECONCILE INC
PO BOX 507
OLGA, WA 98279


WESLEY KOTCHER
39 S MAIN ST.
ROSEDALE, IN 47874


WILFRID JEAN-FRANCOIS
2144 OAKWOOD PLACE
ELMONT, NY 11003

WILLIAM ADAMS
11732 REVA DR.
GARDEN GROVE, CA 92840


WILLIAM P DALY III
907 LAKEWOOD CT S
MAPLEWOOD, MN 55119


WILLIAM T MALLEY
3 NELSON ROAD
ROCKLAND, MA 02370


WMW PARTNERS INC DBA
METAPYXL
1720 DEKALB AVE
BROOKLYN, NY 11237


WOFO LTD
155 PRINCES STREET
DUNEDIN, NEW ZEALAND 9013


YATINKUMAR DODIA
1539 STREAMS WAY
ALLEN, TX 75002


YEMI TAIWO
2931 ARBOR LANE
AURORA, IL 60502


YESHAYA A KOBLICK
11 GARDEN STREET
SHARON, MA 02067

YINDJIN GENGGAM BERSAMA
KOTA KASABLANCA OFFICE
88 TEBET, JAKARTA, SELATAN,
INDONESIA


YORK GIN USA, INC
779 OAK LANE
SONOMA, CA 95476


ZABEL M. MIRACLE AND
MICHEAL J MIRACLE
14 CHARDONNAY DRIVE
HOLMDEL, NJ 07733


ZACHARY FUCHS
41 GLENBROOK RD.
MONSEY, NY 10952


ZACHARY POTVIN
1016 ENCHANTMENT RD.
RAPID CITY, SD 57701


ZEV STAMPFER
302 W 35TH STREET
AUSTIN, TX 78705

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **ASTRALABS Inc**                                          CASE NO 23-10164

                                                                 CHAPTER **7**


**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____07/27/2023_____      Signature _____/s/ Nihar Patel_____
                                                                 Nihar Patel, Debtor Representative