

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: July 28, 2023**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| ASTRALABS, INC. | § § | Case No. 23-10164-SMR |
| Debtor | § § § | |

**ORDER GRANTING OBJECTION TO CLAIM OF LACEY HUNTER (Claim No. 167)**

CAME ON TO BE CONSIDERED the Objection to Claim No. 167 of Lacey Hunter filed by Thomas Dolezal, et al. The Court finds that such objection should be GRANTED.

1.  IT IS THEREFORE ORDERED that Claim 167 filed by Lacey Hunter is hereby DENIED.

2.  The Clerk shall serve notice of this Order on:

Lacey Hunter
TechAid
645 Meadow Drive SE
North Bend, WA 98045

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731

