

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: July 31, 2023**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| ASTRALABS, INC. | § § | Case No. 23-10164-SMR |
| Debtor | § § § | |

**ORDER GRANTING FIRST OMNIBUS OBJECTION TO CLAIMS (INTERESTS)**

CAME ON TO BE CONSIDERED the First Omnibus Objection to Claims (Interests) filed by Thomas Dolezal, et al. The court finds that such objection should be GRANTED.

IT IS THEREFORE ORDERED that the claims listed on Exhibit A be denied.

IT IS FURTHER ORDERED that the Clerk shall send notice to the claimants at the following addresses:

Graham Brown
1113 N Oaks Lane
North Little Rock, AR 72118

Kyle Croft
3812 Wadford St
Unit A
Austin, TX 78704

Paul Curbo
3702 Crestline Road
Fort Worth, TX 76107

DKMC, Inc.
1435 Yellowheart Way
Hollywood, FL 33019

Dysleximedia Llc
414 Nassau Parkway
Oceanside, NY 11572

Carmeanna Eberly
828 E 47th Place
Chicago, IL 60615

Samuel Egwu
no 45 anite street okota isolo
Lagos, LA 10000-1

Bryan Finks
4011 Briones Street
Austin, TX 78723

Michael J Frank
15 Oval Road
Millburn, NJ 07041-1409

Michael Gallup
84 S Shimmering Aspen Cir
Spring, TX 77389-4964

Trent Gifford dba: LGCC, llc.
7545 Valley Point Trail
Lake Shore, MN 56468



2

Angel Johnson
2220 Leesborough Drive
Silver Spring, MD 20902

Darlene Murphy
1000 Solano Drive
Austin, TX 78750

TARUNKUMAR PATEL
10 DILLION CT
EXTON, PA 19341

George Andrew Simons
15b Acacia Lane
Cambridge Road
Sandys., Bermuda., MA 02

Cesar Antonio Valencia
14888 SW 104 Street, Unit 17
Miami, FL 33196



| EXHIBIT A | | |
|---|---|---|
| Name | Claim Number | Amount Claimed |
| Brown, Graham | 399 | $32,000.00 |
| Croft, Kyle | 398 | $753,440.65 |
| Curbo, Paul | 227 | $2,000.00 |
| DKMC, Inc. | 292 | $20,000.00 |
| Dysleximedia,LLC | 270 | $1,090.00 |
| Egwu, Samuel | 216 | $17,500.00 |
| Eberly, Carmeana | 185 | $7,612.00 |
| Finks, Bryan | 393 | $1,427,971.16 |
| Frank, Michael J. | 392 | $29,693.59 |
| Frank, Michael J. | 396 | $1,370.47 |
| Gallop, Michael | 342 | $14,000.00 |
| Gifford, Trent | 236 | $15,220.00 |
| Johnson, Angel | 247 | $1,000.00 |
| Murphy, Darlene | 400 | $304,000.00 |
| Patel, Tarunkumar | 329 | $40,853.00 |
| Simons, George Andrew | 82 | $4,200.00 |
| Valencia, Cesar Antonio | 264 | $1,750.00 |
| | | |
| | | |
| | | |

MOOT