

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: July 31, 2023**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER SUSTAINING TRUSTEE'S LIMITED OMNIBUS
OBJECTION TO CLAIMS OF APEX FUNDING SOURCE, LLC
AND IRUKA CAPITAL GROUP, LLC FOR PURPOSES OF DISPUTING
ELIGIBILITY TO VOTE IN TRUSTEE ELECTION PURSUANT TO 11 U.S.C. § 702**

Proofs of Claim Nos. 164 and 165

Upon the *Limited Omnibus Objection to Claims of Apex Funding Source, LLC and Iruka Capital Group, LLC for Purposes of Disputing Eligibility to Vote in Trustee Election Pursuant to 11 U.S.C. § 702* (the "Limited Objection")[1] filed by Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor") and its bankruptcy estate established under the

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Limited Objection.

above-captioned chapter 7 case ("Bankruptcy Case") for entry of an order finding that Apex Funding Source, LLC and Iruka Capital Group, LLC are not eligible to vote in any trustee election held pursuant to 11 U.S.C. § 702(a) in this case, as more fully set forth in the Limited Objection; and after due deliberation and consideration of the record before it, and for the reasons set forth in the objection, it is HEREBY ORDERED THAT:

1. The Limited Objection is sustained as set forth herein.

2. With respect to any potential trustee election held pursuant to 11 U.S.C. § 702 in this case, neither Apex Funding Source, LLC nor Iruka Capital Group, LLC are eligible to request same or vote their claims, including but not limited to the respective claims listed on the Debtor's schedules and their respective filed proofs of claim.

3. Entry of this Order is without prejudice to the Trustee's right to assert further objections to the claims asserted by Apex Funding Source, LLC and Iruka Capital Group, LLC, on any grounds whatsoever, at a later date.

# # #



---

**ORDER SUSTAINING TRUSTEE'S OMNIBUS LIMITED OBJECTION TO CLAIMS FOR
PURPOSES OF DISPUTING ELIGIBILITY TO VOTE IN TRUSTEE ELECTION** Page 2

<u>Order respectfully submitted by:</u>
Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149

