

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: July 31, 2023**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM OF SHAILA PATEL**
Proof of Claim No. 166

Upon the *Objection to Claim of Shaila Patel* (the "Objection")[1] filed by Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor") and its bankruptcy Estate established under the above-captioned chapter 7 case ("Bankruptcy Case") for entry of an order disallowing and expunging proof of claim number 166 filed by Shaila Patel, including but not limited to for purposes of finding that Shaila Patel is not eligible to request nor vote in any trustee election held pursuant to 11 U.S.C. § 702(a) in this case, as more fully set forth

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection.

in the Objection; and after due deliberation and consideration of the record before it, and for the reasons set forth in the Objection, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The Patel Claim is entirely and finally DISALLOWED for all purposes, but without prejudice to any right Ms. Patel may have to assert equity interests in this case, and as to which the Trustee's and Estate's rights are fully reserved.

3. With respect to any potential trustee election held pursuant to 11 U.S.C. § 702 in this case, Shaila Patel is not eligible to request same or vote her claim, including but not limited to the claim listed on the Debtor's amended Schedules and her respective filed proof of claim.

4. Entry of this Order is without prejudice to the Trustee's right to assert further objections to any other claims or interests asserted by Shaila Patel, on any grounds whatsoever, at a later date.

### # # #



---

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM**  Page 2

Order respectfully submitted by:
Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149

