# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

Bankruptcy Case No.: 23−10164−smr
Chapter No.: 7
Judge: Shad Robinson

IN RE: **ASTRALABS Inc**, Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*208* – Amended Petition filed – Amendment(s): Updated Debtor Representative And Statistical Information filed by Robert Chamless Lane for Debtor ASTRALABS Inc. −Declaration for Electronic Filing due by 08/3/2023 (Lane, Robert).

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **August 21, 2023**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 8/7/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]