## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| ASTRALABS, INC. <br> Debtor | § § § § § | Case No. 23-10164-SMR |

## RESPONSE TO MOTION FOR STATUS CONFERENCE

COME NOW Thomas Dolezal, Matthew Kelly, Hasan Ugur Koyluoglu and Casey Melcher and file this Response to Motion for Status Conference and would show as follows:

1. The Trustee has filed a Motion for Status Conference.

2. A status conference can be a beneficial device for managing a case.

3. However, the Trustee is misusing the status conference procedure to retaliate against creditors who sought to elect a trustee. The Trustee's selective recitation of facts omits the fact that Trustee's counsel, Jay Ong, objected to the claim of every creditor who sought to elect a trustee.

4. The proper procedure is to wait for the U.S. Trustee to file his report of disputed election and then for the moving creditors to seek confirmation of the election. At that time the court can determine the merits of the trustee election.

Respectfully submitted,

BARRON & NEWBURGER PC
7320 N. MoPac Expressway, Ste. 400
Austin, Texas 78731
Telephone: (512) 649-3243

By /s/ Stephen Sather
  Stephen Sather
  State Bar No 17657520
  ATTORNEY FOR OBJECTING PARTIES

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by electronic mail transmission or first class mail to the following parties by on August 8, 2023:

Cleveland R Burke
Holland & Knight
100 Congress Avenue
Ste 1800
Austin, TX 78701
cleveland.burke@hklaw.com
representing    Capitol Vending and Coffee Company

Lisa C. Fancher
Fritz Byrne, PLLC
221 W 6th St
Ste 960
Austin, TX 78701
lfancher@fritzbyrne.law
representing    3423 Holdings

Shanna M Kaminski
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240
skaminski@kaminskilawpllc.com
representing    Apex Funding Source, LLC

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036
chip.lane@lanelaw.com
representing    ASTRALABS Inc

Ryan Lott
The Lott Firm, PLLC
501 Congress Avenue, Suite 150
Austin, TX 78701
512-809-6951
thelottfirm@gmail.com
representing   Athletes to Athletes, Inc.

Paul David Moak
Reed Smith
1221 McKinney Street
Suite 2100
Houston, TX 77010
pmoak@reedsmith.com
representing   AFCO Credit Corporation

Jay Ong
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street
Suite 250
Austin, TX 78703
jong@munsch.com
representing   Randolph N Osherow

Randolph Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
(Trustee)

Ron Satija
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757
rsatija@haywardfirm.com
representing   Andrew Ryan

John Mark Stern
Texas Attorney General's Office
P. O. Box 12548
Austin, TX 78711-2548
bk-jstern@oag.texas.gov
Texas Comptroller of Public Accounts, Revenue Accounting Division

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209
eric@ericterrylaw.com
representing    Eric Terry

Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701
shane.p.tobin@usdoj.gov
representing    United States Trustee - AU12

                                              /s/Stephen W. Sather
                                              Stephen W. Sather