IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

FILED
AUG 08 2023
U.S. BANKRUPTCY COURT
BY_____DEPUTY

## NOTICE OF FILING OF E-MAIL MATRIX UNDER SEAL

**PLEASE TAKE NOTICE THAT**, pursuant to the *Second Interim Order (A) Granting Trustee's Motion to (I) Authorize Service on Certain Parties by E-mail, and (II) Approve the Form of E-Mail Notice, and (B) Authorizing Filing Under Seal* [Docket No. 188], Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor") under the above-captioned chapter 7 bankruptcy case (the "Bankruptcy Case"), hereby files—under seal with the Clerk of the Court—a list of all known creditors, equity interest holders, issuers of warrants, customers, executory contract and lease counterparties, and other parties-in-interest using the Trustee's most recent existing records of such parties' e-mail addresses obtained from the Debtor (the "Sealed Matrix").

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to access a copy of the Sealed Matrix may do so solely for the purpose of providing notice and service of any filings made in this particular case by such party and may not request nor attempt to use the Sealed Matrix for any other purpose. Such requests to receive a copy of the Sealed Matrix may be made to the Trustee, in writing, via his undersigned counsel of record, *provided, however*, that all such requests are expressly conditioned on the requesting party signing a Protective Order or

1

another written acknowledgement in form reasonably acceptable to the Trustee affirming the requesting party's obligation to comply with the Protective Order.

Dated: August 8, 2023

Respectfully submitted,

By: /s/ Thanhan Nguyen
    Jay H. Ong
    Texas Bar No. 24028756
    Thanhan Nguyen
    Texas Bar No. 24118479
    MUNSCH HARDT KOPF & HARR, P.C.
    1717 West 6th Street, Suite 250
    Austin, Texas 78703
    Telephone: (512) 391-6100
    Facsimile: (512) 391-6149
    Email:    jong@munsch.com
                anguyen@munsch.com

**Counsel for Randolph N. Osherow,
Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2023, pursuant to the *Second Interim Order (A) Granting Trustee's Motion to (I) Authorize Service on Certain Parties by E-mail, and (II) Approve the Form of E-Mail Notice, and (B) Authorizing Filing Under Seal* [Docket No. 188] and Bankruptcy Local Rule 9018(a)(2), he personally caused a true and correct copy of this document—together with the Sealed Matrix—to be presented to the Clerk in an envelope, with the initials or signature of the submitting attorney written across the edge of the closure, and transparent tape placed on top of the mark for security.

                                                  /s/ Thanhan Nguyen
                                                  Thanhan Nguyen