IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| ASTRALABS, INC. | § § | Case No. 23-10164-SMR |
| Debtor | § § | |

**ANDREW RYAN'S PRELIMINARY RESPONSE TO TRUSTEE'S MOTION FOR STATUS CONFERENCE**

TO THE HONORABLE SHAD M. ROBINSON, U.S. BANKRUPTCY JUDGE:

1. The Trustee election of July 28, 2023, was conducted with the utmost rigor and integrity by the U.S. Trustee's office. After the election, U.S.T. counsel, Mr. Tobin, announced that per procedure, he would submit a disputed election report to the court, which the parties could then respond to. The Trustee's motion appears to be an attempt to improperly influence the court's reception of that report.

2. The Trustee admits that he has no grounds for expedited consideration (¶ 40), but there are also no grounds for status hearing. If the Trustee wishes to dispute the election, he should do after the election report is issued. As admitted in the motion, the U.S. Trustee is already investigating allegations surrounding the election (¶ 3). Further, the hearing is requested to discuss "(a) the Trustee's contemplated motion for show cause order and sanctions; (b) related discovery, scheduling, and coordination with other pending matters." (¶ 8). There is nothing stopping the Trustee from filing any motion on proper time to allow for full discovery and response and requesting a status hearing afterwards to schedule discovery.

3. A status hearing serves no purpose at this time except giving the Trustee's counsel a platform to prejudice the Court regarding the election and his allegations against the creditors.

Any such allegations should be addressed, as the Trustee himself indicates, in a motion or other vehicle with proper due-process protections rather than at a status hearing. Further, any hearing held in this matter should be held in the ordinary course, after submission of the U.S. Trustee's election report and after the deadline to respond thereto, rather than on an expedited basis. As the Trustee admits, there are no grounds to expedite.

4. Mr. Ryan reserves his right to contest each and every allegation made in the motion.

WHEREFORE, Andrew Ryan, prays that the Court deny the Motion without prejudice or set the hearing far enough in the future that the parties can receive and respond to the U.S. Trustee's report.

Dated: August 9, 2023

Respectfully submitted,

*/s/ Ron Satija*
Ron Satija
State Bar No. 24039158
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7102
rsatija@haywardfirm.com

***Counsel for Andrew Ryan, Creditor in the Bankruptcy Estate of ASTRALABS, INC.***

**CERTIFICATE OF SERVICE**

The signature above certifies that a true and correct copy of the foregoing document has been served by CM/ECF or by first class, U.S. mail, postage prepaid within one business day of August 9, 2023, on the following:

ASTRALABS, INC.
979 Springdale Road, Suite #123
Austin, Texas 78723

Randolph Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212

The Lane Law Firm, PLLC
Robert Chamless Lane
6200 Savoy Dr, Suite 1150

Jay Ong
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street
Suite 250

| | |
|---|---|
| Houston, Texas 77036 | Austin, TX 78703 |

United States Trustee – AU12  
Attn: Shane P. Tobin  
903 San Jacinto Blvd., Room 230  
Austin, Texas 78701