IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S
APPLICATION TO EMPLOY GAMMA CONSULTING, LLC TO
PROVIDE TRANSITION CONSULTING SERVICES TO AND FOR THE ESTATE**

TO THE HONORABLE SHAD M. ROBINSON, U.S. BANKRUPTCY JUDGE:

Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee for and on behalf of ASTRALABS, Inc. under the above-captioned bankruptcy case, hereby withdraws his *Application to Employ Gamma Consulting, LLC to Provide Transition Consulting Services to and for the Estate* [Docket No. 159] (the "Application"), with the consent of the sole objecting parties. The hearing on the Application, set for August 15, 2023, is cancelled.

Dated: August 9, 2023

Respectfully submitted,

By: */s/ Thanhan Nguyen*
Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email:   jong@munsch.com
         anguyen@munsch.com

**Counsel for Randolph N. Osherow,
Chapter 7 Trustee**

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 9th day of August 2023, he personally caused true and correct copies of the foregoing pleading to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system:

Cleveland R Burke on behalf of Creditor Capitol Vending and Coffee Company
cleveland.burke@hklaw.com; tammy.greenblum@hklaw.com; annmarie.jezisek@hklaw.com

Lisa C. Fancher on behalf of Creditor 3423 Holdings
lfancher@fritzbyrne.law

Shanna M Kaminski on behalf of Interested Party Apex Funding Source, LLC
skaminski@kaminskilawpllc.com

Robert Chamless Lane on behalf of Debtor ASTRALABS Inc
chip.lane@lanelaw.com; thelanelawfirm@jubileebk.net; notifications@lanelaw.com

Ryan Lott on behalf of Creditor Athletes to Athletes, Inc.
thelottfirm@gmail.com

Paul David Moak on behalf of Creditor AFCO Credit Corporation
pmoak@reedsmith.com; ajohns@mckoolsmith.com; jcharles@mckoolsmith.com

Daniela Mondragon on behalf of Creditor AFCO Credit Corporation
dmondragon@reedsmith.com

Thanhan Nguyen on behalf of Trustee Randolph N Osherow
anguyen@munsch.com

Jay Ong on behalf of Trustee Randolph N Osherow
jong@munsch.com; amays@munsch.com; jay-ong-4326@ecf.pacerpro.com

Randolph N Osherow
rosherow@hotmail.com; rosherow@ecf.axosfs.com

Stephen W. Sather on behalf of Creditors Casey Melcher, Hasan Ugur Koyluoglu, Matthew Kelly, and Thomas Dolezal
ssather@bn-lawyers.com; phammer@bn-lawyers.com; cmurnane@bn-lawyers.com; plevine@bn-lawyers.com; rblack@bn-lawyers.com; cchristensen@bn-lawyers.com; BarronNewburgerPCAustin@jubileebk.net; padair@bn-lawyers.com

Ron Satija on behalf of Creditor Andrew Ryan
rsatija@haywardfirm.com; SVillarreal@haywardfirm.com; atty_rsatija@bluestylus.com

Gregory Raymond Siemankowski on behalf of multiple creditor parties
gsiemankowski@bn-lawyers.com; rblack@bn-lawyers.com; plevine@bn-lawyers.com; cchristensen@bn-lawyers.com

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jstern@oag.texas.gov; sherri.simpson@oag.texas.gov

Eric Terry on behalf of Trustee Eric Terry
eric@ericterrylaw.com; ebterry@ecf.axosfs.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov; Carolyn.Feinstein@usdoj.gov; gary.wright3@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

By: */s/ Thanhan Nguyen*
Thanhan Nguyen, Esq.