IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-10164-smr |
| **ASTRALABS, INC.,** § | |
| § | Chapter 7 |
| Debtor. § | |

NOTICE OF FINAL HEARING TO CONSIDER
MOTION TO (I) AUTHORIZE SERVICE ON CERTAIN PARTIES
BY E-MAIL AND (II) APPROVE THE FORM OF E-MAIL NOTICE
[Relates to Docket No. 155]

**TO ALL PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:**

A final hearing (the "Hearing") has been scheduled to take place on **August 30, 2023 at 10:00 a.m. (prevailing Central Time)** to consider *Trustee's (Expedited) Motion to (I) Authorize Service on Certain Parties by E-mail and (II) Approve the Form of E-Mail Notice* [Docket No. 155] (the "Motion to Authorize E-Mail Notice"). The Hearing is scheduled to proceed **in-person** in the court room of Judge Shad M. Robinson at the U.S. Bankruptcy Courthouse located at Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Third Floor, Courtroom 1, Austin, Texas 78701.

1

Dated: August 9, 2023

Respectfully submitted,

By: /s/ Thanhan Nguyen
Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: jong@munsch.com
anguyen@munsch.com

**Counsel for Randolph N. Osherow, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

As expressly authorized by the Court and by his signature below, the undersigned hereby certifies that he personally caused to be served a true and correct copy of this document on the 9th day of August 2023, via e-mail transmission upon the parties listed at Official Docket No. 244.

The undersigned hereby further certifies that, on the 9th day of August 2023, he personally caused true and correct copies of the foregoing pleading to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system:

Cleveland R Burke on behalf of Creditor Capitol Vending and Coffee Company
cleveland.burke@hklaw.com; tammy.greenblum@hklaw.com; annmarie.jezisek@hklaw.com

Lisa C. Fancher on behalf of Creditor 3423 Holdings
lfancher@fritzbyrne.law

Shanna M Kaminski on behalf of Interested Party Apex Funding Source, LLC
skaminski@kaminskilawpllc.com

Robert Chamless Lane on behalf of Debtor ASTRALABS Inc
chip.lane@lanelaw.com; thelanelawfirm@jubileebk.net; notifications@lanelaw.com

Ryan Lott on behalf of Creditor Athletes to Athletes, Inc.
thelottfirm@gmail.com

Paul David Moak on behalf of Creditor AFCO Credit Corporation
pmoak@reedsmith.com; ajohns@mckoolsmith.com; jcharles@mckoolsmith.com

Daniela Mondragon on behalf of Creditor AFCO Credit Corporation
dmondragon@reedsmith.com

Thanhan Nguyen on behalf of Trustee Randolph N Osherow
anguyen@munsch.com

Jay Ong on behalf of Trustee Randolph N Osherow
jong@munsch.com; amays@munsch.com; jay-ong-4326@ecf.pacerpro.com

Randolph N Osherow
rosherow@hotmail.com; rosherow@ecf.axosfs.com

Stephen W. Sather on behalf of Creditors Casey Melcher, Hasan Ugur Koyluoglu, Matthew Kelly, and Thomas Dolezal
ssather@bn-lawyers.com; phammer@bn-lawyers.com; cmurnane@bn-lawyers.com; plevine@bn-lawyers.com; rblack@bn-lawyers.com; cchristensen@bn-lawyers.com; BarronNewburgerPCAustin@jubileebk.net; padair@bn-lawyers.com

Ron Satija on behalf of Creditor Andrew Ryan
rsatija@haywardfirm.com; SVillarreal@haywardfirm.com; atty_rsatija@bluestylus.com

Gregory Raymond Siemankowski on behalf of multiple creditor parties
gsiemankowski@bn-lawyers.com; rblack@bn-lawyers.com; plevine@bn-lawyers.com; cchristensen@bn-lawyers.com

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jstern@oag.texas.gov; sherri.simpson@oag.texas.gov

Eric Terry on behalf of Trustee Eric Terry
eric@ericterrylaw.com; ebterry@ecf.axosfs.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov; Carolyn.Feinstein@usdoj.gov; gary.wright3@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

By: */s/ Thanhan Nguyen*
Thanhan Nguyen, Esq.

3