

**IT IS HEREBY ADJUDGED and DECREED that the below described is WITHDRAWN.**

**Dated: August 10, 2023**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER APPROVING TRUSTEE'S APPLICATION
TO EMPLOY GAMMA CONSULTING, LLC TO PROVIDE
TRANSITION CONSULTING SERVICES TO AND FOR THE ESTATE**

CAME ON FOR CONSIDERATION the *Trustee's Application to Employ Gamma Consulting, LLC to Provide Transition Consulting Services to and for the Estate* (the "Application") filed by Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor").[1] After having considered the Application, the Declaration of Kerstin Hadzik in support of the Application, and the record before it, and including for the reasons stated in the Application and by the Court on the record, the Court finds and determines that: (i) notice and

---

[1] Capitalized terms used herein, not otherwise defined, shall be given the meaning ascribed in the Application.

1

service of the Application was adequate and sufficient under the particular circumstances; (ii) the proposed employment of Gamma Consulting, LLC ("Gamma") to provide transition consulting services to the Trustee and through his bankruptcy counsel, is appropriate and in the best interests of the Debtor's Estate; (iii) Gamma and its principals and professionals do not represent or hold any interest adverse to the Debtor's Estate such that Gamma would be disqualified from representing the Trustee in this bankruptcy case, and (iv) Gamma and each of its principals and professionals is a "disinterested person" as such term is defined under 11 U.S.C. § 101(14). Accordingly, the Court finds and concludes that the Application should be approved. Therefore, pursuant to 11 U.S.C. § 327(a), it is hereby

**ORDERED** that the Application is **APPROVED**. It is further

**ORDERED** that the Trustee is authorized to retain and employ Gamma, as of May 13, 2023, to perform the services more particularly set forth in the Application and pursuant to the Engagement Agreement attached to the Declaration. It is further

**ORDERED** that Gamma shall be compensated by the Estate for services rendered and for expenses incurred, subject to the Court's interim and final approval and in accordance with the provisions of sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the U.S. Trustee Guidelines, and such other procedures as may be fixed by order of this Court, provided however that, in submitting its contemporaneous time entries in support of any interim and/or final application, Gamma's timekeepers need only provide the extent of detail comprised of project billing / service area descriptions calculated to the nearest 1/10 of an hour. It is further

**ORDERED** that this Court shall retain jurisdiction over any and all issues arising from or relating to the implementation and interpretation of this Order.

# # #

Order respectfully submitted by:

Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149

