**Hearing shall be held on 8/30/2023 at 10:00 AM in Austin Courtroom 1. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 10, 2023**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

### ORDER GRANTING TRUSTEE'S MOTION FOR STATUS CONFERENCE

On this date, the Court considered the *Trustee's Motion for Status Conference* (the "Motion"). The Court finds that the Motion complies with Title 11 of the United States Code, §§ 101 *et seq.*, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Western District of Texas, that notice thereof is adequate under the particular circumstances, and that the Motion demonstrates that sufficient cause exists for scheduling a status conference in this Bankrutpcy Case. It is therefore:

1. **ORDERED** that the Motion is GRANTED; it is further

2. **ORDERED** that a status conference shall be held before the Court on the date and time set forth above, on the face of this Order. It is further,

3. **ORDERED** that the movant, through its counsel of record, shall be responsible to provide notice of this hearing.

# # #

<u>Order respectfully submitted by</u>:
Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149

*Counsel For Randolph N. Osherow,*
*Chapter 7 Trustee*