# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−10164−smr

Chapter No.: 7

Judge: Shad Robinson

IN RE: **ASTRALABS Inc** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **8/30/23 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 207 Application to Employ PEAK Technology Partners, LLC as Investment Banker to the Trustee and Estate (21 Day Objection Language) filed by Jay Ong for Trustee Randolph N Osherow ) Hearing Scheduled For 8/30/2023 at 10:00 AM at Austin Courtroom 1 ...Prior court approval through CM/ECF is required to appear by WebEx or by phone for this hearing. ... Five calendar days before the hearing, exhibits MUST be: (1) mailed to U.S. Bankruptcy Court, Attn: Jennifer Lopez, Homer Thornberry Judicial Bldg., 903 San Jacinto, Suite 322, Austin, TX 78701 and (2) emailed to Sarah Wood at sarah_wood@txwb.uscourts.gov and Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov....You MUST also email Jennifer Lopez and Sarah Wood and request a special setting if your time estimate for both sides exceeds 30 minutes. (Lopez, Jennifer)

Dated: 8/24/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]