## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-10164-smr** |
| **ASTRALABS, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

## TRUSTEE'S WITNESS AND EXHIBIT LIST FOR
## AUGUST 30, 2023 HEARING AND STATUS CONFERENCE

TO THE HONORABLE SHAD M. ROBINSON, U.S. BANKRUPTCY JUDGE, AND TO ALL PARTIES:

Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor"), hereby submits this Witness and Exhibit List in connection with the hearing and status conference to be held on August 30, 2023, at 10:00 a.m. (prevailing Central Time) (the "Hearing"), to consider:

(a) on a final basis, following the entry of prior, interim orders, *Trustee's (Expedited) Motion to (I) Authorize Service on Certain Parties by E-mail and (II) Approve the Form of E-Mail Notice* [Docket No. 155];

(b) *Trustee's Application to Employ PEAK Technology Partners, LLC as Investment Banker to the Trustee and Estate* [Docket No. 207];

(c) a Status Hearing regarding *Trustee's Motion for Status Conference* [Docket No. 242]; and

(d) any other matters taken up by the Court at the Hearing.

## WITNESSES

The Trustee reserves all rights to call any or all of the following as witnesses at the Hearing, including but not limited to by affidavit, declaration, or proffer.

1.	Randolph N. Osherow, in his capacity as the Trustee;

2.	Chad Harding, Managing Partner, PEAK Technology Partners, LLC;

3.      Andrew Ryan;

4.      Ron Satija;

5.      CFT Clear Finance Technology Corporation;

6.      any witness called or designated by any other party; and

7.      any rebuttal witnesses, as appropriate.

## **EXHIBITS**

The Trustee reserves all rights to introduce and/or request judicial notice of any or all of the following Exhibits as evidence at the Hearing, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto and thereof:

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|-----|-------------|--------|---------|--------|-------|
| A. | Debtor's Schedules [Docket No. 36] | | | | |
| B. | Debtor's Conversion Schedules [Docket No. 209] | | | | |
| C. | Transcript of Hearing Held July 17, 2023 | | | | |
| D. | E-mails Among R. Satija, J. Ong, S. Tobin (August 22–23, 2023) | | | | |
| E. | Declaration of Chad Harding [Docket No. 207-1]<br>• *Proposed* Engagement Agreement | | | | |
| F. | E-mail from J. Ong to C. Curran (July 25, 2023) | | | | |
| G. | E-mails Among V. Kamath, J. Ong, J. Luft, C. Curran (July 14–17, 2023) | | | | |
| H. | CFT Clear Finance Technology's Business Records Affidavit (P. Youngman-Jang), Authenticating Clearco 0001-11110 | | | | |
| I. | Declaration of Casey Melcher (July 26, 2023) | | | | |

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| J. | United States Trustee's Report of a Disputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003, with Exhibit "2" [Docket Nos. 265, 265-2][1] | | | | |
| K. | E-mail from S. Sather to J. Ong re: Motion for Sanctions (August 14, 2023) | | | | |
| L. | E-mail from S. Tobin to J. Ong, A. Nguyen (July 24, 2023) | | | | |
| M. | Trustee's Limited Objection to Apex, Iruka Claims [Docket No. 216] | | | | |
| N. | Trustee's Objection to Shaila Patel Claim [Docket No. 217] | | | | |
| O. | E-mail from R. Dellenbach to J. Ong, A. Nguyen. R. Osherow, Z. Dark and J. Zink re: Debtor's equity holder and account records (August 18, 2023) | | | | |
| P. | Creditor Votes and Equity Interests (demonstrative) | | | | |
| Q. | E-mails Between J. Ong and S. Kaminski re: Discovery Requests (August 16–23, 2023) | | | | |
| R. | Any and all Motions, Notices, pleadings, and other docket items filed of record in the Bankruptcy Case | | | | |
| S. | Any and all exhibits designated by any other party | | | | |
| T. | Any and all other exhibits as may be appropriate for rebuttal or impeachment purposes | | | | |

---

[1]  Remaining exhibits omitted solely for convenience (due to volume).

Dated: August 25, 2023          Respectfully submitted,

By: */s/ Jay H. Ong*
    Jay H. Ong
    Texas Bar No. 24028756
    Thanhan Nguyen
    Texas Bar No. 24118479
    MUNSCH HARDT KOPF & HARR, P.C.
    1717 West 6th Street, Suite 250
    Austin, Texas 78703
    Telephone: (512) 391-6100
    Facsimile: (512) 391-6149
    Email:     jong@munsch.com
               anguyen@munsch.com

**Counsel For Randolph N. Osherow, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 25th day of August 2023, he personally caused true and correct copies of the foregoing document to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system. A true and correct copy of the document, together with the listed exhibits, was also served via electronic mail on the following parties:

Robert Chamless Lane on behalf of Debtor ASTRALABS Inc
chip.lane@lanelaw.com

Stephen W. Sather on behalf of Thomas Dolezal, Matthew Kelly, Casey Melcher, Hasan Ugur Koyluoglu
ssather@bn-lawyers.com

Ron Satija on behalf of Andrew Ryan
rsatija@haywardfirm.com

Lisa C. Fancher on behalf of Creditor 3423 Holdings
lfancher@fritzbyrne.law

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov

By: */s/ Thanhan Nguyen*
    Thanhan Nguyen, Esq.