

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: September 06, 2023**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| ASTRALABS, INC. | § § | Case No. 23-10164-SMR |
| Debtor | § § | |

**ORDER ON ANDREW RYAN'S OMNIBUS CLAIM OBJECTION**

Before the Court to be considered is *Andrew Ryan's Omnibus Claims Objection*, in the, and it appearing to the Court that said objection should be granted, it is therefore hereby

ORDERED that that the claims listed on Exhibit A be denied.

IT IS FURTHER ORDERED that a copy of this order will be served by the clerk's office upon the claimants:

| | |
|---|---|
| Keagan Wernicke | Michael J Frank |
| 6016 Price Dr | 15 Oval Road |
| North Richland Hills, TX 76180 | Millburn, NJ 07041−1409 |

| | |
|---|---|
| Kyle Croyle<br>3812 Wadford St, Unit A<br>Austin, TX 78704 | Maria Sofia Roque Rosales<br>5200 King Charles Dr<br>Austin, TX 78724 |
| Graham Brown<br>1113 N Oaks Lane<br>North Little Rock, AR 72118 | Colin Rains<br>9207 Grant Forest Dr.<br>Austin, TX 78744 |
| Darlene Murphy<br>1000 Solano Drive<br>Austin, TX 78750 | Joshua Lawton-Belsou<br>9912 Charthouse Cove<br>Austin, TX 78730 |
| Trey Griffin<br>224 Shirley Drive<br>Buda, TX 78610 | Andrew Maniaci<br>3905 Black Granite Drive<br>Austin, TX 78744 |
| Fernando Moreno Cortina<br>2401 Aldrich St Apt 367<br>Austin, TX 78723 | Tarunkumar Patel<br>10 Dillion Ct<br>Exton, PA 19341 |

### END OF ORDER ###

**Order prepared by:**

Ron Satija
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7102
rsatija@haywardfirm.com

*Counsel for Andrew Ryan, Creditor in the Bankruptcy Estate of ASTRALABS, INC.*

EXHIBIT A

| Claimant | Claim# | Amount | Reason for Objection |
|---|---|---|---|
| Tarunkumar Patel | 329 | $40,853.00 | Equity Interest Claim |
| Michael J Frank | 392 | $29,693 | Employee Stock Grant |
| Kyle Croyle | 398 | $753,440 | Employee Stock Grant |
| Graham Brown | 399 | $32,000 | Employee Stock Grant |
| Darlene Murphy | 400 | $304,000 | Employee Stock Grant |
| Trey Griffin | 403 | $53,163 | Employee Stock Grant |
| Fernando Moreno Cortina | 406 | $1,391,099 | Employee Stock Grant |
| Fernando Moreno Cortina | 407 | $131,472 | Employee Stock Grant |
| Maria Sofia Roque Rosales | 411 | $684,900 | Employee Stock Grant |
| Colin Rains | 415 | $33,052 | Employee Stock Grant |
| Joshua Lawton-Belsou | 417 | $2,587,264 | Employee Stock Grant |
| Andrew Maniaci | 418 | $2,587,264 | Employee Stock Grant |
| Keagan Wernicke | 419 | $3,337,821 | Employee Stock Grant |

