

United States of Bankruptcy Clerk
Western District of Texas
903 San Jacinto Blvd., Suite 322
Austin, TX 78701
TEXAS

FILED

SEP 05 2023

U.S. BANKRUPTCY COURT
BY_____DEPUTY

Zurich, 15th August 2023

**Assertion of Claim Number 23-10164-smr and Payment Request**
**ASTRALABS, INC**

Dear Ladies and Gentleman,

I hope this letter finds you well.
I am writing in response to recent developments regarding my claim numbered 23-10164 in the bankruptcy case of ASTRALABS, INC. I want to firmly express my disagreement with any suggestion that my claim should be disallowed, eliminated, reduced, or modified.

My claim, filed under number 23-10164, represents an amount of $7,985 USD owed to me by ASTRALABS, INC I have a legitimate and well-documented basis for this claim, and I strongly assert my rights to the full amount owed.

Furthermore, I want to make it clear that I insist on the prompt payment of the aforementioned sum. As stipulated in my claim, I kindly request that the sum of $7,985 USD be disbursed to my designated bank account at
PIPRA AG
Bank: Raiffeisen Bank Tängerwilen
IBAN: CH51 8080 8006 0600 8010 3
BIC: RAIFCH22XXX, Clearing-Nr.: 80808

I kindly request that you review my claim diligently and take the necessary steps to ensure that my claim is not disallowed, eliminated, reduced, or modified unjustly. Your prompt attention to this matter and adherence to the terms of my claim will be greatly appreciated.

Please provide me with written confirmation of the actions being taken to address my claim and initiate the payment process to the designated bank account mentioned above. If any additional information or documentation is required from my end to expedite this process, please do not hesitate to inform me.

Sincerely,

John Klepper, CEO PIPRA AG
Attached: Claim Number: 23-10164

| Fill in this information to identify the case: |
|---|
| Debtor 1  ASTRALABS Inc |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court  Western District of Texas |
| Case number: 23-10164 |

FILED
U.S. Bankruptcy Court
Western District of Texas

7/12/2023

Barry D. Knight, Clerk

## Official Form 410
## Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

PIPRA AG

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

PIPRA AG
Name

c/o Bluelion Josefstrasse 219
8005 Zurich
Switzerland

Contact phone _____0786212777_____

Contact email _____john@pipra.ch_____

Where should payments to the creditor be sent? (if different)

Name

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                      Proof of Claim                      page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| 7. How much is the claim? | $ 7985.00     **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Paid services we have not received |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>   **Nature of property:**<br>   ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>   ☐ Motor vehicle<br>   ☐ Other. Describe: _____<br><br>   **Basis for perfection:** _____<br><br>   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>   **Value of property:** $ _____<br>   **Amount of the claim that is secured:** $ _____<br>   **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>   **Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>   **Annual Interest Rate** (when case was filed) _____%<br>   ☐ Fixed<br>   ☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410          Proof of Claim          page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   7/12/2023
                   MM / DD / YYYY

/s/ John Klepper

Signature

Print the name of the person who is completing and signing this claim:

Name: John Klepper
        First name   Middle name   Last name

Title: CEO

Company: PIPRA AG

Identify the corporate servicer as the company if the authorized agent is a servicer

Address: Josefstrasse 219
         Number  Street
         Zurich, 8005-219
         City  State  ZIP Code

Contact phone _____   Email _____

Official Form 410                       Proof of Claim                       page 3