# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−10164−smr

Chapter No.: 7

Judge: Shad Robinson

IN RE: **ASTRALABS Inc** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **10/17/23  at  01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 299 Motion for Relief from Stay (Filing Fee: $188.00) filed by Nathan Inurria for Creditor Elizabeth Bradford (Attachments: #1 Exhibit A #2 Exhibit B #3 Proposed Order)) Hearing Scheduled For 10/17/2023 at 01:30 PM at Austin Courtroom 1 (Boyd, Laurie) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. Prior court approval through CM/ECF is required to appear by WebEx or by phone for this hearing.

Dated:  9/8/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)−TMD]** [NtchrgBKtmdap]