IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § § | |
| | § | Chapter 7 |
| Debtor. | § | |

## AMENDED CERTIFICATE OF SERVICE FOR MOTION FOR RELIEF FROM AUTOMATIC STAY FOR EMPLOYMENT CLAIMANT

Creditor Elizabeth Bradford, by and through counsel, hereby files this Amended Certificate of Service to her Motion for Relief from Automatic Stay for Employment Claimant [Doc. 299] in compliance with local rule 9013(c).

Respectfully submitted,

**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Nathan@rosslawgroup.com

*/s/ Nathan E. Inurria*
**NATHAN E. INURRIA**
Texas Bar No. 24101953

**ATTORNEY FOR
ELIZABETH BRADFORD**

## AMENDED CERTIFICATE OF SERVICE

The undersigned certifies that on September 8, 2023, he personally caused true and correct copies of the Motion for Relief from Automatic Stay of Employment Claimants [Doc. 299] to be served by electronically filing with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system.

Andrew Ryan
c/o Ron Satija
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757
**Counsel for Andrew Ryan, Debtor**

Kevin M. Epstein
c/o Shane P. Tobin
U.S. Department of Justice
Office of the U.S. Trustee
903 San Jacinto Blvd., Rm 230
Austin, Texas 78701
**Counsel for Kevin M. Epstein, U.S. Trustee**

Shanna M. Kaminski
KAMINSKI LAW, PLLC
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com
**Counsel for Apex Funding Source, LLC, Creditor**

Lisa C. Fancher
Daniel H. Byrne
FRITZ BYRNE, PLLC
221 West Sixth Street, Suite 960
Austin, Texas 78701
Telephone: (512) 476-2020
Telecopier: (512) 477-5267
lfancher@fritzbyrne.law
dbyrne@fritzbyrne.law

Randolph N. Osherow
c/o Jay H. Ong and Thanhan Nguyen
1717 W. 6th Street, Ste. 250
Austin, Texas 78703
**Counsel for Trustee Randolph N. Osherow**

Astralabs, Inc.
c/o Robert Chamless Lane
6200 Savoy Dr., Ste. 1150
Houston, Texas 77036
**Counsel for Astralabs, Inc, Debtor**

John Mark Stern
Assistant Attorney General
bk-jstern@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Counsel for Texas Comptroller of Public Accounts, Creditor**

Cleveland R. Burke
Holland & Knight LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701
(512) 685-6400
Email: cleveland.burke@hklaw.com

**Counsel for Capitol Vending and Coffee Company, Creditor**

| | |
|---|---|
| ***Counsel for 3423 Holdings, LLC, Creditor***<br><br>Daniela Mondragón, Esq.<br>REED SMITH LLP<br>1221 McKinney Street, Suite 2100<br>Houston, TX 77010<br>Telephone: (713) 469-3800<br>Facsimile: (713) 469-3899<br>E-mail: dmondragon@reedsmith.com<br>***Counsel for AFCO Credit Corporation, Creditor***<br><br>The Lott Firm, PLLC<br>501 Congress Avenue, Suite 150<br>Austin, TX 78701<br>thelottlawfir@gmail.com<br>***Counsel for Athletes to Athletes, Inc., Creditor*** | Gregory Siemankowski<br>Barron & Newburger, P.C.<br>7320 N. MoPac Expy., Suite 400<br>Austin, TX 78731<br>T: (512) 881-3821<br>gsiemankowski@bn-lawyers.com<br>***Counsel for Chad Owen, J333 Ventures, Hasan Koyluoglu, Casey Melcher, Nihar Patel, Sheil Patel Tom Dolezal, Matthew Kelly, Glenn Hunter, Jeremy Phillips, and Marc Russell*** |

    The undersigned certifies that on September 8, 2023, he personally caused true and correct copies of the Motion for Relief from Automatic Stay of Employment Claimants [Doc. 299] to be served by First Class Mail.

    The Lott Firm, PLLC
    501 Congress Avenue, Suite 150
    Austin, TX 78701
    ***Counsel for Athletes to Athletes, Inc., Creditor***