**Fill in this information to identify the case:**

Debtor name _____ ASTRALABS Inc _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____ 23-10164 _____

☑ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* _Conversion Schedules_____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _09/13/2023_____
    MM/ DD/ YYYY

**X** /s/ Nihar Patel _____
Signature of individual signing on behalf of debtor

_Nihar Patel_____
Printed name

_Debtor Representative_____
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ASTRALABS Inc |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-10164 |

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **Cash on hand** | |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Pacific Western Bank** | Checking account | 0177 | **$0.00** |

**Additional Page Total** - *See continuation page for additional entries* | **$200,165.92**

**4.** **Other cash equivalents** *(Identify all)*
**None**

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$200,165.92**

### Part 2:  Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 **3423 Holdings, LLC** | **$42,000.00** |
|---|---|

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.** **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.

**$42,000.00**

---

**Part 3:** Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ...... ➔ _____
face amount    doubtful or uncollectible accounts

11b. Over 90 days old: **$0.00** - **$0.00** = ...... ➔ **$829,650.58**
face amount    doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$829,650.58**

---

**Part 4:** Investments

**13.** **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:    % of ownership:

15.1 **8 Myles Inc** _____ **2.00%** _____ **(Unknown)**

**Additional Page Total -** *See continuation page for additional entries* **$0.00**

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1  Warrants (4,135)                                    Value unknown                    (Unknown)

**17.  Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    **$0.00**

---

**Part 5:  Inventory, excluding agriculture assets**

---

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.  Raw materials**

None

**20.  Work in progress**

None

**21.  Finished goods, including goods held for resale**

None

**22.  Other inventory or supplies**

None

**23.  Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    **$0.00**

**24.  Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

---

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

None

**31. Farm and fishing supplies, chemicals, and feed**

None

**32. Other farming and fishing-related property not already listed in Part 6**

None

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. _____ $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 **Desks (100)** | **(Unknown)** | **Fair Market Value** | **$5,000.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$7,050.00** |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Printer (1)** | **(Unknown)** | **Fair Market Value** | **$50.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$7,500.00** |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$19,600.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
| --- | --- | --- | --- |
| | Name | | |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**None**

**48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

**49. Aircraft and accessories**

**None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                                     $0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:  Real Property**

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                                     $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

### Part 10:   Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **None** | | | |
| **61.  Internet domain names and websites** | | | |
| 61.1  www.astralabs.com | (Unknown) | | $1.00 |
| **Additional Page Total -** *See continuation page for additional entries* | | | $1.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| 63.1  Customer Lists value unknown | (Unknown) | | (Unknown) |
| **64.  Other intangibles, or intellectual property** | | | |
| **None** | | | |
| **65.  Goodwill** | | | |
| **None** | | | |

**66.  Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                        $2.00

**67.  Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☐ No
☑ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 11:** All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

<div style="text-align:right">

**Current value of debtor's interest**

</div>

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 **Theft of customer data, IP, and assets as well as breach of non-competes and contracts by prior Employees as listed in all CRM export software (Hubspot, Salesforce, etc). Unpaid warrants that customers owe us monies in regard to exits of their compan**                                                    **(Unknown)**

Nature of Claim

Amount Requested    **(Unknown)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                              **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 12:** Summary</div>

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $200,165.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $42,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $829,650.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $19,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................... | | → $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... | 91a. $1,091,418.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................................. | | $1,091,418.50 |

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | Pacific Western Bank | Checking account | 7932 | $100.00 |
| 3.3 | Pacific Western Bank | Checking account | 0060 | $0.00 |
| 3.4 | SVB | Checking account | 5517 | $0.00 |
| 3.5 | Pacific Western Bank | Checking account | 8056 | $200,065.92 |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture - *Continued***

| | Name of fund or stock: | % of ownership: | | |
|---|---|---|---|---|
| 15.2 | FYNCR Inc. | 2.00% | | (Unknown) |
| 15.3 | Joule Case II EB (THE "SPV") a series of Wefunder SPV, LLC | 2.00% | | (Unknown) |
| 15.4 | Ponto LLC | 2.00% | | (Unknown) |
| 15.5 | Ruben Oliver LLC | 2.00% | | (Unknown) |
| 15.6 | SuperPhone | 2.00% | | (Unknown) |
| 15.7 | Univoice Corporation | 2.00% | | (Unknown) |
| 15.8 | Vitality RX | 2.00% | | (Unknown) |
| 15.9 | Watershed Medical, Inc. | 2.00% | | (Unknown) |
| 15.10 | Kingscrowd Shares (2,167,610 | 100.00% | | (Unknown) |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture - *Continued***

| | | | | |
|---|---|---|---|---|
| 39.2 | Chairs (100) | (Unknown) | Fair Market Value | $4,500.00 |
| 39.3 | Filing Cabinets (5) | (Unknown) | Fair Market Value | $50.00 |
| 39.4 | Tables (10) | (Unknown) | Fair Market Value | $2,500.00 |

**41.** **Office equipment - *Continued***

| | | | | |
|---|---|---|---|---|
| 41.2 | Monitors (150) | (Unknown) | Fair Market Value | $7,500.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**61.** **Internet domain names and websites - *Continued***

| | | | | |
|---|---|---|---|---|
| 61.2 | https://newchip.com/ | (Unknown) | Fair Market Value | $1.00 |

Fill in this information to identify the case:

Debtor name __ASTRALABS Inc__

United States Bankruptcy Court for the: _____ __Western__ _____ District of ____ __Texas__ _____
(State)

Case number (if known): ____ __23-10164__ _____

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Apex Funding Source, LLC<br><br>**Creditor's mailing address**<br>3050 Biscayne Blvd Suite 502<br>Miami, FL 33137<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 1/26/2023<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br><br><br>**Describe the lien**<br>Merchant Cash Advance<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $663,000.00 | unknown |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $1,898,224.25 | |

| Debtor | ASTRALABS Inc | Case number (if known) 23-10164 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.2 Creditor's name**

Iruka Capital

**Describe debtor's property that is subject to a lien**

$715,823.00          unknown

**Creditor's mailing address**

162 Elmora Ave #211

Elizabeth, NJ 07202

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | ASTRALABS Inc | Case number (if known) 23-10164 |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

200 W. Santa Ana Blvd 740

Santa Ana, CA 92701

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Secured SBA loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$519,401.25 | unknown

| Fill in this information to identify the case: |
|---|
| Debtor name     ASTRALABS Inc |
| United States Bankruptcy Court for the:    Western District of Texas |
| Case number (if known):    23-10164 |

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Massachusetts Department of Revenue**<br>**PO Box 7090**<br>**Boston, MA 02204-7090**<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>**Tax Due**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $97.17 | $97.17 |
| **2.2** Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims</div>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

1000 Solano Drive

1000 Solano Drive

Austin, TX 78750

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset?
☑ No
☐ Yes

**$304,000.00**

**3.2** Nonpriority creditor's name and mailing address

2938 Westlake Cove Dr

2938 Westlake Cove Dr

Austin, TX 78746

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,000.00**

**3.3** Nonpriority creditor's name and mailing address

360X Music AG

Revaler Strasse 99

10245 Berlin, Germany,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,000.00**

**3.4** Nonpriority creditor's name and mailing address

3Common Inc.

46 Sunset Blvd
Winnipeg, Manitoba
Canada, R2M0X4

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,500.00**

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

**3.5** | Nonpriority creditor's name and mailing address

**Aaron William Naft**

**4306 N Quinlan Park Road Apt 3201**

**Austin, TX 78732**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset?
☑ No
☐ Yes

$420.00

---

**3.6** | Nonpriority creditor's name and mailing address

**Abdelkader Hamdoune**

**373 Belmont Street #4**

**Oakland, CA 94610**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset?
☑ No
☐ Yes

$1,666.66

---

**3.7** | Nonpriority creditor's name and mailing address

**ActivArmor**

**2828 Granada Blvd**

**Pueblo, CO 81005**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?
☑ No
☐ Yes

$10,800.00

---

**3.8** | Nonpriority creditor's name and mailing address

**Acuity Risk Consultants, Inc.**

**270 Spagnoli Road Suite 205**

**Melville, NY 11747**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Services never delivered**

Is the claim subject to offset?
☑ No
☐ Yes

$3,267.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.9** | **Nonpriority creditor's name and mailing address**

Adam Perlman

220 North Wind Ct

Ponte Vedra Beach, FL 32082

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

Adam Yoke

1541 Ford Avenue

Redondo Beach, CA 90278

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $7,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

Addison Jacoby

1011 E 5th Street unit 1526

Austin, TX 78702

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $3,750.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**

Adrianna Bertoia

4701 Walnut Street

Oakland, CA 94619

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $270.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.13** | Nonpriority creditor's name and mailing address

**Adventureland Toy Emporium LLC**

**1344 Carroll Ave**

**Los Angeles, CA 90026**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer_____

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

---

**3.14** | Nonpriority creditor's name and mailing address

**Adwait Muthal**

**7 Wainwright Rd Unit 80**

**Winchester, MA 01890-2381**

Date or dates debt was incurred  08/11/2022_____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note_____

Is the claim subject to offset?
☑ No
☐ Yes

$12,056.00

---

**3.15** | Nonpriority creditor's name and mailing address

**Agora Solutions Software Kft**

**60 Szv Street**

**4551, Nyregyhza, Hungary,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Refund for unfulfilled services_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,999.00

---

**3.16** | Nonpriority creditor's name and mailing address

**Agora Solutions Software Kft**

**60 Szv Street**

**4551, Nyregyhza, Hungary,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Duplicate Claim filed

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Refund for unfulfilled services_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,999.00

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 5 of 133

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**AiDLT Global Limited**

**30 Dredge Court**

**Milton, Ontario, Canada L9T8T1,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

---

**3.18** Nonpriority creditor's name and mailing address

**AKA Exchange Ltd.**

**9 Rue de Maupertuis**
**St Clement**
**JE2 6NG**
**United Kingdom**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

---

**3.19** Nonpriority creditor's name and mailing address

**Albert Balady**

**208 Ackerman Ave**

**Ho Ho Kus, NJ 07423-1006**

Date or dates debt was incurred  **08/18/2022**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.20** Nonpriority creditor's name and mailing address

**Aldo de Jong**

**299 Glenalake Ave #2301**

**Toronto, ON M6P4A6 Canada,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address

**Alexander Clarence McIntosh**

**1047 East Spazier Ave. Apt. # L**

**Burbank, CA 91502**

Date or dates debt was incurred **08/12/2022**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

**Alexander Groenen**

**Cerberusstraat 34**

**3543XR Rosmalen, The Netherlands,**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$497.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **181 shares via crowdfunding**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Alexander Monsell**

**4489 E Florida Ave**

**Denver, CO 80222**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$6,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**Alexander Seery**

**925 Rolfe Place**

**Alexandria, VA 22314**

Date or dates debt was incurred **08/31/2022**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$7,410.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.25** | Nonpriority creditor's name and mailing address

**Alexander Seery**

**925 Rolfe Place**

**Alexandria, VA 22314**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

$18,660.00

---

**3.26** | Nonpriority creditor's name and mailing address

**Alexandra Cherwa aka Jonathan Cherwa**

**15907 91st Ave Ct E**

**Puyallup, WA 98375**

Date or dates debt was incurred **08/11/2022**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.27** | Nonpriority creditor's name and mailing address

**Alexandre Sylvestre**

**609 Tower Dr.**

**Edgewater, NJ 07020**

Date or dates debt was incurred **08/31/2022**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

**3.28** | Nonpriority creditor's name and mailing address

**Alijah Pacina**

**3216 Lasker Avenue**

**Waco, TX 76707**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.29** Nonpriority creditor's name and mailing address

Alladin Ammouri

2445 Avis Street

Mesquite, TX 75149

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.30** Nonpriority creditor's name and mailing address

Altelium Ltd

Office 4, Perch Studios, Wesley Lane
Bicester, United Kingdom, OX26 6JU

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

---

**3.31** Nonpriority creditor's name and mailing address

Alyve Medical Inc

600 S Cherry Street Suite 115

Denver, CO 80246

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

**3.32** Nonpriority creditor's name and mailing address

Amalfi Jets Inc.

30851 Agoura Road Suite 305

Agoura Hills, CA 91301

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2:  Additional Page

**3.33** Nonpriority creditor's name and mailing address

Andrew Maniaci

3905 Black Granite Drive

Austin, TX 78744

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $11,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

Andrew Maniaci

3905 Black Granite Drive

Austin, TX 78744

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $204,520.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Equity Shares

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Andrew Ryan

c/o Ron Satija
Hayward PLLC

7600 Burnet Rd Suite 530

Austin, TX 78757

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

Andromeda360

6001 W Parmer Lane Suite 370 897

Austin, TX 78727

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $17,500.00
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.37** Nonpriority creditor's name and mailing address

Angel Johnson

2220 Leesborough Drive

Silver Spring, MD 20902

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Equity Claim**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,000.00**

**3.38** Nonpriority creditor's name and mailing address

Anthony Eseau Flores Kuffo

91 Red River Street

Austin, TX 78701

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Wage Claim**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,000.00**

**3.39** Nonpriority creditor's name and mailing address

Anthony Runnels

12024 Rock Creek Ct.

Hawthorne, CA 90250

Date or dates debt was incurred **08/18/2022**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,560.14**

**3.40** Nonpriority creditor's name and mailing address

Anthony Runnels

12024 Rock Creek Ct.

Hawthorne, CA 90250

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,000.00**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.41** Nonpriority creditor's name and mailing address

Anthony Veloso

730 Mason Road

Jefferson, MA 01522

Date or dates debt was incurred     08/26/2022

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     **$30,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

Antonello Loddo

205 Ridge Ave

Gettysburg, PA 17325

Date or dates debt was incurred     08/26/2022

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     **$5,099.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Anu Santhanagopal

12 Brittany Way

Kendall Park, NJ 08824

Date or dates debt was incurred     08/31/2022

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Anuj Jain aka Anmol Jain

620 W 42n ST Apt S06G

New York, NY 10036

Date or dates debt was incurred     08/15/2022

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.45** Nonpriority creditor's name and mailing address

**Aramark Refreshments Services, LLC**

**Attn: Hawley Troxell Ennis & Hawley LLP**

**PO Box 1617**

**Boise, ID 83701**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $10,680.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

**Archilyse AG**

**c/o Matthias Standfest**

**Flelastrasse 31B**

**8047 Zurich, Switzerland ,**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $20,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

**Arianna Violante**

**7203 Bassett Court**

**Austin, TX 78704**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

**Arik Paran**

**866 Helena Dr.**

**Sunnyvale, CA 94087**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Equity**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,000.00 |
|---|---|---|
| **Arlequin Finance SAS** | *Check all that apply.* | |
| | ☑ Contingent | |
| **23 Rue Victor Hugo** | ☑ Unliquidated | |
| **69002 Lyon, France,** | ☑ Disputed | |
| | **Refund for the purchase of a service that were not** | |
| Date or dates debt was incurred _____ | Basis for the claim: **delivered or provided** | |
| Last 4 digits of account number __ __ __ __ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,654.90 |
|---|---|---|
| **Arturo Benedicto Llano** | *Check all that apply.* | |
| | ☐ Contingent | |
| **10 Juan Luna, UP Campus** | ☐ Unliquidated | |
| **Diliman, Quezon City, Philippines 1101-00,** | ☐ Disputed | |
| | Basis for the claim: **Investor Note** | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|
| **Arun Kotte** | *Check all that apply.* | |
| | ☐ Contingent | |
| **3905 Idlebrook Drive** | ☐ Unliquidated | |
| **Frisco, TX 75034** | ☑ Disputed | |
| | Basis for the claim: **Equity** | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,253.96 |
|---|---|---|
| **Astralabs Inc** | *Check all that apply.* | |
| | ☐ Contingent | |
| **979 Springdale Rd. Suite #123** | ☐ Unliquidated | |
| **979 Springdale Rd. Suite #123** | ☑ Disputed | |
| **Austin, TX 78723** | Basis for the claim: **Investor Note** | |
| | Is the claim subject to offset? | |
| Date or dates debt was incurred _____ | ☑ No ☐ Yes | |
| Last 4 digits of account number __ __ __ __ | | |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.53**

**Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** engagement fee

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

---

**3.54**

**Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

---

**3.55**

**Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.56**

**Nonpriority creditor's name and mailing address**

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $5,000,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investments

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

**3.61** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$6,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$522,150.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$5,000,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,090.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.65** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $110.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $5,527.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address

Astralabs Inc

979 Springdale Rd.
Suite #123

979 Springdale Rd. Suite #123

Austin, TX 78723

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $7,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Athletes to Athletes

c/o The Lott Firm, PLLC

501 Congress Ave Suite 150

Austin, TX 78701

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $6,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.69** Nonpriority creditor's name and mailing address

Austin Brown

2305 Idlewood Drive

Garland, TX 75040

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Services performed during my last weeks. I did not get paid for spiffs I had won, and I didnt receive commission

Is the claim subject to offset?
☑ No
☐ Yes

$2,160.66

---

**3.70** Nonpriority creditor's name and mailing address

Austin Crowder

1200 Treadwell Street Apt 219

Austin, TX 78704

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$5,500.00

---

**3.71** Nonpriority creditor's name and mailing address

Austin Lortie

11978 Sunshine Park Drive N

Willis, TX 77318

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$7,000.00

---

**3.72** Nonpriority creditor's name and mailing address

AutoBixLine Inc.

11278 Carmel Creek Road

San Diego, CA 92130

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: The creditor was promised certain services by the debtor, for which they paid $9000, which were never provided.

Is the claim subject to offset?
☑ No
☐ Yes

$9,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.73** Nonpriority creditor's name and mailing address

Avinash Reddy Desireddy

16304 FM 1325 APT 7315

Austin, TX 78728

Date or dates debt was incurred  08/25/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $10,612.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

Azaan Altemus

17900 Pfluger Farm Lane #412

Pflugerville, TX 78660

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $2,337.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount owed for my contracted time working with Astralabs, from the period of 4-1-23 to**

Basis for the claim:  4-25-23

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

Baiping Guo

8 Mooney Street

Lane Cove North NSW 2066 Australia,

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

Baiping Guo

8 Mooney Street

Lane Cove North NSW 2066 Australia,

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.77** Nonpriority creditor's name and mailing address

Beau Horner

12604 Duckcreek Ct.

Austin, TX 78729

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Equity

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.78** Nonpriority creditor's name and mailing address

Belofte International Inc

27 Altamawr Avenue

Lawrence Township, NJ 08648

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Customer

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,500.00

---

**3.79** Nonpriority creditor's name and mailing address

Belofte International Inc

27 Altamawr Avenue

Lawrence Township, NJ 08648

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Duplicate Claim

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Services never delivered

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,500.00

---

**3.80** Nonpriority creditor's name and mailing address

Belofte International Inc

27 Altamawr Avenue

Lawrence Township, NJ 08648

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,500.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.75 |
|---|---|---|---|

**Benjamin Slack**

6289 Riverstone Dr

Columbus, OH 43228

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Equity**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Benjamin Slack**

6289 Riverstone Dr

Columbus, OH 43228

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Equity**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 |
|---|---|---|---|

**Billy Jack Linsley**

16 Bodine Street

Wellsboro, PA 16901

Date or dates debt was incurred **08/16/2022**

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Equity**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,000.00 |
|---|---|---|---|

**Bonne et Filou Inc**

1178 Broadway 3rd Floor #1390

New York, NY 10001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.85** Nonpriority creditor's name and mailing address

**Bradford Chan**

**2540 Wexford Ave.**

**South San Francisco, CA 94080**

Date or dates debt was incurred    **08/18/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    **$2,101.68**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

**Bradley G Kessler / Kessler Realty Holdings Inc.**

**1621 Northland Ave**

**Lakewood, OH 44107**

Date or dates debt was incurred    **09/05/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    **$31,602.72**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.87** Nonpriority creditor's name and mailing address

**Bradley Robertson**

**550 Oak Grove Ave. Unit 122**

**Menlo Park, CA 94025**

Date or dates debt was incurred    **08/23/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    **$3,970.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

**Bradley Robertson**

**550 Oak Grove Ave. Unit 122**

**Menlo Park, CA 94025**

Date or dates debt was incurred    **11/10/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    **$3,970.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

**3.89** Nonpriority creditor's name and mailing address

**Brandon Greenburg**

**865 West End Avenue 5E**

**New York, NY 10025**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Equity**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.90** Nonpriority creditor's name and mailing address

**Brian Klick**

**15010 Whitetail Way**

**Gaithersburg, MD 20878**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Equity**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,999.00

---

**3.91** Nonpriority creditor's name and mailing address

**Brian Lee**

**3760 N Fremont Unit 1**

**Chicago, IL 60613**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wage Claim**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,790.00

---

**3.92** Nonpriority creditor's name and mailing address

**Brian Lee**

**3760 N Fremont Unit 1**

**Chicago, IL 60613**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$323,416.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Bruce Masterson**

**944 Enfield**

**Northbrook, IL 60062**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  **Equity**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Bruce N Anderson**

**436 Utterback Store Road**

**Great Falls, VA 22066**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  **Payment for membership in Newchip with a contract that included services that were not delivered to 247Solar Inc**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$10,000.00

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Bryan Finks**

**4011 Briones Street**

**Austin, TX 78723**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  **Wage Claim**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$8,098.29

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Bryan Finks**

**4011 Briones Street**

**Austin, TX 78723**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  **Equity**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,427,972.16

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

**3.97** | Nonpriority creditor's name and mailing address

b-Science.net GmbH

Traenkebachstrasse 38

8712 Staefa, Canton Zurich, Switzerland,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.98** | Nonpriority creditor's name and mailing address

BSDCD Limited

13/F Cheong Sun Tower
118 Wing Lok St, Sheung Wan
Hong Kong

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

---

**3.99** | Nonpriority creditor's name and mailing address

Calvin Green

108 S Mustang Avenue

Cedar Park, TX 78613

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,075.58

---

**3.100** | Nonpriority creditor's name and mailing address

Cameron Almas

Neue Strasse 28b

31860 Emmerthal Germany,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** services promised but not performed.

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">**Part 2:**</span>  Additional Page

---

**3.101** | **Nonpriority creditor's name and mailing address**

**Cameron Resnick**

**870 North 28th Street 101**

**Philadelphia, PA 19130**

Date or dates debt was incurred    **08/31/2022**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$10,199.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address**

**Camilo Andres Clavijo Vanegas**

**17787 Adrift Road**

**Winter Garden, FL 34787**

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$276,881.33**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   **Equity**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address**

**Campy BV**

**238 Klokgebouw 5617AC Eindhoven**

**The Netherlands,**

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$6,375.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   **Customer**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address**

**Capitol Vending and Coffee Company**

**c/o Cleveland R Burke**
**Holland & Knight LLP**

**100 Congress Ave Suite 1800**

**Austin, TX 78701**

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$19,300.88**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.105** | **Nonpriority creditor's name and mailing address**

Carey Walker

PO Box 54966

Tulsa, OK 74155-4966

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

**3.106** | **Nonpriority creditor's name and mailing address**

Caribou Inc.

172 Creek Path Ave

Oakville, Ontario, Canada, L6L 6T5,

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

---

**3.107** | **Nonpriority creditor's name and mailing address**

Carl Lumma

367 Los Gatos Blvd

Los Gatos, CA 95032

**Date or dates debt was incurred**  08/12/2022

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

**3.108** | **Nonpriority creditor's name and mailing address**

Carl Russo

707 Willow Ave. Unit #2

Hoboken, NJ 07030

**Date or dates debt was incurred**  08/18/2022

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$150,000.00

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.109** Nonpriority creditor's name and mailing address

Carmeanna Eberly

828 E 47th Place

Chicago, IL 60615

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,612.00

---

**3.110** Nonpriority creditor's name and mailing address

Carolyn DiFabio

1000 San Marcos Street Apt 136

Austin, TX 78702

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**final wages and bonus owed (approved in initial**
**Basis for the claim:** March hearing)

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,224.00

---

**3.111** Nonpriority creditor's name and mailing address

Casey Melcher

1635 N Water St. Apt 602

Milwaukee, WI 53202

Date or dates debt was incurred 08/18/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,037.56

---

**3.112** Nonpriority creditor's name and mailing address

Cassidee Collier

3 Stuyvesant Oval Apt 10H

New York, NY 10009

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

### 3.113

**Nonpriority creditor's name and mailing address**

Cenports Commerce Inc

2530 Berryessa Rd #332

San Jose, CA 95132

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $20,000.00
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.114

**Nonpriority creditor's name and mailing address**

Cesar Antonio Valencia

14888 SW 104 Street Unit 17

Miami, FL 33196

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $1,750.00
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.115

**Nonpriority creditor's name and mailing address**

CFT Clear Finance Technology Corp.

1200-33 Yonge Street,
Toronto, Ontario,
M5E 1G4, Canada

Date or dates debt was incurred    06/22/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $1,580,557.94
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.116

**Nonpriority creditor's name and mailing address**

Chad Doyle

3450 Crestmoor Dr.

San Bruno, CA 94066

Date or dates debt was incurred    08/31/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $10,370.03
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.117** Nonpriority creditor's name and mailing address

Chagit Productions Inc

591 Constitution Ave Suite B

Camarillo, CA 93012

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$9,000.00

---

**3.118** Nonpriority creditor's name and mailing address

Chaisson-Browne LLC

35 Fiddlehead Rd

Oxford, CT 06478

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,549.95

---

**3.119** Nonpriority creditor's name and mailing address

Chang Ting Zou

48 Woodview Dr.

Brewster, MA 02631

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$5,000.00

---

**3.120** Nonpriority creditor's name and mailing address

ChekRite

6013/6 Parkland Blvd

Brisbane, Qld 4000, Australia,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$4,290.32

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.121** | **Nonpriority creditor's name and mailing address**

Chris Jackson

610 Valley Trail Drive

Weatherford, TX 76087

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $8,733.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unpaid wages – gross pay and commission

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**

Christina Hong

12407 Bexley

Houston, TX 77099

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**

Christopher Fast

45 Meriam Street

Wakefield, MA 01880

Date or dates debt was incurred   08/23/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $32,585.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**

Christopher Fontaine

7814 Bradenton Drive

Charlotte, NC 28210

Date or dates debt was incurred   08/12/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $5,099.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.125

**Nonpriority creditor's name and mailing address**

Christopher Seabolt

3404 Tree Summit Parkway

Duluth, GA 30096

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,627.92

### 3.126

**Nonpriority creditor's name and mailing address**

Clac des Doigts

128 Rue la Boetie,
Paris, France

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$18,600.00

### 3.127

**Nonpriority creditor's name and mailing address**

Clifford Locks

33 Old Field Hill Road Unit # 12

Southbury, CT 06488

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,250.00

### 3.128

**Nonpriority creditor's name and mailing address**

Clinetic, Inc.

630 Davis Drive

Morrisville, NC 27560

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$20,000.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.129** Nonpriority creditor's name and mailing address

CMT Scanner

1/19 Virginia Street

Geebung, QLD 4034, Australia,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $4,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

Cody Pahalad

352 Brighton Ave Apt 203

San Francisco, CA 94112

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

Constantine Trikas

840 Fulton Street Apt. 704

Brooklyn, NY 11238

Date or dates debt was incurred   08/23/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $5,750.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address

Cordtz Tuatoo

417 Swift Fox Run

Crestview, FL 32536

Date or dates debt was incurred   08/12/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $3,183.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.133** | **Nonpriority creditor's name and mailing address**

Coventry Capital Partners, LLC

306 Landing Lane

Chestertown, MD 21620

Date or dates debt was incurred __08/17/2022__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$7,500.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address**

CRC Insurance Services

1 Metroplex Drive Suite 400

Birmingham, AL 35209

Date or dates debt was incurred ____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$18,432.18__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Unpaid Insurance Policy__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address**

Cristian I Crisan

15408 Fisher Island Dr.

Austin, TX 78717

Date or dates debt was incurred __08/17/2022__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$4,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**

Crystle Rauch

6701 Lakewood Rd

Stanwood, WA 98292

Date or dates debt was incurred ____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$3,564.31__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wage Claim__

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">■ **Part 2:** Additional Page</td></tr>
</table>

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,449.24 |
|---|---|---|---|

**Curt Bromm**

5785 Open Fields Drive

Whitestown, IN 46075

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    08/18/2022

**Basis for the claim:** Investor Note

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,615.47 |
|---|---|---|---|

**Cynthia Ochoa**

600 E FM 1626 #9208

Austin, TX 78748

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

**Basis for the claim:** Equity

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,631.70 |
|---|---|---|---|

**Dan Smith**

8021 N Padova Pl.

Tucson, AZ 85741

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    08/15/2022

**Basis for the claim:** Equity

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Daniel Anguiano**

252 Mulberry Lane

Rockwall, TX 75032

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

**3.141** Nonpriority creditor's name and mailing address

Daryl W Campbell

3353 River Valley Dr.

Richland, WA 99354

Date or dates debt was incurred  08/23/2022

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $41,666.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.142** Nonpriority creditor's name and mailing address

David Clark

13022 Reata Ridge Dr

Parker, CO 80134

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $12,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.143** Nonpriority creditor's name and mailing address

David Fisher

832 Kristin Ln

Williamstown, NJ 08094

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $1,482.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Money Loaned

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.144** Nonpriority creditor's name and mailing address

David Huie

842 Harbor Island Dr.

Newport Beach, CA 92660

Date or dates debt was incurred  08/28/2022

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $41,666.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.145 Nonpriority creditor's name and mailing address

Dawn Audio LLC

3035 St Ann Street Apt A

New Orleans, LA 70119

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

### 3.146 Nonpriority creditor's name and mailing address

DeAnna Unger

12204 FM 1826

78737

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** AstraLabs Inc. investment and exercise of warrant

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,008.96

### 3.147 Nonpriority creditor's name and mailing address

Dhruv Patel

1401 Art Dilly Drive Apt #355

Austin, TX 78702

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,716.00

### 3.148 Nonpriority creditor's name and mailing address

Dhruv Sampat

301 Gough Street Apt #1

San Francisco, CA 94102

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.149** | **Nonpriority creditor's name and mailing address**

Dickinson Wright PLLC

500 Woodward Avenue Suite 4000

Detroit, MI 48226

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $10,018.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Legal services rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**

Diego Mauro Cogno

65b Cromford Road
SW18 1PA,
London, UK

Date or dates debt was incurred   08/12/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $39,974.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**

DKMC, Inc.

1435 Yellowheart Way

Hollywood, FL 33019

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $20,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address**

Dmitry Gozman

228 Park Avenue S. Ste 25520

New York, NY 10003

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $4,339.83
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.153

**Nonpriority creditor's name and mailing address**

**Domunus**

**655 East 14th Street Apt. 9A**

**New York, NY 10009**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Customer_

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,000.00**

### 3.154

**Nonpriority creditor's name and mailing address**

**Dropshop Technologies Inc**

**320 E 57 St Apt 4E**

**New York, NY 10022**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Customer_

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,000.00**

### 3.155

**Nonpriority creditor's name and mailing address**

**Dylan Mulrooney**

**1217 Tudor House Rd**

**Pflugerville, TX 78660**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Wage Claim_

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,000.00**

### 3.156

**Nonpriority creditor's name and mailing address**

**Dysleximedia Llc**

**414 Nassau Parkway**

**Oceanside, NY 11572**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Equity_

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,090.00**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.157** | **Nonpriority creditor's name and mailing address**
Ebonee Miller

7176 W Oromia Way

West Valley City, UT 84128

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,333.00

---

**3.158** | **Nonpriority creditor's name and mailing address**
Edward Wei

3318 Cloverdale Street

Houston, TX 77025

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,111.93

---

**3.159** | **Nonpriority creditor's name and mailing address**
Eli M Blatt

PO Box 61473

North Miami Beach, FL 33160

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$720.00

---

**3.160** | **Nonpriority creditor's name and mailing address**
Emilija Dimitrovski

Lange Zeile 12,
90419 Nuremberg
Germany

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,250.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.161

**Nonpriority creditor's name and mailing address**

Endavu Group ApS

Sturlasgade 12B
2300 Copenhagen
Denmark

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

---

### 3.162

**Nonpriority creditor's name and mailing address**

Equivesto Inc

7945 Oldfield Road Unit 19

Niagra Falls, Ontario, Canada L2G0Z4,

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,000.00

---

### 3.163

**Nonpriority creditor's name and mailing address**

Eric Lee

6620 Wickliff Trail

Plano, TX 75023

**Date or dates debt was incurred** 08/26/2022

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,400.00

---

### 3.164

**Nonpriority creditor's name and mailing address**

Eric Steinlicht

736 West Bel Esprit Circle

San Marcos, CA 92069

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,001.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.165** Nonpriority creditor's name and mailing address

Erin Groves

300 E Riverside Drive Apt 529

Austin, TX 78704

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $3,600.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Salary wages and commission owed.

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address

Erin Groves

300 E Riverside Drive Apt 529

Austin, TX 78704

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $20,166.56
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Stock Options

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.167** Nonpriority creditor's name and mailing address

ErleaDx Pte Ltd

BLK #856 Tampines St 82 #09-269

Singapore 520856,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $10,134.00
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.168** Nonpriority creditor's name and mailing address

Erwin M Arnold

155 Schiesshausstrasse

Neuberg, Germany 86633,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $30,000.00
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.169 Nonpriority creditor's name and mailing address

Ethan Brandt

301 E 4th St

Huxley, IA 50124

Date or dates debt was incurred     08/12/2022

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,541.74

---

### 3.170 Nonpriority creditor's name and mailing address

Eugene Ngontang

3 Bis Avenue Sadi Carnot

91160 Saulx Les Chartreaux France,

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

---

### 3.171 Nonpriority creditor's name and mailing address

Evan Johnson and Ejohnson RD LLC

3 Revere Drive

Ridgefield, CT 06877

Date or dates debt was incurred     08/20/2022

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,119.88

---

### 3.172 Nonpriority creditor's name and mailing address

Eventuall, Inc.

6515 W Sunset Blvd Suite 430

Los Angeles, CA 90028

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,000.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.173

**Nonpriority creditor's name and mailing address**

Exceptional Heroes, LLC

560 N Bullard Ave Suite 49

Goodyear, AZ 85338

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,000.00**

---

### 3.174

**Nonpriority creditor's name and mailing address**

Fan Fair INC

4316 NE 119th Street

Oklahoma City, OK 73131

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,000.00**

---

### 3.175

**Nonpriority creditor's name and mailing address**

Fashion Constellate

P.O. Box 6

Lake Junaluska, NC 28745

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,500.00**

---

### 3.176

**Nonpriority creditor's name and mailing address**

Favored Live

8950 Ellis Ave Unit B

Los Angeles, CA 90034

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services never delivered

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,000.00**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.177** Nonpriority creditor's name and mailing address

Febo Health Inc

300 S A Street Suite 201

Oxnard, CA 93030

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$8,000.00

services that were promised were not met, we were promised at least 9 intro to potential

Basis for the claim: investors

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

Fernando Moreno Cortina

2401 Aldrich St Apt 367

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

$9,692.29

Basis for the claim: Unpaid Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address

Fernando Moreno Cortina

2401 Aldrich St Apt 367

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$35,000.00

Basis for the claim: Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address

Fernando Moreno Cortina

2401 Aldrich St Apt 367

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,391,098.50

Limit disclosing information that is entitled to privacy, such as healthcare information. Vested ISO compensation (supposedly it was

Basis for the claim: changed to RSUs)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.181** Nonpriority creditor's name and mailing address

Fernando Moreno Cortina

2401 Aldrich St Apt 367

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $131,472.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Limit disclosing information that is entitled to privacy, such as healthcare information. Assigned shares (not stock options) to Fernando Moreno Cortina during

**Basis for the claim:** his time at Astralabs

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182** Nonpriority creditor's name and mailing address

Filipe Peerally

8820 Theriot Rd

Peyton, CO 80831

Date or dates debt was incurred 08/19/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** Nonpriority creditor's name and mailing address

Filipe Peerally

8820 Theriot Rd

Peyton, CO 80831

Date or dates debt was incurred 11/15/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** Nonpriority creditor's name and mailing address

Filipe Peerally

8820 Theriot Rd

Peyton, CO 80831

Date or dates debt was incurred 11/14/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.185**   Nonpriority creditor's name and mailing address

Flower Turbines

PO Box 647

Lawrence, NY 11559

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Money paid to Newchip for the investmentaccelerator but Newchip dissolved before the investment

Basis for the claim:   process occurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,000.00**

---

**3.186**   Nonpriority creditor's name and mailing address

Franshesca Castoria

2 Hearthwood Court

Manahawkin, NJ 08050

Date or dates debt was incurred    08/13/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:   Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,000.00**

---

**3.187**   Nonpriority creditor's name and mailing address

Frederic W. Corwin III

26 Boswell Rd.

Reading, MA 01867

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,425.00**

---

**3.188**   Nonpriority creditor's name and mailing address

Frida Elizabeth Ramos Martinez

Rinconada del Acueducto 265

El Palomar, Tlajomulco de Zuiga, Jalisco, Mexico,

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:   Unknown

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$200.00**

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

---

**3.189**  **Nonpriority creditor's name and mailing address**

FS Ventures LLC

680 Honey Suckle Lane

North Wales, PA 19454

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Crowdfunding** shareholder

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190**  **Nonpriority creditor's name and mailing address**

Fundream SRL

Viale Francia N.30 -

71122 Foggia Italy,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $5,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191**  **Nonpriority creditor's name and mailing address**

Fyrefish Technologies Ltd

13 Grenfell Cres
Markham, ON, CANADA
L3P1S6

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $7,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.192**  **Nonpriority creditor's name and mailing address**

Gaby Fraifer

720 Airport Blvd #1359

Austin, TX 78702

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $2,500.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Wage Claim**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.193**

**Nonpriority creditor's name and mailing address**

**Gary L DeVries**

**2204 Ashwood Drive**

**Aberdeen, SD 57401**

Date or dates debt was incurred ___08/18/2022___

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$44,166.65_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194**

**Nonpriority creditor's name and mailing address**

**GDS Group LLC**

**50 Merrick Road Suite 203**

**Rockville Centre, NY 11570**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$20,000.00_
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Customer_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195**

**Nonpriority creditor's name and mailing address**

**GeoNaidr Pty Ltd**

**70 Moresby Street,**

**Trinity Beach, Cairns, 4879, Queensland, Australia,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$6,000.00_
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Customer_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196**

**Nonpriority creditor's name and mailing address**

**George Andrew Simons CDP**

**15b Acacia Lane,**
**Cambridge Road,**
**Sandys MA 02 Bermuda**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** _$4,200.00_
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Equity_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.197** | **Nonpriority creditor's name and mailing address**

George Mower

14009 E Sage Hills Drive

Vail, AZ 85641

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**

Get-Tech Innovative Solutions Inc

2792 Teak Crescent

Oakville, ON L6J 7M4 Canada,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $6,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services paid for were not delivered

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address**

Gic-Owens Fiestan

3153 Asher Rd

Ann Arbor, MI 48104

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $986.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** 1099 Service Provider

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address**

Girish Amin

1419 Sierra Glen Circle

Apex, NC 27502

Date or dates debt was incurred ___08/23/2022___

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $42,708.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.201** Nonpriority creditor's name and mailing address

Glenn Hunter

80 Forest Drive

East Northport, NY 11731

Date or dates debt was incurred __10/28/2022__

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** __$169,333.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.202** Nonpriority creditor's name and mailing address

Glenn Hunter

80 Forest Drive

East Northport, NY 11731

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** __$169,333.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203** Nonpriority creditor's name and mailing address

Glenn Hunter

80 Forest Drive

East Northport, NY 11731

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** __$169,333.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204** Nonpriority creditor's name and mailing address

Gm Services LLC

2 Shelton road

Swampscott, MA 01907

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** __$12,000.00__
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Customer__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.205** Nonpriority creditor's name and mailing address
Graham Brown

1113 N Oaks Lane North

North Little Rock, AR 72118

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $32,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** Nonpriority creditor's name and mailing address
Grayson Pichon

615 Clifford Drive

Austin, TX 78745

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $7,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207** Nonpriority creditor's name and mailing address
Green Future Investments LLC

333 Turn Pike Dr.

Folsom, CA 95630

Date or dates debt was incurred    11/10/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $45,007.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208** Nonpriority creditor's name and mailing address
Gregory Baker

224 Furman Farm Pl.

Charleston, SC 29492

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.209

**Nonpriority creditor's name and mailing address**

Gregory Michael Bomberg

619 Walnut Hill Street

San Antonio, TX 78232

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Partial Backpay (8/26/19–6/30/20). 10k salary bump after first 10 months was supposed to be applied retroactively.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$8,333.33

### 3.210

**Nonpriority creditor's name and mailing address**

Gregory Wilson

15 W 110th St. Apt. 22

New York, NY 10026

Date or dates debt was incurred   **08/15/2022**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,408.34

### 3.211

**Nonpriority creditor's name and mailing address**

Griffin Hermes

2450 4th Street Apt B

Santa Monica, CA 90405

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Employee**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$8,960.00

### 3.212

**Nonpriority creditor's name and mailing address**

Griffin Hermes

2450 4th Street Apt B

Santa Monica, CA 90405

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$8,960.00

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**3.213**

**Nonpriority creditor's name and mailing address**

GV Correct, LLC

Kalama tee 4, Suurupi kla,
Harjumaa, Estonia

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

$6,000.00

---

**3.214**

**Nonpriority creditor's name and mailing address**

Harold Bishop

3009 S John Redditt Ste E #398

Lufkin, TX 75904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** __08/23/2022__

**Last 4 digits of account number** __ __ __ __

$26,000.00

---

**3.215**

**Nonpriority creditor's name and mailing address**

Harper Miller

2355 Westwood Blvd #650

Los Angeles, CA 90064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

$6,000.00

---

**3.216**

**Nonpriority creditor's name and mailing address**

Harrison Lee

1090 Lambton Drive

Oakville, Ontario L6J 7P3,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Uknown

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

$7,000.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">**Part 2:**</span> Additional Page

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200,000.00 |
|---|---|---|---|

**3.217** Nonpriority creditor's name and mailing address

Hasan Ugur Koyluoglu

1064 Great Road

Princeton, NJ 08540

Date or dates debt was incurred    08/31/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $200,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.218** Nonpriority creditor's name and mailing address

Henry Shao

1955 Junewood Ave.

San Jose, CA 95132

Date or dates debt was incurred    08/22/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.219** Nonpriority creditor's name and mailing address

Hi There Solutions

13780 Del Corso Way Unit 1211

Broomfield, CO 80020

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $5,527.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.220** Nonpriority creditor's name and mailing address

Hokan Digital Services Limited

7/10 Chandos Street Cavendish Square

London W1G 9DQ UK,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $9,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Fraudulent and dishonest act by Debtor for onboarding Creditor while already in financial

Basis for the claim:   trouble.

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.221** | Nonpriority creditor's name and mailing address
Holistic Health COllaborative

128 Pleasant Street

Marblehead, MA 01945

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.222** | Nonpriority creditor's name and mailing address
Horacio Rodriguez Rilo

1414 S Lamar Blvd

Austin, TX 78704

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

**3.223** | Nonpriority creditor's name and mailing address
Hudson Horn

2275 Sharon Rd Apt 311

Menlo Park, CA 94025

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

$299.75

---

**3.224** | Nonpriority creditor's name and mailing address
Hypha Knowledge Intergration Limited

1st Floor, The Brew, Eagle House

London, EC1V 1NR, UK,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2">**Part 2:**</td><td colspan="2">Additional Page</td></tr>
</table>

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,000.00 |
|---|---|---|---|

**3.225**

Nonpriority creditor's name and mailing address

**IENAI Space SL**

**Ave. Gregorio Peces-Barba 1**

**28919 Legans, Spain,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $12,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.226**

Nonpriority creditor's name and mailing address

**illumnifyDx, Inc**

**13825 Vispo Way**

**Broomfield, CO 80020**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $7,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.227**

Nonpriority creditor's name and mailing address

**Inbal Tubi**

**Calle 74C #7-52 Apt #305**

**Bogata, Colombia 00000,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Uknown

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.228**

Nonpriority creditor's name and mailing address

**InJoy Global**

**5348 Vegas Drive Suite 74**

**Las Vegas, NV 89108**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $11,400.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Agreement was not fulfilled. Contractual
Basis for the claim:  obligation not met.

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.229** Nonpriority creditor's name and mailing address

Innovative Wellness Systems Inc

10 Beldon Rd.

Dover, MA 02030

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $7,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230** Nonpriority creditor's name and mailing address

Into the Multiverse Inc

816 California Ave

Venice, CA 90291

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $9,900.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231** Nonpriority creditor's name and mailing address

Iocure

PO Box 647

Lawrence, NY 11559

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $6,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Money paid to Newchip for the investmentaccelerator but Newchip dissolved before the investment
**Basis for the claim:** process occurred

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.232** Nonpriority creditor's name and mailing address

Iryna Zhuravel

8929 Lombard Place

Apt. 123

San Diego, CA 92122

Date or dates debt was incurred   08/18/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.233** Nonpriority creditor's name and mailing address

Ivanna Mariel Guerrero Ulloa

8010 Little Deer Xing

Austin, TX 78736

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$920.00

---

**3.234** Nonpriority creditor's name and mailing address

J333 Ventures LLC

1706 Elliot Ranch Rd

Buda, TX 78610

Date or dates debt was incurred   09/15/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$124,000.00

---

**3.235** Nonpriority creditor's name and mailing address

Jack Atkin

16 Hamlin Road

Edison, NJ 08817

Date or dates debt was incurred   08/30/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lender

Is the claim subject to offset?
☑ No
☐ Yes

$60,000.00

---

**3.236** Nonpriority creditor's name and mailing address

Jack Atkin

16 Hamlin Road

Edison, NJ 08817

Date or dates debt was incurred   10/31/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Lender

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.237** | Nonpriority creditor's name and mailing address

Jack Colletti

2630 Quail Hill Drive

Pittsburgh, PA 15241

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** _____ $1,953.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 1099 Service Provider

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address

Jack P. Hopper

2116 Fordham Ln.

Austin, TX 78723

Date or dates debt was incurred   09/06/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** _____ $18,669.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address

James Askew

720 Airport Blvd Apt 1143

Austin, TX 78702

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** _____ $0.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address

James Peery & Mammen & Peery

5610 Conica Court

Spring, TX 77379

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** _____ $5,629.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.241**  **Nonpriority creditor's name and mailing address**

**James Steele**

**510 Coffin Alley, PO Box 382**

**Portland, PA 18351**

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$7,500.00

---

**3.242**  **Nonpriority creditor's name and mailing address**

**Jan Kvita**

**Ke Krci 1002/24**
**Prague**
**Czech Republic**

Date or dates debt was incurred    08/19/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,100.00

---

**3.243**  **Nonpriority creditor's name and mailing address**

**Jared Alvarado**

**7502 Vaquer Drive**

**Corpus Christi, TX 78414**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$7,807.69

---

**3.244**  **Nonpriority creditor's name and mailing address**

**Jared Lucas**

**6 Pickernell Lane**

**Kittery, ME 03904**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**  Equity

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.245** | Nonpriority creditor's name and mailing address
Jaron ("Robert") Glasgow

6960 10th St N Apt. 207

Oakdale, MN 55128

Date or dates debt was incurred  08/18/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address
Jason Croft

28A Parkway Village

Cranford, NJ 07016

Date or dates debt was incurred  08/16/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$2,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address
Jason D Arnold

1140 Bonanza Drive

Okemos, MI 48864

Date or dates debt was incurred  08/19/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$15,220.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address
Jason Glasgow

7550 80th Street Unit 415

Cottage Grove, MN 55016

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

**3.249** | Nonpriority creditor's name and mailing address

Jason Jacobsohn

285 Danbury Drive

Vernon Hills, IL 60061

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $3,450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** 1099 Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address

Jason Kahle

347 White Fox Run

Fallbrook, CA 92028

Date or dates debt was incurred 08/12/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $12,660.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address

Jeff Meyer

33970 Rebecca Rd

Kingston, IL 60145

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address

Jeffrey Wells

18550 Hatteras St. #2

Tarzana, CA 91356

Date or dates debt was incurred 08/16/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $5,306.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.253** | **Nonpriority creditor's name and mailing address**
Jennilee Bennett, Mastero Athletics

10217 8th Ave SW

Seattle, WA 98146

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**          **$7,500.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address**
Jeremy Greiner

1709 Crestwood Drive

Alexandria, VA 22302

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**          **$9,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address**
Jeremy Phillips

211 W Verdugo Ave. #201

Burbank, CA 91502

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**          **$12,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address**
Joao Carlos Dos Santos Branquinho,

3300 NE 191st Street Apt 1207

Miami, FL 33180

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**          **$33,600.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.257** **Nonpriority creditor's name and mailing address**
Joao Carlos Dos Santos Branquinho,

3300 NE 191st Street Apt 1207

Miami, FL 33180

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**        $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.258** **Nonpriority creditor's name and mailing address**
Joao Carlos Dos Santos Branquinho,

3300 NE 191st Street Apt 1207

Miami, FL 33180

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**        $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.259** **Nonpriority creditor's name and mailing address**
John Goldman

80 W Sierra Madre Blvd #120

Sierra Madre, CA 91024

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**        $9,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Services Performed

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.260** **Nonpriority creditor's name and mailing address**
John Salinas

14429 Ventura Blvd Ste 109

Sherman Oaks, CA 91423

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**        $5,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">Part 2:</div> Additional Page

---

**3.261** Nonpriority creditor's name and mailing address
John W Polomny

1116 Palm Valley Drive E

Harlingen, TX 78552

Date or dates debt was incurred  __08/18/2022__

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  __$8,898.48__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Investor Note__
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.262** Nonpriority creditor's name and mailing address
Johnny F Evans

234 Bay St. N.W.

Fort Walton Beach, FL 32548

Date or dates debt was incurred  __08/18/2022__

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  __$25,571.88__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Investor Note__
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.263** Nonpriority creditor's name and mailing address
Johnny F Evans

234 Bay St. N.W.

Fort Walton Beach, FL 32548

Date or dates debt was incurred  ____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  __$10,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim:  __Money Loaned__
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.264** Nonpriority creditor's name and mailing address
Jon A. Sims

25558 Fitzgerald Ave

Stevenson Ranch, CA 91381

Date or dates debt was incurred  __08/11/2022__

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  __$9,908.23__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim:  __Investor Note__
Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.265** | Nonpriority creditor's name and mailing address
Jonathan Adams

1535 Crooked Stick

San Antonio, TX 78260

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**    **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address
Jonathan Boyarsky

130 Dartmouth Street Apt 305

Boston, MA 02116

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**    **$8,482.50**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** 1099 Service Provider

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address
Jonathan Brunkhardt

54b Dow Road

Hollis, NH 03049

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**    **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Severance payment that was promised but I have not received

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address
Jong Yul Kim

11048 SE 31st St.

Bellevue, WA 98004

Date or dates debt was incurred  08/16/2022

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**    **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.269

**Nonpriority creditor's name and mailing address**

Jordan Case

302 Pinecrest Pl

Andover, KS 67002

Date or dates debt was incurred _08/11/2022_

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      **$8,520.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.270

**Nonpriority creditor's name and mailing address**

Jordan Griffin

912 Pappas Ct.

Chula Vista, CA 91911

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      **$25,500.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Customer_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.271

**Nonpriority creditor's name and mailing address**

Jordan Lund

5452 Aldrich Ave S

Minneapolis, MN 55419

Date or dates debt was incurred _08/13/2022_

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      **$6,250.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Investor Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.272

**Nonpriority creditor's name and mailing address**

Jordan Lund

5452 Aldrich Ave S

Minneapolis, MN 55419

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      **$5,040.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rev. Share Note_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.273

**Nonpriority creditor's name and mailing address**

Jose Ceniceros

19621 6th Ave S

Des Moines, WA 98148

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.274

**Nonpriority creditor's name and mailing address**

Jose Fabian Kabigumila

9 Myrna Dr.

Marlborough, CT 06447

**Date or dates debt was incurred** 08/16/2022

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  $23,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.275

**Nonpriority creditor's name and mailing address**

Jose Fabian Kabigumila

9 Myrna Dr.

Marlborough, CT 06447

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  $23,000.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.276

**Nonpriority creditor's name and mailing address**

Josef Merrill

301 Congress Suite 2200

Austin, TX 78701

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  $100,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services Provided to the company

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

---

**3.277** Nonpriority creditor's name and mailing address

Josef Merrill

301 Congress Suite 2200

Austin, TX 78701

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: **$2,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Board Fees Payable for services performed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.278** Nonpriority creditor's name and mailing address

Joseph Carothers

1813 Honey Hill Rd.

Hardeeville, KS 66027

Date or dates debt was incurred **08/31/2022**

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.279** Nonpriority creditor's name and mailing address

Joshua Lawton-Belous

9912 Charthouse Cove

Austin, TX 78730

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: **$2,587,264.10**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **This is the worth of equity that is owed to me as of the last report on Feb 27 2023**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.280** Nonpriority creditor's name and mailing address

Juan Carlos Pea

2206 Robert Wynn

El Paso, TX 79936

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is: **$2,400.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wage Claim**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.281** | **Nonpriority creditor's name and mailing address**

Juan Jackson

1804 Barksdale Drive

Lexington, KY 40511

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $6,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address**

Juan Jackson

1804 Barksdale Drive

Lexington, KY 40511

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $7,989.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address**

Juan Jackson

1804 Barksdale Drive

Lexington, KY 40511

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address**

Juan Jose Simon Ocejo

300 E Riverside Dr Apt 446

Austin, TX 78704-0182

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $2,128.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.285

**Nonpriority creditor's name and mailing address**

Julian Torres

115 La mesa Drive

Burlingame, CA 94010

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,497.00

---

### 3.286

**Nonpriority creditor's name and mailing address**

Justin Brodie-Kommit

3714 Hickory Avenue

Baltimore, MD 21211

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Investor in Astralabs as of November 13, 2021
**Basis for the claim:**  through wefunder

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

---

### 3.287

**Nonpriority creditor's name and mailing address**

KA! Empathogenics

442 Lorimer St Ste D PMB 5121

Brooklyn, NY 11206

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

### 3.288

**Nonpriority creditor's name and mailing address**

Kanari Holdings Inc

c/o One Business Center

One JLT, 06-150, Jumeirah Lake Towers

PO BOX 3338553, Duba, UAE,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,000.00

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.289** | Nonpriority creditor's name and mailing address

Kboodle, Inc.

PO Box 1426

Crystal Bay, NV 89402

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$6,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address

Keagan Wernicke

6016 Price Drive

North Richland Hills, TX 76180

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$31,449.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address

Keagan Wernicke

6016 Price Drive

North Richland Hills, TX 76180

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$3,337,820.68**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Common stock and preferred investments

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address

Kevin Houston

1301 W Fifth Street Unit 342

Austin, TX 78703

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$21,504.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:** Additional Page</td></tr>
</table>

---

**3.293** **Nonpriority creditor's name and mailing address**
Kevin Mease

300 S Lamar #207

Austin, TX 78704

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $39,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** landlord

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.294** **Nonpriority creditor's name and mailing address**
Kishore Anjaneyulu

1204 Yarrow Rd

Matthews, NC 28104

**Date or dates debt was incurred** 08/27/2022

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.295** **Nonpriority creditor's name and mailing address**
Kleiner Device Labs

999 Driver Way

Incline Village, NV 89451

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $8,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.296** **Nonpriority creditor's name and mailing address**
Kokoustaja Oy

Rusthollarinkatu 1 A 4

FI-37120, Nokia, Finland,

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $6,900.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Newchip Accelerator Master Membership Agreement Section I, Paragraph 6 – Accelerator Guarantee. Refund.

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.297** Nonpriority creditor's name and mailing address

Kristopher Scott

710 Vista Way Apt 802

Red Bluff, CA 96080

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Equity

Is the claim subject to offset?
☑ No
☐ Yes

$250.00

---

**3.298** Nonpriority creditor's name and mailing address

Kwala

432 Waverley Rd Gundy
NSW 2337
Australia

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.299** Nonpriority creditor's name and mailing address

Kyle Croyle

3812 Wadford St Unit A

Austin, TX 78704

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Equity

Is the claim subject to offset?
☑ No
☐ Yes

$753,440.65

---

**3.300** Nonpriority creditor's name and mailing address

Lacey Hunter

645 Meadow Drive SE

North Bend, WA 98045

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$7,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.301** Nonpriority creditor's name and mailing address
**Laureti Mobility Group Limited**

**4 Old Park Lane**

**London, UK W1K 1QW,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$4,800.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **I paid for the fundraising services according to the contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.302** Nonpriority creditor's name and mailing address
**Laurie Cercone**

**604 Eagle**

**Austin, TX 78734**

Date or dates debt was incurred **09/03/2022**

Last 4 digits of account number ___ ___ ___ ___

Remarks: New Quest Enterprises, LLC

As of the petition filing date, the claim is: **$31,808.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.303** Nonpriority creditor's name and mailing address
**Lawrence D. Hutchison**

**306 Landing Lane**

**Chestertown, MD 21620**

Date or dates debt was incurred **08/17/2022**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$81,422.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.304** Nonpriority creditor's name and mailing address
**Lawton Management LLC (DBA Squared Compass)**

**9912 Charthouse Cove**

**Austin, TX 78730**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,264,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **A signed contractual agreement between Lawton Management LLC (DBA Squared Compass) and ASTRA for consulting services**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.305** Nonpriority creditor's name and mailing address

Leeward Security Ltd.

5800 Ambler Drive, Suite 210
Mississauga, Ontario
Canada L4W 4J4

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

---

**3.306** Nonpriority creditor's name and mailing address

Leonel Andres Barragan Rodriguez

Carrera 111D Bis #78b 19

Bogota, Colombia,

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,814.00

---

**3.307** Nonpriority creditor's name and mailing address

Leonid Mordkovich

1974 Devonshire Ave

Avon, IN 46123

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,500.00

---

**3.308** Nonpriority creditor's name and mailing address

Lets Join In Party Ltd

12 Sky Lane Ashburton

Melbourne, Victoria, Australia, MA 3147,

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.309** | Nonpriority creditor's name and mailing address
Linvest Group, Inc.

c/o Aaron Goldstein

2401 S Ocean Drive #2102

Hollywood, FL 33019

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $7,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address
Lithium Networks, LLC

PO Box 2994

Austin, TX 78755

Date or dates debt was incurred _____

Last 4 digits of account number  1  9  2  0

**As of the petition filing date, the claim is:** $7,201.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address
Local Driver Tech Inc.

33 University Ave.
Suite 2704
Toronto, Ontario M5J2S7, Canada

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $20,833.24
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address
Locoal Charcoal Company

1201 Citation Circle

Del Valle, TX 78617

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $30,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td>Additional Page</td></tr>
</table>

| **3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,000.00** |
|---|---|---|---|
| | Loglens Insights Private Limited | *Check all that apply.* | |
| | | ☑ Contingent | |
| | 766 The Executive Zone | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | Chennai, Thailand 60000, | **Basis for the claim:** Customer | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,500.00** |
|---|---|---|---|
| | Lonch, Inc | *Check all that apply.* | |
| | | ☑ Contingent | |
| | 60 Feldspar Rdg | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | Glastonbury, CT 06033 | **Basis for the claim:** Customer | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|
| | LOOFT Inc. | *Check all that apply.* | |
| | | ☑ Contingent | |
| | 260 N Lord St #228 | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | Brookfield, WI 53045 | **Basis for the claim:** Customer | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,000.00** |
|---|---|---|---|
| | Loopi, Inc. | *Check all that apply.* | |
| | | ☑ Contingent | |
| | 3802 38th Ave South | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | Seattle, WA 98118 | **Basis for the claim:** Customer | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

---

**3.317** | Nonpriority creditor's name and mailing address

Lucas Everidge

5700 E Riverside Drive Apt 2112

Austin, TX 78741

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.318** | Nonpriority creditor's name and mailing address

Luke Marek

1913 Garden Street Unit B

Austin, TX 78702

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,846.16

---

**3.319** | Nonpriority creditor's name and mailing address

Luso Digital Assets

20L Rua Princesa d. Amelia

9000-019 Funchal, Portugal,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,000.00

---

**3.320** | Nonpriority creditor's name and mailing address

Maana Electric SA

12 Rue de l'Industrie
L-3895 Luxembourg
Fabrice Testa

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

<span style="background:black;color:white">**Part 2:**</span> Additional Page

---

**3.321** Nonpriority creditor's name and mailing address

**Makara Insights**

**80 SW 8th Street Suite 2013**

**Miami, FL 33130**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$6,500.00

---

**3.322** Nonpriority creditor's name and mailing address

**Mallory Frick and JM FRICK LLC**

**328 Ledge Stone drive**

**Austin, TX 78737**

Date or dates debt was incurred    08/19/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$136,988.12

---

**3.323** Nonpriority creditor's name and mailing address

**Manoj Sonje**

**16303 Chelsea Place Apt. 236**

**Selma, TX 78154**

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$3,340.00

---

**3.324** Nonpriority creditor's name and mailing address

**Marc Bertrand**

**P.O. Box 1967**

**New York, NY 10025**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Uknown

Is the claim subject to offset?
☑ No
☐ Yes

$97,265.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.325
**Nonpriority creditor's name and mailing address**

Marc Bertrand

P.O. Box 1967

New York, NY 10025

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

**$97,265.00**

### 3.326
**Nonpriority creditor's name and mailing address**

Marc Russell

471 East 4300 North

Provo, UT 84604

Date or dates debt was incurred  08/13/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$889.85**

### 3.327
**Nonpriority creditor's name and mailing address**

Marco Frabotta

2222 Detroit Ave 1013

Cleveland, OH 44113

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,000.00**

### 3.328
**Nonpriority creditor's name and mailing address**

Maria Sofia Roque Rosales

5200 King Charles Drive

Austin, TX 78724

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Restricted stock granted

**Is the claim subject to offset?**
☑ No
☐ Yes

**$684,900.00**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.329** | **Nonpriority creditor's name and mailing address**

Marine BioEnergy Inc

4408 Union Ave

La Canada Flintridge, CA 91011

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $40,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Payment for Services Not Performed**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address**

MarinX Inc (dba Sensor Globe)

27 Parker Street

Dartmouth NS B2Y 2WI,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $9,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Credit Card Payment**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address**

Mark and Candice Gimbel Family Living Trust

13258 N. 79th St.

Scottsdale, AZ 85260

Date or dates debt was incurred **08/18/2022**

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address**

Mark Beauharnois

6867 Amanda Lane

Lockport, NY 14094

Date or dates debt was incurred **08/17/2022**

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $14,533.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.333** Nonpriority creditor's name and mailing address

Martin Duenaz

30280 Prospect Rd

Nettleton, MS 38858

Date or dates debt was incurred    08/13/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Capital Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,412.28

---

**3.334** Nonpriority creditor's name and mailing address

Martin Wagner

359 Cambridge Drive

Goleta, CA 93117

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Equity

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,000.00

---

**3.335** Nonpriority creditor's name and mailing address

Mary Oziemkowski

1961 Bolson Drive

Downers Grove, IL 60516

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$694.80

---

**3.336** Nonpriority creditor's name and mailing address

Matthew Hendershot

1841 W Wisteria Dr

Chandler, AZ 85248

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,922.59

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

**3.337** Nonpriority creditor's name and mailing address

Matthew Hendershot

1841 W Wisteria Dr

Chandler, AZ 85248

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: _____ **$5,706.58**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.338** Nonpriority creditor's name and mailing address

Matthew Kuznicki

6312 W Hyacinth Street

Chicago, IL 60646

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: _____ **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.339** Nonpriority creditor's name and mailing address

Matthew Perlman

720 Airport Blvd Apt 1138

Austin, TX 78702

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: _____ **$750.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.340** Nonpriority creditor's name and mailing address

Matthew Peter Kelly and Xin Geng Kelly

13190 Burke Rd

Los Altos, CA 94022

Date or dates debt was incurred  09/15/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: _____ **$92,379.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.341** Nonpriority creditor's name and mailing address

Max Mahan

4479 Vrain St.

Denver, CO 80212

Date or dates debt was incurred    **08/12/2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$29,375.00**

---

**3.342** Nonpriority creditor's name and mailing address

Melane Rella and Angelo Rella

628 Burno Mountain Road

Cotopaxi, CO 81223

Date or dates debt was incurred    **08/23/2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$34,496.80**

---

**3.343** Nonpriority creditor's name and mailing address

Melissa Hector

1080 Cypress Parkway Suite 1187

Kissimmee, FL 34759

Date or dates debt was incurred    **08/11/2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

---

**3.344** Nonpriority creditor's name and mailing address

Mergeflo Inc

8000 Research Forest Dr Ste 115 No 1026

The Woodlands, TX 77382

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.345**

**Nonpriority creditor's name and mailing address**

Michael Brown

56 Blackberry Ln

Yarmouth, ME 04096

Date or dates debt was incurred     10/29/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      $112,883.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346**

**Nonpriority creditor's name and mailing address**

Michael Gallup

84 S Shimmering Aspen Cir

Spring, TX 77389-4964

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      $14,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.347**

**Nonpriority creditor's name and mailing address**

Michael Harrison Jr

136 Cowper St

Palo Alto, CA 94301

Date or dates debt was incurred     08/13/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348**

**Nonpriority creditor's name and mailing address**

Michael J Frank

15 Oval Road

Millburn, NJ 07041-1409

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      $3,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

### 3.349
**Nonpriority creditor's name and mailing address**
Michael J Frank

15 Oval Road

Millburn, NJ 07041-1409

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $29,693.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.350
**Nonpriority creditor's name and mailing address**
Michael J Frank

15 Oval Road

Millburn, NJ 07041-1409

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $1,370.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.351
**Nonpriority creditor's name and mailing address**
Michael Michael

333 Turn Pike Dr.

Folsom, CA 95630

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.352
**Nonpriority creditor's name and mailing address**
Michael Miracle

14 Chardonnay Drive

Holmdel, NJ 07733

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**  $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.353
**Nonpriority creditor's name and mailing address**
**Michelle Strayhorn**

**586 Main St #E**

**Hackensack, NJ 07601**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$198.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Equity

Is the claim subject to offset?
☑ No
☐ Yes

### 3.354
**Nonpriority creditor's name and mailing address**
**MINIMUM bio**

**81−83 Campbell St.**
**Surry Hills NSW 2010**
**AUSTRALIA**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$5,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

### 3.355
**Nonpriority creditor's name and mailing address**
**Mitchell McCormick**

**1125 N Academy Avenue Suite A**

**New Braunfels, TX 78130**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$8,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

### 3.356
**Nonpriority creditor's name and mailing address**
**Moatassem Abdelhaleem**

**142 Portsaid Street Apt 18**

**Alexandria, Egypt 00203-22,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$5,500.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.357**

**Nonpriority creditor's name and mailing address**
Morana Enterprises LLC

131 Hoffman Avenue

Dayton, OH 45403

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                          $3,600.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.358**

**Nonpriority creditor's name and mailing address**
Motoblockchain S.L.

via Wagner 67
21100 Varese, Italy

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                          $2,900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359**

**Nonpriority creditor's name and mailing address**
MRunal Mody

4516 Martingale View Lane

Keller, TX 76244-4336

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                          $11,070.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Monies invested through Wefunder campaign

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360**

**Nonpriority creditor's name and mailing address**
Myidfi LLC

141 Sioux Drive

Hailey, ID 83333

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                          $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer and Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.361** | **Nonpriority creditor's name and mailing address**

**Myocene**

**Quai Banning 6**

**4000 Lige, Belgium,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**We did not get any of the services (training, pitch review, introduction to investors) we paid this**
Basis for the claim: **amount for.**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$12,000.00

---

**3.362** | **Nonpriority creditor's name and mailing address**

**Nadejda Aseeva**

**12604 Duckcreek Ct.**

**Austin, TX 78729**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Investor Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.363** | **Nonpriority creditor's name and mailing address**

**Nageswara Kondraganti**

**12365 Willowgate Dr.**

**Frisco, TX 75035**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Rev. Share Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,500.00

---

**3.364** | **Nonpriority creditor's name and mailing address**

**Nainesh Patel**

**23 Nancy St.**

**Kendall Park, NJ 08824**

Date or dates debt was incurred **10/28/2022**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor Note**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$50,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.365**

**Nonpriority creditor's name and mailing address**

Naishadh Saraiya

1501 Anglebluff Lane

Plano, TX 75093

Date or dates debt was incurred    08/16/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,284.30

---

**3.366**

**Nonpriority creditor's name and mailing address**

Nebulai Corp

66 W Flagler St Suite 900

Miami, FL 33130

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.367**

**Nonpriority creditor's name and mailing address**

Nemanja Milosevic

Lange Zeile 12,
90419 Nuremberg
Germany

Date or dates debt was incurred    09/01/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Revenue Shareholder

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,983.88

---

**3.368**

**Nonpriority creditor's name and mailing address**

Nerra Ltd

94 Whitehaven Road
Glendowie
Auckland 1071, New Zealand

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="2">Additional Page</td></tr>
</table>

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,000.00 |
|---|---|---|---|
| | Neurologik FZE | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | Za Obchody 846 | | |
| | Neratovice 27711 Czech Republic, | **Basis for the claim:** Customer | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,000.00 |
|---|---|---|---|
| | NeuroTech Group AI Ltd | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | 5a Bear Lane | | |
| | London SE1 OUH, UK, | **Basis for the claim:** Customer | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,500.00 |
|---|---|---|---|
| | NeuroTech Group AI Ltd | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | 5a Bear Lane | | |
| | London SE1 OUH, UK, | **Basis for the claim:** Customer | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,000.00 |
|---|---|---|---|
| | New Growth Brands, Inc. | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | Attn: Alastair James | | |
| | 3305 Bellaire Park Ct | | |
| | Fort Worth, TX 76109 | **Basis for the claim:** Customer | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.373** Nonpriority creditor's name and mailing address

New Growth Brands, Inc.

Attn: Alastair James

3305 Bellaire Park Ct

Fort Worth, TX 76109

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$9,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.374** Nonpriority creditor's name and mailing address

New Motion, LLC

6010 Boeing Place

Los Angeles, CA 90045

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$8,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  lack of serviced performed

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.375** Nonpriority creditor's name and mailing address

Nicholas J Hickox

4301 W William Cannon Drive Suite B-150 #107

Austin, TX 78749

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.376** Nonpriority creditor's name and mailing address

Nick Farrenkopf

34904 Oyster Bay Ter

Fremont, CA 94555

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.377

**Nonpriority creditor's name and mailing address**

Niobium LLC

12204 FM 1826

Austin, TX 78737

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

### 3.378

**Nonpriority creditor's name and mailing address**

Nirmalbhai C Patel

52 Meadow Brook Rd.

Edison, NJ 08837

Date or dates debt was incurred    09/01/2022

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  8400Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

### 3.379

**Nonpriority creditor's name and mailing address**

Novogiene Inc

226 Mira Vista

Santa Cruz, CA 95060

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

---

### 3.380

**Nonpriority creditor's name and mailing address**

NSure Labs Ltd

15 HaZvi

Jerusalem, Israel 9438622,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.381** Nonpriority creditor's name and mailing address

Ntention AS

Granveien 53

Nesbru, 1394,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Debtor unable to fullfill its obligations under the**
Basis for the claim: agreement

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

---

**3.382** Nonpriority creditor's name and mailing address

Nvzn Augmented Reality Corp

PO Box 10024

Deerfield, IL 60015

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Customer

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.383** Nonpriority creditor's name and mailing address

Obbrey Makundi

PO Box 6954

Msasani,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Customer

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.384** Nonpriority creditor's name and mailing address

OffWeGo Inc

201 N. Union Street Suite 110 #19995

Alexandria, VA 22314

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Customer

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.385
**Nonpriority creditor's name and mailing address**

**Ok Away Pty Ltd**

**Level 21, 55 Collins Street**

**Melbourne, Victoria, Australia, MA 3147,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $6,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.386
**Nonpriority creditor's name and mailing address**

**Olivia Kim**

**2748 Bayberry Way**

**Fullerton, CA 92833**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $8,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.387
**Nonpriority creditor's name and mailing address**

**Optifold**

**5900 Yonge Street Suite 807**

**North York, Ontario, M2M 3T8, Canada,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $7,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.388
**Nonpriority creditor's name and mailing address**

**ORDEREZ PTE LTD**

**PO Box 93169**

**Omaha, NE 68154**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $7,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.389**  **Nonpriority creditor's name and mailing address**

**Our Watch Leads - OWL, Lda**

**Rua Pedro Nunes**
**Incubadora IPN Block C**
**3030-199 Coimbra, Portugal**
**Pedro Resende**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**            **$7,500.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.390**  **Nonpriority creditor's name and mailing address**

**Out of the Box Investments LLC**

**7505 35th Avenue B2**

**Jackson Heights, NY 11372**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**            **$99.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**I am filing a claim to be reimbursed the $99 investment made in**
Basis for the claim:  Astralabs on 4/16/21.

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.391**  **Nonpriority creditor's name and mailing address**

**Paul and Mary Wilcox**

**380 Columbus Ave. #1**

**Boston, MA 02116**

Date or dates debt was incurred  08/11/2022

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**            **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.392**  **Nonpriority creditor's name and mailing address**

**Paul and Mary Wilcox**

**380 Columbus Ave. #1**

**Boston, MA 02116**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**            **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.393** | Nonpriority creditor's name and mailing address
**Paul Curbo**

3702 Crestline Road

Fort Worth, TX 76107

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address
**Paul Kellam**

112 Pinnacle Road

Ellington, CT 06029

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address
**Pebble Labs Inc**

c/o Steve Ofstehage

100 Entrada Drive

Los Alamos, NM 87544

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $20,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396** | Nonpriority creditor's name and mailing address
**Peeyush Shrivastava**

975 Manhattan Blvd Apartment 3311

Dayton, KY 41074

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $272.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.397** Nonpriority creditor's name and mailing address

Petr Zaytsev

3632 Carlisle Dr

Durham, NC 27707

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.398** Nonpriority creditor's name and mailing address

Petr Zaytsev

3632 Carlisle Dr

Durham, NC 27707

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.399** Nonpriority creditor's name and mailing address

Pigee Inc

8 The Green Suite #13419

Dover, DE 19901

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

**3.400** Nonpriority creditor's name and mailing address

Pipra AG

c/o Bluelion

219 Josefstrasse

8005 Zurich, Switzerland,

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$7,985.00

| Debtor | **ASTRALABS Inc** | | Case number *(if known)* | **23-10164** |
|---|---|---|---|---|
| | Name | | | |

<br>

**Part 2:**  Additional Page

---

**3.401** Nonpriority creditor's name and mailing address

PixelFree Studio

c/o Solomon Hartmann

8018 Laurel Ridge Court

Delray Beach, FL 33446

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

---

**3.402** Nonpriority creditor's name and mailing address

Plant People PBC

406 South Park Ave

Austin, TX 78704

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

**3.403** Nonpriority creditor's name and mailing address

Pneumeric, Inc.

ATTN: Johnathon Aho

823 4th St SW

Rochester, MN 55902

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

**3.404** Nonpriority creditor's name and mailing address

Prismatext Inc

800 W 10th Avenue

Anchorage, AK 99501

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.405**

**Nonpriority creditor's name and mailing address**

Proc12 Inc

9601 Ridge Walk Court

Fort Lauderdale, FL 33328

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Customer__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,000.00**

---

**3.406**

**Nonpriority creditor's name and mailing address**

Protein Fluidics Inc

875_B Cowan Rd

Burlingame, CA 94010

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Customer__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$20,000.00**

---

**3.407**

**Nonpriority creditor's name and mailing address**

Qliktag Software Inc.

120 Newport Center Drive Suite 100

Newport Beach, CA 92660

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Customer__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,000.00**

---

**3.408**

**Nonpriority creditor's name and mailing address**

QRerve LLC

6416 Wynkoop Street

Los Angeles, CA 90045

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Customer__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,500.00**

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.409** Nonpriority creditor's name and mailing address

Quest Mock

5629 N Lamar Blvd Apt 340

Austin, TX 78751

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.410** Nonpriority creditor's name and mailing address

Raise a Hood, Inc

Attn: Michael Petersen

19275 Walden Trail

Wayzata, MN 55391

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $9,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.411** Nonpriority creditor's name and mailing address

Rajamani Ganesh

13895 Clatsop Way

San Diego, CA 92129

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.412** Nonpriority creditor's name and mailing address

Rakesh Bhimaraddi Sasvihalli

#132, SRIGANDHA, VINAYAK COLONY, VIDYANAGAR
HUBLI, 580031

Date or dates debt was incurred  08/23/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Lender

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|--------|-------------------|--------------------------|--------------|
| | Name | | |

## Part 2: Additional Page

---

**3.413** | Nonpriority creditor's name and mailing address

**Ralph J Ehrman**

**1862 Marne Road**

**Bolingbrook, IL 60490**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: _____ **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Equity**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.414** | Nonpriority creditor's name and mailing address

**Ranui Samuels**

**20 Cook St,**
**Gate Pa Tauranga 3112**
**New Zealand**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: _____ **$8,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Equity**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address

**Ravi Kiran Goli**

**31-7-26/1A, 2nd Floor, Rajaji Sgtreet**

**Kakinada, India,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: _____ **$12,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address

**RenewIT360**

**3 Via Apuesto**

**San Clemente, CA 92673**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: _____ **$7,500.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.417

**Nonpriority creditor's name and mailing address**

Resolute Future

4070 Clover Lane

Dallas, TX 75220

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $8,000.00
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.418

**Nonpriority creditor's name and mailing address**

Respiration Scan

10902 Oasis Drive

Houston, TX 77096

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $15,000.00
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Paid for a service that was never ever given to us as a company.

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.419

**Nonpriority creditor's name and mailing address**

Retentacle Inc.

525 Pine Ridge Rd

Pickering, Ontario L1W 2M6 Canada,

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $7,500.00
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.420

**Nonpriority creditor's name and mailing address**

Revitalive s.r.o.

Svejcarovo namesti 5
155 00, Prague
Czech Republic

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $7,000.00
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.421** | **Nonpriority creditor's name and mailing address**

Richard Ditter

9449 Poplar Ave

Germantown, TN 38138

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address**

Richard Litzky

5158 Forest Brook Pkwy

Marietta, GA 30068

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $4,803.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address**

Richard Nilsson

Gran Via 577, BX2

Barcelona 08011, Spain,

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address**

Richard Pottin

312 - 6380 Buswell Street
Richmond, BC
V6Y 2G2

Date or dates debt was incurred    08/19/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.425** | Nonpriority creditor's name and mailing address

Richard Pottin

312 - 6380 Buswell Street
Richmond, BC
V6Y 2G2

Date or dates debt was incurred    11/08/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address

Richard S Mackin Jr

1639 Glasgo Rd.

Griswold, CT 06351

Date or dates debt was incurred    08/30/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address

Robert A Faubion

4801 Springdale Road #2108

Austin, TX 78723

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Services Performed

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address

Robert Bruce

7077 N Mason Ave.

Chicago, IL 60646

Date or dates debt was incurred    11/05/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.429**  **Nonpriority creditor's name and mailing address**

Robert Casinover (The Build)

2 Hidden Pond

Glen Head, NY 11545

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  **$6,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.430**  **Nonpriority creditor's name and mailing address**

Robert DaLee

1388 Al Seier Road

Birmingham, AL 35226

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  **$3,725.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.431**  **Nonpriority creditor's name and mailing address**

Rohit Augustus D'Silva

13-14952 58 Avenue

Surrey, BC V3S 9J2 Canada,

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  **$6,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.432**  **Nonpriority creditor's name and mailing address**

Roosevelt Scott

802 Hawk View Court

Fairview Heights, IL 62208

**Date or dates debt was incurred**  08/11/2022

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  **$42,285.64**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.433 Nonpriority creditor's name and mailing address

Ross Wigle

168 Charterhouse Cres.
Ancaster, ON
Canada L9G 4M5

**Date or dates debt was incurred**  08/16/2022

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $2,005.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.434 Nonpriority creditor's name and mailing address

Rushi Ukani

8 Koster Blvd. Apt. 6A

Edison, NJ 08837

**Date or dates debt was incurred**  08/31/2022

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.435 Nonpriority creditor's name and mailing address

Ruth Griffith and Anthony Griffith

96 Puunoa Pl.

Lahaina, HI 96761

**Date or dates debt was incurred**  08/11/2022

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.436 Nonpriority creditor's name and mailing address

Ruth Griffith and Anthony Griffith

96 Puunoa Pl.

Lahaina, HI 96761

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.437** | Nonpriority creditor's name and mailing address
**Ryan Burt**

**18115 59th Ave N.**

**Minneapolis, MN 55446**

Date or dates debt was incurred    09/02/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$3,000.00

---

**3.438** | Nonpriority creditor's name and mailing address
**Ryan Burt**

**18115 59th Ave N.**

**Minneapolis, MN 55446**

Date or dates debt was incurred    08/27/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

**3.439** | Nonpriority creditor's name and mailing address
**Ryan Burt**

**18115 59th Ave N.**

**Minneapolis, MN 55446**

Date or dates debt was incurred    11/23/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.440** | Nonpriority creditor's name and mailing address
**Ryan Hall**

**6053 Big Pond Trl**

**Grovetown, GA 30813**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Rev. Share Note

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.441**  **Nonpriority creditor's name and mailing address**

Ryan McCarthy

4801 S Congress Ave #B5

Austin, TX 78745

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                        __$4,315.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.442**  **Nonpriority creditor's name and mailing address**

Ryan Stewart

2 Mill Falls Road

Suncook, NH 03275

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                        __$2,333.33__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443**  **Nonpriority creditor's name and mailing address**

S. Joseph Margle IV

25 Waters Edge Circle Apt #935

Georgetown, TX 78626

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                        __$2,500.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444**  **Nonpriority creditor's name and mailing address**

Saifon Chang

5822 E. Wildrose Dr.

Orange, CA 92867

Date or dates debt was incurred __08/30/2022__

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                        __$24,600.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.445

**Nonpriority creditor's name and mailing address**

Salvatore Pepe

1011 Schindler Dr.

Silver Spring, MD 20903

Date or dates debt was incurred    08/18/2022

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $38,795.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.446

**Nonpriority creditor's name and mailing address**

Sam Simonovich

128 Prince St #35

Tappahannock, VA 22560

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $2,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.447

**Nonpriority creditor's name and mailing address**

Samuel Egwu

NO 45 Anite Street

Okota Isolo, Lago, LA 10000-45,

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $17,500.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.448

**Nonpriority creditor's name and mailing address**

Samuel Esau Goldman

2129 Grand Oaks Ave.

Altadena, CA 91001

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $3,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | ASTRALABS Inc | Case number *(if known)* | 23-10164 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.449** | **Nonpriority creditor's name and mailing address**
Sanjay Pinnock

7275 Leonard Street

Philadelphia, PA 19149

Date or dates debt was incurred __08/12/2022__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$1,468.74__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address**
Sanjay V Patel

17199 Carrotwood Dr.

Riverside, CA 92503

Date or dates debt was incurred __08/11/2022__

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$15,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address**
Sarah Bailey

866 SW 180th Terrace

Hollywood, FL 33029

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$10,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Uknown__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address**
Sedjin Alka

203 West Sealy Ave.

Alvin, TX 77511

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** __$2,500.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rev. Share Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.453** Nonpriority creditor's name and mailing address

Shaila Patel

1110 Windsor Park Ct

Englewood, NJ 07631

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$486,318.88

---

**3.454** Nonpriority creditor's name and mailing address

Shankar Narayanan Shankar Ganpathy

6820 Preston Road Apt. 225

Plano, TX 75024

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$4,200.00

---

**3.455** Nonpriority creditor's name and mailing address

Shark Ai Capital Corporation

2309 Noriega Street #86

San Francisco, CA 94122

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

**3.456** Nonpriority creditor's name and mailing address

Sheyla Felix

31 Avenue Lonard de Vinci

Courbevoie 92400,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$2,888.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.457**  Nonpriority creditor's name and mailing address

Sleep Easy Technology Inc

PO Box 160

South Bend, IN 46617

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $7,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.458**  Nonpriority creditor's name and mailing address

SmartBreast Corp

14930 Ventura Blvd Ste 325

Sherman Oaks, CA 91403

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $12,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.459**  Nonpriority creditor's name and mailing address

SoftDsk, LLC

PO Box 5963

Plant City, FL 33563

Date or dates debt was incurred  08/18/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $18,676.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.460**  Nonpriority creditor's name and mailing address

Spencer Diner

4261 South Pearl Street

Englewood, CO 80013

Date or dates debt was incurred  08/12/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

**3.461** Nonpriority creditor's name and mailing address

**Sputnik ATX LLC**

**301 Congress Avenue Suite 2200**

**Austin, TX 78701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Warrant Valuation Services Performed for the Company

Is the claim subject to offset?
☑ No
☐ Yes

$100,000.00

---

**3.462** Nonpriority creditor's name and mailing address

**SRIYA DXI LLC**

**7975 Inverness Way**

**Duluth, GA 30097**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.463** Nonpriority creditor's name and mailing address

**Stephen Berger**

**64 Northland Rd**

**Windham, NH 03087**

Date or dates debt was incurred  08/22/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$42,708.22

---

**3.464** Nonpriority creditor's name and mailing address

**Steven Deane-Shinbrot**

**21 NE 22nd Street Apt 614**

**Miami, FL 33137**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

**3.465** | Nonpriority creditor's name and mailing address

Steven Keyser

106 Beeston Court

Cary, NC 27519

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $4,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Services Performed

Is the claim subject to offset?
☑ No
☐ Yes

**3.466** | Nonpriority creditor's name and mailing address

Stripe Capital

185 Berry St. #550

San Francisco, CA 94107

Date or dates debt was incurred  8/27/2020

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $162,318.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  A/R

Is the claim subject to offset?
☑ No
☐ Yes

**3.467** | Nonpriority creditor's name and mailing address

Style Konsult Inc

31 W. 34th St 7Fl

New York, NY 10001

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $6,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

**3.468** | Nonpriority creditor's name and mailing address

Superbutler Limited

Reception A

Aston Seedbed Centre Avenue Road

B7 4NT, Birmingham, UK,

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $6,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.469** Nonpriority creditor's name and mailing address
Surajkumar Virendra Gupta

Flat Number 1002, Building 3, Atlanta Residency

Anjurphata, Bhiwandi, Thane, Maharashtra, India,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.470** Nonpriority creditor's name and mailing address
Surrounded In Austin, LLC

161 Brighton Lane

Austin, TX 78737

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$375,000.00

---

**3.471** Nonpriority creditor's name and mailing address
Talent Dube

8/100 Wittenoom Rd.
High Wycombe, WA 6057
(Perth, Australia)

_____

_____

Date or dates debt was incurred   08/13/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Lender

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.472** Nonpriority creditor's name and mailing address
Tammy Hong

12407 Bexley Dr.

Houston, TX 77099

Date or dates debt was incurred   08/30/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$26,800.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.473**

**Nonpriority creditor's name and mailing address**

Tappr App Pty Ltd

53 Jacaranda Drive

Mooloolaba, Queensland, 4557, Australia,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

---

**3.474**

**Nonpriority creditor's name and mailing address**

Target Mobility GMBH

Eiderstedter Weg 5B

Berlin, Germany 14129,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

---

**3.475**

**Nonpriority creditor's name and mailing address**

Tarunkumar Patel

10 Dillion Court

Exton, PA 19341

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,853.00

---

**3.476**

**Nonpriority creditor's name and mailing address**

The Hochman Family Trust

6104 Sierra Arbor Ct.

Austin, TX 78759

Date or dates debt was incurred   08/23/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$59,166.66

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.477** Nonpriority creditor's name and mailing address

The Wholesome Bowl Pty Ltd

26 Cambanora Place

Mooroobool 4870, Queensland, Australia,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$6,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.478** Nonpriority creditor's name and mailing address

Thomas Dolezal

1166 Pitkin Ave.

Akron, OH 44310

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$52,117.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.479** Nonpriority creditor's name and mailing address

Thomas E. Canty

7592 Mona Ln.

San Diego, CA 92130

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.480** Nonpriority creditor's name and mailing address

Thomas Kinne

10500 S I-35 Frontage Road Apt 6207

Austin, TX 78748

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$3,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.481** **Nonpriority creditor's name and mailing address**

Thomas Mueller

9571 Crestwood Lane

Anaheim, CA 92804

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    1   0   9   5

**As of the petition filing date, the claim is:**    $5,458.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.482** **Nonpriority creditor's name and mailing address**

Thomas Mueller

9571 Crestwood Lane

Anaheim, CA 92804

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Rev. Share Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.483** **Nonpriority creditor's name and mailing address**

Timothy C. Taylor, Sr

P.O. Box 5371

Austin, TX 78763

Date or dates debt was incurred    08/11/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $50,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.484** **Nonpriority creditor's name and mailing address**

Trent Gifford dba LGCC, LLC

7545 Valley Point Trail

Nisswa, MN 56468

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $15,220.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.485**

**Nonpriority creditor's name and mailing address**

Trevor Byrum

10221 Mayfield Rd

Houston, TX 77043

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.486**

**Nonpriority creditor's name and mailing address**

Trey Griffin

224 Shirley Drive

Buda, TX 78610

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $2,715.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.487**

**Nonpriority creditor's name and mailing address**

Trey Griffin

224 Shirley Drive

Buda, TX 78610

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $53,163.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Shares in Astralabs (3,493)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.488**

**Nonpriority creditor's name and mailing address**

TRIPA HC, s.r.o.

Ita 7

85107 Bratislava, Slovakia,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $6,059.29
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td>Additional Page</td></tr>
</table>

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | UCROP.IT LLC | ☑ Contingent | |
| | 16192 Coastal Highway | ☑ Unliquidated | |
| | Lewes, DE 19958 | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,738.56** |
|---|---|---|---|
| | Vaidehi Tembhekar | ☐ Contingent | |
| | 6012 Tallow Lane | ☐ Unliquidated | |
| | Frisco, TX 75036 | ☑ Disputed | |
| | | **Basis for the claim:** Wage Claim | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | Verbato Inc | ☑ Contingent | |
| | 1116 Chelsea Avenue Unit 6 | ☑ Unliquidated | |
| | Santa Monica, CA 90403 | ☑ Disputed | |
| | | **Basis for the claim:** Customer | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | Victoria Lerner, Trustee, Lerner Living Trust | ☐ Contingent | |
| | 11758 Crescenda Street | ☐ Unliquidated | |
| | Los Angeles, CA 90049 | ☐ Disputed | |
| | | **Basis for the claim:** Investor Note | |
| | Date or dates debt was incurred 08/31/2022 | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.493** Nonpriority creditor's name and mailing address

Victoria Principato

316 W 81st Street Unit 6

New York, NY 10024

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  I worked for ASTRALABS and never received my last paycheck.

Is the claim subject to offset?
☒ No
☐ Yes

$1,727.50

---

**3.494** Nonpriority creditor's name and mailing address

Vikas O'Reilly-Shah

4118 42nd Ave NE

Seattle, WA 98105

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$1,100.00

---

**3.495** Nonpriority creditor's name and mailing address

Vincent Goveas

1251 Weathersfield Way

San Jose, CA 95118

Date or dates debt was incurred  08/30/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$10,000.00

---

**3.496** Nonpriority creditor's name and mailing address

Vincent Mach

950 Windsong Court

Diamond Bar, CA 91765

Date or dates debt was incurred  08/18/2022

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☒ No
☐ Yes

$5,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.497**

**Nonpriority creditor's name and mailing address**

Virgilio Yabut

A & F Guaranteed Service, LLC

2 Meadow Lark Lane

Franklin Park, NJ 08823

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,000.00

---

**3.498**

**Nonpriority creditor's name and mailing address**

Vivacitas Oncology Inc

1990 N California Blvd, 8th Floor

Walnut Creek, CA 94596

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Per the agreement, services were not performed and $12,000 is

**Basis for the claim:**   to be refunded.

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$12,000.00

---

**3.499**

**Nonpriority creditor's name and mailing address**

WeConcile Inc

PO Box 507

Olga, WA 98279

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**   Customer

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$7,500.00

---

**3.500**

**Nonpriority creditor's name and mailing address**

Wesley Kotcher

39 S Main St.

Rosedale, IN 47874

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Rev. Share Note

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,500.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.501

**Nonpriority creditor's name and mailing address**

Wilfrid Jean-Francois

2144 Oakwood Place

Elmont, NY 11003

Date or dates debt was incurred    08/21/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    $10,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.502

**Nonpriority creditor's name and mailing address**

William Adams

11732 Reva Dr.

Garden Grove, CA 92840

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    $7,981.05
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.503

**Nonpriority creditor's name and mailing address**

William P Daly III

907 Lakewood Ct S

Maplewood, MN 55119

Date or dates debt was incurred    08/24/2022

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    $2,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.504

**Nonpriority creditor's name and mailing address**

William T Malley

3 Nelson Road

Rockland, MA 02370

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    $110.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**WMW Partners Inc dba Metapyxl**

☑ Contingent
☑ Unliquidated
☑ Disputed

1720 Dekalb Ave

Brooklyn, NY 11237

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Wofo Ltd**

☑ Contingent
☑ Unliquidated
☑ Disputed

155 Princes Street

Dunedin, New Zealand 9013,

**Basis for the claim:** Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Yatinkumar Dodia**

☐ Contingent
☐ Unliquidated
☑ Disputed

1539 Streams Way

Allen, TX 75002

**Basis for the claim:** Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Yemi Taiwo**

☐ Contingent
☐ Unliquidated
☑ Disputed

2931 Arbor Lane

Aurora, IL 60502

**Basis for the claim:** Investor Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.509** Nonpriority creditor's name and mailing address
Yeshaya A Koblick

11 Garden Street

Sharon, MA 02067

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$9,000.00

---

**3.510** Nonpriority creditor's name and mailing address
Yindjin Genggam Bersama

Kota Kasablanca Office

88 Tebet, Jakarta, Selatan, Indonesia,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Investor Note

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

**3.511** Nonpriority creditor's name and mailing address
York gin USA, Inc

779 Oak Lane

Sonoma, CA 95476

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Customer

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

---

**3.512** Nonpriority creditor's name and mailing address
Your One Stop Shop SRL

Dr. Thoma Ionescu 9 Apt 3

Bucharest, Romania 050572,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Payment for Newchip Accelerator to find us investors. Newchip/ASTRALABS Inc did not provide the

Basis for the claim:  service

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.513** | Nonpriority creditor's name and mailing address

**Zabel M. Miracle and Micheal J Miracle**

**14 Chardonnay Drive**

**Holmdel, NJ 07733**

Date or dates debt was incurred     **08/19/2022**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

**3.514** | Nonpriority creditor's name and mailing address

**Zachary Fuchs**

**41 Glenbrook Rd.**

**Monsey, NY 10952**

Date or dates debt was incurred     **08/18/2022**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$55,967.62**

---

**3.515** | Nonpriority creditor's name and mailing address

**Zachary Fuchs**

**41 Glenbrook Rd.**

**Monsey, NY 10952**

Date or dates debt was incurred     **10/31/2022**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,000.00**

---

**3.516** | Nonpriority creditor's name and mailing address

**Zachary Potvin**

**1016 Enchantment Rd.**

**Rapid City, SD 57701**

Date or dates debt was incurred     **08/11/2022**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,563.46**

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<h2 style="background:black;color:white;display:inline">Part 2:</h2> Additional Page

---

**3.517** | **Nonpriority creditor's name and mailing address**

Zachary Potvin

1016 Enchantment Rd.

Rapid City, SD 57701

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$15,563.46

---

**3.518** | **Nonpriority creditor's name and mailing address**

Zachary Potvin

1016 Enchantment Rd.

Rapid City, SD 57701

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Investor Note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$20,000.00

---

**3.519** | **Nonpriority creditor's name and mailing address**

Zev Stampfer

302 W 35th Street

Austin, TX 78705

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Wage Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,139.28

---

**3.520** | **Nonpriority creditor's name and mailing address**

Zimrii

94-96 Alfred Street South Unit 13

Milsons Point, Australia 2061,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Refund not received under guarantee on contract signed with debtor (Point 6 of
**Basis for the claim:**  contract)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$5,000.00

---

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 3:</strong> List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Bootstrap Servicing, Inc.**<br>**510 Townsend Street**<br>**San Francisco, CA 94103** | Line **3.466**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Celtic Bank**<br>**268 South State Street Suite 300**<br>**Salt Lake City, UT 84111** | Line **3.466**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Clearco**<br>**Pavilion House,**<br>**31 Fitzwilliam Square,**<br>**Dublin 2, Ireland** | Line **3.115**<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **ASTRALABS Inc** | Case number *(if known)* | **23-10164** |
|---|---|---|---|
| | Name | | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$97.17** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$32,227,029.30** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$32,227,126.47** |

| Fill in this information to identify the case: |
| --- |
| Debtor name      ASTRALABS Inc |
| United States Bankruptcy Court for the: <br>      Western District of Texas |
| Case number (if known):    23-10164      Chapter   7 |

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 979 Springdale Rd, Unit 123, Austin, TX | 3423 Holdings, LLC |
| | | Contract to be REJECTED | 4811 E 7th Street |
| | State the term remaining | 46 months | Austin, TX 78702 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Corporate Housing | Barrero, Martha A. |
| | | Contract to be REJECTED | 2121 Lohman's Crossing Road 504-426 |
| | State the term remaining | 5 months | Austin, TX 78734 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Corporate Housing | Mease, Kevin |
| | | Contract to be REJECTED | 300 S. Lamar 207 |
| | State the term remaining | 6 months | Austin, TX 78704 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**ASTRALABS Inc**__

United States Bankruptcy Court for the: __**Western**__ District of __**Texas**__
(State)

Case number (If known): __**23-10164**__

☑ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Nihar Patel | 979 Springdale Rd. Suite #123 <br> Street <br> 979 Springdale Rd. Suite #123 <br> Austin, TX 78723 <br> City / State / ZIP Code | Iruka Capital <br><br><br> Apex Funding Source, LLC | ☑ D <br> ☐ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Ryan, Andrew | 979 Springdale Rd. Suite #123 <br> Street <br><br> Austin, TX 78723 <br> City / State / ZIP Code | Iruka Capital <br><br><br> Apex Funding Source, LLC | ☑ D <br> ☐ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br><br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | ASTRALABS Inc | Case number (if known) | 23-10164 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ Street _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | _____ Street _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

**Fill in this information to identify the case:**

Debtor name          ASTRALABS Inc

United States Bankruptcy Court for the:
              Western District of Texas

Case number (if known):       23-10164        Chapter    7

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................................... | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.................................................................................................. | $1,091,418.50 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................................... | $1,091,418.50 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $1,898,224.25 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | $97.17 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | + $32,227,029.30 |

4. **Total liabilities**........................................................................................................... | $34,125,350.72 |

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ASTRALABS Inc |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-10164 |

☑ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $3,207,568.00 |
| For prior year: | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $19,882,980.00 |
| For the year before that: | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $10,057,994.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | | |
| For prior year: | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |
| For the year before that: | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. Iruka Capital<br>Creditor's name<br>162 Elmora Ave #211<br>Street<br><br>Elizabeth, NJ 07202<br>City                State    ZIP Code | 12/20/2022<br>12/27/2022<br>01/03/2023<br>01/10/2023<br>01/17/2023<br>01/24/2023<br>01/31/2023<br>02/07/2023<br>02/14/2023<br>02/21/2023<br>02/28/2023<br>03/07/2023<br>03/14/2023 | $372,177.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. 3423 Holdings, LLC<br>Creditor's name<br>4811 E 7th Street<br>Street<br><br>Austin, TX 78702<br>City                State    ZIP Code | 01/03/2023<br>02/02/2023<br>03/02/2023 | $151,127.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Building Lease |
| 3.3. Barrero, Martha A.<br>Creditor's name<br>2121 Lohman's Crossing Road 504-426<br>Street<br><br>Austin, TX 78734<br>City                State    ZIP Code | 01/04/2023<br>02/03/2023<br>03/02/2023 | $19,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Corporate Housing |

23-10164-smr  Doc#318  Filed 09/13/23  Entered 09/13/23 12:32:28  Main Document  Pg 154 of 168

| | | | |
|---|---|---|---|
| 3.4. | Apex Funding Source, LLC<br>_Creditor's name_ | 02/03/2023 | $153,000.00 |
| | 3050 Biscayne Blvd Suite 502<br>_Street_ | 02/10/2023 | |
| | | 02/17/2023 | |
| | Miami, FL 33137<br>_City          State     ZIP Code_ | 02/24/2023 | |
| | | 03/03/2023 | |
| | | 03/10/2023 | |

- ☐ Secured debt
- ☑ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other _____

| | | | |
|---|---|---|---|
| 3.5. | Mease, Kevin<br>_Creditor's name_ | 01/04/2023 | $19,500.00 |
| | 300 S. Lamar 207<br>_Street_ | 02/03/2023 | |
| | | 03/08/2023 | |
| | Austin, TX 78704<br>_City          State     ZIP Code_ | | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other Corporate Housing

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Shaila Patel<br>_Creditor's name_<br><br>1110 Windsor Park Ct<br>_Street_<br><br><br>Englewood, NJ 07631<br>_City          State     ZIP Code_ | 8/1/2022-12/30/2022 | $98,689.74 | Repayment of Debt according to information provided. |
| **Relationship to debtor** | | | |
| Mother of Director/Officer Nihar Patel | | | |
| 4.2. Andrew Ryan<br>_Creditor's name_<br><br>7600 Burnet Rd Suite 530<br>_Street_<br>c/o Ron Satija Hayward PLLC<br><br>Austin, TX 78757<br>_City          State     ZIP Code_ | Previous 12 Months from 3/17/2023 | $284,269.00 | Gross Wages |
| **Relationship to debtor** | | | |
| CEO | | | |

4.3. <u>Jack Cartwright</u>         <u>Previous 12</u>    <u>$93,750.00</u>    Gross Wages
    Creditor's name      Months from
           3/17/2023

    Street

    City      State    ZIP Code

**Relationship to debtor**

CFO

4.4. <u>VP Sales</u>         <u>Previous 12</u>    <u>$31,250.00</u>    Wages & Commissions
    Creditor's name      Months from
           3/17/2023

    Street

    City      State    ZIP Code

**Relationship to debtor**

VP of Sales

4.5. <u>Aly O'Desky</u>         <u>Previous 12</u>    <u>$58,333.00</u>    Gross Wages
    Creditor's name      Months from
           3/17/2023

    Street

    City      State    ZIP Code

**Relationship to debtor**

General Counsel

4.6. <u>Nihar Patel</u>         <u>Previous 12</u>    <u>$137,500.00</u>    Gross Wages
    Creditor's name      Months from
    <u>979 Springdale Rd. Suite #123</u>    3/17/2023
    Street

    <u>979 Springdale Rd. Suite #123</u>

    <u>Austin, TX 78723</u>
    City      State    ZIP Code

**Relationship to debtor**

Co-Founder

---

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

**5.1.**

Creditor's name

Street

City                    State    ZIP Code

## 6.    Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**6.1.**

Creditor's name                      XXXX– __ __ __ __

Street

City                    State    ZIP Code

## 7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Ms. Sara Wadud vs Astralabs, Inc. | Charge of Discrimination in Workplace Complaint | Texas Workforce Commission on Civil Rights Division<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 117 Trinity St 144-T<br>Street | |
| | 451-2022-01622 | | Austin, TX 78701<br>City          State    ZIP Code | |

## 8.    Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor ASTRALABS Inc    23-10164-smr   Doc#318   Filed 09/13/23   Entered 09/13/23 12:32:28   Main Document   Pg 157 of 168    Case number (if known)   23-10164

Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

| | Case title | Court name and address |
|---|---|---|

Street

Name

| | | Street |
|---|---|---|

City     State    ZIP Code

| | Case number | |
|---|---|---|

| | Date of order or assignment | City    State    ZIP Code |
|---|---|---|

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City     State    ZIP Code

| Recipient's relationship to debtor |
|---|

---

## Part 5:   Certain Losses

**10.**   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.**

---

## Part 6:   Certain Payments or Transfers

**11.**   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Debtor | ASTRALABS Inc | | Case number (if known) | 23-10164 |
|---|---|---|---|---|
| | Name | | | |

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | The Lane Law Firm | | 3/08/2023 | $10,000.00 |
| | **Address** | | 03/15/2023 | $10,000.00 |
| | 6200 Savoy Dr Ste 1150 | | | |
| | Street | | | |
| | Houston, TX 77036-3369 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | billing@lanelaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor    23-10164-smr   Doc#318   Filed 09/13/23   Entered 09/13/23 12:32:28   Main Document    Pg 159
ASTRALABS Inc                                                         of 168                    Case number *(if known)*    23-10164

Name

| Part 7: | Previous Locations |
| --- | --- |

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
| --- | --- |
| 14.1.  707 E Live Oak Street <br> Street <br><br> Austin, TX 78704 <br> City          State     ZIP Code | From   11/1/2019    To   9/1/2020 |
| 14.1.  200 E 7th Street <br> Street <br><br> Austin, TX 78701 <br> City          State     ZIP Code | From   10/1/2020    To   12/1/2021 |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Names, addresses for Customer Lists

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Astralabs 401K | EIN: _ _ – _ _ _ _ _ _ _ |

   Has the plan been terminated?

   ☑ No

   ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City        State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City        State    ZIP Code | _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

23-10164-smr  Doc#318  Filed 09/13/23  Entered 09/13/23 12:32:28  Main Document  Pg 161 of 168

Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

Name

Street

City          State    ZIP Code

Address

☐ No

☐ Yes

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

Name

Street

City          State    ZIP Code

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

---

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Newchip LLC<br>Name<br>979 Springdale Rd.<br>Street<br><br>Austin, TX 78723<br>City          State    ZIP Code | Unused Business - Never Operated | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2. Newchip Fund III LLC<br>Name<br>979 Springdale Road<br>Street<br><br>Austin, TX 78702<br>City          State    ZIP Code | Unused Business - Never Operated | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.3. Journey Venture Partners<br>Name<br>979 Springdale Rd.<br>Street<br><br>Austin, TX 78723<br>City          State     ZIP Code | Created in anticipation of merger that never happened - never operated. | EIN: — — – — — — — — — <br><br>**Dates business existed**<br><br>From _____ To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| 25.4. Sofos LLC<br>Name<br>979 Springdale Rd.<br>Street<br><br>Austin, TX 78723<br>City          State     ZIP Code | Created in anticipation of merger that never happened - never operated. | EIN: — — – — — — — — — <br><br>**Dates business existed**<br><br>From _____ To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| 25.5. Newchip Labs LLC<br>Name<br>979 Springdale Rd.<br>Street<br><br>Austin, TX 78723<br>City          State     ZIP Code | Unused Business - Never Operated | EIN: — — – — — — — — — <br><br>**Dates business existed**<br><br>From _____ To _____ |

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. The Financial Interior LLP<br>Name<br>2618 Kramer Ln 7075<br>Street<br><br>Austin, TX 78758<br>City          State          ZIP Code | From 2016     To 2022 |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Jack Cartwright<br>Name<br>979 Springdale Road 123<br>Street<br><br>Austin, TX 78702<br>City          State          ZIP Code | From 10/31/2022     To Current |

Debtor    ASTRALABS Inc      23-10164-smr   Doc#318   Filed 09/13/23   Entered 09/13/23 12:32:28   Main Document   Pg 164
of 168
Name          Case number *(if known)*    23-10164

| Name and address | Dates of service |
|---|---|
| 26b.2.   Keiter CPA<br>Name<br><br>4401 Dominion Blvd<br>Street<br><br>Glen Allen, VA 23060<br>City    State    ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.3.   Pilot<br>Name<br><br>353 Sacramento Street #1900<br>Street<br><br>San Francisco, CA 94111<br>City    State    ZIP Code | From 2021 To 2021 |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Intuit Quickbooks<br>Name<br><br>5601 Headquarters Dr.<br>Street<br><br>Plano, TX 75024<br>City    State    ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Securities & Exchange Commission<br>Name<br><br>100 F Street NE<br>Street<br><br>Washington, DC 20549<br>City    State    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name

      _____
      Street

      _____

      City                    State          ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan, Andrew | 979 Springdale Rd. Suite #123 Austin, TX 78723 | CEO, Owner | 40.39% |
| Nihar Patel | 979 Springdale Rd. Suite #123 Austin, TX 78723 | Co-Founder, | 2.19% |
| Johan Uddman with CashBUS | | , | 6.21% |
| Polymath Inc | | , | 5.59% |
| Stephen Berger | | , | 3.36% |
| Alfredo del Barrio III | | , | 2.34% |
| Joshua Lawton-Belous/Lawton Management LLC | | , | 2.32% |
| Bo Shen of Fenbushi Investment Fund LP | | , | 2.04% |
| Armando Vera Carvajal | | , | 1.40% |
| David Johnston of Yeomans Capital | | , | 1.38% |
| Joep Meijer | | , | 1.32% |
| Joe Merrill/Sputnik ATX Summar 2018 LLC | | , | 1.24% |
| Youbi Capital/Youbi Capital Cayman GP | | , | 1.24% |
| Jeffrey Andreski/Jeffrey B Andreski LLC | | , | 1.18% |
| Keagan Wernicke | 6016 Price Drive North Richland Hills, TX 76180 | , | 1.06% |
| Baroon Krisendat | | , | 1.04% |
| Jack Cartwright | | CFO, None | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Travis Brodeen | | Director, | From 2021 To 2022 |
| Edward Tait | | Director, | From 2021 To 2022 |

Debtor  ASTRALABS Inc
      Name

Case number *(if known)*  23-10164

Henry Augustine                          CRO,             From _____

To _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Ryan, Andrew<br>Name<br>979 Springdale Rd. Suite #123<br>Street<br><br>Austin, TX 78723<br>City   State   ZIP Code | $284,269.00 - for last 12 months | 03/17/2023 | Gross Wages |
| **Relationship to debtor**<br>CEO | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Jack Cartwright<br>Name<br><br>Street<br><br>City   State   ZIP Code | $93,750.00 - Last 12 Months Payments | 03/17/2023 | Gross Wages |
| **Relationship to debtor**<br>CFO | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. VP Sales<br>Name<br><br>Street<br><br>City   State   ZIP Code | $31,250.00 - Last 12 Months Payments | 03/17/2023 | Wages & Commission |
| **Relationship to debtor**<br>VP of Sales | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. Aly O'Desky<br>Name<br><br>Street<br><br><br>City                State        ZIP Code | $58,333.00 - Last 12 Months Payments | 03/17/2023 | Gross Wages |
| **Relationship to debtor**<br><br>General Counsel | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. Nihar Patel<br>Name<br>979 Springdale Rd. Suite #123<br>Street<br>979 Springdale Rd. Suite #123<br>Austin, TX 78723<br>City                State        ZIP Code | $137,500.00 - Last 12 Months Payments | 03/17/2023 | Gross Wages |
| **Relationship to debtor**<br><br>Co-Founder | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.6. Shaila Patel<br>Name<br>1110 Windsor Park Ct<br>Street<br><br>Englewood, NJ 07631<br>City                State        ZIP Code | $98,689.74 | 8/15/2022-12 /30/2022 | Scheduled Repayment of Debt |
| **Relationship to debtor**<br><br>Mother of Director/Officer Nihar Patel | | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑No

☐Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑No

☐Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     09/13/2023
                MM/   DD/   YYYY

**X**   /s/ Nihar Patel                      Printed name                Nihar Patel
      Signature of individual signing on behalf of the debtor

Position or relationship to debtor     Debtor Representative

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes