

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 21, 2023.**

_____
SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-10164-smr |
| ASTRALABS, INC., § | |
| § | Chapter 7 |
| Debtor. § | |

### ORDER GRANTING TRUSTEE'S MOTION TO REFUND
### PROCEEDS OF POST-PETITION FINANCING

CAME ON FOR CONSIDERATION the *Trustee's Motion to Refund Proceeds of Post-Petition Financing* (the "Motion") filed by Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor").[1] After having considered the Motion and the record before it, the Court finds that: (i) post-petition, the Debtor (a) entered into a series of convertible promissory notes (the "Notes") and (b) raised an aggregate of approximately $212,510.00 (the "Note Proceeds") from individual lenders (each an "Individual Lender") in connection with the Notes, each without Court authority as required under Bankruptcy Code section 364; and (ii) it is

---

[1] Capitalized terms used herein, not otherwise defined, shall be given the meaning ascribed in the Motion.

in the best interest of the Estate for the Trustee to refund the Note Proceeds to the Individual Lenders following confirmatory process.

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as to all Individual Lenders who have not objected to the Motion prior to the entry of this Order (each a, and collectively, "<u>Consenting Individual Lender(s)</u>"), and is deemed **WITHDRAWN**, without prejudice, as to any Individual Lender who has objected to the Motion and not withdrawn its objection.

2. As to all Consenting Individual Lenders, the form of Certificate attached as **Exhibit 1** hereto is approved for use by the Trustee.

3. Within two business days of entry of this Order, the Trustee shall send a copy of this Order and the Certificate to each Consenting Individual Lender, via first class U.S. Mail, and if available, via e-mail, as such mailing and e-mail addresses are specified on the Individual Lender's Note.

4. The deadline for returning a completed Certificate to the Trustee is twenty-one (21) days following the date of this Order. If such deadline falls on a Saturday or Sunday, the deadline is automatically extended to the following Monday. The Trustee, in his sole discretion, may extend the deadline for a Note Party without further order of this Court.

5. As to any Consenting Individual Lender that does not return a completed Certificate by the deadline, as may be extended by the Trustee, the name and amount shown on **Exhibit 2** hereto shall control for purposes of administering any refund due to such Consenting Individual Lender.

6. Following the receipt of completed Certificates satisfactory to the Trustee, the Trustee shall issue the refund of the Note Proceeds via mailed check, as soon as reasonably

practicable. As to any Certificate timely returned to the Trustee which the Trustee cannot consensually reconcile with the Consenting Individual Lender submitting same, the Trustee shall not provide any refund to such claimant unless and until reconciled to the Trustee's satisfaction, and any party to such dispute may, by motion (including an omnibus motion by the Trustee) seek this Court's resolution of the dispute.

7. As soon as practicable following the issuance of the refund of the Note Proceeds, generally, the Trustee shall file with this Court a final schedule of the Individual Lenders that received refunds.

8. Each of the Notes listed on **Exhibit 3** hereto is hereby deemed void ab initio and shall not be considered evidence of a claim against the Debtor, the Trustee or the Estate.

9. As to any and all refunds made by the Trustee pursuant to this order, the Trustee shall stop payment and reissue a check refund to and for any Consenting Individual Lender who requests a reissuance of its refund check prior to the time at which the refund check becomes stale (ninety [90] days following issuance). If a Consenting Individual Lender fails to deposit or request reissuance of its refund check prior to the time at which the refund check becomes stale (ninety [90] days following issuance), such disbursement will, upon the ninetieth day following reissuance, be deemed abandoned while the underlying agreement remains void ab initio, and such funds shall immediately revert to the Estate, entirely and for all purposes without encumbrance by any claim or interest of the Consenting Individual Lender, for the benefit of the Estate's creditors and stakeholders.

10. The Trustee is authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order.

11. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

12. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, enforcement and interpretation of this Order

# # #

<u>Order respectfully submitted by</u>:

Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149

# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## CERTIFICATE FOR REFUND OF NOTE PROCEEDS

**RETURN THIS FORM AND REQUESTED DOCUMENTATION ON OR BEFORE [*], 2023 TO:**

> **Randolph Osherow**
> **Chapter 7 Trustee for ASTRALABS, INC.**
> **c/o Brenda Funk**
> **Munsch Hardt Kopf & Harr, P.C.**
> **700 Milam Street, Suite 800**
> **Houston, Texas 77002**
> **bfunk@munsch.com**

IF YOU FAIL TO RETURN THIS FORM ON OR BEFORE THE DATE SET FORTH ABOVE, YOU WILL RECEIVE A REFUND VIA CHECK SENT TO THE ADDRESS SHOWN ON YOUR CONVERTIBLE PROMISSORY NOTE AND IN THE AMOUNT SHOWN UNDER THE COLUMN AMOUNT RECEIVED ON EXHIBIT 2 TO THE ORDER SENT WITH THIS FORM CERTIFICATE.

**Please answer the following**: Did you, or someone on your behalf, transfer funds to ASTRALABS, INC. between May 9, 2023 and May 17, 2023 in exchange for the delivery of a Convertible Promissory Note signed by ASTRALABS, INC. and dated effective May 8, 2023?

_____ (Yes/No)

If **NO**, please sign and date this form on the following page and return as indicated above.

If **YES**, please provide the following additional information:

    Amount of Transfer (in U.S. Dollars) _____

    Date of Transfer                         _____

    Attach a record of the Transfer (cancelled check, confirmation of electronic transfer, or similar record).

    Name:                        _____

    Address:                  _____

    Email Address:        _____

    Contact Phone Number: _____

Any Refund Check will be made payable to party named above.[1]

**PLEASE SIGN:**

I, the undersigned, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

    Executed on:      _____
                                      Date

_____
Signature

_____
Printed Name

---

[1] Refunds will be issued in accordance with relevant Orders of the United States Bankruptcy Court. The Trustee may dispute the right to a refund based on the information submitted with this Certificate.

Order Exhibit 2
Note Proceeds Received by ASTRALABS, INC.

| Note Number | Note Date | Holder | Amount Received | Date |
|---|---|---|---:|---|
| M23-31 | 5/8/2023 | Petr Zaytsev | $ 5,000.00 | 5/9/2023 |
| M23-42 | 5/8/2023 | Paul Kellam | $ 5,000.00 | 5/9/2023 |
| M23-63 | 5/8/2023 | Roosevelt Scott | $ 5,000.00 | 5/9/2023 |
| M23-23 | 5/8/2023 | Nathan Webber | $ 5,000.00 | 5/9/2023 |
| M23-5 | 5/8/2023 | Christopher Fast | $ 5,000.00 | 5/10/2023 |
| M23-11 | 5/8/2023 | Ralph J Ehrman | $ 10,000.00 | 5/10/2023 |
| M23-12 | 5/8/2023 | Paul S Wilcox | $ 5,000.00 | 5/10/2023 |
| M23-14 | 5/8/2023 | Clare Forshaw | $ 5,000.00 | 5/10/2023 |
| M23-27 | 5/8/2023 | Zachary Potvin | $ 20,000.00 | 5/10/2023 |
| M23-55 | 5/8/2023 | Antonello Loddo | $ 5,000.00 | 5/10/2023 |
| M23-57 | 5/8/2023 | Haider Family Trust Mohammad Haider, Trustee | $ 5,000.00 | 5/10/2023 |
| M23-58 | 5/8/2023 | John Kenneth Lee | $ 5,000.00 | 5/10/2023 |
| M23-59 | 5/8/2023 | Tahir Ahmad | $ 5,000.00 | 5/10/2023 |
| M23-60 | 5/8/2023 | Joao Carlos dos Santos Branquinho | $ 5,000.00 | 5/10/2023 |
| M23-68 | 5/8/2023 | Tia L. A. Brown | $ 5,000.00 | 5/10/2023 |
| M23-71 | 5/8/2023 | Johnathan L Morgan | $ 5,000.00 | 5/10/2023 |
| M23-77 | 5/8/2023 | Johann Frank Webersberger | $ 5,000.00 | 5/10/2023 |
| M23-36 | 5/8/2023 | Christopher Fontaine | $ 5,000.00 | 5/10/2023 |
| M23-4 | 5/8/2023 | Martin Wagner | $ 10,000.00 | 5/11/2023 |
| M23-19 | 5/8/2023 | Jeremy Phillips | $ 10,000.00 | 5/11/2023 |
| M23-29 | 5/8/2023 | Noah Splajt | $ 7,500.00 | 5/11/2023 |
| M23-37 | 5/8/2023 | Alexander Seery | $ 7,500.00 | 5/11/2023 |
| M23-39 | 5/8/2023 | Jon A. Sims | $ 5,000.00 | 5/11/2023 |
| M23-40 | 5/8/2023 | Ethan Brandt | $ 10,000.00 | 5/11/2023 |
| M23-48 | 5/8/2023 | Francis Tze Khen Chu | $ 10,000.00 | 5/11/2023 |
| M23-54 | 5/8/2023 | Nemanja Milosevic | $ 10.00 | 5/11/2023 |
| M23-85 | 5/8/2023 | Tammy Hong | $ 10,000.00 | 5/11/2023 |
| M23-87 | 5/8/2023 | Mark Beauharnois | $ 5,000.00 | 5/11/2023 |
| M23-89 | 5/8/2023 | Stephen Yoskowitz | $ 5,000.00 | 5/11/2023 |
| M23-67 | 5/8/2023 | Nived Krishnan | $ 5,000.00 | 5/12/2023 |
| M23-61 | 5/8/2023 | Johnny Evans | $ 10,000.00 | 5/15/2023 |
| M23-6 | 5/8/2023 | Daryl Campbell | $ 7,500.00 | 5/16/2023 |
| | | **Total Note Proceeds Received** | **$ 212,510.00** | |

Order Exhibit 3
Unauthorized Notes issued by ASTRALABS, INC.

| Note Series | Note Number | Date | Principal | Holder |
|---|---|---|---|---|
| 2023A | 100 | 5/8/2023 | $5,000.00 | John Kaye |
| 2023A | M23-2 | 5/8/2023 | $5,000.00 | Hozefa Moiyyadi |
| 2023A | M23-3 | 5/8/2023 | $5,000.00 | Srinivasa Kottakota |
| 2023A | M23-4 | 5/8/2023 | $10,000.00 | Martin Wagner |
| 2023A | M23-5 | 5/8/2023 | $5,000.00 | Christopher Fast |
| 2023A | M23-6 | 5/8/2023 | $7,500.00 | Daryl Campbell |
| 2023A | M23-11 | 5/8/2023 | $10,000.00 | Ralph J Ehrman |
| 2023A | M23-12 | 5/8/2023 | $5,000.00 | Paul S Wilcox |
| 2023A | M23-13 | 5/8/2023 | $5,000.00 | Wayne C Berry |
| 2023A | M23-14 | 5/8/2023 | $5,000.00 | Clare Forshaw |
| 2023A | M23-19 | 5/8/2023 | $10,000.00 | Jeremy Phillips |
| 2023A | M23-22 | 5/8/2023 | $10,000.00 | Pablo Raess |
| 2023A | M23-23 | 5/8/2023 | $5,000.00 | Nathan Webber |
| 2023A | M23-24 | 5/8/2023 | $20,000.00 | Frederic Corwin |
| 2023A | M23-26 | 5/8/2023 | $5,000.00 | Munish Luthra |
| 2023A | M23-27 | 5/8/2023 | $20,000.00 | Zachary Potvin |
| 2023A | M23-28 | 5/8/2023 | $10,000.00 | Daniel R Beal |
| 2023A | M23-29 | 5/8/2023 | $7,500.00 | Noah Splajt |
| 2023A | M23-31 | 5/8/2023 | $5,000.00 | Petr Zaytsev |
| 2023A | M23-33 | 5/8/2023 | $5,000.00 | Phillip Lopez |
| 2023A | M23-35 | 5/8/2023 | $10,000.00 | Michael J. Miracle |
| 2023A | M23-36 | 5/8/2023 | $5,000.00 | Christopher Fontaine |
| 2023A | M23-37 | 5/8/2023 | $7,500.00 | Alexander Seery |

Unauthorized Notes issued by ASTRALABS, INC.

| Note Series | Note Number | Date | Principal | Holder |
|---|---|---|---|---|
| 2023A | M23-39 | 5/8/2023 | $5,000.00 | Jon A. Sims |
| 2023A | M23-40 | 5/8/2023 | $10,000.00 | Ethan Brandt |
| 2023A | M23-41 | 5/8/2023 | $25,000.00 | Bradley G. Kessler |
| 2023A | M23-42 | 5/8/2023 | $5,000.00 | Paul Kellam |
| 2023A | M23-43 | 5/8/2023 | $5,000.00 | Salvatore Pepe |
| 2023A | M23-45 | 5/8/2023 | $5,000.00 | Marc Russell |
| 2023A | M23-46 | 5/8/2023 | $7,500.00 | Jaron Glasgow |
| 2023A | M23-48 | 5/8/2023 | $10,000.00 | Francis Tze Khen Chu |
| 2023A | M23-51 | 5/8/2023 | $5,000.00 | Rajasekhar Yakkali |
| 2023A | M23-53 | 5/8/2023 | $5,000.00 | Angelo Rella |
| 2023A | M23-54 | 5/8/2023 | $40,000.00 | Nemanja Milosevic |
| 2023A | M23-55 | 5/8/2023 | $5,000.00 | Antonello Loddo |
| 2023A | M23-56 | 5/8/2023 | $5,000.00 | Thomas E. Canty |
| 2023A | M23-57 | 5/8/2023 | $5,000.00 | Haider Family Trust<br>Mohammad Haider, Trustee |
| 2023A | M23-58 | 5/8/2023 | $5,000.00 | John Kenneth Lee |
| 2023A | M23-59 | 5/8/2023 | $5,000.00 | Tahir Ahmad |
| 2023A | M23-60 | 5/8/2023 | $5,000.00 | Joao Carlos dos Santos Branquinho |
| 2023A | M23-61 | 5/8/2023 | $10,000.00 | Johnny Evans |
| 2023A | M23-62 | 5/8/2023 | $5,000.00 | Jeff Meyer |
| 2023A | M23-63 | 5/8/2023 | $5,000.00 | Roosevelt Scott |
| 2023A | M23-64 | 5/8/2023 | $5,000.00 | Sanjay S. Pinnock |
| 2023A | M23-65 | 5/8/2023 | $35,000.00 | Hasan Ugur Koyluoglu |
| 2023A | M23-67 | 5/8/2023 | $5,000.00 | Nived Krishnan |

2

Unauthorized Notes issued by ASTRALABS, INC.

| Note Series | Note Number | Date | Principal | Holder |
|---|---|---|---|---|
| 2023A | M23-68 | 5/8/2023 | $5,000.00 | Tia L. A. Brown |
| 2023A | M23-70 | 5/8/2023 | $5,000.00 | Brian J Carroll |
| 2023A | M23-71 | 5/8/2023 | $5,000.00 | Johnathan L Morgan |
| 2023A | M23-72 | 5/8/2023 | $5,000.00 | Harold Bishop |
| 2023A | M23-75 | 5/8/2023 | $5,000.00 | SoftDsk LLC<br>Demetrios Sapounas, Managing Director |
| 2023A | M23-77 | 5/8/2023 | $5,000.00 | Johann Frank Webersberger |
| 2023A | M23-79 | 5/8/2023 | $7,500.00 | Chukwuoma Ngoka |
| 2023A | M23-84 | 5/8/2023 | $5,000.00 | Baiping Guo |
| 2023A | M23-85 | 5/8/2023 | $10,000.00 | Tammy Hong |
| 2023A | M23-87 | 5/8/2023 | $5,000.00 | Mark Beauharnois |
| 2023A | M23-89 | 5/8/2023 | $5,000.00 | Stephen Yoskowitz |
| 2023A | M23-93 | 5/8/2023 | $5,000.00 | Stephen Berger |
| 2023A | M23-102 | 5/8/2023 | $5,000.00 | Ethan Brandt |
| **Total** | | | **$472,500.00** | |

3