

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 10, 2023.**

_____
SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER GRANTING TRUSTEE'S SECOND MOTION FOR EXTENSION OF DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS**

CAME ON FOR CONSIDERATION the *Second Motion for Extension of Deadline to Assume or Reject Executory Contracts* (the "Motion")[1] filed by Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor") under the above-captioned chapter 7 bankruptcy case (the "Bankruptcy Case"). After having considered the Motion and the record before it, the Court finds and determines that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the Court may enter a final order consistent with Article III of the United States Constitution;

---

[1] Capitalized terms used herein, not otherwise defined, shall be given the meaning ascribed in the Motion.

1

(iv) venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (v) notice of the Motion and opportunity for a hearing on the Motion were appropriate under the particular circumstances and no other notice need be provided; (vi) the legal and factual bases set forth in the Motion establish cause for the relief granted herein; and (vii) the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties-in-interest; therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The time period within which the Trustee must assume or reject Executory Contracts pursuant to section 365(d)(1) of the Bankruptcy Code is extended through January 15, 2024.

3. This Order is without prejudice to the right of the Trustee to request additional extensions of time to assume or reject the Executory Contracts consistent with section 365(d)(1) of the Bankruptcy Code.

4. Nothing contained herein nor any actions taken pursuant to such relief is intended or should be construed as a determination or admission that any pre-petition agreement, contract, or warrant constitutes an executory contract or unexpired lease subject to the provisions of section 365(d)(1) of the Bankruptcy Code and all parties' rights are reserved with respect to such determination.

5. The relief granted by this Order shall not impair the right or ability of the Trustee to assume or reject any Executory Contracts.

6. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

<u>Order respectfully submitted by</u>:
Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149