# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 23−10164−smr

Chapter No.: 7

Judge: Shad Robinson

IN RE: **ASTRALABS Inc** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **11/21/23 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 330 Motion to Assume Executory Contract (21 Day Objection Language) filed by Thanhan Nguyen for Trustee Randolph N Osherow ) Hearing Scheduled For 11/21/2023 at 10:00 AM at Austin Courtroom 1 ... Five calendar days before the hearing, exhibits MUST be: (1) mailed to U.S. Bankruptcy Court, Attn: Jennifer Lopez, Homer Thornberry Judicial Bldg., 903 San Jacinto, Suite 322, Austin, TX 78701 and (2) emailed to Sarah Wood at sarah_wood@txwb.uscourts.gov and Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov....You MUST also email Jennifer Lopez and Sarah Wood and request a special setting if your time estimate for both sides exceeds 30 minutes. (Lopez, Jennifer)

Dated: 10/11/23

                                        Barry D. Knight
                                        Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]