**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 17, 2023**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| In re: | § | |
|---|---|---|
| | § | Case No. 23-10164-smr |
| **ASTRALABS, INC.,** | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## ORDER

On this day, came on to be heard, Creditor Elizabeth Bradford's Motion for Relief from the Automatic Stay as to a Certain Employment Claimant. The Court having considered the motion finds that the Motion should in all things be GRANTED.

IT IS, THEREFORE, ORDERED, that pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a)(1):

A. The automatic stay imposed pursuant to 11 U.S.C. § 362(a) in favor of Astralabs, Inc. is modified and lifted solely to the extent to permit Employment Claimant to prosecute her claims against Astralabs, Inc. and to recover on any judgment or settlement solely to the extent of any available insurance coverage;

B. The allowance and treatment of any recovery against the bankruptcy estate shall be subject to the Court's review and approval; and

C. Waiver of the fourteen-day grace period imposed by Bankruptcy Rule 4001(a)(3).

###

**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Nathan@rosslawgroup.com


*/s/ Nathan E. Inurria*
**NATHAN E. INURRIA**
Texas Bar No. 24101953

**ATTORNEY FOR
ELIZABETH BRADFORD**