IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ASTRALABS, INC., | § § | Case No. 23-10164-smr |
| | § | Chapter 7 |
| Debtor. | § § | |

**CHAPTER 7 TRUSTEE'S ADVISORY OF PAYMENT
TO INDIVIDUAL POST-PETITION FINANCING LENDERS**

Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor"), files this *Advisory of Payment to Individual Post-Petition Financing Lenders*, in support of which he respectfully states as follows:

1. On September 21, 2023, the Court entered its *Order Granting Trustee's Motion to Refund Proceeds of Post-Petition Financing* [Docket No. 326] (the "Refund Order"), which set forth procedures for the Trustee to process refunds to thirty-two (32) individual lenders (each, an "Individual Lender") who provided the Debtor with post-petition funding as a result of the Debtor's unauthorized post-petition financing activities.

2. The Trustee provided a copy of the Refund Order and the Court-approved form of *Certificate for Refund of Note Proceeds* (the "Certificate") to each of the Individual Lenders. All but three (3) of the Individual Lenders provided the Trustee with completed Certificates, which certified the respective amount of proceeds that each Individual Lender sent to the Debtor. The Trustee has confirmed the amounts received by the remaining three (3) Individual Lenders through the Debtor's bank statements.

3. Accordingly, the Trustee files this advisory to provide notice of, and disclose, his issuance of the following refunds to the Individual Lenders:

| Holder | Amount Received |
|---|---|
| Alexander Seery | $7,500.00 |
| Antonello Loddo | $5,000.00 |
| Christopher Fast | $5,000.00 |
| Christopher Fontaine | $5,000.00 |
| Clare Forshaw | $5,000.00 |
| Daryl Campbell | $7,500.00 |
| Ethan Brandt | $10,000.00 |
| Francis Chu Tze Khen | $10,000.00 |
| Jeremy Phillips | $10,000.00 |
| Joao Carlos dos Santos Branquinho | $5,000.00 |
| Johann Frank Webersberger | $5,000.00 |
| John Kenneth Lee | $5,000.00 |
| Johnathan Morgan | $5,000.00 |
| Johnny Evans | $10,000.00 |
| Jon A. Sims | $5,000.00 |
| Mark Beauharnois | $5,000.00 |
| Martin Wagner | $10,000.00 |
| Mohammad Haider | $5,000.00 |
| Nathan Webber | $5,000.00 |
| Nemanja Milosevic | $10.00 |
| Nived Krishnan | $5,000.00 |
| Noah Splajt | $7,500.00 |
| Paul Kellam | $5,000.00 |
| Paul S Wilcox | $5,000.00 |
| Petr Zaytsev | $5,000.00 |
| Ralph J Ehrman | $10,000.00 |
| Roosevelt Scott | $5,000.00 |
| Stephen Yoskowitz | $5,000.00 |
| Tahir Ahmad | $5,000.00 |
| Tammy Hong | $10,000.00 |
| Tia L. Brown | $5,000.00 |
| Zachary Potvin | $20,000.00 |
| **Total** | **$212,510.00** |

4. With the exception of Nemanja Milosevic, the Trustee mailed a refund check to either (a) the address provided to the Trustee by the Individual Lender or (b) the address listed on the Individual Lender's respective promissory note. For Nemanja Milosevic, who resides in Germany and whose refund amount is only $10.00, the cost of mailing a check would have exceeded the amount of the refund, so the refund was processed via wire transfer by the Trustee's counsel, subject to its right to reimbursement of this expense (upon application to, and allowance by, the Court).

Dated: October 26, 2023

Respectfully submitted,

By: /s/ Thanhan Nguyen
Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: jong@munsch.com
anguyen@munsch.com

**Counsel For Randolph N. Osherow, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 26th day of October 2023, he personally caused true and correct copies of the foregoing pleading, together with all exhibits thereto, to be served (a) by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties listed on the attached matrix, and (b) to each of the Individual Lenders at the e-mail address listed in the Trustee's records.

By: /s/ Thanhan Nguyen
Thanhan Nguyen, Esq.

| Category | Party | via CM/ECF |
|---|---|---|
| Debtor | ASTRALABS, Inc. | chip.lane@lanelaw.com |
| Chapter 7 Trustee | Randolph N. Osherow | rosherow@hotmail.com; jong@munsch.com; anguyen@munsch.com |
| U.S. Trustee | United States Trustee | shane.p.tobin@usdoj.gov |
| Notice of Appearance | 3423 Holdings, LLC | lfancher@fritzbyrne.law |
| Notice of Appearance | AFCO Credit Corporation | dmondragon@reedsmith.com |
| Notice of Appearance | Andrew Ryan | rsatija@haywardfirm.com |
| Notice of Appearance | Apex Funding Source, LLC | skaminski@kaminskilawpllc.com |
| Notice of Appearance | Athletes to Athletes | thelottfirm@gmail.com |
| Notice of Appearance | Capitol Vending and Coffee Company | cleveland.burke@hklaw.com |
| Notice of Appearance | Casey Melcher<br>Hasan Ugur Koyluoglu<br>Matthew Kelly<br>Thomas Dolezal | ssather@bn-lawyers.com; gsiemankowski@bn-lawyers.com |
| Notice of Appearance | Chad Owen<br>Chaisson-Browne LLC<br>Daniel Smith<br>David Fisher<br>Eric Lee<br>Glenn Hunter<br>J333 Ventures LLC<br>Jeremy Phillips<br>Marc Russell<br>Marco Frabotta<br>Nihar Patel<br>Shaila Patel | gsiemankowski@bn-lawyers.com |
| Notice of Appearance | Elizabeth Bradford<br>Sara Wadud | nathan@rosslawgroup.com |
| Notice of Appearance | TX Comptroller of Public Accounts | bk-jstern@oag.texas.gov |