

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 06, 2023.**

_____

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-10164-smr** |
| **ASTRALABS, INC.,** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

**ORDER GRANTING TRUSTEE'S MOTION TO**
**REFUND POST-CONVERSION COBRA PREMIUMS**

CAME ON FOR CONSIDERATION the *Motion to Refund Post-Conversion COBRA Premiums* (this "Motion")[1] filed by Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor") and its bankruptcy estate (the "Estate"). After having considered the Motion and the record before it, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of

---

[1] Capitalized terms used herein, not otherwise defined, shall be given the meaning ascribed in the Motion.

1

the Debtor, its Estate, and its creditors; (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.  Therefore,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** as set forth herein.

2.      The Trustee is authorized to issue refunds of the Unpaid COBRA Premiums listed on Exhibit "A" to the Motion to each respective COBRA Participant, which the Trustee may do, without limitation, via check mailed to the listed address or such other address provided to the Trustee by such COBRA Participant.

3.      The Trustee is further authorized, as determined by the Trustee, to refund to former employees / COBRA Participants, any and all other COBRA premiums that Rippling collects and remits to the Trustee for premium payments corresponding to any period following the discontinuation of the Debtor's group health benefit plans.

4.      The Trustee is authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order.

5.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

6.      The Court hereby retains jurisdiction with respect to all matters arising from or relating to the implementation, enforcement, and interpretation of this Order.

# # #

Order respectfully submitted by:

Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149