**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § § | |
| | § | **Case No. 23-10164-smr** |
| **ASTRALABS, INC.,** | § § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**TRUSTEE'S WITNESS AND EXHIBIT**
**LIST FOR NOVEMBER 21, 2023 HEARING**

TO THE HONORABLE SHAD M. ROBINSON, U.S. BANKRUPTCY JUDGE, AND TO ALL PARTIES:

Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc. (the "Debtor"), hereby submits this Witness and Exhibit List in connection with the hearing to be held on November 21, 2023, at 10:00 a.m. (prevailing Central Time) (the "Hearing"), to consider *Trustee's Motion to Assume Engagement Agreement with Dellenbach Venture Counsel Ltd.* [Docket No. 330] and any other matters taken up by the Court at the Hearing.

**WITNESSES**

The Trustee reserves all rights to call any or all of the following as witnesses at the Hearing, including but not limited to by affidavit, declaration, or proffer.

1. Randolph N. Osherow, in his capacity as the Trustee;

2. Robert D. Dellenbach, founder, Dellenbach Venture Counsel Ltd.;

3. any witness called or designated by any other party; and

4. any rebuttal witnesses, as appropriate.

**EXHIBITS**

The Trustee reserves all rights to introduce and/or request judicial notice of any or all of the following Exhibits as evidence at the Hearing, each as may be amended, and expressly

1

including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto and thereof:

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| A. | Debtor's Amended Conversion Schedules [Docket No. 318] | | | | |
| B. | Engagement Agreement, dated April 29, 2022 [Docket No. 330-1] | | | | |
| C. | Declaration of Robert B. Dellenbach | | | | |
| D. | E-mail from R. Dellenbach to J. Ong, A. Nguyen. R. Osherow re: Debtor's equity holder and account records (August 18, 2023) | | | | |
| E. | Any and all Motions, Notices, pleadings, and other docket items filed of record in the Bankruptcy Case | | | | |
| F. | Any and all exhibits designated by any other party | | | | |
| G. | Any and all other exhibits as may be appropriate for rebuttal or impeachment purposes | | | | |

Dated: November 16, 2023

Respectfully submitted,

By: /s/ Jay H. Ong
Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: jong@munsch.com
anguyen@munsch.com

**Counsel For Randolph N. Osherow, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 16th day of November 2023, he personally caused true and correct copies of the foregoing document to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system. A true and correct copy of the document, together with the listed exhibits, was also served via electronic mail on the following parties:

Robert Chamless Lane on behalf of Debtor ASTRALABS Inc
chip.lane@lanelaw.com

Ron Satija on behalf of Andrew Ryan
rsatija@haywardfirm.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov

By: */s/ Thanhan Nguyen*
Thanhan Nguyen, Esq.