**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 03, 2024.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

### ORDER GRANTING TRUSTEE'S MOTION FOR
### EXPEDITED OR *EX PARTE* CONSIDERATION OF THIRD MOTION FOR
### EXTENSION OF DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS

On this date, the Court considered the request for expedited or *ex parte* consideration (the "Motion to Expedite") of *Trustee's Third Motion for Extension of Deadline to Assume or Reject Executory Contracts* (the "Motion for Extension"). The Court finds that the Motion to Expedite complies with Title 11 of the United States Code, §§ 101 *et seq.*, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Western District of Texas, that notice thereof is adequate under the particular circumstances, and that the Motion to Expedite demonstrates that sufficient cause exists for shortening the normal response time and scheduling expedited or *ex parte* consideration of the Motion for Extension. It is therefore:

1. **ORDERED** that the Motion to Expedite is GRANTED; it is further

2. **ORDERED** that the Court will consider the Motion for Extension on an *ex parte* basis or on the date and time set forth above with the Court's signature, if any.

# # #

<u>Order respectfully submitted by</u>:
Jay H. Ong
Texas Bar No. 24028756
Thanhan Nguyen
Texas Bar No. 24118479
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149

*Counsel For Randolph N. Osherow,
Chapter 7 Trustee*