**TRIAL/HEARING ON**
**Doc#370 Objection filed by CollectiveCrunch Oy**
**Doc# 372 Notice of Trustee's Receipt of Objections**

### EXHIBIT AND WITNESS LIST

| PLAINTIFF'S ATTORNEY: Jay Ong – Astralabs, Inc. (Trustee) | DEFENDANT'S ATTORNEY: | Docket Number: 23-10164-smr |
|---|---|---|
| | | Trial Date(s) 1-26-24 |
| **PRESIDING JUDGE** *Judge Shad Robinson* | **COURT REPORTER** *Estella Jurado* | **COURTROOM DEPUTY** *Jennifer Lopez* |

| PLA NO. | DEF NO. | DATE OFFERRED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| x | | 1/26/24 | Trustee's | 1/26/24 | Trustee's Exhibits 1-14 |
| | | 1/26/24 | | | Witness: Joshua Lawton-Elison |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |