# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**903 SAN JACINTO, SUITE 322**
**AUSTIN, TX 78701**

*Barry D. Knight* *(512) 916–5237*
*CLERK OF COURT*

**DATE:**  February 9, 2024

**Jay H. Ong/ Thanhan Nguyen**
**MUNSCH HARDT KOPF & HARR PC**
**1717 W 6th St #250**
**Austin TX 78703**

**RE:  Exhibits**
Bankruptcy Case No.:  **23–10164–smr**
Case Style:  ASTRALABS Inc

Dear  Mr Ong/ Mr Nguyen:

A final order was entered on 2/1/24 regarding the following contested matters:

**Doc. #351 Ch 7 Trustee's Motion to Sell**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than  **2/20/24**  If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Laurie Boyd

**511 E. San Antonio Avenue, Suite 444**  **615 E. Houston Street, Suite 597**  **800 Franklin Avenue, Suite 140**
**El Paso, Texas 79901**  **San Antonio, Texas 78205**  **Waco, Texas 76701**
**(915) 779–7362**  **(210) 472–6720**  **(254) 750–1513**

[Exhibits Letter] [Ltrex]