# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701

Barry D. Knight
CLERK OF COURT

(512) 916-5237

DATE: February 9, 2024

Jay H. Ong/ Thanhan Nguyen
MUNSCH HARDT KOPF & HARR PC
1717 W 6th St #250
Austin TX 78703

**RE: Exhibits**
Bankruptcy Case No.: **23-10164-smr**
Case Style: ASTRALABS Inc

Dear Mr Ong/ Mr Nguyen:

A final order was entered on 2/1/24 regarding the following contested matters:

**Doc. #351 Ch 7 Trustee's Motion to Sell**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than 2/20/24 If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Laurie Boyd

*Picked up by Mr. Nguyen 2/15/24* /s/

---

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779-7362

615 E. Houston Street, Suite 597
San Antonio, Texas 78205
(210) 472-6720

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750-1513

[Exhibits Letter] [Ltrex]