IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ASTRALABS, INC. | § | Case No. 23-10164-SMR |
| | § | |
| Debtor | § | |

**ANDREW RYAN'S LIMITED OBJECTION TO TRUSTEE'S NOTICE OF SUCCESSFUL AND BACK UP BIDDERS**

TO THE HONORABLE SHAD M. ROBINSON, U.S. BANKRUPTCY JUDGE:

COMES NOW Andrew Ryan who files this limited objection to the *Trustee's Notice of Successful and Back Up Bidders* (Doc#392) ("the Notice").

1. Pursuant to the Notice, any objection to the sale based on the identity of the purchaser was required to be filed and served upon the Trustee by no later than 5:00 p.m. (Central Time) on April 1, 2024. Mr. Ryan approached the Trustee's counsel with his concerns and it was determined that Mr. Ryan's counsel and Trustee's counsel would meet on April 2, 2024, and that the Trustee would give Mr. Ryan one additional day beyond the original deadline to file any objections.

2. Mr. Ryan's limited objection is based on the identity of one of the buyers. The identity of the buyer "Angel Deal Syndicate" is unclear. No entity information is given as with the other buyers, and the name appears to be generic. Mr. Ryan is seeking the full name and address of the entity, as well as state of incorporation and names of principals of the entity.

3. Such information is crucial to allow stakeholders to determine whether the sale was properly conducted and truly arm's length. At minimum, the Trustee is required to disclose the full name and address of the entity pursuant to Local Bankruptcy Rule 6004. Further, the Trustee

must ensure that the sale was not made to any insider of the Trustee or the auctioneer pursuant to 28 U.S.C. § 586.

WHEREFORE, PREMISES CONSIDERED, Andrew Ryan, prays that the Court deny the Trustee's request, and for other just relief.

Dated: April 2, 2024

Respectfully submitted,

*/s/ Ron Satija*
Ron Satija
State Bar No. 24039158
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7102
rsatija@haywardfirm.com
**Counsel for Andrew Ryan, Creditor**

## CERTIFICATE OF SERVICE

The signature above certifies that a true and correct copy of the foregoing document has been served by CM/ECF or by first class, U.S. mail, postage prepaid within one business day of April 2, 2024, on the following. The undersigned would note that the Notice required service only on the "Trustee."

Randolph Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
**Trustee.**

Jay Ong
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street
Suite 250
Austin, TX 78703
jong@munsch.com
**Representing Randolph N Osherow.**

United States Trustee – AU12
Attn: Shane P. Tobin
903 San Jacinto Blvd., Room 230
Austin, Texas 78701

**United States Trustee.**

*/s/ Ron Satija*
Ron Satija