IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**NOTICE OF INITIAL HEARING TO CONSIDER
TRUSTEE'S SECOND MOTION (I) FOR AUTHORITY TO SELL
DESIGNATED SECURITIES AND WARRANTS, FREE AND CLEAR OF ALL LIENS,
CLAIMS, AND ENCUMBRANCES; (II) FOR APPROVAL OF NOTICE, SALE, AND
EXECUTORY CONTRACT PROCEDURES; AND (III) TO SET FINAL HEARING TO
APPROVE SALE AND GOOD FAITH DESIGNATION TO PREVAILING PURCHASER(S)**

[Relates to Docket No. 398]

**TO ALL PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:**

An initial hearing (the "Hearing") has been scheduled to take place on **May 1, 2024, at 10:30 a.m. (prevailing Central Time)** to consider the *Trustee's Second Motion (I) for Authority to Sell Designated Securities and Warrants, Free and Clear of All Liens, Claims, and Encumbrances; (II) for Approval of Notice, Sale, and Executory Contract Procedures; and (III) to Set Final Hearing to Approve Sale and Good Faith Designation to Prevailing Purchaser(s)* [Docket No. 398]. The Hearing is scheduled to proceed **in-person** in the court room of Judge Shad M. Robinson at the U.S. Bankruptcy Courthouse located at Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Boulevard, Third Floor, Courtroom 1, Austin, Texas 78701.

Prior Court approval through CM/ECF is required to appear by WebEx or by phone for this hearing. Additional information on attending the Hearing remotely can be found on the Court's website: https://www.txwb.uscourts.gov/honorable-shad-m-robinson-us-bankruptcy-judge.

1

Dated: April 10, 2024          Respectfully submitted,

By: */s/ Beverly Bass*
Jay H. Ong
Texas Bar No. 24028756
Beverly A. Bass
Texas Bar No. 24125116
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email:    jong@munsch.com
         bbass@munsch.com

**Counsel for Randolph N. Osherow, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 10th day of April 2024, she personally caused true and correct copies of the foregoing notice to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties listed on the attached matrix.

By: */s/ Beverly Bass*
Beverly A Bass, Esq.

| Category | Party | via CM/ECF |
|---|---|---|
| Debtor | ASTRALABS, Inc. | chip.lane@lanelaw.com |
| Chapter 7 Trustee | Randolph N. Osherow | rosherow@hotmail.com; jong@munsch.com; anguyen@munsch.com |
| U.S. Trustee | United States Trustee | shane.p.tobin@usdoj.gov |
| Notice of Appearance | 3423 Holdings, LLC | lfancher@fritzbyrne.law |
| Notice of Appearance | AFCO Credit Corporation | dmondragon@reedsmith.com |
| Notice of Appearance | Andrew Ryan | rsatija@haywardfirm.com |
| Notice of Appearance | Apex Funding Source, LLC | skaminski@kaminskilawpllc.com |
| Notice of Appearance | Athletes to Athletes | thelottfirm@gmail.com |
| Notice of Appearance | Capitol Vending and Coffee Company | cleveland.burke@hklaw.com |
| Notice of Appearance | Casey Melcher<br>Hasan Ugur Koyluoglu<br>Matthew Kelly<br>Thomas Dolezal | ssather@bn-lawyers.com; gsiemankowski@bn-lawyers.com |
| Notice of Appearance | Chad Owen<br>Chaisson-Browne LLC<br>Daniel Smith<br>David Fisher<br>Eric Lee<br>Glenn Hunter<br>J333 Ventures LLC<br>Jeremy Phillips<br>Marc Russell<br>Marco Frabotta<br>Nihar Patel<br>Shaila Patel | gsiemankowski@bn-lawyers.com |
| Notice of Appearance | Elizabeth Bradford<br>Sara Wadud | nathan@rosslawgroup.com |
| Notice of Appearance | TX Comptroller of Public Accounts | bk-jstern@oag.texas.gov |
| Notice of Appearance | CollectiveCrunch Oy | lrobin@reedsmith.com |
| Notice of Appearance | SNFood & Beverage LLC | ewest@gklaw.com; kboucher@gklaw.com |
| Notice of Appearance | ClearForce LLC | hugh.ray@pillsburylaw.com |