Honorable Shad M. Robinson
United States Courthouse
Homer J. Thornberry Federal Judicial Building
903 San Jacinto Boulevard
Third Floor, Courtroom 1
Austin, Texas 78701

May 21, 2024

**FILED**

**MAY 30 2024**

U.S. BANKRUPTCY COURT
BY_____ DEPUTY

Subject: Objection to Astrolabs Case No. 23-10164-smr

Dear Honorable Shad M. Robinson,

I received the following notice regarding the proposed sales of warrants stemming from the Newchip (Astrolabs) bankruptcy, which states that objections are to be provided to you no later than June 3, 2024:

NOTICE OF ENTRY OF ORDER (I) APPROVING NOTICE, SALE, AND EXECUTORY CONTRACT PROCEDURES FOR SECOND SALE OF DESIGNATED SECURITIES AND WARRANTS, FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES; AND (II) SCHEDULING FINAL SALE HEARING

I am the CEO of Triliant LLC, listed as warrant 1167 in Appendix 1 of the aforementioned document. I am filing our objection to the inclusion of our business and warrants in the bankruptcy process.

Our company did agree to participate in the Newchip accelerator program and did so after paying our fees, but Newchip closed the program due to its financial difficulties without notice and before we completed the program. As a result, Newchip did not deliver the services or benefits it promised from that program. Newchip breached its commitment in the agreement with our company to provide its promised services, and therefore the warrants and our obligations are voided. We do not, and will not, recognize any warrant claimed by Astrolabs or its successors due to these circumstances.

Thank you for resolving this matter on our behalf. We look forward to receiving confirmation that we are exempt from this process at the following address:

Brian Wegner
Triliant, LLC
1905 S. New Market Street, Suite 269
Carmel, IN 46032

You may also reach me by email at: bwegner@mykala.com

Sincerely,

Brian C. Wegner

Cc:
Beverly A. Bass
Texas Bar No. 24125116
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703