IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10164-smr |
| ASTRALABS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**AVANA HEALTH'S LIMITED OBJECTION TO TRUSTEE'S SECOND MOTION (I) FOR AUTHORITY TO SELL DESIGNATED SECURITIES AND WARRANTS, FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES; (II) FOR APPROVAL OF NOTICE, SALE, AND EXECUTORY CONTRACT PROCEDURES; AND (III) TO SET FINAL HEARING TO APPROVE SALE AND GOOD FAITH DESIGNATION TO PREVAILING PURCHASER(S) [DOCKET NO. 398]**

Avant Health files this *Limited Objection* (the "Limited Objection") *to Second Motion (I) for Authority to Sell Designated Securities and Warrants, Free and Clear of All Liens, Claims, and Encumbrances; (II) for Approval of Notice, Sale, and Executory Contract Procedures; and (III) to Set Final Hearing to Approve Sale and Good Faith Designation to Prevailing Purchaser(s) [Docket No. 398]* (the "Motion"), and in support thereof respectfully states as follows:

1. On April 3, 2024, Randolph N. Osherow, in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of ASTRALABS, Inc., d/b/a "Newchip" (the "Debtor") filed the Motion. The Motion seeks authority to sell a portfolio of warrant securities issued to the Debtor generally by former customers (collectively, the "Warrants"), which appear to comprise the Debtor's primary assets.

2. On March 31, 2023, Avana Health joined the Newchip Accelerator program. Part of the value proposition Newchip's Accelerator program offered startups was a $250,000 warrant. Unconvinced that the warrant was in Avana Health's best interest, Avana Health paid more upfront and waived the warrant.

3. Avana Health files this Limited Objection to the Motion only to the extent the Motion seeks to sell a warrant that was never issued to Avana Health. Avana Health takes no other position to the Motion provided that the Motion has no impact or effect whatsoever on Avana Health.

159249810.1

WHEREFORE Avana Heath prays that the Court (i) determine that a warrant was never issued to Avana Health, (ii) determine that the motion does not apply nor has any effect upon Avana Health, and (ii) grant Avana Health such other and further relief to which it may be entitled.

Dated: June 3, 2024

Respectfully submitted,

FOX ROTHSCHILD, LLP

/s/ *Trey A. Monsour*
Trey A. Monsour, Esq. (Tex. Bar No. 14277200)
Fox Rothschild LLP
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 231-5796
Facsimile: (972) 404-0516
E-mail: tmonsour@foxrothschild.com

*Attorneys for Avana Health*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 3rd day of June, a true and correct copy of the foregoing pleading, together with all exhibits thereto, to be served by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties listed on the attached service list.

By: /s/ *Trey A. Monsour*

159249810.1

**23-10164-smr Notice will be electronically mailed to:**

Beverly Ann Bass on behalf of Trustee Randolph N Osherow
bbass@munsch.com

Cleveland R Burke on behalf of Creditor Capitol Vending and Coffee Company
cburke@velawood.com

Lisa C. Fancher on behalf of Creditor 3423 Holdings
lfancher@fritzbyrne.law

Melissa A. Haselden on behalf of Interested Party Melissa Haselden
mhaselden@haseldenfarrow.com, haseldenbankruptcy@gmail.com

Nathan Inurria on behalf of Creditor Elizabeth Bradford
nathan@rosslawgroup.com

Nathan Inurria on behalf of Creditor Sara Wadud
nathan@rosslawgroup.com

Shanna M Kaminski on behalf of Interested Party Apex Funding Source, LLC
skaminski@kaminskilawpllc.com

Robert Chamless Lane on behalf of Debtor ASTRALABS Inc
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Ryan Lott on behalf of Creditor Athletes to Athletes, Inc.
thelottfirm@gmail.com

Paul David Moak on behalf of Creditor AFCO Credit Corporation
pmoak@reedsmith.com, ajohns@mckoolsmith.com,jcharles@mckoolsmith.com

Daniela Mondragon on behalf of Creditor AFCO Credit Corporation
dmondragon@reedsmith.com

Jay Ong on behalf of Trustee Randolph N Osherow
jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Randolph N Osherow
rosherow@hotmail.com, rosherow@ecf.axosfs.com

Alexandria Rahn on behalf of Interested Party Industrial Matrix
arahn@gutnicki.com

Hugh M. Ray, III on behalf of Interested Party ClearForce LLC
hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

Lindsey Robin on behalf of Creditor CollectiveCrunch Oy
lrobin@reedsmith.com

Stephen W. Sather on behalf of Creditor Casey Melcher
ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather on behalf of Creditor Hasan Ugur Koyluoglu
ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather on behalf of Creditor Matthew Kelly
ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather on behalf of Creditor Thomas Dolezal
ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Ron Satija on behalf of Creditor Andrew Ryan
rsatija@haywardfirm.com, SVillarreal@haywardfirm.com;atty_rsatija@bluestylus.com

Gregory Raymond Siemankowski on behalf of Creditor Chaisson-Browne LLC
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor J333 Ventures
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Casey Melcher
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Chad Owen
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Daniel Smith
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor David Fisher
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Eric Jeing-Ming Lee
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Frederick A Browne
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Glenn Hunter
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Hasan Ugur Koyluoglu
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Jeremy Phillips
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Marc Russell
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Marco Frabotta
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Matthew Kelly
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Nihar Patel
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Sheil Patel
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Gregory Raymond Siemankowski on behalf of Creditor Thomas Dolezal
gregs@kellylegalgroup.com, gregsiemankowski@yahoo.com,

Elizabeth Grace Smith on behalf of Interested Party CatalystXL, Inc.
beth@egsmithlaw.com, maryann@egsmithlaw.com

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Eric Terry on behalf of Trustee Eric Terry
eric@ericterrylaw.com, ebterry@ecf.axosfs.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Erin West on behalf of Creditor SNFood & Beverage LLC
ewest@gklaw.com, kboucher@gklaw.com;skalscheur@gklaw.com